**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIAN VARGAS; ET AL., | CASE NUMBER |
| | 2:19-CV-08108-CAS(MRWx) |
| PLAINTIFF(S) | |
| v. | |
| QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., ET AL., | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

September 19, 2019
Date

_Christina A. Snyder_
United States District Judge

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge  Dolly M. Gee  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  DMG  after the case number in place of the initials of the prior judge so that the case number will read  2:19cv8108 DMG(MRWx) . This is very important because documents are routed to the assigned judge by means of the initials.

cc:   ☐ Previous Judge   ☐ Statistics Clerk