OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.; QUEST
DIAGNOSTICS HOLDINGS, INC. and
QUEST DIAGNOSTICS INCORPORATED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:19-cv-08108 DMG (MRWx)<br><br>[DISCOVERY MATTER]<br><br>**DEFENDANTS' NOTICE OF MOTION TO COMPEL CLARK RACHFAL TO RESPOND TO QUESTIONS HE WAS INSTRUCTED TO, AND REFUSED, TO ANSWER**<br><br>Date:   August 18, 2021<br>Time:   9:30 a.m.<br>Place:  Courtroom 550<br><br>[Filed Concurrently with: Joint Stipulation Regarding Motion; Declaration of David Raizman; Declaration of Jonathan Miller; and Civil Trial Scheduling Order; and [Proposed] Order]<br><br>Complaint Filed: September 18, 2019<br>Trial Date:       January 11, 2022<br>District Judge:  Hon. Dolly M. Gee<br>                         Courtroom 8C, First St.<br>Magistrate Judge: Hon. Michael R. Wilner<br>                         Courtroom 550, Roybal |

47986924_1.docx

Case No. 2:19-cv-08108 DMG (MRWx)
DEFENDANTS' NOTICE OF MOTION TO COMPEL CLARK RACHFAL TO RESPOND TO QUESTIONS
HE WAS INSTRUCTED TO, AND REFUSED, TO ANSWER

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on August 18, 2021, at 9:30 a.m., defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated (collectively, "Quest" or "Defendants") will move to compel Clark Rachfal to respond to questions he was instructed to, and refused, to answer at his June 9, 2021 deposition.

This motion is made pursuant to Central District Local Rule 37-2 *et seq.*, and is based on the parties' joint stipulation, the declaration of David Raizman, the declaration of Jonathan Miller, all exhibits, any supplemental memorandum filed under Local Rule 37-2.3, and any such arguments as may be presented at the hearing.

Respectfully submitted,

DATED: July 28, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ David Raizman
David Raizman
Amber L. Roller
J. Nicholas Marfori

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; QUEST DIAGNOSTICS HOLDINGS, INC. and QUEST DIAGNOSTICS INCORPORATED

47986924_1.docx

1   Case No. 2:19-cv-08108 DMG (MRWx)
DEFENDANTS' NOTICE OF MOTION TO COMPEL CLARK RACHFAL TO RESPOND TO QUESTIONS HE WAS INSTRUCTED TO, AND REFUSED, TO ANSWER