# EXHIBIT C



**Downtown Los Angeles**
601 S. Figueroa
Ste 3400
Los Angeles, CA  90017
Phone: (213) 223-1113
Fax: (213) 223-1114

**www.judicatewest.com**

# Judicate West Sign In Record

| | |
|---|---|
| **Sweet, Benjamin J. Esq.**<br><br>The Sweet Law Firm<br>186 Mohawk Drive   Pittsburg, PS 15228 | **A264497 - Julian Vargas, et al. vs. Quest Diagnostics Clinical Laboratories, Inc., et al.**<br>Session: 3/12/2020 for 10:00 AM - 6:00 PM<br>Mediation<br>Neutral: Hon. John Leo Wagner, Ret. |

**Confidentiality Acknowledgement & Agreement**

**Acknowledgement of Inadmissibility:** The mediation to which this acknowledgement pertains is subject to the provisions of California Evidence Code sections 1115 et seq., Federal Rule of Evidence 408, and/or other similar provisions of law. Statements and/or writings (as defined by California Evidence Code section 250) made for the purpose of, in the course of, or pursuant to the mediation or mediation consultation as defined by California Evidence Code section 1115 are not admissible in any civil proceeding to the extent provided by law. **Agreement:** In order to allow the mediator to confidentially follow-up after the mediation session, the parties and the mediator agree to extend the 10-day period set out in California Evidence Code section 1125(a)(5) until the date the mediator terminates the mediation effort in writing, a party provides the mediator and other mediation participants with a writing stating the mediation is terminated, or words to that effect, which shall be consistent with Section 1121 (in a mediation involving more than two parties, the mediation may continue as to the remaining parties or be terminated in accordance with section 1125), or verdict is returned or decision rendered. **Acknowledgement Regarding Mediator and Settlement Agreements:** The mediator is neutral and does not act as an attorney or representative for any party. The mediator has no authority to make any binding decisions, impose settlements or require concessions from any party. If the mediator assists in preparing a written settlement agreement, the mediator's role is only as scribe and each participant is advised to have the agreement independently reviewed by their own counsel before executing it.

**Confirmation Statement**

Our agreement to render services is strictly with you/your firm, not your client or any insurance carrier who is your principal. The only exception is if we are informed in writing and have agreed to and acknowledged in writing other arrangements prior to today's session. Matters exceeding the time allotted, including review/preparation time, will be billed separately at the rate established on the neutral's fee schedule provided at the time of case scheduling. By signing below you acknowledge you have reviewed the Neutral's fee schedule and agree to the policies stated therein regarding fees and post session work, and that you accept on behalf of you and your firm full responsibility for paying your share of fees for this action in a timely manner, if not already paid.

☑ **By providing my signature, I have acknowledged and agreed to the above, and affirm my presence at today's session.**



Check-in at Mar 12, 2020 10:02 AM

**Exhibit C/Page 000006**

Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA  95814 ● (916) 394-8490 ● Fax (916) 394-8495
San Diego Office ● 402 W. Broadway Ste 2400 ● San Diego, CA  92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Ste 1950 ● San Francisco, CA  94111 ● (415) 266-1242 ● Fax (415) 266-1243
Santa Ana Office ● 1851 East First Street Ste 1600 ● Santa Ana, CA  92705 ● (714) 834-1340 ● Fax (714) 834-1344
West Los Angeles Office ● 11601 Wilshire Blvd Ste 2040 ● Los Angeles, CA  90025 ● (310) 442-2100 ● Fax (310) 442-2125