# EXHIBIT 1

EXHIBIT 1  PAGE 6

1  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
2  DAVID RAIZMAN, CA Bar No. 129407
   david.raizman@ogletree.com
3  AMBER L. ROLLER, CA Bar No. 273354
   amber.roller@ogletree.com
4  J. NICHOLAS MARFORI, CA Bar No. 311765
   nicholas.marfori@ogletree.com
5  400 South Hope Street, Suite 1200
   Los Angeles, California 90071
6  Telephone:  213-239-9800
   Facsimile:   213-239-9045
7
   Attorneys for Defendants
8  QUEST DIAGNOSTICS CLINICAL
   LABORATORIES, INC.; QUEST
9  DIAGNOSTICS HOLDINGS, INC. and
   QUEST DIAGNOSTICS INCORPORATED
10

11           **UNITED STATES DISTRICT COURT**

12           **CENTRAL DISTRICT OF CALIFORNIA**

13  JULIAN VARGAS, ANNE WEST and      | Case No. 2:19-cv-08108 DMG (MRWx)
    AMERICAN COUNCIL OF THE           |
14  BLIND, individually on behalf of  | **DECLARATION OF TAYLOR CARR**
    themselves and all others similarly | **IN SUPPORT OF DEFENDANTS'**
15  situated,                         | **MOTION FOR SUMMARY**
                                       | **JUDGMENT, OR, IN THE**
16           Plaintiffs,              | **ALTERNATIVE, FOR PARTIAL**
                                       | **SUMMARY JUDGMENT**
17       v.

18  QUEST DIAGNOSTICS CLINICAL        | Date:           October 8, 2021
    LABORATORIES, INC., QUEST         | Time:           2:00 p.m.
19  DIAGNOSTICS HOLDINGS, INC.,       | Place:          Courtroom 8C
    QUEST DIAGNOSTICS
20  INCORPORATED; and DOES 1-10,
    inclusive,                        | Complaint Filed: September 18, 2019
21                                     | Trial Date:      January 11, 2022
                                       | District Judge:  Hon. Dolly M. Gee
22           Defendants.              |                 Courtroom 8C, First St.
                                       | Magistrate Judge:Hon. Michael R. Wilner
23                                     |                 Courtroom 550, Roybal

24

25

26

27

28

# DECLARATION OF TAYLOR CARR

I, Taylor Carr, declare and state as follows:

1.     I make this declaration in support of the Motion For Summary Judgment, Or, In The Alternative, For Partial Summary Judgment of defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated ("Quest").  I have personal knowledge of all the facts set forth below.  If called upon to testify to these facts, I could do so competently.

2.     Since 2018, I have been the Director, Experience and Innovation at Quest. Before that, I was a Director, Business Process Redesign and was working directly under one of the co-sponsors of the Kiosk project that involved the deployment of electronic tablets in each of Quest's patient service centers ("PSCs") that provided an alternative method of checking in to the PSCs to receive services. PSCs are staffed by Quest Patient Service Representatives, often referred to as Quest phlebotomists (who are trained to collect blood and other specimens from patients) and other staff.

3.     In late 2019 and early 2020, I helped oversee an extensive, months-long exploration at Quest of methods it could use to make its check-in processes at PSCs independently accessible to the blind, even in the absence of assistance by Quest phlebotomists who staff the PSCs.  These methods were intended to supplement the then-existing policies, standards, procedures, and training under which Quest phlebotomists and staff at the PSCs provide assistance and accommodations to PSC patients with disabilities to meet their needs, including assistance with using the Kiosks to check in to the PSCs.

4.     Among other things, Quest solicited feedback from three different groups (including a focus group) of blind individuals or individuals who worked with accommodating the blind to understand what these blind consumers wanted when interacting with electronic technology.  Attached as Exhibit 6 to the Appendix

1

48447661_1.docx

accompanying this Declaration are true and correct copies of notes taken at, or reflecting our interaction with these, three different groups of blind consumers or their advocates. Quest used this feedback in developing the Three Finger Swipe enhancement.

5.     For example, the Three Finger Swipe enhancement utilized finger swiping "gestures" that we had learned from these meetings were familiar to the blind from their use of iPhones and other smartphones and similar touchscreen technology.

6.     Based on feedback from these different groups of blind consumers and their advocates, the Three Finger Swipe enhancement was designed to be independently accessible to blind patients at PSCs, with or without the assistance of Quest phlebotomists. In summary, the Three Finger Swipe enhancement consisted of three components: (1) enabling the Kiosks to automatically check in patients who swiped three fingers on the screen of the Kiosk in any direction and, upon administration of the three-finger swipe, providing an audio message to the patient that they had been checked in, assigning them a generic patient ID number, and advising that this number would be called when it was their turn to be seen—and further providing an electronic notification to Quest phlebotomists at the PSC that an individual with visual impairments had checked in at the PSC: (2) an audio message playing on loop on the Quest TVs in the PSC waiting rooms that instructed patients who are blind or have visual impairments on how to apply the Three Finger Swipe to the Kiosks to check in and informing them that if they need assistance with locating, using, or checking in at the Kiosk, Quest team members are available and happy to assist; and (3) enhanced training of PSC phlebotomists to train them on the Three Finger Swipe methodology and procedure and to reinforce longstanding training on assisting patients with disabilities who need assistance at PSCs, including assisting patients who are blind or visually impaired with the check-in process

7.     The Three Finger Swipe capability was installed on all PSC Kiosks as

1  of August 2020.  The audio message on the Quest TVs at PSCs was activated in

2  January 2021, and the enhanced training for PSC employees was rolled out and

3  assigned in March 2021.

4

5       I declare under penalty of perjury under the laws of the State of Oregon and

6  the United States that the facts stated above are true and correct.

7       Executed on September ⟋3, 2021, at  *Hood River* , Oregon.

8

9

10                                     _____

                                       Taylor Carr

11

12                                                                   48447661.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1  PAGE 10

# EXHIBIT 2

EXHIBIT 2  PAGE 11

1  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
2  DAVID RAIZMAN, CA Bar No. 129407
   david.raizman@ogletree.com
3  AMBER L. ROLLER, CA Bar No. 273354
   amber.roller@ogletree.com
4  J. NICHOLAS MARFORI, CA Bar No. 311765
   nicholas.marfori@ogletree.com
5  400 South Hope Street, Suite 1200
   Los Angeles, California 90071
6  Telephone:  213-239-9800
   Facsimile:  213-239-9045
7
   Attorneys for Defendants
8  QUEST DIAGNOSTICS CLINICAL
   LABORATORIES, INC.; QUEST
9  DIAGNOSTICS HOLDINGS, INC. and
   QUEST DIAGNOSTICS INCORPORATED
10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13  JULIAN VARGAS, ANNE WEST and        Case No. 2:19-cv-08108 DMG (MRWx)
    AMERICAN COUNCIL OF THE
14  BLIND, individually on behalf of    **DECLARATION OF CHRISTOPHER**
    themselves and all others similarly **GRANT IN SUPPORT OF**
15  situated,                           **DEFENDANTS' MOTION FOR**
                                        **SUMMARY JUDGMENT, OR, IN THE**
16            Plaintiffs,               **ALTERNATIVE, FOR PARTIAL**
                                        **SUMMARY JUDGMENT**
17       v.

18  QUEST DIAGNOSTICS CLINICAL          Date:          October 8, 2021
    LABORATORIES, INC., QUEST           Time:          2:00 p.m.
19  DIAGNOSTICS HOLDINGS, INC.,         Place:         Courtroom 8C
    QUEST DIAGNOSTICS
20  INCORPORATED; and DOES 1-10,
    inclusive,                          Complaint Filed: September 18, 2019
21                                      Trial Date:      January 11, 2022
              Defendants.              District Judge:   Hon. Dolly M. Gee
22                                                       Courtroom 8C, First St.
                                       Magistrate Judge: Hon. Michael R. Wilner
23                                                       Courtroom 550, Roybal

24

25

26

27

28
                                                    Case No. 2:19-cv-08108 DMG (MRWx)

## DECLARATION OF CHRIS GRANT

I, Christopher Grant, declare and state as follows:

1.      I make this declaration in support of the Motion for Summary Judgment, Or, In The Alternative, For Partial Summary Judgment of defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated (collectively, "Quest").  I am the Executive Director for Strategy and Transformation at Quest HealthConnect.  Before that, I was the Executive Director, National Patient Services at Quest from November 2015 to Spring 2020.  As such, I have personal knowledge of all the facts set forth below.  If called upon to testify to these facts, I could do so competently.

2.      As the Executive Director of National Patient Services, I co-sponsored the project that placed electronic tablets (known as "Kiosks") in Quest's patient service centers (PSCs) between 2016 and 2018 that replaced the paper sign-in sheet method for checking in at the PSCs.  PSCs are staffed by Quest Patient Service Representatives, often referred to as Quest phlebotomists (who are trained to collect blood and other specimens from patients), and other staff.  In 2020, I also made the decision to approve the implementation of a new additional, alternative method for patients with visual impairments to check in on the Kiosks at the PSCs through what came to be called the "Three Finger Swipe" enhancement.

3.      Starting in December 2018, representatives of the American Council of the Blind ("ACB") and Quest engaged in discussions regarding the check-in experience of PSC patients with visual impairments. Attached as Exhibit 7 to the Appendix is the full set of written correspondence engaged in between Quest and ACB (and its legal representatives) regarding these matters.  I personally participated in two conversations with ACB representatives in the first half of 2019.  While ACB occasionally referred to making the Kiosks at PSCs "independently accessible" to its blind members, at no point during these discussions did ACB demand a specific method or technology to replace or supplement the existing Kiosks.

1

Fully Executed
CXG

EXHIBIT 2  PAGE 13

4.      In late 2019 and early 2020, in response to the ongoing discussions with ACB and in preparation for making a proposal at the impending mediation between the parties to this action, Quest undertook an extensive, months-long exploration of methods it could use to make its check-in process independently accessible to the blind, even in the absence of assistance by Quest phlebotomists at PSCs.  These methods were intended to supplement the existing policies, standards, procedures, and training under which Quest phlebotomists provide assistance and accommodations to PSC patients with disabilities to meet their needs, including assistance with using the Kiosks to check in to the PSCs.

5.      Although ACB never identified a specific technology or methodology that it was requesting, Quest did give consideration to and honor ACB's request for an "independently accessible" technology for blind patients to check in at PSCs when Quest developed the Three Finger Swipe enhancement.  Quest did not stop with ACB's input; it also sought out the advice from additional groups of blind individuals and their advocates.  All these efforts and feedback led to the Three Finger Swipe enhancement that Quest conceived of in advance of the March 2020 mediation in this matter.

6.      After the mediation concluded, Quest chose to implement the Three Finger Swipe enhancement, which was designed to be independently accessible to the blind without the assistance of Quest phlebotomists, just as ACB had suggested in its correspondence to Quest.  In summary, the Three Finger Swipe enhancement consisted of three components:  (1) enabling the Kiosks to automatically check in patients who swiped three fingers on the screen of the Kiosk in any direction and, upon administration of the three-finger swipe, providing an audio message to the patient that they had been checked in, assigning them a generic patient ID number and advising that this number would be called when it was their turn to be seen—and further providing an electronic notification to Quest phlebotomists at the PSC that an individual with visual impairments had checked in at the PSC: (2) an audio message

Fully Executed
CXG

EXHIBIT 2  PAGE 14

playing on loop on the Quest TVs in the PSC waiting rooms that instructed patients who are blind or have visual impairments on how to apply the Three Finger Swipe to the Kiosks to check in and informing them that they if they need assistance with locating, using, or checking in at the Kiosk, team members are available and happy to assist; and (3) enhanced training of PSC phlebotomists to train them on the Three Finger Swipe methodology and procedure and to reinforce longstanding training on assisting patients with disabilities who need assistance at PSCs, including assisting patients who are blind or visually impaired with the check-in process.

I declare under penalty of perjury under the laws of United States that the facts stated above are true and correct.

Executed on September 3, 2021, at Santa Ana , California.

Christopher Grant

48447714.1

DECLARATION OF CHRISTOPHER GRANT IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 2  PAGE 15

Fully Executed
CXG

# EXHIBIT 3

EXHIBIT 3  PAGE 16

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.; QUEST
DIAGNOSTICS HOLDINGS, INC. and
QUEST DIAGNOSTICS INCORPORATED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JULIAN VARGAS, ANNE WEST and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08108 DMG (MRWx)<br><br>**DECLARATION OF JODY REILLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:          October 8, 2021<br>Time:         2:00 p.m.<br>Place:        Courtroom 8C<br><br>Complaint Filed: September 18, 2019<br>Trial Date:       January 11, 2022<br>District Judge:   Hon. Dolly M. Gee<br>                        Courtroom 8C, First St.<br>Magistrate Judge: Hon. Michael R. Wilner<br>                        Courtroom 550, Roybal |

Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF JODY REILLY IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR,
IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

Jody Reilly
Declaratoin.docx

EXHIBIT 3  PAGE 17

## <u>DECLARATION OF JODY REILLY</u>

I, Jody Reilly, declare and state as follows:

1.      I make this declaration in support of the Motion For Summary Judgment, Or, In The Alternative, For Partial Summary Judgment of defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated ("Quest").  Since October 2020, I have been the Director, National Patient Services, Technical Excellence for Quest. Prior to that, I served for four years as the Director, Patient Services for Quest's Midwest Region. Overall, I have worked for Quest (or its predecessors in interest) in a variety of management and other positions since 1990.  As such, I have personal knowledge of all the facts set forth below.  If called upon to testify to these facts, I could do so competently.

2.      In my current role, I offer support to Quest's business regions, which oversee the patient service centers ("PSCs") at which patient specimens are collected for testing.  PSCs are staffed by Quest Patient Service Representatives, often referred to as Quest phlebotomists (who are trained to collect blood and other specimens from patients), and other staff.  My current role includes developing and establishing patient services policies, procedures, trainings, and standards that are rolled out to PSCs across Quest's network.  This support function includes overseeing many aspects of Quest's training for PSC employees and staff, including identifying areas of need for training, developing training materials, policies, and standard operating procedures, and rolling them out to Quest's business regions for use at PSCs and by PSC employees and staff.  When I was Director, Patient Services for the Midwest Region, I had responsibility for overseeing and implementing the training, standard operating procedures, standards, and policies for the PSC staff within my region.

3.      A cornerstone of Quest's training, policies, guidelines, standards, and procedures for PSCs has been to teach, train, and require PSC employees and staff to provide assistance to patients, including assistance and accommodations to persons

Jody Reilly
Declaratoin.docx

EXHIBIT 3  PAGE 18

with disabilities to ensure they can access Quest's services.  This includes training and requiring PSC employees and staff to scan the waiting room each time they enter to find any individuals (whether patients with disabilities or otherwise) who may need assistance, including assistance with the check-in process. Attached as Exhibit 8 to the accompanying Appendix are true and correct copies of relevant, representative Quest training materials, standards, standard operating procedures and policies

4.     Prior to the deployment of the Kiosks as a method to check in at the PSCs, Quest used a paper sign-in sheet for patient check in at PSCs.  Phlebotomists at the PSCs were trained and required to assist patients in the waiting room with the check-in process, including assisting patients with disabilities.

5.     The initial version of the Kiosk rolled out in 2016 was merely an electronic version of the paper sign-in sheet, coupled with existing policies, procedures, standards and training requiring phlebotomists to assist patients with the check-in process that had worked successfully for Quest for many years before the deployment of the Kiosks.

6.     Quest phlebotomists generally receive five days of training upon being hired as employees.  Quest phlebotomists then receive additional training, including refresher training, during the course of the employment.  These trainings are provided via several mechanisms, including video and online trainings.   Many of these trainings include a quiz at the conclusion of the training that require Quest phlebotomists to correctly respond to a series of questions about the training in order to complete the training.

7.     Beginning in approximately 2010, Quest launched "Managing Every Patient's Needs" training modules and/or videos, which were specifically designed to train phlebotomists on their obligation to provide assistance and accommodations to PSC patients with disabilities, a true and correct copy of which is attached as Exhibit 10 to the accompanying Appendix.  The current, attached version was updated and

EXHIBIT 3  PAGE 19

rolled out for training to PSC employees in March 2021.  The training instructs phlebotomists among other things that the "The ADA entitles patients with special needs certain rights when using public spaces such as our PSCs, including access to facilities, the right to have service animals accompany them, the right to reasonable modifications of policies, practices, and procedures, and the right to auxiliary aids and services, such as the use of specialized equipment that ensures their safety and facilitates their ability to move about."  The training also instructs Quest phlebotomists "When going to the waiting room to call back a patient, pay attention to other patients and their needs and behaviors, so you can identify any patients with visual impairments who may need assistance" and "Make yourself available to assist such patients as necessary, including assisting with navigating the waiting room and locating and using the kiosk to check in."  The training also provides instruction to Quest phlebotomists about an enhancement to the Kiosks at PSCs that enables blind patients to automatically check in on the kiosks using a three-finger swipe gesture, without any assistance from a Quest phlebotomist.  Quest did not replace or reduce PSC employees and staff in connection with enabling the Three Finger Swipe functionality and continues to preserve the longstanding policy and practice of requiring its Quest phlebotomists and staff at PSCs to assist patients with the check-in process.  PSC employees are required to complete this training as part of new-hire training; they are also required to complete this training on an annual basis as a refresher training.

8.      Earlier versions of the Managing Every Patients Needs training instructed Quest phlebotomists that the "Americans with Disabilities Act gives disabled patients the right to equal service" and that "When you know and understand what is expected of you, you can confidently provide the assistance that ADA, Quest Diagnostics, and the patient expects of you."  With respect to visually impaired patients, the training instructed among other things: "Because of their vision impairment, blind and visually impaired people rely on their other senses,

Jody Reilly
Declaratoin.docx

DECLARATION OF JODY REILLY IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT EXHIBIT 3  PAGE 20

such as hearing, touch and smell.  The more you describe things and explain procedures, the better.  Be prepared to read or provide other assistance in completing forms.  If you are asked to read aloud to a patient, be sensitive about privacy, do so only in a private room or area."  Attached as Exhibit 11 is a sample of an earlier version of the Managing Every Patients Needs training.

9.     Between 2006 and 2014, Quest had in place Patient Care Gold Standards for its Quest phlebotomists at the PSCs, which standards were designed to ensure that Quest phlebotomists consistently provided a positive patient experience. These standards required that employees "immediately acknowledge approaching patients", "provide assurances that someone will provide assistance momentarily", "explain the "registration / sign-in process and set an expectation for wait." Attached as Exhibit 12 is a copy of those Patient Care Gold Standards.

10.     Beginning in 2015, Quest replaced the Patient Care Gold Standards for its Quest phlebotomists at PSCs with Everyday Excellence standards which, among other things, emphasized the importance of "respectfully assist[ing] patients when they need help with the sign-in and patient registration process and keep[ing] them informed of what will happen next."  Attached as Exhibit 13 is a copy of those Everyday Excellence Standards.

11.     In June 2015, Quest launched a video training entitled "I am Helpful" for its Quest phlebotomists at PSCs—which was based on the Everyday Excellence principles.  Among other things, the training instructed Quest phlebotomists to "respectfully assist patients when they need help with the sign-in and patient registration process and keep them informed of what will happen next.  This means that if you're near the waiting area and you see a patient standing at the sign-in sheet ask yourself, 'What can I do to help?'  Then stop and actually ask the patient: 'May I help you?'  Just asking if you can help is helpful.  It tells our patients that they're on your radar, they're not faceless – that you want them to have a superior experience. There's no reason for a patient to struggle when you can help so easily."

DECLARATION OF JODY REILLY IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR,
IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT **EXHIBIT 3  PAGE 21**

12.     In June 2015, Quest launched another video training entitled "I Connect with Patients" for its Quest phlebotomists at PSCs.  Among other things, the training instructed Quest phlebotomists at PSCs "When you come to the waiting area, make eye contact, smile, and greet waiting patients.  Ask patients if they've had a chance to sign in.  And tell them you'll be with them shortly.  Make sure patients know you see them and that you respect their decision to come to Quest."

13.     As early as at least 2018, Day 1 of the new-hire training for Quest phlebotomists instructed phlebotomists that—with respect to the eCheck-in process—they should "help confused patients", "scan the waiting room", "be present when you call a new patient back for service", and "identify patients who were not able to check in."  The training further provides that when a Quest phlebotomist invites a patient for service, they should "make eye contact with other waiting patients" and "ask waiting patients if everyone has had a chance to sign in."  The training also highlights patients with communication needs (including those with visual or hearing impairments) and instructs Quest phlebotomists that such patients "may need extra help or interpretive services."  The training also reminds Quest phlebotomists that the implementation of "new technologies will you allow you to spend more time focusing on the patient interaction."  The Leader Guide for the training also provided "When you call a new patient back for service, ask the waiting room if everyone has had a chance to sign in.  Talking to waiting patients is a HUGE part of their experience and they clearly tell us when they feel they have been ignored.  The patient experience doesn't begin when you take the patient to the draw room."  Attached as Exhibit 14 is a copy of the Day 1 New Hire Training and the Leader Guide for the Day 1 New Hire Training.

14.     As early as 2018, the Leader Guide for Day 2 of the new-hire training requires that Quest phlebotomists be instructed of their responsibility to "make reasonable modifications to afford services or accommodations to individuals with disabilities including those who use service animals."  The Leader Guide for the

Jody Reilly
Declaratoin.docx

EXHIBIT 3  PAGE 22

training further instructs that the "ADA entitles special needs patients to certain rights when using public spaces, in areas such as access to facilities, the right to have service animals accompany them, and the right to use specialized equipment that ensures their safety and facilitates their ability to move about." Attached to the accompanying Appendix as Exhibit 28 is a true and correct copy of the Leader Guide referred to above.

15. In April 2018, Quest launched another video training entitled "Patient-Focused Change" for its Quest phlebotomists at PSCs. Among other things, the training instructed Quest phlebotomists at PSCs "And don't forget, when you call a patient back for service, look around the waiting room—make sure everyone has checked in—and let our patients now that you see them." The training further provided "We know that technology can be a challenge for some patients so, if you see a patient who is struggling, offer assistance."

16. In April 2018, supervisors at Quest PSCs were provided with a "Frontline Communication" entitled "Be Mindful and Be Helpful" that was to be provided to Quest phlebotomists at PSCs. The communication instructed Quest phlebotomists: "Our patients come from all age groups and from every walk of life. Some are skilled using technology while others may not be comfortable with anything to do with a computer. Each time you call a patient back for service, meet them in the waiting room and do not call them from the back of the hallway. Instead, step into the waiting to call your patient and check in with other waiting patients to make sure everyone has signed in. If someone is struggling with eCheck-in, be helpful and provide as much assistance as they need to get checked in."

17. In July 2018, Quest launched another video training entitled "Invite the Patient for Service" for its Quest phlebotomists at PSCs. Among other things, the training instructed Quest phlebotomists at PSCs "We also know that when patients observe you assisting other patients with eCheck-In, they pick up on your helpfulness—which to them says a lot about how you will treat them. Keeping our

**EXHIBIT 3  PAGE 23**

patient at the center of everything we do as we evolve begins with remembering that."

18.    Quest also currently has in place a standard operating procedure for Quest phlebotomists at PSCs entitled "Greet Patient Etiquette", which requires Quest phlebotomists among other things to "greet patients promptly and make them feel welcome" and to "greet the entire waiting room and verify everyone has checked into the kiosk prior to calling the next patient."  Attached as Exhibit 15 is a copy of current Greet Patient Etiquette standard operating procedure.

19.    The above trainings, policies, standards, and procedures are only representative examples of trainings, standards, policies, and procedures that require Quest phlebotomists at PSCs to provide assistance to patients, including providing assistance and accommodations to persons with disabilities with the check-in process at PSCs.

20.    Quest gathers information about patients' experiences at the PSCs through a variety of methods, including the fielding of feedback and complaints through its Patient Advocacy team.

21.    The Patient Advocacy team received feedback on the rollout and use of the Kiosks from many patients.  Between 2016 and 2020, Patient Advocacy received feedback from forty-five (45) patients with visual impairments (or their advocates) about their experience with the check-in process at PSCs.  Attached as Exhibit 9 is a true and correct copy of the data maintained by Patient Advocacy of this feedback it received about the Kiosks from any patient who identified himself or

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

7

EXHIBIT 3  PAGE 24

Jody Reilly
Declaratoin.docx

herself as having a visual impairment, with identifying information redacted in order to protect the privacy of the patients.

I declare under penalty of perjury under the laws of the United States that the facts stated above are true and correct.

Executed on September 3, 2021, at _____, Kansas.

_____
Jody Reilly

48458721.1

Jody Reilly
Declaratoin.docx

Case No. 2:19-cv-08108 DMG (MRWx)

DECLARATION OF JODY REILLY IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 3  PAGE 25

1  herself as having a visual impairment, with identifying information redacted in order
2  to protect the privacy of the patients.
3          I declare under penalty of perjury under the laws of the United States that the
4  facts stated above are true and correct.
5          Executed on September 3, 2021, at _Overland Park_, Kansas.

7  _____
   Jody Reilly

11                                                                48A58721.1

EXHIBIT 3  PAGE 26

# EXHIBIT 4

EXHIBIT 4  PAGE 27

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.; QUEST
DIAGNOSTICS HOLDINGS, INC. and
QUEST DIAGNOSTICS INCORPORATED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-08108 DMG (MRWx)<br><br>**DECLARATION OF MARC YARRISON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:          October 8, 2021<br>Time:         2:00 p.m.<br>Place:        Courtroom 8C<br><br>Complaint Filed: September 18, 2019<br>Trial Date:     January 11, 2022<br>District Judge:  Hon. Dolly M. Gee<br>                Courtroom 8C, First St.<br>Magistrate Judge:Hon. Michael R. Wilner<br>                Courtroom 550, Roybal |

Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF MARC YARRISON IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT,
OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 4  PAGE 28

48447400_1.docx

### DECLARATION OF MARC YARRISON

I, Marc Yarrison, declare and state as follows:

1. I make this declaration in support of the Motion for Summary Judgment, Or, In The Alternative, For Partial Summary Judgment of defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated (collectively, "Quest"). As such, I have personal knowledge of all the facts set forth below. If called upon to testify to these facts, I could do so competently.

2. Quest is a leading provider of diagnostic information services, which includes collecting blood and urine specimens at Patient Service Centers ("PSCs") nationwide that Quest then tests in accordance with orders placed by physicians and other authorized providers.

3. I am the Director, National Patient Services, Technology, and Support at Quest and have been for the past eight years. As such, I lead a team that supports Quest's various business regions in their day-to-day PSC operations. I also supervise project managers that work with Quest's healthcare and information technology department on technology projects for National Patient Services and for the business regions. In addition, I supervise a small team supporting Quest's regions.

4. Before the events of which Plaintiffs complain in this action, patients at Quest PSCs would indicate their arrival at Quest PSCs, or check in, by entering their name on a paper sign-in sheet maintained in the waiting room.

5. PSCs are staffed by Quest Patient Service Representatives, often referred to as Quest phlebotomists (who are trained to collect blood and other specimens from patients) and other staff. Quest phlebotomists at the PSCs would enter the PSC waiting room, review the sign-in sheet and call the next patient back for specimen collection, bring that patient back to the draw room where blood and other specimens were collected, and then return to the waiting room to call the next patient.

EXHIBIT 4  PAGE 29

6.      In 2015, to improve the experience of its patients and employees at PSCs through digitization,  Quest began to explore ways to modify its check-in practices at its PSCs, along with other aspects of its patient service – from making appointments, to pre-registration for PSC visits, to how one checked in when arriving at Quest PSCs.

7.      After considering a wide variety of options, in April 2016, Quest chose to install,  over a two-and-a-half year rollout, one or more electronic, touchscreen tablets that patients could use to check in at each of its PSCs.  The tablets, when placed in plastic casings and mounted on posts, came to be known as "Kiosks."

8.      A Kiosk user would be prompted to check in by entering a first and last name, birthday, and phone number.  Once the patient had checked in, the Kiosk would place them in queue to be served by a Quest phlebotomist. The queue, with estimated wait times, would also be displayed on one or more of the "Quest TV" monitors present at PSCs.

9.      In deploying the Kiosks, Quest and its vendors undertook to ensure that Quest satisfied the explicit design standards applicable to the Kiosks in the ADA Standards for Accessible Design (36 C.F.R. Pt. 1191, App. B & D, "ADAS"), including design standards that all of the operable parts of the Kiosk were within "reach range" of someone using a wheelchair (ADAS 308, 309) and that the freestanding Kiosks were detectable by blind cane users (ADAS 307).

10.     In designing the Kiosk, Quest could not anticipate or predict the future requests by persons with disabilities  for "auxiliary aids and services" (42 U.S.C. § 12182(b)(2)(a)(iii)) or for "reasonable modification of policies, practices and procedures" (42 U.S.C. § 12182(b)(2)(a)(ii)) that the ADA requires to be considered when made.  Quest was replacing an existing system of signing in on a paper sheet at a PSC, which blind patients had successfully used for years (sometimes with the assistance of Quest phlebotomists) with another, digital system of signing in that was similarly  accessible with the assistance of Quest phlebotomists.  As it had for years,

DECLARATION OF MARC YARRISON IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 4  PAGE 30

Quest was relying on its business model, approach to patient service, and policies, standards, procedures and training that, collectively, require Quest phlebotomists at PSCs to assist patients at PSCs, including providing assistance to persons with disabilities to ensure they had access to Quest's services. Quest's plan and business case for the Kiosk rollout did <u>not</u> include a plan to reduce then-existing PSC staffing or to replace PSC staff with Kiosks.

11.    Moreover, because electronic check-in and other improvements were expected to reduce transaction time for each patient, it was expected that Quest phlebotomists would have additional time, among other things, to continue to address the needs of persons requiring assistance, including persons with disabilities.

12.    But, instead of simply relying on these assumptions about how the Kiosks would work once rolled out, Quest also planned to identify problems that *any* of its patients may be experiencing with the Kiosk through its extensive methods for soliciting and receiving patient feedback and complaints and the "iterative" process that is an inherent part of the rollout of any electronic or other technology.

13.    As with the rollout of almost any technology on this large a scale, the implementation of the Kiosk was always contemplated to be an "iterative" process. Namely, Quest knew that it would continue to study the actual experience of Kiosk users and address any needs, challenges, or problems through future changes, modifications and alterations (*i.e.*, iterations) to the Kiosk or the processes associated with the Kiosks' usage.

14.    Quest expected to gather information about Kiosk user experience by among other things (1) studying usage at some early rollout PSCs, (2) monitoring patient feedback, including feedback provided to Quest phlebotomists and staff at PSCs and through the surveys it routinely conducts from PSC visitors, and (3) its ongoing system of receiving and responding to patient concerns and complaints, including through its Patient Advocacy team.

3

48447400_1.docx

DECLARATION OF MARC YARRISON IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 4  PAGE 31

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania and the United States that the facts stated above are true and correct. Executed on September 3, 2021, at Schwenksville, Pennsylvania.

_____

Marc Yarrison

48447400.1

4

Case No. 2:19-cv-08108 DMG (MRWx)

DECLARATION OF MARC YARRISON IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 4  PAGE 32

48447400_1.docx

# EXHIBIT 5

EXHIBIT 5  PAGE 33

1  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
2  DAVID RAIZMAN, CA Bar No. 129407
   david.raizman@ogletree.com
3  AMBER L. ROLLER, CA Bar No. 273354
   amber.roller@ogletree.com
4  J. NICHOLAS MARFORI, CA Bar No. 311765
   nicholas.marfori@ogletree.com
5  400 South Hope Street, Suite 1200
   Los Angeles, California  90071
6  Telephone:  213-239-9800
   Facsimile:    213-239-9045
7
   Attorneys for Defendants
8  QUEST DIAGNOSTICS CLINICAL
   LABORATORIES, INC.; QUEST
9  DIAGNOSTICS HOLDINGS, INC. and
   QUEST DIAGNOSTICS INCORPORATED
10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13  JULIAN VARGAS, ANNE WEST and       Case No. 2:19-cv-08108 DMG (MRWx)
    AMERICAN COUNCIL OF THE
14  BLIND, individually on behalf of   **DECLARATION OF DAVID**
    themselves and all others similarly **RAIZMAN IN SUPPORT OF**
15  situated,                          **DEFENDANTS' MOTION FOR**
                                       **SUMMARY JUDGMENT, OR, IN THE**
16              Plaintiffs,            **ALTERNATIVE, FOR PARTIAL**
                                       **SUMMARY JUDGMENT**
17       v.

18  QUEST DIAGNOSTICS CLINICAL         Date:          October 8, 2021
    LABORATORIES, INC., QUEST          Time:          2:00 p.m.
19  DIAGNOSTICS HOLDINGS, INC.,        Place:         Courtroom 8C
    QUEST DIAGNOSTICS
20  INCORPORATED; and DOES 1-10,
    inclusive,                         Complaint Filed: September 18, 2019
21                                     Trial Date:     January 11, 2022
                Defendants.            District Judge:  Hon. Dolly M. Gee
22                                                     Courtroom 8C, First St.
                                       Magistrate Judge: Hon. Michael R. Wilner
23                                                     Courtroom 550, Roybal

24

25

26

27
                                                 Case No. 2:19-cv-08108 DMG (MRWx)
28

QUEST.Vargas.Rai
zman.Declaration

DECLARATION OF DAVID RAIZMAN IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT,
OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 5  PAGE 34

# DECLARATION OF DAVID RAIZMAN

I, David Raizman, declare and state as follows:

1.      I am an attorney duly licensed to practice in all of the courts of the State of California and in this Court and am a shareholder with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys of record for defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated (collectively, "Quest").  I make this declaration in support of Defendants' Motion for Summary Judgment, Or, In the Alternative, For Partial Summary Judgment (the "Motion").  I have personal knowledge of all the facts set forth below.  If called upon to testify to these facts, I could and would do so competently.

2.      On July 13, 2021, defendant Quest Diagnostics Clinical Laboratories, Inc. served its first set of Request for Admissions on Plaintiff American Council of the Blind. On August 12, 2021, Plaintiff American Council of the Blind served its responses to Defendant Quest Diagnostics Clinical Laboratories, Inc.'s Request to Admission, Set One. Attached as Exhibit 16 to the accompanying Appendix is a true and correct copy of the responses.

3.      On June 9, 2020, I took the deposition of Clark Rachfal in this case pursuant to proper notice.  A certified court stenographer attended the deposition, administered a solemn oath to Clark Rachfal, and stenographically recorded his testimony. Attached as Exhibit 17 to the accompanying Appendix is a true and correct copy of the cover page and the excerpted portions of the deposition transcript of Clark Rachfal cited by Defendants on this Motion.

4.      On April 12, 2021, Plaintiff's counsel took the first session of the deposition of Taylor Carr in this case.  A certified court stenographer attended the deposition, administered a solemn oath to Taylor Carr, and stenographically recorded his testimony. Attached as Exhibit 18 to the accompanying Appendix is a true and correct copy of the cover page and the excerpted portions of the deposition transcript

QUEST.Vargas.Rai
zman Declaration

EXHIBIT 5  PAGE 35

of Taylor Carr cited by Defendants on this Motion.

5.    On August 19, 2021, I took the deposition of Claire Stanley in this case pursuant to proper notice.  A certified court stenographer attended the deposition, administered a solemn oath to Claire Stanley, and stenographically recorded her testimony. Attached as Exhibit 19 to the accompanying Appendix is a true and correct copy of the cover page and the excerpted portions of the deposition transcript of Claire Stanley cited by Defendants on this Motion.

6.    In December 2018, ACB's Executive Director, Eric Bridges, sent near-identical letters about the Kiosks to Quest's General Counsel and its CEO on behalf of unidentified members of ACB. Attached as Exhibit 20 to the accompanying Appendix is a true and correct copy of the letter from Eric Bridges to Steve Rusckowski, Quest's CEO, produced by Plaintiffs in this action.  Ms. Stanley testified to the letter to Quest's General Counsel in the deposition testimony attached at Exhibit 19.

7.    At her deposition, Ms. Stanley testified to maintaining a log of all of ACB's contacts with Quest before ACB turned the handling of the matter over to its outside counsel, Matthew Handley, in the testimony attached at Exhibit 19.  Attached as Exhibit 21 to the accompanying Appendix is a true and correct copy of Claire Stanley's log.

8.    On April 22, 2021, my colleague Amber Roller took the deposition of plaintiff Julian Vargas in this case pursuant to proper notice.  A certified court stenographer attended the deposition, administered a solemn oath to Julian Vargas, and stenographically recorded his testimony. Attached as Exhibit 22 to the accompanying Appendix is a true and correct copy of the cover page and the excerpted portions of the deposition transcript of Julian Vargas cited by Defendants on this Motion.

9.    The United States Department of Justice ("DOJ") publishes guidance on "effective communication" on its ADA webpage at https://www.ada.gov/effective-

2

QUEST.Vargas.Raizman.Declaration

Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF DAVID RAIZMAN IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 5  PAGE 36

comm.pdf.  Attached as Exhibit 23 to the Appendix is a true and correct copy of this 2014 DOJ publication.

10.     Attached as Exhibit 24 to the Appendix is a true and correct copy of the Joint Stipulation regarding Defendants' Motion to Compel Clark Rachfal to Respond to Questions He Was Instructed to, and Refused, to Answer (ECF No. 80), which includes a contention by Plaintiffs that Defendants are bound by the "primary consideration" regulation in Title II of the ADA.

11.     Attached as Exhibit 25 to the Appendix is a true and correct copy of pages 1, 11 and 14 of a May 4, 2021 letter that Plaintiffs' counsel sent to me on that date in which Plaintiffs contend Defendants are bound by the "primary consideration" regulation in Title II of the ADA.

12.     Defendants duly noticed and took the depositions of Mr. Vargas, Ms. Stanley and several other ACB members and putative class members in this action. While many of these members admit to being helped immediately in the excerpted materials found at Exhibit 26 to the accompanying Appendix, Vargas and some ACB members claim waits ranging from one to 90 minutes (mostly relatively short waits) before they were assisted.  Attached as Exhibit 26 to the accompanying Appendix are the cover pages and excerpts of the testimony of Julian Vargas, Claire Stanley, Ardis Bazyn, Ralph Black, Regina Brink, Donna Grahmann, Mary Haroyan, Nona Haroyan, Kathleen Lyons and Robin Rehder relating to the length of time they waited before being seen at the PSCs. None of these patients claims to have been denied diagnostic testing services.

13.     Attached as Exhibit 27 to the accompanying Appendix are the cover pages and excerpts of the testimony of Julian Vargas, Ardis Bazyn, Ralph Black, Mary Haroyan, Nona Haroyan, Robin Redher and Claire Stanley in which they share stories of being helped nearly immediately upon arriving at a Quest PSC.

14.     Attached as Exhibit 29 to the accompanying Appendix are Claire Stanley's notes of a January 25, 2019 conversation between Quest and ACB to

3                    Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF DAVID RAIZMAN IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

QUEST.Vargas.Rai zman.Declaration

EXHIBIT 5  PAGE 37

which Ms. Stanley testified in the excerpts at Exhibit 19 and are two of the pages included in Exhibit 7 to the Appendix.

I declare under penalty of perjury under the laws of the State of California and the United States that the facts stated above are true and correct.

Executed on September 3, 2021, at Los Angeles, California.

/s/ David Raizman
David Raizman

EXHIBIT 5  PAGE 38

# EXHIBIT 6

EXHIBIT 6  PAGE 39



# Wright State Disibilities

| | |
|---|---|
| ☰ Attendees | |
| 🕐 Created | @Feb 3, 2020 10:25 AM |
| ☰ Tags | |

## Interview Questions

**We are very much interested in your perspectives working with visually impaired. Don't feel like you need to provide the perspective of the disabled.**

What do you hear from visually impaired students about their life experiences?

What services have you seen that didn't work out as expected. Thoughts on why it didn't work out?

What are services that have worked out the best. What about it? Why?

Tell us of a time a student raved about an experience.

Tell us of a time a student was furious.

EXHIBIT
101

1

EXHIBIT 6  PAGE 40

CONFIDENTIAL

QUEST-VARGAS000041963

What types of work around sir tips and tricks do you hear about?

What do you hear from visually impaired students saying about self service experiences?

Imagine McDonald's was going to 100% self service. What advice would you give them to ensure a good experience for visually impaired.

## Notes from Interview

Transportation is a huge deal. Even when access to public transit it can be quite expensive. Project mobility - RTA public transit. paratransit company. They have rules that you have to be there early.

If you're late for your appointment, we have to reschedule. So making that a punishment won't work for them. The bus is not predictable at all.

House calls would work so well for these peoples. If we could make this medxm stuff available. If they have problem getting to a center, make this available.

Wright State Disibilities

2

EXHIBIT 6  PAGE 41

QUEST-VARGAS000041964

Or even provide the car service.

If you have a visual impairment, they may call the insurance company for more information on where they are going. Sometimes they will find out from doctors. First thought is, "is this in the limit of my RTA transportation". Then para transit works alongside those RTA routes within a small distance off of the RTA route.

If I use a power wheel chair, I can't ya Lyft or Uber.

Public transportation is a common barrier.

The money and availability of public transportation are problems.

Partner with care source or payers to let them know what we have available to them.

When trying new technology, the idea is better than reality. They tried putting up beacons. Then had an app to help navigate. This didn't workout.

PDFs can be an image or an OCRd pdf. OCRd they can change the font and use a screen reader. A straight up image doesn't work.

Have a print, digital, large print, Braille etc and let the person pick.

They like using an iPad. But it needs to have a screen reader that is tuned on for them to use. a giant screen. Many people will have headphones with them but will likely be wireless. we can provide them with ear buds. then it's our gift to them.

Wright State Disibilities

**EXHIBIT 6  PAGE 42**

CONFIDENTIAL

QUEST-VARGAS000041965

I really like the Aim Portal. I can go online and request my services. They don't have to fill out paper forms, save those things, and then check boxes. They really like not having to start from scratch.

Send forms before an appointment and then bring forms with them.

Give them options for electronics or paper. We will send to you.

Magnifiers are common practice

"Click here to access results." Don't make them search.

A new student that transferred and had accommodations. The academic advisor assumed they didn't need help. But she did need help. She was tech savvy but it wasn't known that she could do something. Don't make our assistance discoverable. Make it known.

WSU disabilities website (wings) accessibility icon at the top and choose what would be best for them. By the option being in the top left, the screen reader reads first. Don't have scrolling interfaces.

CONFIDENTIAL



Pop ups are frustrating for the visual impaired.

Make sure you label what the button does not just the button name.

In the cafeteria, students can ask for assistance. Help shopping, preparing, etc. they have a robot to help feed people that need it.

Coke machines with different flavors, they have buttons lower on the dispenser. But it doesn't talk out loud. So it doesn't help being blind.

CONFIDENTIAL

QUEST-VARGAS000041967

There is just such a wide variety of needs, That she's not sure how you could get rid of a person and be 100% self service. But an atm you could plug in headphones to hear the options. There are just people who will get lost.

Even having chairs specifically for them, be mindful that patients need to

When opening the door, have an audio to let them know what and where. Airports sometimes have that. Like how elevators say "3rd floor, going up." Or "Or trafic lights that say how much time is left and what road"

A camera in the lobby would help the PSR know someone is out there.

Even if the person is mobile, having to wait in line (or sit down to wait for them to be able to check in) is annoying. How can we make them not wait?

What if there is an automated phone call to let them know their appointment is right now. Or let the patient call when they arrive. During scheduling tell them to call a number upon arriving and we'll check them on.

During a check in, she gets a sticker. Then a future stickers have the same label. Could you flag people as needing help and store it.

"I don't want fixed, I just want to live my happy life how I am."

The more variety of options, the better. Braille literacy is down right now because the push for screen readers. It's being taught less.

Tips and Tricks
- Folding their money helps know what dollar bill is.

- Look at the menu online so you're more prepared. This allows them to not have someone read it for them.

- "Where is the blue shirt" again knowing what they're looking for.

- Doing online grocery store shopping

- With a cane they will find a wall and then stick to the wall. Called it trailing.

- Path of travel should be straight and not around rows of chairs.

Have multiple methods for accessing information (large print, Braille, digital)

Not enfantalizing people. *sigh All the time*. *All the time*.
 - just speak and engage with them.

Redesign the physical space. An area with different looks. Tactile walls that indicate you're here instead of here.

During phone scheduling, schedule a check in call or reminder call time.

Discoverability is huge. Use the top left menu and include the phone scheduler options and click to call now.  "Thanks for calling, by using this number you're acknowledging you need help upon arrival" this works for wheelchair too. The appointment time is an all day appointment - don't worry about being on time.

CONFIDENTIAL

EXHIBIT 6  PAGE 46
QUEST-VARGAS000041969

# EXHIBIT 7

EXHIBIT 7  PAGE 47

CONFIDENTIAL



**American Council of the Blind**

Together for a bright future

1703 N. Beauregard St., Suite 420
Alexandria, VA 22311
Tel: (202) 467-5081
Fax: (703) 465-5085

Steve Rusckowski, CEO
Quest Diagnostics
500 Plaza Dr.
Secaucus, NJ 07094
1-866-697-8378

> **Exhibit
> 00065**
> 6/9/2021
> ACB/Rachfal - V1

Dear Mr. Rusckowski:

I am writing on behalf of the American Council of the Blind (ACB). ACB is a member-based organization of people who are blind and visually impaired that strives to increase the independence, security, equality of opportunity, and to improve quality of life for all blind and visually impaired people.

It has come to our attention that many of your facilities use an electronic tablet to sign customers in. This tablet is not accessible for customers who are blind or visually impaired; the tablet does not include the option to turn on a screen reader or to increase the font size. Without such accessibility functions, blind and visually impaired individuals are unable to utilize the device. Additionally, many customers we have communicated with explained that when they arrived at your various locations to get lab work done, the front desk was not manned by a receptionist. As a result, the only way to check in is via the inaccessible tablet. The lack of a receptionist leaves blind customers without a way to sign in. On occasion, a Quest Diagnostics employee was available to assist a person with signing in. However, that employee was often a lab technician who came from the back of the lab to assist the customer. The presence of the technician was sporadic and unreliable. Many people we communicated with said they had to rely on friends or family members to sign them in; they could not do so independently. And, on more than one occasion, our members explained that they had to rely on other customers who were complete strangers to them to successfully sign in. This violates their right to privacy.

The blind and visually impaired community is composed of a greater number of older, retired Americans, as well as individuals with additional medical conditions. Such people need to get lab work done on a more regular basis. Consequently, many of the customers we have spoken to get lab work done at Quest Diagnostics on a regular basis.

Under Title III of the Americans with Disabilities Act, businesses such as Quest Diagnostics that provide services to the public must provide reasonable accommodations to customers with disabilities, such as blindness. Reasonable accommodations must provide equal access to the goods or services. As it currently stands, blind and visually impaired customers of many Quest Diagnostics location do not have equal access to your lab services. Below is a list of 4 different locations across the United States where blind and visually impaired customers have faced challenges receiving services at Quest Diagnostics because of inaccessible services. This is a small subsection of the locations reported; we have, at this time, heard from more than a dozen consumers across the country who have faced similar obstacles. Here are four specific locations where such problems have been experienced:

- 11212 State Hwy. 151, Medical Plaza I, Suite 210, San Antonio, TX 78251
- 6006 49th Street North, Suite 300, St. Petersburg, FL 33709

**EXHIBIT 7  PAGE 48**

- 1106 Union Rd., Southgate Plaza, West Seneca, NY 14224
- 210 N. Boulder Hwy, Henderson, NV 89015

We are eager to speak with the decision-makers at Quest Diagnostics to communicate our concerns and find a way to make Quest Diagnostics services accessible to all customers. ACB would be happy to set up a time to talk with Quest Diagnostics.

Thank you for your time. I look forward to speaking with Quest Diagnostics soon.

Sincerely,

Eric Bridges
Executive Director

EXHIBIT 7  PAGE 49

www.gonitro.com

PL00406

1/25/19

Amer Pharaon, Corporate Council

Chris Grant,  Executive Director of Patient Service Centers

Quest Diagnostics

They want to know more about what "best practices" we suggest to make their PSCs more accessible for blind patients

They want to know what information that blind patients have to give outloud to others is considered personal or inappropriate to share (anything)

They want to know what ACB's goal is to take away from this conversation (the lawyer is definitely fishing here)

Chris talked a lot about what the phlebotomists are trained to do; they are supposed to scan the room everytime they go into the lobby to observe if anyone needs assistance (this never happens)

The phlebotomists undergo sensitivity training on a yearly basis

When people need help with the sign-in tablet, there is a big yellow button they can push; they seemed to believe this was sufficient to assist low vision patients

They stated they have taken actions to increase the font size on the device

They are working to put more of the work up-front; patients fill out the paperwork at home on their own computer's and can just scan it in when they get to the PSC; soon people will be able to scan in with their smart phones

He said the website is accessible, and said it has been tested

They said they are trying to encourage more people to make appointments because it makes it easier; but when asked if walk ins would be eliminated, he said no, they will continue to take walk ins

Talked about having a bell or button to push to get help

The door is apparently transparent

They said it is rare for a waiting room to be empty so a person will never be without someone to ask for help

When someone with a disability comes in, a phlebotomist is supposed to drop everything and help the person

He wants to know the specific locations of labs where such service is not being provided

They stressed that service animals are allowed

I asked what they will do if they cannot identify whether someone has a disability and they could not answer that question



Exhibit 00067

6/9/2021 ACB/Rachfal - V1

EXHIBIT 7  PAGE 50

PL00577

Eric talked about connecting the company to a tech firm to explore how to make their sign in system accessible

EXHIBIT 7  PAGE 51

PL00578

**From:**          Claire Stanley
**Sent:**          Friday, April 12, 2019 1:00 PM
**To:**            Clark Rachfal
**Subject:**       RE: change of time for Quest call


Agreed, but I don't want to let them keep postponing.

Claire Stanley
Advocacy and Outreach Specialist
American Council of the Blind
1703 N Beauregard Street, Suite 420
Alexandria, VA 22311
(T) 202-467-5081
(F) 703-465-5085
Learn more about us at www.acb.org
Follow us on Twitter at @acbnational
Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial

---

**From:** Clark Rachfal
**Sent:** Friday, April 12, 2019 12:59 PM
**To:** Claire Stanley <cstanley@acb.org>
**Cc:** Eric Bridges <ebridges@acb.org>
**Subject:** Re: change of time for Quest call

That is suboptimal, but yes, it works for me.

Clark Rachfal
Sent from my #VZW iPhone

On Apr 12, 2019, at 12:39, Claire Stanley <cstanley@acb.org> wrote:

> The attorney had to push the call back to 4 PM. Is that ok for the both of you?
>
>
> Claire Stanley
> Advocacy and Outreach Specialist
> American Council of the Blind
> 1703 N Beauregard Street, Suite 420
> Alexandria, VA 22311
> (T) 202-467-5081
> (F) 703-465-5085
> Learn more about us at www.acb.org
> Follow us on Twitter at @acbnational
> Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial

EXHIBIT 7  PAGE 52
PL00579

| | |
|---|---|
| **From:** | Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com> |
| **Sent:** | Thursday, March 28, 2019 10:21 AM |
| **To:** | Claire Stanley |
| **Cc:** | Clark Rachfal |
| **Subject:** | RE: checking in |

Claire –

Thanks very much for following up. We'd like to set up another conference call to discuss. Can you let me know whether you are available tomorrow afternoon for a call?

Regards,


**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



*Please think about resource conservation before you print this message.*
*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

---

**From:** Claire Stanley <cstanley@acb.org>
**Sent:** Friday, March 22, 2019 12:11 PM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Cc:** Clark Rachfal <crachfal@acb.org>
**Subject:** checking in

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Amer,
I wanted to reach back out and see how the American Council of the Blind can help to keep our communications going with Quest Diagnostics. Last we spoke, there was talk about engaging in technology discussions surrounding making the sign-in tablets accessible for blind and visually impaired patients. We had not heard back from you since that time. Are you and Chris available to talk again soon to restart such conversations? Like Eric, our executive director, had said, he would be happy to connect Chris with some accessible technology experts here in the Virginia, DC, and Maryland area. Perhaps a lunch appointment could be planned with such experts.
I look forward to connecting with you soon.
Best

EXHIBIT 7  PAGE 53
PL00580

Claire Stanley
Advocacy and Outreach Specialist
American Council of the Blind
1703 N Beauregard Street, Suite 420
Alexandria, VA 22311
(T) 202-467-5081
(F) 703-465-5085
Learn more about us at www.acb.org
Follow us on Twitter at @acbnational
Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial

---

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

**EXHIBIT 7  PAGE 54**
PL00581

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Wednesday, April 3, 2019 3:15 PM
**To:** Claire Stanley
**Cc:** Clark Rachfal
**Subject:** RE: checking in

Hi Claire –

Unfortunately, I am out of the office and traveling on business this week, but we could certainly participate in a call next week. Can you let us know whether any of these times work for you?

Monday (9:00)
Tuesday (9-10; 11:30; 3:00; 5:00)
Thursday (2:00)
Friday (10:00; 1-3)

Regards,


**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | *Action from Insight* | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



*Please think about resource conservation before you print this message.*
*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

---

**From:** Claire Stanley <cstanley@acb.org>
**Sent:** Monday, April 01, 2019 1:38 PM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Cc:** Clark Rachfal <crachfal@acb.org>
**Subject:** RE: checking in

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I apologize. I was out of the office last Thursday and Friday. Are you available to speak sometime at the end of this week?
Thank you


Claire Stanley
Advocacy and Outreach Specialist

EXHIBIT 7  PAGE 55
PL00582

American Council of the Blind
1703 N Beauregard Street, Suite 420
Alexandria, VA 22311
(T) 202-467-5081
(F) 703-465-5085
Learn more about us at www.acb.org
Follow us on Twitter at @acbnational
Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial

---

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Thursday, March 28, 2019 10:21 AM
**To:** Claire Stanley <cstanley@acb.org>
**Cc:** Clark Rachfal <crachfal@acb.org>
**Subject:** RE: checking in

Claire –

Thanks very much for following up. We'd like to set up another conference call to discuss. Can you let me know whether you are available tomorrow afternoon for a call?

Regards,


**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | *Action from Insight* | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



*Please think about resource conservation before you print this message.*
*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

---

**From:** Claire Stanley <cstanley@acb.org>
**Sent:** Friday, March 22, 2019 12:11 PM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Cc:** Clark Rachfal <crachfal@acb.org>
**Subject:** checking in

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Amer,
I wanted to reach back out and see how the American Council of the Blind can help to keep our communications going with Quest Diagnostics. Last we spoke, there was talk about engaging in efforts to

discussions surrounding making the sign-in tablets accessible for blind and visually impaired patients. We had not heard back from you since that time. Are you and Chris available to talk again soon to restart such conversations? Like Eric, our executive director, had said, he would be happy to connect Chris with some accessible technology experts here in the Virginia, DC, and Maryland area. Perhaps a lunch appointment could be planned with such experts.

I look forward to connecting with you soon.

Best

Claire Stanley
Advocacy and Outreach Specialist
American Council of the Blind
1703 N Beauregard Street, Suite 420
Alexandria, VA 22311
(T) 202-467-5081
(F) 703-465-5085
Learn more about us at www.acb.org
Follow us on Twitter at @acbnational
Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

EXHIBIT 7  PAGE 57
PL00584

**From:**         Clark Rachfal
**Sent:**          Monday, April 15, 2019 9:51 AM
**To:**            Claire Stanley
**Subject:**       RE: vendors to present to Quest Diagnostics

Hey,
Eric and I spoke briefly about this on Friday. He mentioned Paciello Group, and Level Access. I am not sure if he will mention any other organizations.
Thanks,
Clark


Clark Rachfal
Director of Advocacy and Governmental Affairs
American Council of the Blind (ACB)
1703 N. Beauregard Street, Suite 420
Alexandria, VA 22311
Main: 202-467-5081
Learn more about us at www.acb.org
Follow us on Twitter at @acbnational
Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial
View our YouTube page at http://tinyurl.com/gloz7bq

---

**From:** Claire Stanley
**Sent:** Monday, April 15, 2019 9:36 AM
**To:** Eric Bridges <ebridges@acb.org>; Clark Rachfal <crachfal@acb.org>
**Subject:** vendors to present to Quest Diagnostics

Eric,
We agreed to provide Quest with connections to some of the major accessibility vendors. Can you provide me with specific names or email addresses so I can begin introductions?
Thanks


Claire Stanley
Advocacy and Outreach Specialist
American Council of the Blind
1703 N Beauregard Street, Suite 420
Alexandria, VA 22311
(T) 202-467-5081
(F) 703-465-5085
Learn more about us at www.acb.org
Follow us on Twitter at @acbnational
Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial

**EXHIBIT 7  PAGE 58**
PL00585

**From:**           Claire Stanley
**Sent:**           Friday, April 5, 2019 3:44 PM
**To:**             Clark Rachfal
**Subject:**        to do list

Here is my list

*attending the DAC quarterly meeting
*Hill visit with the Education task force
*continuing to reach back out to Hill contacts made at the legislative seminar
*responding to calls that have come in
*talking with counsel from Quest Diagnostics


Claire Stanley
Advocacy and Outreach Specialist
American Council of the Blind
1703 N Beauregard Street, Suite 420
Alexandria, VA 22311
(T) 202-467-5081
(F) 703-465-5085
Learn more about us at www.acb.org
Follow us on Twitter at @acbnational
Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial

EXHIBIT 7  PAGE 59
PL00586

CONFIDENTIAL -- SUBJECT TO PROTECTIVE

| | |
|---|---|
| **From:** | Clark Rachfal |
| **Sent:** | Friday, March 22, 2019 5:06 PM |
| **To:** | Eric Bridges |
| **Cc:** | Claire Stanley |
| **Subject:** | Weekly Report 03-22-2019 |
| **Attachments:** | Weekly Report 03-22-2019.docx |

Eric,

Below and attached is Claire and my weekly report for the week ending on Friday, March 22, 2019. Please let us know if you have any thoughts or questions.

Weekly Report
March 18 - 22, 2019

Imperatives
- Claire is creating a spreadsheet to organize the Hill feedback that we have received.

1. Durable Medical Equipment
- Raised this issue with Rep. Beyer (D-VA-08) at the NIB open house on Monday, 3/11, due to the Hill feedback received by VA. I reached out to his Health LA, Katie Schisler, to discuss the issue further.
- Claire is thinking through the different venues of the diabetes project, including reaching out to the different attorneys and working groups as resources.

2. Low Vision Exclusion
- Scheduled meeting with Charles Cooper, Signal Group, to discuss ACB-Signal, and ideally, moving this issue forward.
- Began Hill outreach based off of the Legislative Seminar feedback, and members who supported this issue in previous Congresses.

3. AV Start Act
- Reached out to Reagan Payne, GM, to discuss the plan for introduction for the AV Start Act, and to get to know her better.

Miscellaneous
- Video Description – Circulated draft FCC comments to ACB membership to use for filing comments at the FCC. Deadline for members to send comments to ACB for filing is Thurs, 3/28, and the deadline for comments at the FCC is Mon, 4/1.
- WIOA – Shared the NCSAB panel topics with the Rehab Issues Task Force and discussed the panel on the task force call. Requested feedback on the panel topics by Wed, 4/3.
- Branding the Professional Disciplines – Updated the Rehab Issues and Special Education Task Forces on the efforts of Vision Serve Alliance and ACVREP to revisit resolution 2017-13. The Rehab Issues Task Force is not moved to revisit the resolution.
- Transportation – Claire is working in her role as CCD Transportation co-Chair, and has contacted DOT to arrange a call concerning Allegiant Air.

Accessible Tech – Claire reached out to the corporate counsel at Quest Diagnostics.
- Member Advocacy – Claire and I worked with members to resolve issues on an ad hoc basis, primarily brought to our attention by phone calls. Claire ruffled the feathers of KY affiliate President Karla Rushival, all on her own.

CONFIDENTIAL -- SUBJECT TO PROTECTIVE

EXHIBIT 7  PAGE 60
PL00587

Thank you,
Clark

EXHIBIT 7  PAGE 61
PL00588

**From:**          Clark Rachfal
**Sent:**          Friday, August 23, 2019 5:42 PM
**To:**            Eric Bridges; Claire Stanley
**Subject:**       Weekly Report for the Week Ending on Friday, August 23, 2019

ACB Advocacy and Governmental Affairs
Weekly report
Monday, Aug. 18 – Friday, Aug. 23, 2019

Three Imperatives
- Low Vision Bill – We continue outreach efforts to gain additional cosponsors for H.R. 4129. We are contacting Washington D.C. staff for members of Congress directly, and requesting that ACB members do the same in-district. We will discuss supporting H.R. 4129 with OrCam next week.
- Diabetes DME – We held a follow-up call with Washington Lawyer's Committee and Crowell Moring to discuss next steps. Our call with Brett Humphry to discuss a technological solution was postponed due to medical reasons. We are building a relationship with Prevent Blindness and think this issue may be an area for collaboration in the future.
- AV Start Act – Claire submitted comments to the House and Senate Commerce Committees on behalf of ACB and drafted comments for the CCD Transportation Task Force as well. Claire presented at the WIOA Conference on autonomous vehicles in Michigan.

Other Issues
- Website Accessibility – We spoke with Matt Handley regarding Quest Diagnostics; Disability Rights Texas is interested to become co-counsel in structured negotiation on behalf of ACB. Claire spoke with a reporter from Slate regarding the accessibility of social media. We will speak with Kim Charlson to discuss her presentation on digital inclusion at the Washington Press Club.
- Transportation – We recorded and posted a podcast on the DOT final enforcement statement for service animals during air travel. Claire is working on the British Airways matter with Kim Charlson.
- Employment – Claire is working with Jessica Abrams, outside counsel for NIB agencies, regarding the ACB amicus brief to be filed with the Supreme Court by Oct. 9.
- ACB Business – We presented the 2019 ACB resolutions to the board of directors, and we participated on an Information Access Committee steering call. Claire is working on the ACB diversity statement. We continue to speak with venders regarding staff directories and legislation tracking services.
- Advocacy/Public Awareness – We submitted interview topics and supporting materials to Comcast News Makers for the interview on Tuesday, Sept. 10. We answered individual calls and emails as they came in.

Thank You,
Clark

Clark Rachfal
Director of Advocacy and Governmental Affairs
American Council of the Blind (ACB)
1703 N. Beauregard Street, Suite 420
Alexandria, VA 22311
Main: 202-467-5081
Learn more about us at www.acb.org
Follow us on Twitter at @acbnational
Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial

**EXHIBIT 7  PAGE 62**

CONFIDENTIAL -- SUBJECT TO PROTECTIVE

View our YouTube page at http://tinyurl.com/gloz7bq

EXHIBIT 7  PAGE 63
PL00590

**From:**            Clark Rachfal
**Sent:**            Tuesday, July 30, 2019 11:03 AM
**To:**              Eric Bridges
**Cc:**              Claire Stanley
**Subject:**         Weekly Report for the Week of Friday, July 26, 2019

ACB Advocacy and Governmental Affairs
Weekly Report
Monday, July 22 – Friday, July 26, 2019

Three Imperatives
- Low Vision Bill – The target date for bill introduction in the House is Tuesday, Aug. 30. The bill has 5 original cosponsors: Reps. Maloney (D-NY), Bilirakis (R-FL), Cohen (D-TN), Schiff (D-CA), and Wagner (R-MO).
- Diabetes DME – We held the bi-weekly diabetes working group call to recap the ACB convention. We reached out to BVA to discuss collaborating on this issue.
- AV Start Act – No Progress to Report. We met with a representative from an AV delivery service, Niru. The National Council on Disability recommended they meet with ACB to understand the perspective of our community and the potential challenges in using their service. The meeting was with their governmental affairs representative in-person and an engineer by phone. Niru supports the AV Start Act, and they have filed a petition for exemption of regulations that would allow them more flexibility in design and testing with NHTSA.

Other Issues
- Transportation – Claire participated in a coordination call with the CCD Transportation Task Force co-chairs, and drafted comments for NHTSA on autonomous vehicles. Upon receiving feedback from ACB members, Amtrak Uber and Lyft have reached out to ACB concerning new legislation that would require rideshare services to use a bar code to confirm a passenger's vehicle.
- Employment – Verizon continues to consider endorsement of the Transformation to Competitive Employment Act. The House bill, H.R. 873, has 51 cosponsors (45 Ds/6 Rs), and the Senate bill, S. 260, has 7 Democratic cosponsors.
- Website Accessibility – Matt Handley is finalizing terms of the Patrion settlement agreement; Claire provided feedback. The deadline for a response to the Quest Diagnostics inaccessible kiosks demand letter was Friday, July 26.

- Accessible Exercise Equipment – Claire participated on a coordination call to begin Congressional outreach, both in-district and on Capitol Hill.

- ACB Convention – We participated on two convention wrap up calls with ACB staff. We participated on a convention wrap up call with En-Vision America and Walmart; both organizations are very pleased with the announcement during the convention and the media attention garnered. Sharon has finalized the 2019 ACB resolutions; they will be posted on the website this week, and we will begin prioritizing the resolutions.

- Advocacy/Public Awareness – We recorded and published a podcast with En-Vision America and Walmart re: the Walmart ScriptTalk announcement for the 29th anniversary of the Americans with Disabilities Act. We recorded a FB Live for the ADA anniversary as well. The next two podcasts will be: introduction of the low vision bill, and Volkswagen autonomous vehicles and universal design. We are providing updates for the Washington Connection. We continue to answer constituent and member phone calls and emails as they come in.

CONFIDENTIAL -- SUBJECT TO PROTECTIVE

**EXHIBIT 7  PAGE 64**
PL00591

Thank You,
Clark


Clark Rachfal
Director of Advocacy and Governmental Affairs
American Council of the Blind (ACB)
1703 N. Beauregard Street, Suite 420
Alexandria, VA 22311
Main: 202-467-5081
Learn more about us at www.acb.org
Follow us on Twitter at @acbnational
Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial
View our YouTube page at http://tinyurl.com/gloz7bq

EXHIBIT 7  PAGE 65
PL00592

**From:**            Claire Stanley
**Sent:**            Friday, August 23, 2019 12:56 PM
**To:**              Clark Rachfal
**Subject:**            what I worked on this week

*Presented in Michigan at the WIOA conference on autonomous vehicles
*Recorded a podcast episode on the Final Statement from the FAA
*Was interviewed by a reporter from Slate regarding the accessibility of social media
*Had a phone meeting with counsel regarding the regulatory angle on the DME case
*Had a phone meeting with Matt Handley regarding the Quest Diagnostics case
*Spoke with govtrack regarding their Congressional tracking service
*Emailed reps and senators who expressed interest in the Low Vision bill to set up meetings to get support
*Drafted a letter to respond to the bicameral, bipartisan committee on AVs
*Communicated with others on the British Airways matter
*Answered several advocacy questions that came in over the phone line
*Worked on the ACB diversity statement
*Communicated with Jessica Abrams about the amicus brief I am going to draft regarding the veterans
preference bill

Claire Stanley
Advocacy and Outreach Specialist
American Council of the Blind
1703 N Beauregard Street, Suite 420
Alexandria, VA 22311
(T) 202-467-5081
(F) 703-465-5085
Learn more about us at www.acb.org
Follow us on Twitter at @acbnational
Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial

CONFIDENTIAL -- SUBJECT TO PROTECTIVE

EXHIBIT 7  PAGE 66
PL00593

**From:**           Claire Stanley
**Sent:**           Friday, August 23, 2019 12:56 PM
**To:**           Clark Rachfal
**Subject:**           what I worked on this week

*Presented in Michigan at the WIOA conference on autonomous vehicles
*Recorded a podcast episode on the Final Statement from the FAA
*Was interviewed by a reporter from Slate regarding the accessibility of social media
*Had a phone meeting with counsel regarding the regulatory angle on the DME case
*Had a phone meeting with Matt Handley regarding the Quest Diagnostics case
*Spoke with govtrack regarding their Congressional tracking service
*Emailed reps and senators who expressed interest in the Low Vision bill to set up meetings to get support
*Drafted a letter to respond to the bicameral, bipartisan committee on AVs
*Communicated with others on the British Airways matter
*Answered several advocacy questions that came in over the phone line
*Worked on the ACB diversity statement
*Communicated with Jessica Abrams about the amicus brief I am going to draft regarding the veterans preference bill

Claire Stanley
Advocacy and Outreach Specialist
American Council of the Blind
1703 N Beauregard Street, Suite 420
Alexandria, VA 22311
(T) 202-467-5081
(F) 703-465-5085
Learn more about us at www.acb.org
Follow us on Twitter at @acbnational
Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial

CONFIDENTIAL -- SUBJECT TO PROTECTIVE

**EXHIBIT 7  PAGE 67**
PL00594

**From:** Claire Stanley
**Sent:** Friday, August 30, 2019 12:43 PM
**To:** Clark Rachfal
**Subject:** work log from this week

*Attended a meeting with AmTrak regarding website and app accessibility
*Attended the monthly ACAA call
*Met with Zach Fowler from Rep. Wild's office to discuss the Medicare Low Vision bill
*Researched Thrifty's policy on requiring a license and compared it to Hertz's policy
*Completed edits on comments for NHTSA regarding crash safety for AVs
*Spoke with Mike G on the social security matter
*Attended the bi-monthly diabetes call
*Communicated with Stephanie Willis from Crowell Moring about the CMS letter
*Communicated with Jessica Abrams regarding the veterans amicus brief
*Worked on the diversity statement draft
*Emailed more Congress members who we have worked with in the past to talk about HR 4129
*Recorded ACB Advocacy Update
*Connected American University law clinic with Cristin Martin for her high school daughter
*Proofread the letter to Quest Diagnostics for Matt Handley


Claire Stanley
Advocacy and Outreach Specialist
American Council of the Blind
1703 N Beauregard Street, Suite 420
Alexandria, VA 22311
(T) 202-467-5081
(F) 703-465-5085
Learn more about us at www.acb.org
Follow us on Twitter at @acbnational
Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial

CONFIDENTIAL -- SUBJECT TO PROTECTIVE

EXHIBIT 7  PAGE 68
PL00595

**From:**      Claire Stanley
**Sent:**      Friday, August 9, 2019 4:27 PM
**To:**      Clark Rachfal
**Subject:**      work this week

*Spoke with Dan Spoone re: Delta
*Attended meeting with WLC re: absentee voting
*Began to draft comments on questions presented by a congressional committee re: AVs
*Spoke with Jessica Abrahams re: drafting amicus brief
*Spoke with Dan Spoone & Kim Charlson re: ACB litigation
*Met with team to discuss the final statement that came out of the FAA re: service animals
*Researched state services for several phone calls that came in
*Communicated with Kim Charlson re: the British Airways case
*Communicated with Matt Handley re: Quest Diagnostics
*Communicated with contact in Michigan for my upcoming trip
*Worked with Carol Tyson to get comment info out to the Transportation TF
Scheduled meeting with Mike Nunez to talk about the JPay matter
*Ranked the resolutions to identify what to prioritize
*Reached back out to Lyft to try and build a relationship
*Worked with Jennifer Wilkie to promote the Exercise and Fitness for All Bill


Claire Stanley
Advocacy and Outreach Specialist
American Council of the Blind
1703 N Beauregard Street, Suite 420
Alexandria, VA 22311
(T) 202-467-5081
(F) 703-465-5085
Learn more about us at www.acb.org
Follow us on Twitter at @acbnational
Like us on Facebook at www.facebook.com/AmericanCounciloftheBlindOfficial

CONFIDENTIAL -- SUBJECT TO PROTECTIVE

EXHIBIT 7  PAGE 69
PL00596



Handley Farah & Anderson PLLC

---

**July 10, 2019**

**VIA PRIORTY MAIL**

Amer Pharaon, Esq.
Senior Corporate Counsel
Quest Diagnostics
500 Plaza Dr.
Secaucus, NJ 07094

**Re: Accessibility of Quest Diagnostics Facilities**

Dear Mr. Pharaon:

My law firm, Handley Farah & Anderson PLLC, represents the American Council of the Blind (ACB).  We write on behalf of ACB and its membership regarding discussions Quest Diagnostics ("Quest") and ACB have had in recent months concerning accessibility barriers ACB members and other blind patients have faced when attempting to use Quest's sign-in and registration systems in Quests reception areas.  As I believe the discussions Quest has had with ACB over the last several months have made clear, the systems as they currently exist are inaccessible because they are touchscreen devices with no audio component to make them accessible to blind users.

Although ACB has been encouraged by Quest's announced commitment to address this issue, there remains significant concern that Quest does not wish to join with ACB in determining what the appropriate solution should be.  To that end, my firm has been retained to reach out to Quest on ACB's behalf to stress the importance and benefit of a collaborative approach to resolving this matter and to propose a way to achieve that.

This letter explains why the accessibility barriers at issue are of particularly concern to ACB, and why those barriers give rise to legal claims under state and federal disability rights laws. As

---

further described below, ACB very much wants to work constructively with Quest to resolve this matter, but believes appropriate resolution would involve a detailed agreement with benchmarks and timelines for remedying the inaccessible kiosks at Quest.

**Introduction**

Founded in 1961, ACB seeks to increase the independence, security, equality of opportunity, and quality of life for all blind and visually impaired people.  ACB exists to ensure that governments, businesses, employers and other individuals comply with the hard-won laws that protect the rights of people who are blind or visually impaired to participate fully in all aspects of American society.  Although ACB prefers to advocate through direct advocacy and structured negotiations to address the access rights of people who are blind or visually impaired, it has also filed law suits when other advocacy approaches did not work

Like many blind users of touch screen devices, many ACB members access digital content using a screen reader – software built into devices that read text aloud and audibly delivers navigation cues.  This technology does not work when digital content is not designed and developed with accessibility in mind.

ACB members have encountered persistent barriers to accessibility at the check-in kiosks at Quest locations.  Prior to the advent of these kiosks, patients checked in with a receptionist.  Since adding these kiosks, patients report there often being no receptionist on duty, causing the blind patient to rely on other patients in the room to assist them with checking in.  This not only results in private information being disclosed to third parties, but prevents blind patients from independently making use of the services offered by Quest.

Quest is deservedly one of the preeminent clinical laboratories in the country.  Unfortunately, the current state of the check-in system has erected unnecessary, frustrating and embarrassing barriers for blind patients.

**Legal Basis for Claims**

Title III of the Americans with Disabilities Act of 1990 (ADA) prohibits discrimination on the basis of disability in the "full and equal enjoyment of goods, services, facilities, privileges, advantages, or accommodations of any public place of accommodation by any person who owns . . . or operates a place of public accommodation."  *See* 42 U.S.C. § 12182(a).  Prohibited discrimination includes denial of full and equal enjoyment of the goods, services, privileges, facilities, or accommodations of any place of public accommodation or eligibility requirements

that exclude people with disabilities.  *Id.*  Places of public accommodation include "professional office[s] of a health care provider, hospital[s], or other service establishment[s]," such as Quest. 42 U.S.C. § 12181(7)(f).

In order for people who are blind to have full and equal enjoyment of and benefit from the goods and services of a business, the law requires public accommodations to provide auxiliary aids and services that will ensure there is effective communication.  42 U.S.C. § 12182 (b)(2)(A)(iii); 28 C.F.R.§ 303(a).  The regulations implementing the ADA define "auxiliary aids and services" to include:

- accessible electronic and information technology; or other effective methods of making visually delivered materials available to individuals who are blind or have low vision;
- Acquisition or modification of equipment or devices; and
- screen reader software.

28 C.F.R. § 36.303 (b)(2) and (3).  The ADA further requires places of public accommodation to "make reasonable modifications in policies, practices, or procedures, when the modifications are necessary to afford goods, services, facilities, privileges, advantages, or accommodations to individuals with disabilities."  28 C.F.R. § 36.302.  Quest's kiosks require modification to ensure effective communication with users who are blind because they currently deny access to blind patients.

State and local law in locations where ACB members reside further supplement the protections provided under the ADA.  *See, e.g.*, New York State (N.Y. Exec. Law § 292(9)); New York City (N.Y.C. Admin. Code § 8-107(4)(a)); Illinois (775 ILCS 5/5-101); District of Columbia (D.C. Code § 2-1401.02); California (Cal Civ Code § 54.1).[1]  In short, federal, state and local law require that Quest's kiosks be accessible to blind users.

Additionally, it is unlawful for organizations that receive federal funding, such as Medicare and Medicaid, to discriminate against people with disabilities under Section 504 of the Rehabilitation Act of 1973 ("Section 504"). 29 U.S.C. §§ 701, et seq.  "No otherwise qualified handicapped

---

[1] State and local public accommodations laws typically provide for damages to affected individuals in addition to injunctive relief remedies and reasonable attorneys' fees.  *See, e.g.*, New York State (NY CLS Exec § 297); New York City (NYC Administrative Code 8-502); Illinois (775 ILCS 5/8B-104); District of Columbia (D.C. Code § 2-1403.16).  Federal, state and local laws provide for payment of claimants' reasonable attorneys' fees if they prevail in an enforcement action.

individual in the United States, as defined in Section 7 (6), shall, solely by reason of his handicap, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance…"
*Id.* According to its website, Quest receives federal Medicare and Medicaid funding. Therefore, it must comply with Section 504 by making its programs accessible, and by effectively communicating with persons with disabilities.

**Structured Negotiation**

We understand that Quest agrees modifications need to be made to its sign-in and registration systems, and has represented to ACB that this issue will be addressed, but has to date been unwilling to address those issues in a way in which ACB and its membership can ensure there is certainty and accountability for these changes.  It has unfortunately been ACB's prior experience that a lack of a formalized agreement and process for achieving and maintaining accessibility (even if well-intentioned) often results in inadequate and incomplete efforts, and can leave both parties confused as to whether the required changes have been made.

We hope that through this letter, we can enter into a structured negotiation with Quest to resolve these accessibility issues in a transparent and collaborative way, and to ensure that these violations do not occur in the future.  A structured negotiation would result in a binding settlement agreement between ACB and Quest.  Similar structured negotiation agreements have been used with many other public and private entities – I most recently used such an agreement to resolve an accessibility dispute with the District of Columbia. In our experience, such an agreement is helpful in moving the process along in a timely manner because the parties agree in advance on the parameters of negotiations and the subject matters that will be discussed. Another benefit of this agreement is that the parties can retain control over when and how this case is resolved.  Instead of having a court impose a remedial plan, the parties are able to collaboratively find a solution.  That resolution would require a written, enforceable agreement with three components:  programmatic relief addressing the accessibility of Quest's kiosks, and related policy and training issues; payment to ACB as allowed by law for the damages it has incurred; and reasonable attorneys' fees and expenses as allowed by law.

If you are willing to work with us in the manner proposed in this letter, we would begin by scheduling a phone call with the appropriate counsel to discuss issues particular to Structured Negotiation.  We would then talk about ground rule terms that would benefit the parties, and begin information sharing that is crucial to effective negotiation.  We are also, of course, happy to meet with you in person if that would be helpful.

Please contact me no later than July 26 if you are interested in resolving these concerns in this manner.  I can be reached at (202)-559-2411, or mhandley@hfajustice.com.


Best regards,


Matthew Handley
Handley Farah & Anderson PLLC

EXHIBIT 7  PAGE 74

QUEST-VARGAS000042051

| | |
|---|---|
| **From:** | Matthew Handley <mhandley@hfajustice.com> |
| **Sent:** | Tuesday, August 13, 2019 6:30 AM |
| **To:** | Pharaon, Amer S |
| **Subject:** | American Council of the Blind |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Amer,
Sorry we have had difficulty connecting regarding our outreach on behalf of the American Council of the Blind. I thought it might be easier if we try to schedule a time to discuss. Are you available tomorrow between 2 and 4 PM or Thursday before 3 PM for a call?

Look forward to discussing,

Matt

**Matthew K. Handley**
Partner



**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

**Justice for All**

This email message is from an attorney and may contain information that is confidential, privileged and/or attorney work product. If you are not the intended recipient of this email, please immediately advise the sender that this message was inadvertently transmitted to you and delete this message, along with any attachments. Please note that if you are an attorney who received this email about a prospective client, you must maintain the confidences of the prospective client. Thank you for your cooperation.

**EXHIBIT 7  PAGE 75**

QUEST-VARGAS000042030

| | |
|---|---|
| **From:** | Matthew Handley <mhandley@hfajustice.com> |
| **Sent:** | Wednesday, August 14, 2019 8:54 AM |
| **To:** | Pharaon, Amer S |
| **Subject:** | Re: American Council of the Blind |
| **Attachments:** | image001.jpg; image004.png |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks, Amer. That works well.

On Aug 14, 2019, at 11:46 AM, Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com> wrote:

> Thanks, Matt. How does Thursday at 2 p.m. sound? If that works, I will send you a calendar invite.
> **Amer S. Pharaon**
> **Senior Corporate Counsel**
> **Quest Diagnostics** | *Action from Insight* | 500 Plaza Drive | Secaucus, NJ 07094
> phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com |
> QuestDiagnostics.com
> <image001.jpg>
> *Please think about resource conservation before you print this message.*
>
> *This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*
>
> ---
>
> **From:** Matthew Handley <mhandley@hfajustice.com>
> **Sent:** Tuesday, August 13, 2019 9:30 AM
> **To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
> **Subject:** American Council of the Blind

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> Dear Amer,
> Sorry we have had difficulty connecting regarding our outreach on behalf of the American Council of the Blind. I thought it might be easier if we try to schedule a time to discuss. Are you available tomorrow between 2 and 4 PM or Thursday before 3 PM for a call?
> Look forward to discussing,
> Matt

**Matthew K. Handley**            **Handley Farah & Anderson PLLC**
Partner                          777 6th Street, NW – Eleventh Floor | Washington, DC 20001
                                 P: 202-559-2411
**<IMAGE004.PNG>**                F: 844-300-1952
                                 www.hfajustice.com
                                 **Justice for All**

This email message is from an attorney and may contain information that is confidential, privileged and/or attorney work product. If you are not the intended recipient of this email, please immediately advise the sender that this message was inadvertently transmitted to you and delete this message, along with any

**EXHIBIT 7  PAGE 76**

QUEST-VARGAS000042031

attachments. Please note that if you are an attorney who received this email about a prospective client, you must maintain the confidences of the prospective client. Thank you for your cooperation.

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

**EXHIBIT 7  PAGE 77**

QUEST-VARGAS000042032

| | |
|---|---|
| **From:** | Matthew Handley <mhandley@hfajustice.com> |
| **Sent:** | Tuesday, August 20, 2019 4:38 AM |
| **To:** | Pharaon, Amer S |
| **Subject:** | RE: American Council of the Blind |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,

Thanks for taking the time to discuss the ACB matter last week. I am consulting with our client on Thursday and hope to follow up with the draft structured negotiation agreement for your review shortly after.

Look forward to talking again soon on this matter,

Thanks,
Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Wednesday, August 14, 2019 11:45 AM
**To:** Matthew Handley <mhandley@hfajustice.com>
**Subject:** RE: American Council of the Blind

Thanks, Matt. How does Thursday at 2 p.m. sound? If that works, I will send you a calendar invite.

**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | Action from Insight | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



*Please think about resource conservation before you print this message.*

**EXHIBIT 7  PAGE 78**

QUEST-VARGAS000042033

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

**From:** Matthew Handley <mhandley@hfajustice.com>
**Sent:** Tuesday, August 13, 2019 9:30 AM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Subject:** American Council of the Blind

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Amer,

Sorry we have had difficulty connecting regarding our outreach on behalf of the American Council of the Blind. I thought it might be easier if we try to schedule a time to discuss. Are you available tomorrow between 2 and 4 PM or Thursday before 3 PM for a call?

Look forward to discussing,

Matt

**Matthew K. Handley**
Partner

**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

**Justice for All**

This email message is from an attorney and may contain information that is confidential, privileged and/or attorney work product. If you are not the intended recipient of this email, please immediately advise the sender that this message was inadvertently transmitted to you and delete this message, along with any attachments. Please note that if you are an attorney who received this email about a prospective client, you must maintain the confidences of the prospective client. Thank you for your cooperation.

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

**EXHIBIT 7  PAGE 79**

QUEST-VARGAS000042034

| | |
|---|---|
| **From:** | Matthew Handley <mhandley@hfajustice.com> |
| **Sent:** | Tuesday, December 10, 2019 2:09 PM |
| **To:** | Pharaon, Amer S |
| **Cc:** | Lia Davis |
| **Subject:** | RE: American Council of the Blind |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,
Thanks for discussing the concerns raised by the American Council of the Blind (ACB) regarding the accessibility of Quest Diagnostics' patient registration system. Since we spoke in August, I have also heard from several individual members of the blind community around the country, who have each voiced similar concerns about the lack of accessibility of Quest's registration system. When we concluded our call, I pledged to send to you a draft of a structured negotiation agreement for your review, as a proposed means for addressing the concerns raised by ACB.

I believe I mentioned during our call that we have been working on this matter with Disability Rights Texas, which has also received complaints from several concerned members of the blind community regarding these same issues. Lia Davis, an attorney at Disability Rights Texas (copied here), will be sharing our proposed structured negotiations agreement this week. Once you have had a chance to review, I think it would be helpful if we could schedule another call to discuss.

Thanks Amer,

Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Matthew Handley
**Sent:** Tuesday, August 20, 2019 7:38 AM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Subject:** RE: American Council of the Blind

Amer,
Thanks for taking the time to discuss the ACB matter last week. I am consulting with our client on Thursday and hope to follow up with the draft structured negotiation agreement for your review shortly after.

Look forward to talking again soon on this matter,

Thanks,
Matt

EXHIBIT 7  PAGE 80

QUEST-VARGAS000042035

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Wednesday, August 14, 2019 11:45 AM
**To:** Matthew Handley <mhandley@hfajustice.com>
**Subject:** RE: American Council of the Blind

Thanks, Matt. How does Thursday at 2 p.m. sound? If that works, I will send you a calendar invite.

**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com

 

*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

---

**From:** Matthew Handley <mhandley@hfajustice.com>
**Sent:** Tuesday, August 13, 2019 9:30 AM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Subject:** American Council of the Blind

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Amer,
Sorry we have had difficulty connecting regarding our outreach on behalf of the American Council of the Blind. I thought it might be easier if we try to schedule a time to discuss. Are you available tomorrow between 2 and 4 PM or Thursday before 3 PM for a call?

Look forward to discussing,

Matt

**EXHIBIT 7  PAGE 81**

QUEST-VARGAS000042036

**Matthew K. Handley**
Partner



**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

**Justice for All**

This email message is from an attorney and may contain information that is confidential, privileged and/or attorney work product. If you are not the intended recipient of this email, please immediately advise the sender that this message was inadvertently transmitted to you and delete this message, along with any attachments. Please note that if you are an attorney who received this email about a prospective client, you must maintain the confidences of the prospective client. Thank you for your cooperation.

_____

The contents of this message, together with any attachments, are intended only for the use of the person(s) to whom they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

**EXHIBIT 7  PAGE 82**

QUEST-VARGAS000042037

| | |
|---|---|
| **From:** | Lia Davis <ldavis@disabilityrightstx.org> |
| **Sent:** | Tuesday, December 10, 2019 4:38 PM |
| **To:** | Matthew Handley; Pharaon, Amer S |
| **Subject:** | RE: American Council of the Blind |
| **Attachments:** | 12.10 Letter to Quest Diagnostics Counsel.pdf; 2019-7-10 Letter.pdf; Quest Structured Negotiation Agreement.pdf |

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Amer,

Per Matt's email, please find the correspondence and draft structured negotiations agreement attached. We look forward to hearing from you.

*Lia S. Davis*
*Senior Attorney*



*2222 West Braker Lane*
*Austin, TX 78758*
*Website:* *www.disabilityrightstx.org*
*512.407.2763 direct line*
*512.454.4816 main office*
*512.454.3999 fax*
PRIVILEGED AND CONFIDENTIAL:
This email message and all attachments may contain information that is confidential, an attorney-client communication, and/or attorney work product. This communication is confidential and should not be shared without permission. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without first disclosing it. Thank you.

---

**From:** Matthew Handley [mailto:mhandley@hfajustice.com]
**Sent:** Tuesday, December 10, 2019 4:09 PM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>
**Subject:** RE: American Council of the Blind

Amer,

Thanks for discussing the concerns raised by the American Council of the Blind (ACB) regarding the accessibility of Quest Diagnostics' patient registration system. Since we spoke in August, I have also heard from several individual members of the blind community around the country, who have each voiced similar concerns about the lack of accessibility of Quest's registration system. When we concluded our call, I pledged to send to you a draft of a structured negotiation agreement for your review, as a proposed means for addressing the concerns raised by ACB.

I believe I mentioned during our call that we have been working on this matter with Disability Rights Texas, which has also received complaints from several concerned members of the blind community regarding these same issues. Lia Davis, an attorney at Disability Rights Texas (copied here), will be sharing our proposed structured negotiations agreement this week. Once you have had a chance to review, I think it would be helpful if we could schedule another call to discuss.

Thanks Amer,

Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001

1

**EXHIBIT 7  PAGE 83**

QUEST-VARGAS000042038

P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

**From:** Matthew Handley
**Sent:** Tuesday, August 20, 2019 7:38 AM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Subject:** RE: American Council of the Blind

Amer,

Thanks for taking the time to discuss the ACB matter last week. I am consulting with our client on Thursday and hope to follow up with the draft structured negotiation agreement for your review shortly after.

Look forward to talking again soon on this matter,

Thanks,

Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Wednesday, August 14, 2019 11:45 AM
**To:** Matthew Handley <mhandley@hfajustice.com>
**Subject:** RE: American Council of the Blind

Thanks, Matt. How does Thursday at 2 p.m. sound? If that works, I will send you a calendar invite.

**Amer S. Pharaon**
**Senior Corporate Counsel**
**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com

 

*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

**From:** Matthew Handley <mhandley@hfajustice.com>
**Sent:** Tuesday, August 13, 2019 9:30 AM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Subject:** American Council of the Blind

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Amer,

Sorry we have had difficulty connecting regarding our outreach on behalf of the American Council of the Blind. I thought it might be easier if we try to schedule a time to discuss. Are you available tomorrow between 2 and 4 PM or Thursday before 3 PM for a call?

Look forward to discussing,

Matt

**Matthew K. Handley**          **Handley Farah & Anderson PLLC**
Partner                        777 6th Street, NW – Eleventh Floor | Washington, DC 20001
                               P: 202-559-2411

**EXHIBIT 7  PAGE 84**

QUEST-VARGAS000042039



F: 844-300-1952
www.hfajustice.com
**Justice for All**

This email message is from an attorney and may contain information that is confidential, privileged and/or attorney work product. If you are not the intended recipient of this email, please immediately advise the sender that this message was inadvertently transmitted to you and delete this message, along with any attachments. Please note that if you are an attorney who received this email about a prospective client, you must maintain the confidences of the prospective client. Thank you for your cooperation.

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

**EXHIBIT 7  PAGE 85**

QUEST-VARGAS000042040

**From:** Matthew Handley <mhandley@hfajustice.com>
**Sent:** Friday, January 3, 2020 6:25 AM
**To:** Pharaon, Amer S; Lia Davis
**Subject:** RE: American Council of the Blind

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Amer,
Lia and I are both available on Thursday between noon and 3 PM Eastern Time. Is there a time in that window that would work well on your end?

Look forward to discussing.

--Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Thursday, January 2, 2020 4:14 PM
**To:** Lia Davis <ldavis@disabilityrightstx.org>; Matthew Handley <mhandley@hfajustice.com>
**Subject:** RE: American Council of the Blind

Lia/Matt –

I wanted to follow up on your email below. Do you have any availability next week (perhaps Wednesday or Thursday) for a call to discuss?

Regards,


**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | Action from Insight | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



**EXHIBIT 7  PAGE 86**

QUEST-VARGAS000042057

*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

**From:** Lia Davis <ldavis@disabilityrightstx.org>
**Sent:** Tuesday, December 10, 2019 7:38 PM
**To:** Matthew Handley <mhandley@hfajustice.com>; Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Subject:** RE: American Council of the Blind

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,

Per Matt's email, please find the correspondence and draft structured negotiations agreement attached. We look forward to hearing from you.

*Lia S. Davis*
*Senior Attorney*



*2222 West Braker Lane*
*Austin, TX 78758*
*Website:* ***www.disabilityrightstx.org***
*512.407.2763 direct line*
*512.454.4816 main office*
*512.454.3999 fax*

**PRIVILEGED AND CONFIDENTIAL:**
This email message and all attachments may contain information that is confidential, an attorney-client communication, and/or attorney work product. This communication is confidential and should not be shared without permission. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without first disclosing it. Thank you.

**From:** Matthew Handley [mailto:mhandley@hfajustice.com]
**Sent:** Tuesday, December 10, 2019 4:09 PM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>
**Subject:** RE: American Council of the Blind

Amer,
Thanks for discussing the concerns raised by the American Council of the Blind (ACB) regarding the accessibility of Quest Diagnostics' patient registration system. Since we spoke in August, I have also heard from several individual members of the blind community around the country, who have each voiced similar concerns about the lack of accessibility of Quest's registration system. When we concluded our call, I pledged to send to you a draft of a structured negotiation agreement for your review, as a proposed means for addressing the concerns raised by ACB.

I believe I mentioned during our call that we have been working on this matter with Disability Rights Texas, which has also received complaints from several concerned members of the blind community regarding these same issues. Lia

**EXHIBIT 7  PAGE 87**

QUEST-VARGAS000042058

Davis, an attorney at Disability Rights Texas (copied here), will be sharing our proposed structured negotiations agreement this week. Once you have had a chance to review, I think it would be helpful if we could schedule another call to discuss.

Thanks Amer,

Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Matthew Handley
**Sent:** Tuesday, August 20, 2019 7:38 AM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Subject:** RE: American Council of the Blind

Amer,
Thanks for taking the time to discuss the ACB matter last week. I am consulting with our client on Thursday and hope to follow up with the draft structured negotiation agreement for your review shortly after.

Look forward to talking again soon on this matter,

Thanks,
Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Wednesday, August 14, 2019 11:45 AM
**To:** Matthew Handley <mhandley@hfajustice.com>
**Subject:** RE: American Council of the Blind

Thanks, Matt. How does Thursday at 2 p.m. sound? If that works, I will send you a calendar invite.

Amer S. Pharaon
Senior Corporate Counsel

3

**EXHIBIT 7  PAGE 88**

QUEST-VARGAS000042059

**Quest Diagnostics** | *Action from Insight* | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

---

**From:** Matthew Handley <mhandley@hfajustice.com>
**Sent:** Tuesday, August 13, 2019 9:30 AM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Subject:** American Council of the Blind

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Amer,
Sorry we have had difficulty connecting regarding our outreach on behalf of the American Council of the Blind. I thought it might be easier if we try to schedule a time to discuss. Are you available tomorrow between 2 and 4 PM or Thursday before 3 PM for a call?

Look forward to discussing,

Matt

**Matthew K. Handley**
Partner



**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

**Justice for All**

This email message is from an attorney and may contain information that is confidential, privileged and/or attorney work product. If you are not the intended recipient of this email, please immediately advise the sender that this message was inadvertently transmitted to you and delete this message, along with any attachments. Please note that if you are an attorney who received this email about a prospective client, you must maintain the confidences of the prospective client. Thank you for your cooperation.

---

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein

is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

**EXHIBIT 7  PAGE 90**

QUEST-VARGAS000042061

| | |
|---|---|
| **From:** | Matthew Handley <mhandley@hfajustice.com> |
| **Sent:** | Monday, January 6, 2020 8:40 AM |
| **To:** | Pharaon, Amer S; Lia Davis |
| **Subject:** | RE: American Council of the Blind |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,
Just following up on the below to see if Thursday works on your end – I'm no longer available during the 2:00 hour, but am still free between noon and 2 PM Thursday if a time in that window would work for you.

Thanks,
Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Matthew Handley
**Sent:** Friday, January 3, 2020 9:25 AM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>; Lia Davis <ldavis@disabilityrightstx.org>
**Subject:** RE: American Council of the Blind

Hi Amer,
Lia and I are both available on Thursday between noon and 3 PM Eastern Time. Is there a time in that window that would work well on your end?

Look forward to discussing.

--Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Thursday, January 2, 2020 4:14 PM

EXHIBIT 7  PAGE 91

QUEST-VARGAS000042062

**To:** Lia Davis <ldavis@disabilityrightstx.org>; Matthew Handley <mhandley@hfajustice.com>
**Subject:** RE: American Council of the Blind

Lia/Matt –

I wanted to follow up on your email below. Do you have any availability next week (perhaps Wednesday or Thursday) for a call to discuss?

Regards,


**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | Action from Insight | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

---

**From:** Lia Davis <ldavis@disabilityrightstx.org>
**Sent:** Tuesday, December 10, 2019 7:38 PM
**To:** Matthew Handley <mhandley@hfajustice.com>; Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Subject:** RE: American Council of the Blind

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,

Per Matt's email, please find the correspondence and draft structured negotiations agreement attached. We look forward to hearing from you.

*Lia S. Davis*
*Senior Attorney*

**Disability**Rights
TEXAS

*2222 West Braker Lane*
*Austin, TX 78758*
*Website: www.disabilityrightstx.org*
*512.407.2763 direct line*
*512.454.4816 main office*
*512.454.3999 fax*

2

**EXHIBIT 7  PAGE 92**

QUEST-VARGAS000042063

**PRIVILEGED AND CONFIDENTIAL:**
This email message and all attachments may contain information that is confidential, an attorney-client communication, and/or attorney work product. This communication is confidential and should not be shared without permission. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without first disclosing it. Thank you.

**From:** Matthew Handley [mailto:mhandley@hfajustice.com]
**Sent:** Tuesday, December 10, 2019 4:09 PM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>
**Subject:** RE: American Council of the Blind

Amer,
Thanks for discussing the concerns raised by the American Council of the Blind (ACB) regarding the accessibility of Quest Diagnostics' patient registration system. Since we spoke in August, I have also heard from several individual members of the blind community around the country, who have each voiced similar concerns about the lack of accessibility of Quest's registration system. When we concluded our call, I pledged to send to you a draft of a structured negotiation agreement for your review, as a proposed means for addressing the concerns raised by ACB.

I believe I mentioned during our call that we have been working on this matter with Disability Rights Texas, which has also received complaints from several concerned members of the blind community regarding these same issues. Lia Davis, an attorney at Disability Rights Texas (copied here), will be sharing our proposed structured negotiations agreement this week. Once you have had a chance to review, I think it would be helpful if we could schedule another call to discuss.

Thanks Amer,

Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Matthew Handley
**Sent:** Tuesday, August 20, 2019 7:38 AM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Subject:** RE: American Council of the Blind

Amer,
Thanks for taking the time to discuss the ACB matter last week. I am consulting with our client on Thursday and hope to follow up with the draft structured negotiation agreement for your review shortly after.

Look forward to talking again soon on this matter,

Thanks,
Matt

EXHIBIT 7  PAGE 93

QUEST-VARGAS000042064

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Wednesday, August 14, 2019 11:45 AM
**To:** Matthew Handley <mhandley@hfajustice.com>
**Subject:** RE: American Council of the Blind

Thanks, Matt. How does Thursday at 2 p.m. sound? If that works, I will send you a calendar invite.


**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

---

**From:** Matthew Handley <mhandley@hfajustice.com>
**Sent:** Tuesday, August 13, 2019 9:30 AM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Subject:** American Council of the Blind

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Amer,
Sorry we have had difficulty connecting regarding our outreach on behalf of the American Council of the Blind. I thought it might be easier if we try to schedule a time to discuss. Are you available tomorrow between 2 and 4 PM or Thursday before 3 PM for a call?

Look forward to discussing,

Matt

4

**EXHIBIT 7  PAGE 94**

QUEST-VARGAS000042065

**Matthew K. Handley**
Partner



**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

**Justice for All**

This email message is from an attorney and may contain information that is confidential, privileged and/or attorney work product. If you are not the intended recipient of this email, please immediately advise the sender that this message was inadvertently transmitted to you and delete this message, along with any attachments. Please note that if you are an attorney who received this email about a prospective client, you must maintain the confidences of the prospective client. Thank you for your cooperation.

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

**EXHIBIT 7  PAGE 95**

QUEST-VARGAS000042066

| | |
|---|---|
| **From:** | Matthew Handley <mhandley@hfajustice.com> |
| **Sent:** | Tuesday, January 7, 2020 11:39 AM |
| **To:** | Pharaon, Amer S; Lia Davis |
| **Subject:** | RE: Recent Correspondence |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks, Amer – Look forward to talking with you Thursday.

--Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com




-----Original Appointment-----
**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Tuesday, January 7, 2020 2:30 PM
**To:** Matthew Handley; Lia Davis
**Subject:** Recent Correspondence
**When:** Thursday, January 9, 2020 1:00 PM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** (862) 294-2601,,212253831#

Matthew/Lia –

I am scheduling this call per our recent email correspondence.


Regards,




**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



1

**EXHIBIT 7  PAGE 96**

QUEST-VARGAS000042067

*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

_____

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

EXHIBIT 7  PAGE 97

QUEST-VARGAS000042068

| | |
|---|---|
| **From:** | Matthew Handley <mhandley@hfajustice.com> |
| **Sent:** | Tuesday, January 21, 2020 8:54 AM |
| **To:** | Pharaon, Amer S |
| **Cc:** | Lia Davis |
| **Subject:** | Re: Call |
| **Attachments:** | image001.jpg |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Unfortunately 4 PM is not available. We can talk from 10 AM to noon and between 1:30 and 3PM Friday. Would a time in those windows work?

On Jan 21, 2020, at 8:39 AM, Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com> wrote:

Does 4 p.m. eastern on Friday work by any chance? Also, I think it would be helpful if our outside counsel in the CA class action (Dave Raizman of Ogletree) participated in the call as well, so I will include him on the invite for the call.

Amer S. Pharaon
Senior Corporate Counsel
**Quest Diagnostics** | Action from Insight | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com |
QuestDiagnostics.com
<image001.jpg>
*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

**From:** Matthew Handley <mhandley@hfajustice.com>
**Sent:** Monday, January 20, 2020 3:57 PM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>
**Subject:** Re: Call

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,
Would Friday between 1 PM and 3 PM Eastern work for a call?

On Jan 20, 2020, at 9:45 AM, Pharaon, Amer S
<Amer.S.Pharaon@questdiagnostics.com> wrote:

EXHIBIT 7  PAGE 98

QUEST-VARGAS000042069

Matt/Lia –

I had a conflict arise on Tuesday. Would you be available to do the call on Thursday or Friday instead? If so, please let me know what times would work best for you and I will send a new calendar invite.

Many thanks,

**Amer S. Pharaon**
**Senior Corporate Counsel**
**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com |
QuestDiagnostics.com
<image001.jpg>
*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

**EXHIBIT 7  PAGE 99**

QUEST-VARGAS000042070

| From: | Matthew Handley <mhandley@hfajustice.com> |
|---|---|
| Sent: | Thursday, January 23, 2020 11:43 AM |
| To: | Pharaon, Amer S |
| Cc: | Lia Davis |
| Subject: | RE: Call |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,
I apologize, but a conflict has come up on our end tomorrow. Could we reschedule our call for a day next week?

Thanks,
Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Tuesday, January 21, 2020 10:40 AM
**To:** Matthew Handley <mhandley@hfajustice.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>
**Subject:** RE: Call

Does 4 p.m. eastern on Friday work by any chance? Also, I think it would be helpful if our outside counsel in the CA class action (Dave Raizman of Ogletree) participated in the call as well, so I will include him on the invite for the call.

**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



*Please think about resource conservation before you print this message.*

EXHIBIT 7  PAGE 100

QUEST-VARGAS000042071

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

**From:** Matthew Handley <mhandley@hfajustice.com>
**Sent:** Monday, January 20, 2020 3:57 PM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>
**Subject:** Re: Call

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,
Would Friday between 1 PM and 3 PM Eastern work for a call?

On Jan 20, 2020, at 9:45 AM, Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com> wrote:

Matt/Lia —

I had a conflict arise on Tuesday. Would you be available to do the call on Thursday or Friday instead? If so, please let me know what times would work best for you and I will send a new calendar invite.

Many thanks,

**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | Action from Insight | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@questdiagnostics.com |
QuestDiagnostics.com
<image001.jpg>

*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

_____
The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for

EXHIBIT 7  PAGE 101

QUEST-VARGAS000042072

unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

_____

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

EXHIBIT 7  PAGE 102

QUEST-VARGAS000042073

| | |
|---|---|
| **From:** | Matthew Handley <mhandley@hfajustice.com> |
| **Sent:** | Tuesday, February 4, 2020 12:13 PM |
| **To:** | Pharaon, Amer S |
| **Cc:** | Lia Davis; Raizman, David |
| **Subject:** | RE: Cal |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,

I apologize for the delayed response. Is there a time Thursday before 3:00 Eastern that we could talk?

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Thursday, January 30, 2020 3:20 PM
**To:** Matthew Handley <mhandley@hfajustice.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>; Raizman, David <david.raizman@ogletreedeakins.com>
**Subject:** RE: Cal

Matthew – can you and Lia let us know your availability Tuesday-Friday next week for a call?

**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

EXHIBIT 7  PAGE 103

QUEST-VARGAS000042074

**From:** Pharaon, Amer S
**Sent:** Friday, January 24, 2020 8:13 AM
**To:** Matthew Handley <mhandley@hfajustice.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>; Raizman, David <david.raizman@ogletreedeakins.com>
**Subject:** RE: Call

Sure thing. Will take the call off the calendar and circulate some new suggested times for a call

**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com

 

*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

---

**From:** Matthew Handley <mhandley@hfajustice.com>
**Sent:** Thursday, January 23, 2020 2:43 PM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>
**Subject:** RE: Call

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,
I apologize, but a conflict has come up on our end tomorrow. Could we reschedule our call for a day next week?

Thanks,
Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Tuesday, January 21, 2020 10:40 AM

2

EXHIBIT 7  PAGE 104

QUEST-VARGAS000042075

**To:** Matthew Handley <mhandley@hfajustice.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>
**Subject:** RE: Call

Does 4 p.m. eastern on Friday work by any chance? Also, I think it would be helpful if our outside counsel in the CA class action (Dave Raizman of Ogletree) participated in the call as well, so I will include him on the invite for the call.

**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

**From:** Matthew Handley <mhandley@hfajustice.com>
**Sent:** Monday, January 20, 2020 3:57 PM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>
**Subject:** Re: Call

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,
Would Friday between 1 PM and 3 PM Eastern work for a call?

On Jan 20, 2020, at 9:45 AM, Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com> wrote:

Matt/Lia –

I had a conflict arise on Tuesday. Would you be available to do the call on Thursday or Friday instead? If so, please let me know what times would work best for you and I will send a new calendar invite.

Many thanks,

**EXHIBIT 7  PAGE 105**

QUEST-VARGAS000042076

**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | *Action from Insight* | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com |
QuestDiagnostics.com
<image001.jpg>

*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

_____

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

_____

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

_____

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

EXHIBIT 7  PAGE 106

QUEST-VARGAS000042077

| | |
|---|---|
| **From:** | Matthew Handley <mhandley@hfajustice.com> |
| **Sent:** | Monday, February 10, 2020 8:11 AM |
| **To:** | Pharaon, Amer S |
| **Cc:** | Lia Davis; Raizman, David |
| **Subject:** | RE: Cal |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,
Would tomorrow (Tuesday) between 10am-11am Eastern Time or between 2:30 and 3:30 Eastern time work for a call?

Thanks,
Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Thursday, February 6, 2020 12:41 PM
**To:** Matthew Handley <mhandley@hfajustice.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>; Raizman, David <david.raizman@ogletreedeakins.com>
**Subject:** RE: Cal

Matt –

Not sure today works for Dave and me. Can you send us some proposed times for next week? I will run them by Dave and we will circle back with which times work.

Many thanks,


**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com

EXHIBIT 7  PAGE 107

QUEST-VARGAS000042078



*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

---

**From:** Matthew Handley <mhandley@hfajustice.com>
**Sent:** Tuesday, February 4, 2020 3:13 PM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>; Raizman, David <david.raizman@ogletreedeakins.com>
**Subject:** RE: Cal

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,

I apologize for the delayed response. Is there a time Thursday before 3:00 Eastern that we could talk?

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411
F: 844-300-1952
www.hfajustice.com

---

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Thursday, January 30, 2020 3:20 PM
**To:** Matthew Handley <mhandley@hfajustice.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>; Raizman, David <david.raizman@ogletreedeakins.com>
**Subject:** RE: Cal

Matthew – can you and Lia let us know your availability Tuesday-Friday next week for a call?

**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



EXHIBIT 7  PAGE 108

QUEST-VARGAS000042079

*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

---

**From:** Pharaon, Amer S
**Sent:** Friday, January 24, 2020 8:13 AM
**To:** Matthew Handley <mhandley@hfajustice.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>; Raizman, David <david.raizman@ogletreedeakins.com>
**Subject:** RE: Call

Sure thing. Will take the call off the calendar and circulate some new suggested times for a call

**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | *Action from Insight* | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com



*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

---

**From:** Matthew Handley <mhandley@hfajustice.com>
**Sent:** Thursday, January 23, 2020 2:43 PM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>
**Subject:** RE: Call

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,
I apologize, but a conflict has come up on our end tomorrow. Could we reschedule our call for a day next week?

Thanks,
Matt

**Matthew K. Handley**
**Handley Farah & Anderson PLLC**
777 6th Street, NW – Eleventh Floor | Washington, DC 20001
P: 202-559-2411

EXHIBIT 7  PAGE 109

QUEST-VARGAS000042080

F: 844-300-1952
www.hfajustice.com

---

**From:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Sent:** Tuesday, January 21, 2020 10:40 AM
**To:** Matthew Handley <mhandley@hfajustice.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>
**Subject:** RE: Call

Does 4 p.m. eastern on Friday work by any chance? Also, I think it would be helpful if our outside counsel in the CA class action (Dave Raizman of Ogletree) participated in the call as well, so I will include him on the invite for the call.


**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com | QuestDiagnostics.com

 

*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

---

**From:** Matthew Handley <mhandley@hfajustice.com>
**Sent:** Monday, January 20, 2020 3:57 PM
**To:** Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com>
**Cc:** Lia Davis <ldavis@disabilityrightstx.org>
**Subject:** Re: Call

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amer,
Would Friday between 1 PM and 3 PM Eastern work for a call?


On Jan 20, 2020, at 9:45 AM, Pharaon, Amer S <Amer.S.Pharaon@questdiagnostics.com> wrote:

**EXHIBIT 7  PAGE 110**

QUEST-VARGAS000042081

Matt/Lia –

I had a conflict arise on Tuesday. Would you be available to do the call on Thursday or Friday instead? If so, please let me know what times would work best for you and I will send a new calendar invite.

Many thanks,

**Amer S. Pharaon**
**Senior Corporate Counsel**

**Quest Diagnostics** | **Action from Insight** | 500 Plaza Drive | Secaucus, NJ 07094
phone: 973.520.2738 | fax: 201.729.8353 | Amer.S.Pharaon@QuestDiagnostics.com |
QuestDiagnostics.com
<image001.jpg>

*Please think about resource conservation before you print this message.*

*This email and any attachments to it may contain privileged and confidential client information and attorney work product exclusively for intended recipients. If you have received this email in error, please do not forward or distribute it to anyone else. Call me at 973-520-2738 to report the error and then delete this message from your system.*

_____

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

_____
The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

_____
The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

_____
The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or

EXHIBIT 7  PAGE 111

QUEST-VARGAS000042082

disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

**EXHIBIT 7  PAGE 112**

QUEST-VARGAS000042083

# EXHIBIT 8

[FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION]

EXHIBIT 8   PAGE 113

# EXHIBIT 9

[FILED UNDER SEAL, SUBJECT TO
COURT'S RULING ON APPLICATION]

EXHIBIT 9   PAGE 114

# EXHIBIT 10

[FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION]

EXHIBIT 10   PAGE 115

# EXHIBIT 11

[FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION]

EXHIBIT 11   PAGE 116

# EXHIBIT 12

[FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION]

EXHIBIT 12   PAGE 117

# EXHIBIT 13

[FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION]

EXHIBIT 13   PAGE 118

# EXHIBIT 14

[FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION]

EXHIBIT 14   PAGE 119

# EXHIBIT 15

[FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION]

EXHIBIT 15   PAGE 120