Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

Benjamin J. Sweet
(*Admitted Pro Hac Vice*)
ben@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350

Attorneys for Plaintiffs Julian Vargas,
American Council of the Blind, and the Proposed Class

*Additional counsel for Plaintiffs listed on signature page*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST, and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08108-DMG<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>[*FILED CONCURRENTLY WITH MEMORANDUM IN SUPPORT OF MOTION, APPENDIX OF EXHIBITS AND [PROPOSED] ORDER*]<br><br>**Hearing Date:** October 29, 2021<br>**Time:** 10:00 am<br>**Courtroom:** 8C<br><br>Complaint Filed: September 18, 2019<br>Discovery Cutoff: August 27, 2021<br>Pretrial Conf: December 7, 2021<br>Trial Date: January 11, 2022<br>District Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Michael R. Wilner |

1
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

# PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE that on October 29, 2021, at 10:00 a.m. in Courtroom 8C before the Honorable Dolly Gee, United States District Court for the Central District of California, First Street Courthouse, 350 W. First Street, Los Angeles, California 90012, Plaintiff Julian Vargas will, and hereby does, move for an Order (1) certifying this case as a class action pursuant to Rules 23(a), 23(b)(2), and 23(b)(3) of the Federal Rules of Civil Procedure; (2) certifying Plaintiff Vargas as class representatives of the Plaintiff class and subclass; and (3) certifying Plaintiff's counsel as class counsel.

First, Plaintiff moves for an order certifying the following nationwide class, and subclass. Plaintiff defines the proposed nationwide class as follows:

> All legally blind individuals who visited a Quest patient service center in the United States between January 1, 2018, through December 31, 2019 (the "Class Period"), and were denied full and equal enjoyment of the services, facilities, privileges, advantages, or accommodations due to Quest's failure to make its e-check-in self-service kiosks independently accessible to legally blind individuals.

Plaintiff defines the proposed California class as follows:

> All legally blind individuals who visited a Quest patient service center in California during the Class Period and were denied full and equal enjoyment of the services, facilities, privileges, advantages, or accommodations due to Quest's failure to make its e-check-in self-service kiosks independently accessible to legally blind individuals.

Second, Plaintiff moves for an order appointing Plaintiff Julian Vargas as the class representative for the nationwide class and for the California subclass, respectively.

Third, Plaintiff moves for an order appointing the law firms of Nye, Stirling, Hale & Miller, LLP and Handley, Farah & Anderson, PLLC as class counsel; and setting such further proceedings regarding notice to the class and subclass as necessary.

Plaintiff makes this motion following the meet and confer efforts of counsel

pursuant to Local Rule 7-3 which took place on August 26, 2021. Due to the pandemic, the meet and confer occurred telephonically.

Plaintiff's motion is based on this Notice of Motion, the Memorandum of Points and Authorities filed concurrently herewith, the Appendix of Exhibits, the documents on file with the Court, and such further evidence and argument as the Court may permit.

Dated: September 10, 2021                    Respectfully submitted,

By:   */s/ Jonathan D. Miller*
Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101

Benjamin J. Sweet
(Admitted *Pro Hac Vice*)
ben@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5352

Matthew K. Handley
(Admitted *Pro Hac Vice*)
mhandley@hfajustice.com
HANDLEY FARAH &
ANDERSON PLLC
777 6th Street NW
Washington, DC 20001
Telephone: (202) 559-2411

*Attorneys for Plaintiffs JULIAN VARGAS, AMERICAN COUNCIL OF THE BLIND, AND THE PROPOSED CLASS*