Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

Benjamin J. Sweet
(*Admitted Pro Hac Vice*)
ben@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350

Attorneys for Plaintiffs Julian Vargas,
American Council of the Blind, and the Proposed Class

*Additional counsel for Plaintiffs listed on signature page*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08108-DMG<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>[*CONCURRENTLY FILED WITH MOTION FOR CLASS CERTIFICATION AND SUPPORTING DOCUMENTS*]<br><br>**Hearing Date: October 29, 2021**<br>**Time: 10:00 am**<br>**Courtroom: 8C**<br><br>Complaint Filed: September 18, 2019<br>Discovery Cutoff: August 27, 2021<br>Pretrial Conf: December 7, 2021<br>Trial Date: January 11, 2022<br>District Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Michael R. Wilner |

Plaintiff Julian Vargas, individually and on behalf of all others similarly situated ("Plaintiff"), submits this evidentiary appendix in support of his motion for class certification.

## TABLE OF CONTENTS

***Declarations***

| Exhibit | | Page |
|---|---|---|
| Ex. 1: | Declaration of Alison Bernal re: Local Rule 7-3 Meet and Confer | PA0001-PA0003 |
| Ex. 2: | Declaration of Jonathan D. Miller | PA0004-PA0012 |
| Ex. 3: | Declaration of Matthew K. Handley | PA0013-PA0016 |
| Ex. 4: | Declaration of Julian Vargas | PA0017-PA0018 |

***Depositions Transcripts and Exhibits***

| | | |
|---|---|---|
| Ex. 5: | Relevant portions of the Deposition of Marc Yarrison (appearing as a FRCP, Rule 30(b)(6) witness and employee on behalf of Quest), taken on April 8, 2021 | PA0019-PA0064 |
| Ex. 6: | Relevant portions of the Deposition of Taylor Carr (appearing as a FRCP, Rule 30(b)(6) witness and employee on behalf of Quest), taken on April 12, 2021, and July 30, 2021 | PA0065-PA0100 |
| Ex. 7: | Relevant portions of the Deposition of Max O'Campo (appearing as a FRCP, Rule 30(b)(6) witness and employee on behalf of Quest), taken on April 14, 2021 | PA0101-PA0106 |

///

| | | | |
|---|---|---|---|
| 1 | Ex. 8: | Relevant portions of the Deposition of Jody Reilly (appearing as a FRCP, Rule 30(b)(6) witness on behalf of Quest), taken on April 16, 2021 | PA0107-PA0231 |
| 2 | Ex. 9: | Relevant portions of the Deposition of Christopher Grant (appearing as a FRCP, Rule 30(b)(6) witness and employee on behalf of Quest), taken on April 20, 2021 | PA0232-PA0249 |
| 3 | Ex. 10: | Transcript of the Deposition of proposed Lead Plaintiff Julian Vargas, taken on April 22, 2021 | PA0250-PA0503 |
| 4 | Ex. 11: | Relevant portions of the Deposition of Ralph Black (Member of Plaintiff ACB), taken on April 27, 2021, and August 5, 2021 | PA0504-PA0514 |
| 5 | Ex. 12: | Relevant portions of the Deposition of Ardis Bazyn (Member of Plaintiff ACB), taken on April 27, 2021, and August 6, 2021 | PA0515-PA0524 |
| 6 | Ex. 13: | Relevant portions of the Deposition of Mary Haroyan (Member of Plaintiff ACB), taken on April 29, 2021 | PA0525-PA0532-C |
| 7 | Ex. 14: | Relevant portions of the Deposition of Nona Haroyan (Member of Plaintiff ACB), taken on April 29, 2021 | PA0533-PA0544 |
| 8 | Ex. 15: | Relevant portions of the Deposition of Donna Grahmann (Member of Plaintiff ACB) taken on May 3, 2021, and August 5, 2021 | PA0545-PA0554 |
| 9 | Ex. 16: | Relevant portions of the Deposition of Kathy Lyons (Member of Plaintiff ACB) taken on May 6, 2021 | PA0555-PA0562 |
| 10 | Ex. 17: | Relevant portions of the Deposition of Regina Brink (Member of Plaintiff ACB) taken on May 6, 2021 | PA0563-PA0576 |

//

| | | | |
|---|---|---|---|
| Ex. 18: | Relevant portions of the Deposition of Clark Rachfal (appearing as the corporate witness for Plaintiff ACB, pursuant to Rule 30(b)(6)) taken on June 9, 2021 | PA0577-PA0609 |
| Ex. 19: | Relevant portions of the Deposition of Adam Aronson (appearning as the corporate witness for third party Lilitab LLC, pursuant to Rule 30(b)(6)), taken on June 29, 2021 | PA0610-PA0630 |
| Ex. 20: | Relevant portions of the Deposition of Tom Walsh (employee of Quest) taken on July 1, 2021 | PA0631-PA0676 |
| Ex. 21: | Relevant portions of the Deposition of Prudencia Magana (employee of Quest) taken on August 3, 2021 | PA0677-PA0688 |
| Ex. 22: | Relevant portions of the Deposition of Claire Stanley (Member and former employee of Plaintiff ACB) taken on August 19, 2021 | PA0689-PA0701 |
| Ex. 23: | Relevant portions of the Deposition of Robin Rehder (Member of Plaintiff ACB), taken on May 21, 2021 | PA0702-PA0706 |

*Documents from Fact Discovery*

| | | | |
|---|---|---|---|
| Ex. 24: | Plaintiff ACB's Responses to Interrogatories (fourth supplemental response) | PA0707-PA0717 |
| Ex. 25: | Defendants' Responses to Interrogatories from Julian Vargas (April 7, 2021) | PA0718-PA0737 |
| Ex. 26: | Defendants' Responses to Interrogatories from ACB (April 7, 2021) | PA0738-PA0748 |
| Ex. 27: | Relevant portions of Defendants' document production | PA0749 |

| | | |
|---|---|---|
| Ex. 28: | Defendants' Response to Requests for Admission | PA0750-PA0781 |
| Ex. 29: | Defendants' Responses to Interrogatories from Anne West (10/28/20) | PA0782-PA0800 |
| Ex. 30: | Defendant's Second Supplemental Responses to Rule 30(b)(6) Deposition Notice | PA0801-PA0857 |

***Expert Declarations***

| | | |
|---|---|---|
| Ex. 31: | Declaration of Mark Derry | PA0858-PA0875 |
| Ex. 32: | Declaration of Rachael Montgomery | PA0876-PA0900 |
| Ex. 33: | Declaration of Jed Greene | PA0901-PA0993 |
| Ex. 34: | Declaration of Richard Simmons | PA0994-PA1030 |

***Documents Relevant to Meet and Confer (LR 7-3)***

| | | |
|---|---|---|
| Ex. 35: | August 23, 2021, meet and confer letter | PA1031-PA1033 |
| Ex. 36: | Transcript of August 26, 2021, meet and confer | PA1034-PA1074 |

Dated: September 10, 2021

Respectfully submitted,

NYE, STIRLING, HALE & MILLER, LLP

By: /s/ Jonathan D. Miller

Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
AlisoM. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

Benjamin J. Sweet
(*Admitted Pro Hac Vice*)
ben@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350

Matther K. Handley
(*Admitted Pro Hac Vice*)
mhandley@hfajustice.com
HANDLEY FARAH &
ANDERSON PLLC
777 6th St NW
Washington, DC 20001
Telephone: (202) 559-2411
Facsimile: (844) 300-1952

*Attorneys for Plaintiffs Julian Vargas, American Council of the Blind, and the Proposed Class*