NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST, and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08108-DMG<br><br>**[PROPOSED] ORDER GRANTING CLASS CERTIFICATION**<br><br>[*CONCURRENTLY FILED WITH MOTION FOR CLASS CERTIFICATION AND SUPPORTING DOCUMENTS*]<br><br>**Hearing Date:** October 29, 2021<br>**Time:** 10:00 am<br>**Courtroom:** 8C<br><br>Complaint Filed: September 18, 2019<br>Discovery Cutoff: August 27, 2021<br>Pretrial Conf: December 7, 2021<br>Trial Date: January 11, 2022<br>District Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Michael R. Wilner |

The Court, having considered Plaintiff's Motion for Class Certification, hereby issues the following order:

IT IS HEREBY ORDERED: Plaintiff's Motion for Class Certification pursuant to Federal Rule of Civil 23 is hereby granted.

The proposed nationwide injunctive class of: All legally blind individuals who visited a Quest patient service center in the United States between January 1, 2018, through December 31, 2019 (the "Class Period"), and were denied full and equal enjoyment of the services, facilities, privileges, advantages, or accommodations due to Quest's failure to make its e-check-in self-service kiosks

independently accessible to legally blind individuals is certified, and Plaintiff Julian Vargas is appointed as class representative for the nationwide class.

The proposed California class of: All legally blind individuals who visited a Quest patient service center in California during the Class Period and were denied full and equal enjoyment of the services, facilities, privileges, advantages, or accommodations due to Quest's failure to make its e-check-in self-service kiosks independently accessible to legally blind individuals is certified, and Plaintiff Julian Vargas is appointed as class representatives for the California class.

Nye, Stirling, Hale & Miller, LLP, and Handley Farah & Anderson PLLC are hereby appointed as class counsel.

Dated: _____, 2021

HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE