1 | Jonathan D. Miller (SBN 220848) | Benjamin J. Sweet
2 | jonathan@nshmlaw.com | (*Admitted Pro Hac Vice*)
  | Alison M. Bernal (SBN 264629) | ben@nshmlaw.com
3 | alison@nshmlaw.com | NYE, STIRLING, HALE
  | NYE, STIRLING, HALE | & MILLER, LLP
4 | & MILLER, LLP | 1145 Bower Hill Road, Suite 104
  | 33 West Mission Street, Suite 201 | Pittsburgh, PA 15243
5 | Santa Barbara, CA 93101 | Telephone: (412) 857-5350
  | Telephone: (805) 963-2345

Attorneys for Plaintiffs Julian Vargas,
American Council of the Blind, and the Proposed Class

*Additional counsel for Plaintiffs listed on signature page*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08108-DMG<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>*[CONCURRENTLY FILED WITH OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS]*<br><br>**Hearing Date:** October 8, 2021<br>**Time:** 10:00 am<br>**Courtroom:** 8C<br><br>Complaint Filed: September 18, 2019<br>Discovery Cutoff: August 27, 2021<br>Pretrial Conf: December 7, 2021<br>Trial Date: January 11, 2022<br>District Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Michael R. Wilner |

Plaintiff Julian Vargas, individually and on behalf of all others similarly situated ("Plaintiff"), by and through his attorneys, hereby requests the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. The Department of Health and Human Service's Office of Civil Rights' Dear Colleague Letter, entitled "Guidance and Resources for Electronic Information Technology Ensuring Equal Access to All Health Services and Benefits Provided Through Electronic Means," dated December 21, 2016, attached as **Exhibit 43** to the Appendix of Exhibits filed concurrently with Plaintiff's Opposition to Motion for Summary Judgment.

Plaintiff requests this Court take judicial notice of this document for the following reasons:

Upon a properly supported request by a party, a federal court may take judicial notice of adjudicative facts. Fed.R.Evid. 201(a), (d). Facts subject to judicial notice are those which are either "(1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed.R.Evid. 201(b). The procedures for responding to sexual assaults are referenced throughout Plaintiff's first amended complaint, and the authenticity of the document cannot reasonably be questioned.

A court may take judicial notice of "matters of public record outside the pleadings." *Mack v. S. Bay Beer Distribs., Inc*., 798 F.2d 1279, 1282 (9th Cir.1986), overruled on other grounds by *Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104 (1991).

Here, Exhibit 43 is a matter of public record whose authenticity cannot reasonably be questioned. The Dear Colleague Letter is an official action by an administrative agency to provide guidance on statutes applicable to that agency. It is publicly available on numerous websites, including at:
https://www.hhs.gov/sites/default/files/ocr-guidance-electronic-information-

technology.pdf?language=es (last visited September 17, 2021). Moreover, the facts contained in this document cannot reasonably be subject to dispute. It is the statement by the U.S. Department of Health & Human Services' Office of Civil Rights, charged with enforcing HHS regulations, providing guidance on accessible kiosks in the medical field. Thus, the authenticity of this document and the facts contained therein cannot reasonably be questioned, and it is the proper subject of judicial notice. *See, e.g., Jarvis v. JP Morgan Chase Bank, N.A.*, No. CV 10–4184–GHK, 2010 WL 2927276 (C.D.Cal. July 23, 2010) ("Judicial notice may be taken of documents available on government websites."); see also *United States v. Wagner*, 19 Fed.Appx. 542, 543 n. 1 (9th Cir.2001) (taking judicial notice of an FDIC manual); *Lopez v. Regents of the Univ. of Calif.*, 5 F.Supp.3d 1106, fn. 4 (N.D. Cal. 2013) (taking judicial notice of Department of Education's Dear Colleague Letter).

For these reasons, Plaintiff requests the Court take judicial notice of the Dear Colleague Letter attached as **Exhibit 43** to the Appendix of Exhibits filed concurrently with Plaintiff's Opposition to Motion for Summary Judgment.

Dated: September 17, 2021   Respectfully submitted,

NYE, STIRLING, HALE & MILLER, LLP


By:  */s/ Jonathan D. Miller*

Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
AlisoM. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

*Additional counsel listed below*.

Benjamin J. Sweet
(*Admitted Pro Hac Vice*)
ben@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350

Matther K. Handley
(*Admitted Pro Hac Vice*)
mhandley@hfajustice.com
HANDLEY FARAH &
ANDERSON PLLC
777 6th St NW
Washington, DC 20001
Telephone: (202) 559-2411
Facsimile: (844) 300-1952

*Attorneys for Plaintiffs Julian Vargas, American Council of the Blind, and the Proposed Class*