Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

Benjamin J. Sweet
(*Admitted Pro Hac Vice*)
ben@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350

Attorneys for Plaintiffs Julian Vargas,
American Council of the Blind, and the Proposed Class

*Additional counsel for Plaintiffs listed on signature page*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08108-DMG<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>*[CONCURRENTLY FILED WITH OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS]*<br><br>**Hearing Date:** October 8, 2021<br>**Time:** 10:00 am<br>**Courtroom:** 8C<br><br>Complaint Filed: September 18, 2019<br>Discovery Cutoff: August 27, 2021<br>Pretrial Conf: December 7, 2021<br>Trial Date: January 11, 2022<br>District Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Michael R. Wilner |

Plaintiff Julian Vargas, individually and on behalf of all others similarly situated ("Plaintiff"), submits this evidentiary appendix in support of his Opposition to Defendants' Motion for Summary Judgment. For consistency, and to aid the Court in its review of the evidence, Plaintiff has utilized the same evidentiary appendix as he used for his pending Motion for Class Certification, removing those exhibits only applicable to class certification. Additional evidence applicable only to the motion for summary judgment can be found at the end of this appendix.

## TABLE OF CONTENTS

*Declarations*

| Exhibit | | Page |
|---|---|---|
| Ex. 1: | Declaration of Alison Bernal | PA0001-PA0002 |
| Ex. 2: | Declaration of Jonathan D. Miller | PA0003-PA0007 |
| Ex. 3: | *EXHIBIT 3 INTENTIONALLY LEFT BLANK* | PA0008-PA0016 |
| Ex. 4: | Declaration of Julian Vargas in Support of Motion for Class Certification | PA0017-PA0018 |

*Depositions Transcripts and Exhibits*

| | | |
|---|---|---|
| Ex. 5: | Relevant portions of the Deposition of Marc Yarrison (appearing as a FRCP Rule 30(b)(6) witness and employee on behalf of Quest), taken on April 8, 2021 | PA0019-PA0064 |
| Ex. 6: | Relevant portions of the Deposition of Taylor Carr (appearing as a FRCP Rule 30(b)(6) witness and employee on behalf of Quest), taken on April 12, 2021, and July 30, 2021 | PA0065-PA0100 |

///

| | | | |
|---|---|---|---|
| Ex. 7: | Relevant portions of the Deposition of Max O'Campo (appearing as a FRCP Rule 30(b)(6) witness and employee on behalf of Quest), taken on April 14, 2021 | PA0101-PA0106 |
| Ex. 8: | Relevant portions of the Deposition of Jody Reilly (appearing as a FRCP Rule 30(b)(6) witness on behalf of Quest), taken on April 16, 2021 | PA0107-PA0231 |
| Ex. 9: | Relevant portions of the Deposition of Christopher Grant (employee of Quest) taken on April 20, 2021 | PA0232-PA0249 |
| Ex. 10: | Transcript of the Deposition of proposed Lead Plaintiff Julian Vargas, taken on April 22, 2021 | PA0250-PA0503 |
| Ex. 11: | Relevant portions of the Deposition of Ralph Black (Member of Plaintiff ACB), taken on April 27, 2021, and August 5, 2021 | PA0504-PA0514 |
| Ex. 12: | Relevant portions of the Deposition of Ardis Bazyn (Member of Plaintiff ACB), taken on April 27, 2021, and August 6, 2021 | PA0515-PA0524 |
| Ex. 13: | Relevant portions of the Deposition of Mary Haroyan (Member of Plaintiff ACB), taken on April 29, 2021 | PA0525-PA0532-C |
| Ex. 14: | Relevant portions of the Deposition of Nona Haroyan (Member of Plaintiff ACB), taken on April 29, 2021 | PA0533-PA0544 |
| Ex. 15: | Relevant portions of the Deposition of Donna Grahmann (Member of Plaintiff ACB) taken on May 3, 2021, and August 5, 2021 | PA0545-PA0554 |
| Ex. 16: | Relevant portions of the Deposition of Kathy Lyons (Member of Plaintiff ACB) taken on May 6, 2021 | PA0555-PA0562 |
| Ex. 17: | Relevant portions of the Deposition of Regina Brink | PA0563- |

| | | |
|---|---|---|
| | (Member of Plaintiff ACB) taken on May 6, 2021 | PA0576 |
| Ex. 18: | Relevant portions of the Deposition of Clark Rachfal (appearing as the corporate witness for Plaintiff ACB, pursuant to Rule 30(b)(6)) taken on June 9, 2021 | PA0577-PA0609 |
| Ex. 19: | Relevant portions of the Deposition of Adam Aronson (appearning as the corporate witness for third party Lilitab LLC, pursuant to Rule 30(b)(6)), taken on June 29, 2021 | PA0610-PA0630 |
| Ex. 20: | Relevant portions of the Deposition of Tom Walsh (employee of Quest) taken on July 1, 2021 | PA0631-PA0676 |
| Ex. 21: | Relevant portions of the Deposition of Prudencia Magana (employee of Quest) taken on August 3, 2021 | PA0677-PA0688 |
| Ex. 22: | Relevant portions of the Deposition of Claire Stanley (Member and former employee of Plaintiff ACB) taken on August 19, 2021 | PA0689-PA0701 |
| Ex. 23: | Relevant portions of the Deposition of Robin Rehder (Member of Plaintiff ACB), taken on May 21, 2021 | PA0702-PA0706 |

***Documents from Fact Discovery***

| | | |
|---|---|---|
| Ex. 24: | Plaintiff ACB's Responses to Interrogatories (fourth supplemental response) | PA0707-PA0717 |
| Ex. 25: | Defendants' Responses to Interrogatories from Julian Vargas (April 7, 2021) | PA0718-PA0737 |
| Ex. 26: | Defendants' Responses to Interrogatories from ACB (April 7, 2021) | PA0738-PA0748 |
| Ex. 27: | Relevant portions of Defendants' document | PA0749 |

| | | | |
|---|---|---|---|
| | | production | |
| Ex. 28: | | Defendants' Response to Requests for Admission | PA0750-PA0781 |
| Ex. 29: | | Defendants' Responses to Interrogatories from Anne West (10/28/20) | PA0782-PA0800 |
| Ex. 30: | | Defendant's Second Supplemental Responses to Rule 30(b)(6) Deposition Notice | PA0801-PA0857 |

### *Expert Declarations*

| | | |
|---|---|---|
| Ex. 31: | Declaration of Mark Derry | PA0858-PA0875 |
| Ex. 32: | Declaration of Rachael Montgomery | PA0876-PA0900 |

### *Documents Relevant to Meet and Confer (LR 7-3)*

| | | |
|---|---|---|
| Ex. 33: | Transcript of August 26, 2021, meet and confer conference of counsel | PA0901-PA0941 |

### *Additional Evidence Relevant to Summary Judgment*

| | | |
|---|---|---|
| Ex. 34: | Additional relevant portions of the Deposition of Marc Yarrison (appearing as a FRCP Rule 30(b)(6) witness and employee on behalf of Quest), taken on April 8, 2021 | PA0942-PA0969 |
| Ex. 35: | Additional relevant portions of the Deposition of Taylor Carr (appearing as a FRCP Rule 30(b)(6) witness and employee on behalf of Quest), taken on April 12, 2021, and July 30, 2021 | PA0970-PA1014 |

///

| | | |
|---|---|---|
| Ex. 36: | Additional relevant portions of the Deposition of Jody Reilly (appearing as a FRCP, Rule 30(b)(6) witness on behalf of Quest), taken on April 16, 2021 | PA1015-PA1030 |
| Ex. 37: | Additional relevant portions of the Deposition of Christopher Grant (employee of Quest) on April 20, 2021 | PA1031-PA1043 |
| Ex. 38: | Additional relevant portions of the Deposition of Clark Rachfal (appearing as the corporate witness for Plaintiff ACB, pursuant to Rule 30(b)(6)) taken on June 9, 2021 | PA1044-PA1056 |
| Ex. 39: | Additional relevant portions of the Deposition of Prudencia Magana (employee of Quest) taken on August 3, 2021 | PA1057-PA1061 |
| Ex. 40: | Additional relevant portions of the Deposition of Claire Stanley (Member and former employee of Plaintiff ACB) taken on August 19, 2021 | PA1062-PA1092 |
| Ex. 41: | Additional relevant portions of Defendants' document production (QUEST-VARGAS000036566) | PA1093-PA1109 |
| Ex. 42: | Additional relevant portions of Defendants' document production (QUEST-VARGAS000010369-10372) | PA1110-PA1113 |
| Ex. 43: | Exhibit to Request for Judicial Notice in Support of Opposition to Motion for Summary Judgment (Department of Health and Human Service's Office of Civil Rights' Dear Colleague Letter) | PA1114-PA1116 |
| Ex. 44: | Additional relevant portions of the Deposition of Tom Walsh (employee of Quest) taken on July 1, 2021 | PA1117-PA1126 |

*Signatures below.*

Dated: September 17, 2021

Respectfully submitted,

NYE, STIRLING, HALE & MILLER, LLP

By: */s/ Jonathan D. Miller*

Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
AlisoM. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101

Benjamin J. Sweet
(*Admitted Pro Hac Vice*)
ben@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350

Matther K. Handley
(*Admitted Pro Hac Vice*)
mhandley@hfajustice.com
HANDLEY FARAH &
ANDERSON PLLC
777 6th St NW
Washington, DC 20001
Telephone: (202) 559-2411
Facsimile: (844) 300-1952

*Attorneys for Plaintiffs Julian Vargas, American Council of the Blind, and the Proposed Class*