OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.; QUEST
DIAGNOSTICS HOLDINGS, INC. and
QUEST DIAGNOSTICS INCORPORATED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-08108 DMG (MRWx)<br><br>**NOTICE OF PAYMENT OF COURT-ORDERED SANCTIONS**<br><br>Complaint Filed: September 18, 2019<br>Trial Date:   January 11, 2022<br>District Judge:  Hon. Dolly M. Gee<br>    Courtroom 8C, First St.<br>Magistrate Judge: Hon. Michael R. Wilner<br>    Courtroom 550, Roybal |

PLEASE TAKE NOTICE THAT, in compliance with this Court's Order (ECF No. 101 ¶ 13), defendants QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; QUEST DIAGNOSTICS HOLDINGS, INC. and QUEST DIAGNOSTICS INCORPORATED and their counsel of record (Ogletree, Deakins, Nash, Smoak & Stewart, P.C.) have paid plaintiffs Julian Vargas and American Council of the Blind ("Plaintiffs") a total of $1,500.00 in the form of two checks made out to each of the Plaintiffs in the amount of $750.00 each.  FedEx confirmed on September 20, 2021 that the checks were received by counsel of record for each of Mr. Vargas and ACB.

Respectfully submitted,

DATED: September 20, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ David Raizman
David Raizman
Amber L. Roller
J. Nicholas Marfori

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; QUEST DIAGNOSTICS HOLDINGS, INC. and QUEST DIAGNOSTICS INCORPORATED