OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:   213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.; QUEST
DIAGNOSTICS HOLDINGS, INC. and
QUEST DIAGNOSTICS INCORPORATED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08108 DMG (MRWx)<br><br>**SUPPLEMENTAL DECLARATION OF DAVID RAIZMAN IN SUPPORT OF DEFENDANTS' REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  October 8, 2021<br>Time:  2:00 p.m.<br>Place:  Courtroom 8C<br><br>Complaint Filed: September 18, 2019<br>Trial Date: January 11, 2022<br>District Judge: Hon. Dolly M. Gee<br>  Courtroom 8C, First St.<br>Magistrate Judge: Hon. Michael R. Wilner<br>  Courtroom 550, Roybal |

48581407_1.docx

Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF DAVID RAIZMAN ISO DEFENDANTS' REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

# SUPPLEMENTAL DECLARATION OF DAVID RAIZMAN

I, David Raizman, declare and state as follows:

1. I am an attorney duly licensed to practice in all of the courts of the State of California and in this Court and am a shareholder with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys of record for defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated (collectively, "Quest").  I make this declaration in support of Defendants' Reply to Opposition to Motion for Summary Judgment, Or, In the Alternative, For Partial Summary Judgment (the "Reply").  I have personal knowledge of all the facts set forth below.  If called upon to testify to these facts, I could and would do so competently.

2. On April 8, 2021, Plaintiff's counsel took the first session of the deposition of Marc Yarrison in this case.  A certified court stenographer attended the deposition, administered a solemn oath to Marc Yarrison, and stenographically recorded his testimony.  Attached as **Exhibit A** to this Supplemental Declaration is a true and correct copy of the cover page and the excerpted portions of the deposition transcript of Marc Yarrison cited by Defendants on this Reply.

3. On April 20, 2021, Plaintiff's counsel took the first session of the deposition of Christopher Grant in this case.  A certified court stenographer attended the deposition, administered a solemn oath to Christopher Grant, and stenographically recorded his testimony.  Attached as **Exhibit B** to this Supplemental Declaration is a true and correct copy of the cover page and the excerpted portions of the deposition transcript of Christopher Grant cited by Defendants on this Reply.

4. On July 1, 2021, Plaintiff's counsel took the first session of the deposition of Thomas Walsh in this case.  A certified court stenographer attended the deposition, administered a solemn oath to Thomas Walsh in this case, and stenographically recorded his testimony. Attached as **Exhibit C** to this Supplemental

Declaration is a true and correct copy of the cover page and the excerpted portions of the deposition transcript of Thomas Walsh in this case cited by Defendants on this Reply.

5. On August 19, 2021, I took the deposition of Claire Stanley in this case pursuant to proper notice. A certified court stenographer attended the deposition, administered a solemn oath to Claire Stanley, and stenographically recorded her testimony. Attached as **Exhibit D** to this Supplemental Declaration is a true and correct copy of the cover page and the excerpted portions of the deposition transcript of Claire Stanley and exhibit cited by Defendants on this Reply.

6. On April 11, 2021, Defendants served on Plaintiffs a document entitled New Patient Experience Deployment CapEx Request, Bates-stamped QUEST-VARGAS000039963. Attached as **Exhibit E** to this Supplemental Declaration is a true and correct copy of the document.

7. On May 21, 2021, Defendants served on Plaintiff a document Bates-stamped QUEST-VARGAS000041963-41969. Said document was marked as Exhibit 101 to the transcript of the second July 30, 2021 session of Taylor Carr's deposition. Attached as **Exhibit F** to this Supplemental Declaration is a true and correct of the document.

8. As stated in paragraph 5 above, the deposition of Claire Stanley took place on August 19, 2021 in this case pursuant to proper notice. Attached as **Exhibit G** to this Supplemental Declaration is a true and correct copy of the cover page and Exhibit 111 to the deposition transcript of Claire Stanley cited by Defendants on this Reply.

I declare under penalty of perjury under the laws of the State of California and the United States that the facts stated above are true and correct.

Executed on September 24, 2021, at Los Angeles, California.

/s/ David Raizman
David Raizman