# EXHIBIT A

Exhibit A/Page 000003

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4   JULIAN VARGAS, ANNE      )
     WEST, and AMERICAN       )
 5   COUNCIL OF THE BLIND,    ) Case No. 2:19-cv-8108
     individually on behalf   )
 6   of themselves and all    )
     others similarly         )
 7   situated,                )
                              )
 8              Plaintiffs,   )
                              )
 9       vs.                  )
                              )
10   QUEST DIAGNOSTICS        )
     CLINICAL LABORATORIES,   )
11   INC., QUEST DIAGNOSTICS  )
     HOLDINGS, INC.,          )
12   QUEST DIAGNOSTICS        )
     INCORPORATED; and        )
13   DOES 1-10, inclusive,    )
                              )
14              Defendants.   )
     _____)
15
16
17            REMOTE DEPOSITION OF MARC YARRISON
18                  as a 30(b)(6) Witness
19                (Via Zoom Videoconference)
20                  Thursday, April 8, 2021
21
22
23   REPORTED BY:  Michelle Milan Fulmer
                   CSR No. 6942, RPR, CRR, CRC
24
25
```

Page 1

Veritext Legal Solutions
866 299-5127

Exhibit A/Page 000004

| | |
|---|---|
| 1 | A    My personal answer?  I would say I was |
| 2 | concerned for all features of the kiosk as it was |
| 3 | being researched and designed. |
| 4 | Q    Did you take any actions at all in regard |
| 5 | to the concern about the accessibility of the kiosk   16:36:26 |
| 6 | for blind patients that is expressed in this email? |
| 7 | MR. RAIZMAN:  Object to foundation. |
| 8 | THE WITNESS:  It's just -- it's a question |
| 9 | at this point. |
| 10 | BY MR. SWEET:                                         16:36:42 |
| 11 | Q    Did you do anything at all, take any |
| 12 | limited steps to ensure that the kiosk was designed |
| 13 | with accessible features for totally blind people? |
| 14 | A    The design included four basic prongs. |
| 15 | There was the actual kiosk itself in the              16:37:04 |
| 16 | installation, which we've gone over, which we made |
| 17 | sure was done in an ADA compliant way as far as |
| 18 | height and tilt and distance from the wall and |
| 19 | things like that; there was training created; there |
| 20 | was user testing done; and there is feedback, which   16:37:31 |
| 21 | we've seen some of. |
| 22 | Q    Did you take any action, sir, in response |
| 23 | to this discussion to ensure that the kiosks were |
| 24 | designed and rolled out with features that would |
| 25 | make them independently usable by blind individuals?  16:37:49 |

Page 146

```
 1          Next question.
 2     Q    Did you or your team do anything to ensure
 3   that all controls, devices, and areas of the touch
 4   screen that a user needs to interact with are
 5   located within easy reach of someone standing or        17:55:53
 6   sitting in a wheelchair?
 7     A    Yes.  It's mounted and installed in an
 8   ADA-compliant way.
 9     Q    Okay.  Did your team do anything to ensure
10   that the screen designs of the kiosk and the text on    17:56:12
11   the device have enough contrast to make them easily
12   readable?
13     A    We did.  We made some changes in 2017 and
14   2018 to improve increased text size, button size,
15   and contrast.                                           17:56:33
16     Q    And can I ask whether those changes allowed
17   content to be used by folks that are completely
18   blind?
19     A    I can't say whether a completely blind
20   person would be able to use it or not, but our staff    17:56:50
21   was trained to watch for people that needed help
22   and, if they couldn't check in, to provide that help
23   to them.
24     Q    Outside of the staff being trained, did you
25   do anything else?                                       17:57:05
```

Exhibit A/Page 000006

```
 1            CERTIFICATION OF COURT REPORTER
 2                      FEDERAL JURAT
 3
 4          I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California do hereby
 6   certify:
 7          That the foregoing proceedings were taken
 8   before me at the time and place herein set forth;
 9   that any witnesses in the foregoing proceedings,
10   prior to testifying, were placed under oath; that a
11   verbatim record of the proceedings was made by me
12   using machine shorthand which was thereafter
13   transcribed under my direction; further, that the
14   foregoing is an accurate transcription thereof; that
15   before completion of the deposition, a review of the
16   transcript was requested.
17          I further certify that I am neither
18   financially interested in the action nor a relative
19   or employee of any attorney of any of the parties.
20          IN WITNESS WHEREOF, I have this date
21   subscribed my name: April 22, 2021.
22
23
24                  Michelle Milan Fulmer
                    CSR 6942, RPR, CRR, CRC
25
```

Page 271