# EXHIBIT B

Exhibit B/Page 000008

```
 1                UNITED STATES DISTRICT COURT
 2          FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4   JULIAN VARGAS, ANNE       )
     WEST, and AMERICAN        )
 5   COUNCIL OF THE BLIND,     ) Case No. 2:19-cv-8108
     individually on behalf    )
 6   of themselves and all     )
     others similarly          )
 7   situated,                 )
                               )
 8               Plaintiffs,   )
                               )
 9        vs.                  )
                               )
10   QUEST DIAGNOSTICS         )
     CLINICAL LABORATORIES,    )
11   INC., QUEST DIAGNOSTICS   )
     HOLDINGS, INC.,           )
12   QUEST DIAGNOSTICS         )
     INCORPORATED; and         )
13   DOES 1-10, inclusive,     )
                               )
14               Defendants.   )
     _____ )
15
16
17        REMOTE DEPOSITION OF CHRISTOPHER GRANT
18                As a 30(b)(6) Witness
19             (Via Zoom Videoconference)
20                Thursday, April 20, 2021
21
22
23   REPORTED BY:  Michelle Milan Fulmer
                   CSR No. 6942, RPR, CRR, CRC
24
25
                                                    Page 1
```

```
 1      A    I don't recall how I first learned about
 2   it.
 3      Q    Did eCheck-In self-service have a project
 4   name within Quest that was different than the one I
 5   just gave you?                                       10:34:22
 6      A    It was commonly known as eCheck-In.
 7      Q    So it was called, in shorthand, eCheck-In?
 8      A    Yeah.  For the years that I was there, yes.
 9      Q    Now, was the eCheck-In self-service, was it
10   your conception, your idea?                          10:34:41
11      A    No.
12      Q    Whose idea was it?
13      A    I believe it was an outgrowth of a project
14   that was implemented prior to my coming on to Quest.
15      Q    And was that project Cheetah?                10:34:57
16      A    That's my understanding, yes.
17      Q    And who was involved with project Cheetah,
18   if you can recall?
19      A    You know, I know Taylor Carr had
20   involvement with it, but that's -- I really don't    10:35:10
21   know.
22      Q    How did you -- well, strike that.
23           What was your role specifically on the
24   eCheck-In self-service project?
25      A    Yeah.  As I said before, I was the           10:35:26
```

Page 63

```
 1   executive sponsor for the project.  So, again,
 2   looking for solutions for the patient experience,
 3   looking for solutions that would help the
 4   phlebotomists in their -- in their work environment.
 5       Q    So would it be fair to say that your              10:35:40
 6   organization was responsible for rolling out the
 7   eCheck-In kiosks to the physical locations and also
 8   for explaining the rollout of the eCheck-In
 9   self-service kiosks to the company's phlebotomists?
10            MR. RAIZMAN:  Object as to form.                  10:35:57
11            THE WITNESS:  It's kind of a big question.
12   Can you break it down, I'm sorry, just so I can be
13   as specific as possible with you?
14   BY MR. SWEET:
15       Q    Sure.                                             10:36:09
16            Your organization had ultimate control over
17   the rollout of the eCheck-In self-service; correct?
18       A    That --
19            MR. RAIZMAN:  Object as to form.
20            THE WITNESS:  That is not correct.                10:36:18
21   BY MR. SWEET:
22       Q    It's not correct.  Mr. Yarrison didn't have
23   control over the project?
24       A    Yes.  But you asked about the control over
25   implementation and that is done in co- -- in              10:36:28
```

Page 64

```
 1      Q    Was your team --
 2      A    As consideration --
 3      Q    I'm sorry.  I interrupted.  Go ahead.
 4      A    No.  Go ahead.
 5      Q    Was your team involved with preparing the      10:42:06
 6   CapEx for eCheck-In self-service --
 7      A    The owner --
 8      Q    -- specifically?
 9      A    The owner of the CapEx is finance and they
10   would seek subject matter expertise from all over     10:42:23
11   the organization to inform that technical document.
12   It's a technical document that finance owned and
13   finance completed.
14      Q    Right.  My question's a little bit
15   different.                                             10:42:40
16           My question was, did Mr. Yarrison and
17   Mr. Carr have involvement with -- in preparing the
18   CapEx, did they have involvement with the financials
19   for eCheck-In self-service?
20      A    No.  My understanding was that they're a      10:42:55
21   contribution in the subject matter experts, but that
22   the CapEx is a financial technical document that the
23   finance team would have completed.  Did they go
24   throughout the organization to get inputs to try to
25   get understanding of the project and the solutions?   10:43:11
```

Page 69

```
 1   Yes, but it was a -- you know, the CapEx is a
 2   financial technical document that is owned by
 3   finance and it's managed by finance.
 4       Q    And is it your testimony today, sir, that
 5   at no point through the rollout of the eCheck-In       10:43:24
 6   self-service did you become aware that one of the
 7   key focuses was for cost savings?
 8       A    No, it was not.
 9       Q    Okay.  Am I correct that the eCheck-In
10   self-service kiosks were rolled out to about           10:43:43
11   60 percent of the company's locations in 2017?
12       A    I'd have to see a document to be able to
13   answer that.
14       Q    You don't have an independent recollection
15   of that?                                               10:43:56
16       A    I don't.  I don't.
17       Q    Am I correct that it was rolled out to all
18   of the company's locations by the end of 2018?
19            MR. RAIZMAN:  Object as to form.
20            THE WITNESS:  I -- again, I would need to     10:44:06
21   see a report to be able to accurately answer your
22   question.
23   BY MR. SWEET:
24       Q    You don't have an independent recollection
25   of that either?                                        10:44:14
```

Page 70