# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4   JULIAN VARGAS, ANNE     )
     WEST, and AMERICAN      )
 5   COUNCIL OF THE BLIND,   ) Case No. 2:19-cv-8108
     individually on behalf  )
 6   of themselves and all   )
     others similarly        )
 7   situated,               )
                             )
 8           Plaintiffs,     )
                             )
 9       vs.                 )
                             )
10   QUEST DIAGNOSTICS       )
     CLINICAL LABORATORIES,  )
11   INC., QUEST DIAGNOSTICS )
     HOLDINGS, INC.,         )
12   QUEST DIAGNOSTICS       )
     INCORPORATED, and       )
13   DOES 1-10, inclusive,   )
                             )
14           Defendants.     )
     _____)
15
16
17       REMOTE DEPOSITION OF THOMAS PATRICK WALSH
18                as a 30(b)(6) Witness
19             (Via Zoom Videoconference)
20               Thursday, July 1, 2021
21
22   REPORTED BY:  Michelle Milan Fulmer
                   CSR No. 6942, RPR, CRR, CRC
23
24   PAGES 80-91, 122, 151, 153, 156, 166, 168, 170,
     239-250, 256-258 ARE MARKED "CONFIDENTIAL" UNDER THE
25   PROTECTIVE ORDER
```

Page 1

```
 1   reduce?
 2        A    There were a few.
 3             We wanted to -- and we need to be careful
 4   about language here.
 5             We were not looking to reduce cost.  We        07:33:29
 6   were looking to be cost efficient.
 7        Q    What type of --
 8             Let me state it more specifically.
 9        A    Sure.
10        Q    What type of efficiencies were you trying      07:33:43
11   to obtain at the patient service centers as it
12   related to costs?
13        A    Sure.
14             So our theory at the time was that by
15   having patients be able to move through the process      07:33:51
16   faster, that they would have a better experience
17   because they were not waiting around, that we would
18   be able to amortize fixed costs over more patients,
19   and that we would have more -- excuse me -- less
20   labor content per encounter because if the               07:34:10
21   phlebotomist has to do less work, then their job
22   gets better, again they can process more patients;
23   and, therefore, average cost points come down, if
24   not a specific cost point.
25        Q    So if I understand the theory correctly,       07:34:34
```

Page 27

```
 1      that by implementing certain efficiencies at the
 2      patient service centers, Quest could, number one,
 3      serve more patients; is that true?
 4           A    Yes.
 5           Q    Quest could reduce the wait times for the        07:34:47
 6      patients that it was serving.  That was one of the
 7      theories?
 8           A    Yes.
 9           Q    And Quest could save on additional labor
10      cost that it would, otherwise, cost to serve more         07:34:56
11      patients?
12           A    That's right.
13           Q    Thereby resulting in further growth of the
14      patient service centers that were in existence at
15      Quest?                                                     07:35:06
16                MR. RAIZMAN:  Object --
17                THE WITNESS:  We --
18                MR. RAIZMAN:  -- as to form.
19      BY MR. MILLER:
20           Q    You can answer.                                  07:35:11
21                MR. RAIZMAN:  Go ahead.
22                THE WITNESS:  We certainly hoped to, that a
23      better experience would lead to more customers.
24      BY MR. MILLER:
25           Q    Was one of the theories that you could          07:35:27
```

Page 28

```
 1            CERTIFICATION OF COURT REPORTER
 2                     FEDERAL JURAT
 3
 4           I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California do hereby
 6   certify:
 7           That the foregoing proceedings were taken
 8   before me at the time and place herein set forth;
 9   that any witnesses in the foregoing proceedings,
10   prior to testifying, were placed under oath; that a
11   verbatim record of the proceedings was made by me
12   using machine shorthand which was thereafter
13   transcribed under my direction; further, that the
14   foregoing is an accurate transcription thereof; that
15   before completion of the deposition, a review of the
16   transcript [X] was [ ] was not requested.
17           I further certify that I am neither
18   financially interested in the action nor a relative
19   or employee of any attorney of any of the parties.
20           IN WITNESS WHEREOF, I have this date
21   subscribed my name:  Date:  July 26, 2021.
22
23
24   Michelle Milan Fulmer
     CSR 6942, RPR, CRR, CRC
25
```

Page 275

Exhibit C/Page 000018