# EXHIBIT D

Exhibit D/Page 000019

```
 1                 UNITED STATES DISTRICT COURT
 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4     JULIAN VARGAS, ANNE      )
       WEST, and AMERICAN       )
 5     COUNCIL OF THE BLIND,    ) Case No. 2:19-cv-8108
       individually on behalf   )
 6     of themselves and all    )
       others similarly         )
 7     situated,                )
                                )
 8               Plaintiffs,    )
                                )
 9          vs.                 )
                                )
10     QUEST DIAGNOSTICS        )
       CLINICAL LABORATORIES,   )
11     INC., QUEST DIAGNOSTICS  )
       HOLDINGS, INC.,          )
12     QUEST DIAGNOSTICS        )
       INCORPORATED, and        )
13     DOES 1-10, inclusive,    )
                                )
14               Defendants.    )
       _____   )
15
16
17          REMOTE DEPOSITION OF CLAIRE STANLEY
18               (Via Zoom Videoconference)
19                Thursday, August 19, 2021
20
21     REPORTED BY:  Michelle Milan Fulmer
                     CSR No. 6942, RPR, CRR, CRC
22
23     JOB NO. 4769235
       PAGE 85 THROUGH PAGE 88 IS MARKED "CONFIDENTIAL"
24     UNDER THE PROTECTIVE ORDER AND SEPARATELY BOUND
25     PAGES 1 - 225
```

Page 1

Exhibit D/Page 000020

```
 1              THE VIDEOGRAPHER:  We are going back on the

 2    record.  The time is 4:48 p.m. Eastern Daylight Time

 3    and this is the start of Media Unit Number 7.

 4    BY MR. RAIZMAN:

 5         Q    Okay.  Do you recognize, Ms. Stanley,        16:48:34

 6    what's been marked as Exhibit 69?

 7         A    Yes.

 8         Q    Okay.  Did you play any role in formulating

 9    any of -- any part of that document?

10         A    Yes.                                         16:48:48

11         Q    Okay.  Were you the principal drafter of

12    the document?

13         A    Yes.

14         Q    Did you consult at all with legal

15    counsel -- don't tell me what was said.  This is a    16:48:56

16    yes/no question -- about the contents of this

17    document?

18         A    Yes.

19         Q    How did --

20              And so you drafted this and provided it to   16:49:09

21    legal counsel?

22         A    I believe so, yes.

23         Q    Okay.  Did you have anyone at ACB look at

24    it before you sent it to legal counsel?

25         A    I don't remember.                           16:49:26
```

                                                      Page 172

Exhibit D/Page 000021

```
 1        A    At some level.

 2        Q    At some level.  Okay.

 3             And no one reported back to you that, "Oh,

 4   I was at Quest and they don't have kiosks"?

 5        A    Not to my recollection, but I'd be happy to    16:52:55

 6   read through all of the responses if you would like

 7   me to.

 8        Q    Okay.  If they responded, would that be

 9   recorded in writing somewhere?

10        A    Yes, they would.                               16:53:08

11        Q    Okay.  So you made an effort at least as of

12   June 3rd, 2020, to record all of the communications

13   you had received about Quest's kiosks; correct?

14        A    Yes.

15        Q    And I said this, but I should have asked       16:53:27

16   you.

17             Is it your understanding that this survey

18   went out on or about June 3rd, 2020?

19        A    Yes, it is.

20        Q    Okay.  And I want to be cautious.  I'm         16:53:37

21   not -- I don't want to invade the attorney-client

22   privilege.

23             My question for you is whether you know

24   whether it was your idea or someone at ACB's idea to

25   send out this survey.                                    16:53:48
```

Page 175

Exhibit D/Page 000022

1          A     Yes, it was.

2          Q     And do you know to whom this survey went

3     to?

4          A     If I'm remembering correctly, it went

5     through the major list serve for all ACB.  I'm          16:56:43

6     trying to remember the name of it.  It's a common

7     program, but it's not coming to my brain.

8          Q     Okay.  Is this different than the

9     membership list serve?

10         A     No.  I think it's the same.                   16:56:57

11         Q     Okay.  So am I correct to say that there

12    was three affirmative outreaches made by ACB to

13    gather information about experiences with Quest?

14    There was the email or other form of communication

15    to the leadership list serve in December or late        16:57:21

16    November of 2018, there was Dots and Dashes in

17    December of 2018, and this survey in June of 2020;

18    is that right?

19         A     That's correct.

20         Q     Were there any other outreaches that you      16:57:39

21    know of?

22         A     Not that I can remember.

23         Q     Do you have any information about any

24    follow-up to the survey respondents that occurred

25    in 2021?                                                 16:57:52

Page 178

Exhibit D/Page 000023

```
 1    forgotten to do earlier.

 2              THE VIDEOGRAPHER:  We are going off the

 3    record.  The time is 5:00 p.m. Eastern Daylight Time

 4    and this is the end of Media Unit Number 7.

 5              (Off the record at 5:00 p.m.  Back on the       17:00:55

 6    record at 5:02 p.m.)

 7              THE VIDEOGRAPHER:  We're going back on the

 8    record.  The time is 5:02 p.m. and this is the start

 9    of Media Unit Number 8.

10    BY MR. RAIZMAN:                                           17:02:17

11       Q    All right.  So do you recall an effort to

12    collect all the survey responses you received to the

13    June 2020 survey?

14       A    Yes, I do.

15       Q    And you gave a declaration about this.  I        17:02:25

16    want to make sure that that's -- now that we've

17    talked about the survey and seen it, the declaration

18    was about your recordkeeping in dealing with the

19    responses to the surveys; correct?

20       A    Yes.                                              17:02:43

21       Q    You recall deleting some of the email

22    responses you received after copying and pasting

23    those responses into different documents; correct?

24       A    Yes.  I moved them to a different location.

25       Q    Okay.  And my question for you is whether        17:02:57
```

Page 180

Exhibit D/Page 000024

| | |
|---|---|
| 1 | the document that's being sent to you and is going |
| 2 | to be marked as Exhibit 111 and should be available |
| 3 | in Exhibit Share shortly is your collection of all |
| 4 | the responses or whether it's something else. |
| 5 | A    Yes.  It looks like it.                    17:04:16 |
| 6 | Q    Okay.  And you're not aware of these |
| 7 | documents being maintained anywhere else; correct? |
| 8 | A    Can you explain what you mean by "being |
| 9 | maintained"? |
| 10 | Q    Yes.  It was a poor question.  I apologize.   17:04:32 |
| 11 | You're not aware of any responses to the |
| 12 | June 2020 survey being recorded anywhere else other |
| 13 | than in this Exhibit 111? |
| 14 | A    Correct. |
| 15 | Q    Okay.  And so if we look at the first page,   17:04:51 |
| 16 | let's just start -- try to use that as a jumping-off |
| 17 | point.  And don't read it yet.  Maybe if you have |
| 18 | the question in mind, that will help you get to the |
| 19 | answer more quickly. |
| 20 | The first page contains the responses of     17:05:12 |
| 21 | Ralph Black, Elizabeth Doane, and of Chuck and |
| 22 | Debbie Hietala.  I may be mispronouncing names. |
| 23 | That third couple spills onto the next page. |
| 24 | Maybe just read those three, and then I'll |
| 25 | ask you some questions.                          17:05:33 |

Page 181

Exhibit D/Page 000025

```
 1    BY MR. RAIZMAN:

 2         Q    Ms. Stanley, do you recall when we looked

 3    at, there was a letter to Steve Rusckowski back in

 4    December of 2018?  The letter's undated, but we

 5    believe was sent in December 2018.              17:28:20

 6              Do you recall sending a near identical

 7    letter to Mike Prevoznik, the general counsel of

 8    Quest?

 9         A    Yes.  That sounds right.

10         Q    Okay.  Any reason why you sent two letters   17:28:34

11    or at least two letters?

12         A    I think we just wanted to cover our bases.

13    So we sent it to a few different people.

14         Q    Okay.  Did you --

15              When you were formulating the survey or at   17:28:52

16    any time since, did ACB ever consider asking its

17    members about acceptability or not of the

18    three-finger swipe that Quest has implemented?

19              MR. MILLER:  Foundation.

20              THE WITNESS:  I'm not aware of the           17:29:13

21    three-finger swipe.

22    BY MR. RAIZMAN:

23         Q    Okay.  What's your job duties, very

24    briefly, at the National Disability Rights Network?

25         A    I'm a public policy analyst.  Essentially,  17:29:39
```

Page 190

Exhibit D/Page 000026

```
 1                      CERTIFICATION

 2                          OF

 3              CERTIFIED SHORTHAND REPORTER

 4

 5           I, the undersigned, a Certified Shorthand

 6   Reporter of the State of California do hereby

 7   certify:

 8              That the foregoing proceedings were taken

 9   before me at the time and place herein set forth;

10   that any witnesses in the foregoing proceedings,

11   prior to testifying, were placed under oath; that a

12   verbatim record of the proceedings was made by me

13   using machine shorthand which was thereafter

14   transcribed under my direction; further, that the

15   foregoing is an accurate transcription thereof.

16              I further certify that I am neither

17   financially interested in the action nor a relative

18   or employee of any attorney of any of the parties.

19              IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21   Dated:  September 2, 2021, 2021.

22

23

24                    Michelle Milan Fulmer
                      Michelle Milan Fulmer

25                    CSR No. 6942, RPR, CRR, CRC


                                         Page 222
```

Exhibit D/Page 000027

| From: | American Council of The Blind <cstanley@acb.org> |
|---|---|
| Sent: | Wednesday, June 3, 2020 4:32 PM |
| To: | Clark Rachfal |
| Subject: | Request for Experiences with Quest Diagnostics |



Dear ACB Members:

In March of this year, ACB joined existing litigation against Quest Diagnostics, a lab company widely located across the U.S., related to the inaccessibility of Quest's e-kiosk check-in system that patients must use to sign in when they visit the lab. As the pandemic has made clear, companies like Quest perform a major role in ensuring that our communities have access to safe and reliable medical tests, and accessibility is an important part of that role. To assist in our efforts to ensure that Quest is accessible to all patients, it would be very helpful if you could complete the short survey of questions below. Please send all responses to cstanley@acb.org.

1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years?
2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years?
3. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently?
4. Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in?
5. Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years?

Thank you,
Claire Stanley
Advocacy and Outreach Specialist
American Council of the Blind

**Exhibit 00069**
6/9/2021
ACB/Rachfal - V1

**American Council of the Blind** | www.acb.org

American Council of The Blind | 1703 North Beauregard Street, Suite 420, Alexandria, VA 22311

Unsubscribe crachfal@acb.org



www.gonitro.com          **Exhibit D/Page 000028**

PL00415

Update Profile | About Constant Contact

Sent by cstanley@acb.org in collaboration with



Try email marketing for free today!

Exhibit D/Page 000029

PL00416