# EXHIBIT  E

Document Bates No.
QUEST-VARGAS000039963

[FILED UNDER SEAL, SUBJECT TO
COURT'S RULING ON APPLICATION]