# EXHIBIT F

Exhibit F/Page 000031

```
 1                UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5   JULIAN VARGAS, ANNE WEST, and )

 6   AMERICAN COUNCIL OF THE BLIND,)

 7   individually on behalf of     )

 8   themselves and all others     )

 9   similarly situated,           )

10                 Plaintiffs,    )

11       VS.                       )  NO.  2:19-CV-8108

12   QUEST DIAGNOSTICS CLINICAL    )

13   LABORATORIES, INC., et al.,   )

14                 Defendants.    )

15   _____)

16

17

18   VIDEOCONFERENCE DEPOSITION OF:

19            TAYLOR CARR, VOLUME II

20            FRIDAY, JULY 30, 2021

21            1:33 P.M.

22

23   REPORTED BY:

24            Sari M. Knudsen

25            CSR No. 13109
```

Page 328

Exhibit F/Page 000032



# Wright State Disibilities

| | |
|---|---|
| ≣ Attendees | |
| ⏱ Created | @Feb 3, 2020 10:25 AM |
| ≣ Tags | |

## Interview Questions

**We are very much interested in your perspectives working with visually impaired. Don't feel like you need to provide the perspective of the disabled.**

What do you hear from visually impaired students about their life experiences?

What services have you seen that didn't work out as expected. Thoughts on why it didn't work out?

What are services that have worked out the best. What about it? Why?

Tell us of a time a student raved about an experience.

Tell us of a time a student was furious.

EXHIBIT
101

Exhibit F/Page 000033
CONFIDENTIAL QUEST-VARGAS000041963

What types of work around sir tips and tricks do you hear about?

What do you hear from visually impaired students saying about self service experiences?

Imagine McDonald's was going to 100% self service. What advice would you give them to ensure a good experience for visually impaired.

## Notes from Interview

Transportation is a huge deal. Even when access to public transit it can be quite expensive. Project mobility - RTA public transit. paratransit company. They have rules that you have to be there early.

If you're late for your appointment, we have to reschedule. So making that a punishment won't work for them. The bus is not predictable at all.

House calls would work so well for these peoples. If we could make this medxm stuff available. If they have problem getting to a center, make this available.

Wright State Disibilities

Exhibit F/Page 000034
QUEST-VARGAS000041964

CONFIDENTIAL

Or even provide the car service.

If you have a visual impairment, they may call the insurance company for more information on where they are going. Sometimes they will find out from doctors. First thought is, "is this in the limit of my RTA transportation". Then para transit works alongside those RTA routes within a small distance off of the RTA route.

If I use a power wheel chair, I can't ya Lyft or Uber.

Public transportation is a common barrier.

The money and availability of public transportation are problems.

Partner with care source or payers to let them know what we have available to them.

When trying new technology, the idea is better than reality. They tried putting up beacons. Then had an app to help navigate. This didn't workout.

PDFs can be an image or an OCRd pdf. OCRd they can change the font and use a screen reader. A straight up image doesn't work.

Have a print, digital, large print, Braille etc and let the person pick.

They like using an iPad. But it needs to have a screen reader that is tuned on for them to use. a giant screen. Many people will have headphones with them but will likely be wireless. we can provide them with ear buds. then it's our gift to them.

Wright State Disibilities

3

Exhibit F/Page 000035

CONFIDENTIAL

QUEST-VARGAS000041965

I really like the Aim Portal. I can go online and request my services. They don't have to fill out paper forms, save those things, and then check boxes. They really like not having to start from scratch.

Send forms before an appointment and then bring forms with them.

Give them options for electronics or paper. We will send to you.

Magnifiers are common practice

"Click here to access results." Don't make them search.

A new student that transferred and had accommodations. The academic advisor assumed they didn't need help. But she did need help. She was tech savvy but it wasn't known that she could do something. Don't make our assistance discoverable. Make it known.

WSU disabilities website (wings) accessibility icon at the top and choose what would be best for them. By the option being in the top left, the screen reader reads first. Don't have scrolling interfaces.

Wright State Disibilities

4

**Exhibit F/Page 000036**

CONFIDENTIAL

QUEST-VARGAS000041966



Pop ups are frustrating for the visual impaired.

Make sure you label what the button does not just the button name.

In the cafeteria, students can ask for assistance. Help shopping, preparing, etc. they have a robot to help feed people that need it.

Coke machines with different flavors, they have buttons lower on the dispenser. But it doesn't talk out loud. So it doesn't help being blind.

Exhibit F/Page 000037
CONFIDENTIAL
QUEST-VARGAS000041967

There is just such a wide variety of needs, That she's not sure how you could get rid of a person and be 100% self service. But an atm you could plug in headphones to hear the options. There are just people who will get lost.

Even having chairs specifically for them, be mindful that patients need to

When opening the door, have an audio to let them know what and where. Airports sometimes have that. Like how elevators say "3rd floor, going up." Or "Or trafic lights that say how much time is left and what road"

A camera in the lobby would help the PSR know someone is out there.

Even if the person is mobile, having to wait in line (or sit down to wait for them to be able to check in) is annoying. How can we make them not wait?

What if there is an automated phone call to let them know their appointment is right now. Or let the patient call when they arrive. During scheduling tell them to call a number upon arriving and we'll check them on.

During a check in, she gets a sticker. Then a future stickers have the same label. Could you flag people as needing help and store it.

"I don't want fixed, I just want to live my happy life how I am."

The more variety of options, the better. Braille literacy is down right now because the push for screen readers. It's being taught less.

Tips and Tricks
- Folding their money helps know what dollar bill is.

Exhibit F/Page 000038
CONFIDENTIAL
QUEST-VARGAS000041968

- Look at the menu online so you're more prepared. This allows them to not have someone read it for them.

- "Where is the blue shirt" again knowing what they're looking for.

- Doing online grocery store shopping

- With a cane they will find a wall and then stick to the wall. Called it trailing.

- Path of travel should be straight and not around rows of chairs.

Have multiple methods for accessing information (large print, Braille, digital)

Not enfantalizing people. *sigh All the time. All the time.*

 - just speak and engage with them.

Redesign the physical space. An area with different looks. Tactile walls that indicate you're here instead of here.

During phone scheduling, schedule a check in call or reminder call time.

Discoverability is huge. Use the top left menu and include the phone scheduler options and click to call now. "Thanks for calling, by using this number you're acknowledging you need help upon arrival" this works for wheelchair too. The appointment time is an all day appointment - don't worry about being on time.

Exhibit F/Page 000039
CONFIDENTIAL          QUEST-VARGAS000041969

```
 1
 2          I, SARI M. KNUDSEN, CSR NO. 13109, in and
 3    for the State of California, do hereby certify:
 4          That prior to being examined, the witness
 5    named in the foregoing deposition was by me duly
 6    sworn to testify as to the truth, the whole truth
 7    and nothing but the truth;
 8          That said deposition was taken before me at
 9    the time and place therein set forth, and was taken
10    down by me stenographically and thereafter
11    transcribed via computer-aided transcription under
12    my direction and is a true record of the testimony
13    given;
14          I further certify that I am neither counsel
15    for, nor related to, any party to said action, nor
16    interested in the outcome thereof;
17          IN WITNESS WHEREOF, I have hereunto
18    subscribed my name this 18th day of August, 2021.
19
20
21
22
23    SARI M. KNUDSEN, CSR NO. 13109
24
25
```

Page 392

Exhibit F/Page 000040