# EXHIBIT G

EXHIBIT 111 TO DEPOSITION OF CLAIRE STANLEY TAKEN AUGUST 19, 2021

[FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION]