# EXHIBIT A



**Joseph A. Krock, Ph.D.**
Managing Director

**The Claro Group, LLC**
350 South Grand Avenue
Suite 2350
Los Angeles, CA  90071

Tel   213-784-3079
Cell   310-213-7776
Fax   213-229-9014
jkrock@theclarogroup.com

**EDUCATION**
Ph.D., Economics
    University of Chicago

M.A., Economics
    University of Chicago

B.A., Economics-Mathematics
    University of California, Santa
    Barbara, with Honors

Dr. Krock is a Managing Director with The Claro Group. He heads the Economic Consulting Practice and is the Office Managing Partner of the Los Angeles office. He specializes in economic and statistical analysis, including the use of advanced techniques involving econometrics, risk analysis, sampling, and survey design, with an emphasis on collecting, managing, and analyzing complex financial, economic, and statistical data. He works extensively on class and collective actions for which class certification, liability and damages issues are at stake.  He consults on a wide variety of matters relating to antitrust, consumer class action, breach of contract, labor and employment, lost profits, valuation, and other general commercial litigation issues.

As an expert economic and statistical witness, Dr. Krock has testified at trial and deposition in matters pending before the U.S. District Courts in California, Illinois, and New Jersey, the Superior Court of the State of California, the Circuit Court of Florida and the Civil District Court of Louisiana.  He also participates in private arbitration and mediation matters, and assists clients with corporate decision-making.

Prior to joining The Claro Group, Dr. Krock held senior positions at Micronomics, Inc. and Deloitte & Touche.

**Fields of Concentration**

- Statistical Analysis, Surveys and Sampling, Statistical Analysis, Econometrics, Damages Calculations, Complex Data Management and Analysis, Antitrust Economics, Labor and Employment

**Selected Consulting Experience**

**Statistical Analysis**

- Pharmaceutical Industry - Analyzed patterns of breakthrough bleeding and spotting for various formulations of oral contraceptives

- Labor Class Action - Performed statistical analysis to ascertain whether response rates in a class action claims process were representative of the whole class.

- Discrimination - Reviewed data and prepared an econometric analysis of government agricultural lending practices in a lending discrimination matter.

- Discrimination – Analyzed reduction-in-force data for age discrimination claims.

- Directed sampling and review of documents to determine extent of duplication in document production.

- Assisted clients with sampling, survey design, and hypothesis testing.

**Econometrics**

- Antitrust - Performed econometric analysis of antitrust pass-through damages in connection with indirect purchaser antitrust matter.

- Pharmaceutical Industry - Estimated own- and cross-price elasticity of demand for pharmaceuticals.

- Employed event study methodology in connection with securities fraud, intellectual property, and breach of contract matters.

- Prepared and evaluated revenue and earnings forecasts on behalf of plaintiffs and defendants involved in commercial litigation.

- Assisted clients with survey design, sampling, and hypothesis testing.

- Labor Class Actions - Analyzed differences among groups of potential class members in labor and employment matters using econometric and statistical techniques.

**Exhibit A/Page 000008**



- Discrimination - Reviewed data and prepared an econometric analysis of government agricultural lending practices for a lending discrimination matter.

**Class and Collective Actions**

- Provided analysis and expert testimony regarding the economic and statistical appropriateness of proposed class action trial plans.
- Prepared evaluations of random sample survey plans.
- Executed random sample surveys regarding damages calculations.
- Performed post-trial damages calculations.
- Evaluated economic exposure associated with putative class claims for numerous clients across a wide range of industries.

**Economic Damages/Lost Profits**

- Commercial Litigation - Calculated lost profits and economic damages on behalf of plaintiffs and defendants in connection with contract disputes, fraud, business interruption, and other causes of action.  Addressed lost sales, incremental costs, capacity, and mitigation.
- Breach of Contract/Non-Compete – Performed damages calculation for alleged breach of contract claims associated with non-compete covenant, including lost profits and tortious interference aspects.Real Estate - Valued real estate and other assets lost as a result of wrongful conduct.
- Wrongful Death - Calculated lost wages and benefits in connection with wrongful death and personal injury matters.
- Determined lost sales and lost profits as a result of alleged wrongful conduct and breach of contract.

**Antitrust**

- Prepared econometric analyses in direct purchaser and indirect purchaser price fixing antitrust matters.
- Conducted studies of market definition, below-cost pricing, price discrimination, and economic damages on behalf of plaintiffs and defendants involved with antitrust litigation.

**Consumer Class Action**

- Evaluated appropriateness of class treatment for large consumer class action
- Analyzed and rebutted plaintiffs' class-wide damages model for alleged false advertising claims

**Risk Analysis**

- Assisted law firms, corporate legal departments, and mediators with assessments of litigation risk and the expected value of litigation.
- Analyzed risk associated with litigation versus settlement in insurance claim disputes on behalf of insurers and insured parties.

**Healthcare**

- Performed billing review for a regional hospital to assess potential exposure for Medicare billing non-compliance issues.
- Built comprehensive Medicare billing database to assist a client in the re-pricing of Medicare billings for services provided to correct for reimbursement rates under OPPS, APC, and the Physician Fee Schedule, which were incorrectly billed



- Created and analyzed comprehensive payroll and timekeeping database for multi-facility health system to assist with class certification issues

**Labor and Employment**

- Retained as economic and statistical expert for state and federal labor and employment cases.

- Developed and implemented sampling strategies for large state and federal wage and hour class actions.

- Assisted counsel in creating interview and deposition scripts regarding labor and employment issues.

- Managed large employment-related databases and determined class eligibility for numerous state and federal labor and employment class actions.

- Performed statistical and econometric analyses related to labor and employment issues.

- Assessed past and ongoing exposure regarding potential wage and hour issues to assist executives in corporate decision-making.

**Valuation**

- Sports - Developed model for valuing NFL franchises and studied impact of stadium construction and naming rights on franchise value.

- Insolvency - Analyzed value of a proposed reorganized entity seeking to emerge from Chapter 11 bankruptcy.

- Determined actual and but-for market capitalization in connection with wrongful conduct and breach of contract matters.

- Performed option valuation calculations in connection with wrongful conduct and breach of contract matters.

- Valued commercial real estate in connection with wrongful conduct matters.

**TESTIMONY/EXPERT REPORTS/MEDIATION**

1. Alvaro Lopez Cabrera, et al., v. South Valley Almond Company, LLC
   U.S. District Court, Eastern District of California
   Case No. 1:21-CV-00748-AWI-JLT
   Wage & Hour
   Report

2. Fabian Gonzalez, et al., v. HUB International Midwest, LTD
   Superior Court of California, County of San Bernardino
   Case No. CIVDS1900463
   Wage & Hour
   Report

3. Ethan Noyer, v. AEROTEK, Inc., and GM Cruise Holdings
   JAMS
   Case No. 1100108393
   Wrongful Termination, Disability Discrimination
   Arbitration, Deposition, Report

Exhibit A/Page 000010



4. Mark Luna, et al., v. Penske Logistics, LLC
   U.S. District Court, Eastern District of California
   Case No. 2:21-cv-00081
   Wage & Hour
   Report

5. Roosevelt Luckett, v. McDonald's Restaurants of California, Inc.
   Superior Court of California, County of Los Angeles
   Case No. 20STCV05066
   Wage & Hour
   Report

6. Michell Fernandez, et al., v. Suburban Propane LP
   Superior Court of California, County of Fresno
   Case No. 16CECG00418
   Wage & Hour
   Report

7. Alfred Johnson, et al., v. WinCo Foods, LLC and WinCo Holdings, Inc.
   U.S. District Court, Central District of California
   Case No. 5:17-cv-02288
   Wage & Hour Wage & Hour
   Report

8. Kevin Edwards v. Ecolab, Inc.
   American Arbitration Association
   Case No. 01-19-0000-6486
   Wage & Hour
   Report

9. Tessema Estifanos v. Ecolab, Inc.
   American Arbitration Association
   Case No. 01-19-0000-6487
   Wage & Hour
   Report

10. Richard Grinesey-Miller v. Ecolab, Inc.
    American Arbitration Association
    Case No. 01-19-0000-6488
    Wage & Hour
    Report

11. Marc Grozinger v. Ecolab, Inc.
    American Arbitration Association
    Case No. 01-19-0000-6489
    Wage & Hour
    Report

12. Alex Luevano v. Ecolab, Inc.
    American Arbitration Association
    Case No. 01-19-0000-6490
    Wage & Hour
    Report

13.  Angel Zamora, et al., v. Penske Truck Leasing Co.
     U.S. District Court, Central District of California
     Case No. 2:20-cv-2503
     Wage & Hour
     Report

14.  Omero Torres, v. Ecolab, Inc.
     American Arbitration Association
     Case No. 01-19-0000-6469
     Wage & Hour
     Arbitration, Report

15.  Patrick Kinney, v. Ecolab, Inc.
     American Arbitration Association
     Case No. 01-19-0000-6468
     Wage & Hour
     Arbitration, Report

16.  Andrew Anderson, v. Ecolab, Inc.
     American Arbitration Association
     Case No. 01-19-0000-6465
     Wage & Hour
     Arbitration, Report

17.  Rudy Garcia, v. Ecolab, Inc.
     American Arbitration Association
     Case No. 01-19-0000-6478
     Wage & Hour
     Arbitration, Report

18.  Robert Blakeley, v. Ecolab, Inc.
     American Arbitration Association
     Case No. 01-19-0000-6476
     Wage & Hour
     Arbitration, Report

19.  Joe Azevedo, v. Ecolab, Inc.
     American Arbitration Association
     Case No. 01-19-0000-6474
     Wage & Hour
     Arbitration, Report

20.  Stacy Bauman, v. Ecolab, Inc.
     American Arbitration Association
     Case No. 01-19-0000-6475
     Wage & Hour
     Arbitration, Report

21.  Pamela Rubin-Knudsen, et al., v. Arthur J. Gallagher & Co.
     U.S. District Court, Central District of California
     Case No. 2:18-cv-6227
     Wage & Hour
     Report

Exhibit A/Page 000012



22.  Kristal Nucci, et al., v. Rite Aid Corp., et al.
     U.S. District Court, Central District of California
     Case No. 19-cv-01434
     Wage & Hour
     Report

23.  Rina Acosta, et al., v. Remington Lodging & Hospitality, LLC
     Superior Court of California, County of Contra Costa
     Case No. 016-02404
     Wage & Hour
     Report

24.  Jasmine Estrada, v. Paletz and Agatstein Urology Medical Group, Inc.
     Superior Court of California, County of Los Angeles
     Case No. 18STCV03003
     Discrimination, Wage & Hour
     Report

25.  Mark Brewer, v. Ecolab, Inc.
     American Arbitration Association
     Case No. 01-19-0000-1056
     Wage & Hour
     Arbitration, Report

26.  Morgena Carter and Cornelia Brandon, v. Telecare Corp.
     U.S. District Court, Central District of California
     Case No. 2:18-cv-10748
     Wrongful Termination, Discrimination
     Deposition, Report

27.  Stephen Craig, v. Ecolab, Inc.
     American Arbitration Association
     Case No. 01-19-0000-1058
     Wage & Hour
     Arbitration, Report

28.  Maria Vecchio, et al., v. Quest Diagnostics Inc., et al.
     U.S. District Court, Southern District of New York
     Case No. 1:16-cv-05165
     Wage & Hour
     Deposition, Report

29.  Lloyd T. Briggs III, et al., v. OS Restaurants Services, LLC, et al.
     U.S. District Court, Central District of California
     Case No. 2:18-cv-08457-JAK-AFM
     Wage & Hour
     Report

30.  Elizabeth Khaled, v. Library Systems & Services, LLC
     Superior Court of California, County of Riverside
     Case No. RIC1903238
     Wage & Hour
     Report



31.   Eduardo Chavez, v. Smurfit Kappa North America LLC
      U.S. District Court, Central District of California
      Case No. 2:18-cv-05106
      Wage & Hour
      Report

32.   William Sario, v. California Rail Builders, LLC, et al.
      Superior Court of California, County of Los Angeles
      Case No. BC679635
      Wrongful Termination
      Trial, Deposition

33.   Robert Bankwitz, v. Ecolab, Inc.
      American Arbitration Association
      Case No. 01-18-0003-2812
      Wage & Hour
      Arbitration, Report

34.   Matthew Bruers, v. Flowers Foods, Inc., et al.
      U.S. District Court, Central District of California
      Case No. 18-cv-01442-JLS-ADS
      Wage & Hour
      Report

35.   William Jacobo, v. Ecolab, Inc.
      American Arbitration Asssociation
      Case No. 01-18-0003-2797
      Wage & Hour
      Arbitration, Deposition, Report

36.   Todd Bedingfield, Jack Hall, v. American International Group, Inc.
      U.S. District Court, Central District of California
      Case No. 2:18-cv-04249-DSF-AFM
      Wrongful Termination, Age Discrimination
      Report

37.   Farah, et al., v. Claim Jumper Restaurants, Inc., et al.
      Superior Court of California, County of Los Angeles
      Case No. BC583679
      Wage & Hour
      Report

38.   United States of America and State of New York, *ex rel.* Edward Lacey, v. Visiting Nurse
      Service of New York
      U.S. District Court, Southern District of New York
      Case No. 14-cv-5739
      False Claims Act
      Deposition, Report

39.   Simon Goro, et al., v. Flowers Foods, Inc.
      U.S. District Court, Southern District of California
      Case No. 17-cv-02580
      Wage & Hour
      Deposition, Report

Exhibit A/Page 000014



40.  Anne de Lacour, et al., v. Colgate-Palmolive Co.
     U.S. District Court, Southern District of New York
     Case No. 1:16-cv-08364
     Consumer Class Action
     Deposition, Report

41.  Kenneth Hernandez, et al., v. AutoZone, Inc.
     U.S. District Court, Eastern District of New York
     Case No. 1:15-cv-05593
     ADA Violations
     Report

42.  Scott Reising, v. Western Alliance Bank
     ADR Arbitration
     ADR Case No. 13-7830
     Wrongful Termination
     Arbitration, Deposition

43.  Alma Gomez, v. Henry Mayo Newhall Memorial Hospital
     Superior Court of California, County of Los Angeles
     Case No. BC511293
     Wrongful Termination
     Deposition

44.  Victor Zepeda, et al., v. Wonderful Citrus Packing LLC
     Superior Court of California, County of Kern
     Case No. S-1500-CV-282439
     Wage & Hour
     Deposition, Report

45.  Christine Dancel, et al., v. Groupon, Inc.
     U.S. District Court, Northern District of Illinois
     Case No. 1:18-cv-02027
     Illinois Right to Privacy Act
     Deposition, Report

46.  Ismael Sanchez Ruiz, et al., v. Daniel C. Salas Harvesting, Inc.
     Superior Court of California, County of Kings
     Case No. 16 C0214
     Wage & Hour
     Report

47.  Stephanie Stiavetti, et al., v. Pamela Ahlin, et al.
     Superior Court of California, County of Alameda
     Case No. RG15779731
     Civil Rights
     Report

48.  Miguel Valadez, et al., v. CSX Intermodal Terminals, Inc.
     U.S. District Court, Northern District of California
     Case No. 3:15-cv-05433-EDL
     Wage & Hour
     Report



49.  Jeffrey Johnston, et al., v. Schiff Nutrition International and Reckitt Benckiser
     U.S. District Court, Northern District of California
     Case No. 3:15-cv-03669-PH
     Consumer Class Action
     Report

50.  Maria Del Carmen Acosta, et al., v. Bee Sweet Citrus, Inc., et al.
     Superior Court of California, County of Fresno
     Case No. 16-CECG-01253
     Wage & Hour
     Report

51.  Patrick E. Runyon, et al., v. Bostik, Inc., et al.
     U.S. District Court, Central District of California
     Case No. 5:16-cv-2413
     Products Liability, Consumer Class Action
     Report

52.  Beatriz Aldapa, et al., v. Fowler Packing Company, Inc., et al.
     U.S. District Court, Eastern District of California
     Case No. 1:15-CV-00420
     Wage & Hour
     Report

53.  Manuel de Luna, et al., v. Pacific Rim Dairy, et al.
     Superior Court of California, County of Kings
     Case No. 14C0070
     Wage & Hour
     Report

54.  Cynthia Arroyo v. CERES, Inc.
     Superior Court of California, County of Ventura
     Case No. 56-2015-00475199
     Wage & Hour
     Report

55.  Talbert Mitchell v. SEIU Local 721, et al.
     Superior Court of California, County of Los Angeles
     Case No. BC575572
     Discrimination, Wrongful Termination
     Trial, Deposition

56.  Vegas Holding Corp, et al., v. Geoffrey Knapp
     Superior Court of California, County of Orange
     Case No. 30-2012-00551681
     Fraud, Breach of Contract
     Deposition

57.  Alicia Rogan, et al., v. Montage Hotels & Resorts, LLC
     Judicial Arbitration and Mediation Services
     JAMS Ref. No. 1200051035
     Wage & Hour
     Report



58.   Kevin Woodruff, et al., v. Broadspectrum Downstream Services, Inc.
      U.S. District Court, Northern District of California
      Case No. 3:14-cv-04105
      Wage & Hour
      Deposition, Report

59.   Audrey Pena, Naila Zavala, et al., v. Sea World, LLC
      Superior Court of California, County of San Diego
      Case No. 37-2013-00081715
      Wage & Hour
      Report

60.   Giovanni Martinez, et al., v. Flowers Foods, Inc., et al.
      U.S. District Court, Central District of California
      Case No. 2:15-cv-5112
      Wage & Hour
      Report

61.   KIPP v. Lukin & Associates, Inc., et al.
      Superior Court of California, County of Los Angeles
      Case No. NC053503
      Contract Dispute
      Trial, Deposition

62.   3M Company, v. ACE Bermuda Insurance, Ltd.
      London Courts of International Arbitration
      Insurance Dispute
      Report

63.   Miguel Sanchez, et al., v. CHLN, Inc.
      Superior Court of California, County of Los Angeles
      Case No. BC532190
      Wage & Hour
      Report

64.   Juan Uribe, et al., v. Total Transportation Services, Inc.
      Superior Court of California, County of Los Angeles
      Case No. NC059374
      Wage & Hour
      Report

65.   In Re: Morgan Stanley Smith Barney LLC Wage and Hour Litigation
      U.S. District Court, District of New Jersey
      MDL 2280, Master Case No. 11-cv-3121
      Wage & Hour
      Report, Deposition

66.   LMP Services, Inc., v. City of Chicago, IL
      Circuit Court of Cook County, Illinois
      Case No. 2012 CH 41235
      Civil Rights
      Report, Deposition



67.  Victor Almaraz, et al., v. American Residential Services
     Superior Court of California, County of Los Angeles
     Case No. 37-2015-00006918-CU-OE-CTL
     Wage & Hour
     Report

68.  M&I Bank FSB, v. Old Republic Insurance Company, Guaranty Bank, F.S.B., and GB
      Reit Corporation
     Guaranty Bank, F.S.B., v. Old Republic Insurance Company
     Circuit Court of Wisconsin, County of Milwaukee
     Case No. 09-CV-7648 & 09-CV-13592
     Insurance Dispute
     Report

69.  Barbara Rivard-Crook, et al., v. Accelerated Payment Technologies, Inc., et al..
     U.S. District Court, District of Nevada
     Case No. 2:10-cv-02215-MMD-GWF
     Breach of Contract
     Deposition, Report

70.  Lovco Construction, Inc., v. W. A. Rasic Construction, Inc.
     Superior Court of California, County of Los Angeles
     Case No. NC057835
     Tortious Interference
     Trial, Deposition

71.  Barr Segal v. TCW Group, Inc., and Marc Stern
     Judicial Arbitration and Mediation Service
     Arbitration Ref. No. 1220045625
     Wrongful Termination, Age Discrimination
     Arbitration, Deposition

72.  Donovan Long, David Horn, et al., v. Stanley Black & Decker, Inc., et al.
     U.S. District Court, Southern District of California
     Case No. 3:14-cv-01246-JLS-BGS
     Wage & Hour
     Report

73.  Chelly Bergstrom, et al., v. Circle K Stores, Inc.
     Superior Court of California, County of Riverside
     Case No. RIC 1206463
     Wage & Hour
     Report

74.  Pablo Amado, et al., v. ServiceMaster Global Holdings, Inc., et al.
     Judicial Arbitration Mediation Service
     Arbitration Ref. No. 1100073286
     Wage & Hour
     Report

75.  Scarlet Keshishzadeh, et al., v. Zurich American Insurance Company
     Superior Court of California, County of Los Angeles
     Case No. BC516292
     Wage & Hour
     Report

Exhibit A/Page 000018



76. Sabas Arredondo, et al., v. Delano Farms Company, et al.
    U.S. District Court, Eastern District of California
    Case No. 1:09-cv-01247-MJS
    Wage & Hour
    Report

77. Claudia DeSilva, et al., v. North Shore-Long Island Jewish Health System Inc., et al.
    U.S. District Court, Eastern District of New York
    Case No. 2:10-cv-1341-JFB-ETB
    Wage & Hour
    Report

78. Patrick Bellinghausen, et al., v. Tractor Supply Company
    Superior Court of California, County of Alameda
    Case No. RG13677135
    Wage & Hour
    Report

79. Scott Nance, Frederick Freedman, et al., v. May Trucking Co.
    U.S. District Court, District of Oregon – Portland Division
    Case No. 3:12-cv-01655-HZ
    Wage & Hour
    Deposition, Report

80. Benjamin Nilsson, Michael Meeks, et al, v. Longs Drug Stores, LLC
    Superior Court of California, County of Santa Barbara
    Case No. 1304153
    Wage & Hour
    Deposition, Report

81. Lisa Garvey, et al., v. Kmart Corp.
    U.S. District Court, Northern District of California
    Case No. 11-2575
    Wage & Hour
    Report

82. Shane Simmons, et al., v. Valspar Corp.
    U.S. District Court, District of Minnesota
    Case No. 10-3026 RHK/SER
    Wage & Hour
    Deposition, Report

83. Emerita V. Chavez, et al., v. Angelica Textile Services, Inc.
    Superior Court of California, County of San Diego
    Case No. 37-2010-00086997-CU-OE-CTL
    Wage & Hour
    Deposition, Report

84. Simon V. Garcia, et al., v. Gordon Trucking, Inc., et al.
    U.S. District Court, Eastern District of California – Fresno Division
    Case No. 1:10-cv-00324-OWW-SKO
    Wage & Hour
    Deposition, Report



85. Susan Gayle Holt, et al., v. K Mart Corporation
Superior Court of California, County of San Francisco
Case No. CGC-10-496141
Wage & Hour
Report

86. Bay Point Oil Corp., et al., v. Motiva Enterprises LLC, et al.
Hollywood Hills Servicecenter, Inc., et al., v. Motiva Enterprises LLC, et al.
Circuit Court of Florida, County of Miami-Dade
Case Nos. 03-03572 CA 30 and 04-13857 CA 30
Antitrust
Deposition

87. William Dailey, et al., v. Sears, Roebuck and Co.
Superior Court of California, County of San Diego
Case No. 37-2009-00054168-CU-OE-NC
Wage & Hour
Report

88. Edward Arciniega, v. D.R. Horton, Inc., et al.
American Arbitration Association Case No. 72 160 00321 10
Case No. 72 160 00321 10
Wrongful Termination
Arbitration, Deposition

89. Richard B. Melbye, v. Accelerated Payment Technologies, Inc.
U.S. District Court, Southern District of California
No. 3:10-cv-IEG-JMA
Breach of Contract
Trial, Deposition, Report

90. Shaunetta Eddings, et al., v. Health Net, Inc., et al.
U.S. District Court, Central District of California
No. CV10-1744 JST
Wage & Hour
Deposition, Report

91. Jose Jimenez v. Sears, Roebuck & Co.
Superior Court of California, County of Los Angeles
Case No. BC 383006
Wage & Hour
Deposition, Report

92. Spencer De La Cruz, v. Abercrombie & Fitch Co., et al.
Superior Court of California, County of Orange
Case No. 30-2007-00036240
Wage & Hour
Deposition, Report

93. Clarke and Rebecca Wixon, et al., v. Wyndham Resort Development Corp., et al.
U.S. District Court, Northern District of California
No. C 07-02361 JSW
Breach of Contract
Report



94. Maisah Muhammad, et al., v. Bare Escentuals, Inc.
Superior Court of California, County of Los Angeles
Case No. BC 405569
Wage & Hour
Deposition, Report

95. Kim McBride, et al., v. Jenny Craig, Inc., et al.
U.S. District Court, Southern District of California
No. 07CV2382 JLS (AJB)
Wage & Hour
Report

96. Hans J. Rapold, v. Baxter International, Inc.
U.S. District Court, Northern District of Illinois
No. 08CV7369
Breach of Contract
Report

97. Daynna Wood, et al., v. Vie-Del Company
Superior Court of California, County of Fresno
Case No. 08CECG01289
Wage & Hour
Report

98. Thomas La Parne, et al., v. Monex Deposit Company, et al.
U.S. District Court, Central District of California
No. SACV-08-302 DOC (MLGx)
Wage & Hour
Deposition, Report

99. The Administrators of the Tulane Educational Fund v. Marsh USA, Inc., et al.
Civil District Court For The Parish of Orleans, State of Louisiana
Case No. 2006-09555
Insurance Dispute
Report

100. Allison L. Knox v. Dynamic Nursing Services, Inc.
Superior Court of California, County of Los Angeles
Case No. BC 360621
Wage & Hour
Trial, Report

101. Judith A. Smith v. IHOP Corp.
Superior Court of California, County of Los Angeles
Case No. BC 382940
Age Discrimination
Report

102. Bich D. Nguyen v. Computer Sciences Corporation, et al.
Superior Court of California, County of Los Angeles
Case No. BC 358617
Age Discrimination
Deposition



103. Equilon Enterprises LLC v. Nikrad Enterprises, Inc.
U.S. District Court, Central District of California
No. CV-07-2562 ABC
Antitrust, Breach of Contract
Report

104. Ruben Pablo, et al., v. ServiceMaster Global Holdings, Inc., et al.
U.S. District Court, Northern District of California
No. 3:08-CV-03894
Wage & Hour
Report

105. Holly Walker, Carol Paradise, et al., v. Bankers Life & Casualty Co.
U.S. District Court, Northern District of Illinois
No. CV 06906
Wage & Hour
Deposition, Report

106. Cynthia Fernandez, et al., v. Victoria's Secret Stores, Inc.
U.S. District Court, Central District of California
No. CV 06-4149 MMM (SHx)
Wage & Hour
Report

107. In re Terminix Employment Practices Litigation
U.S. District Court, Northern District of California
MDL Docket No. 1809
Wage & Hour
Report, Mediation

108. Shiloh Hood, et al., v. Terminix International Co., L.P.
Superior Court of California, County of Alameda
Case No. RG 05245029
Wage & Hour
Report, Mediation

109. Christopher Roy, et al., v. Terminix International Co., L.P.
Superior Court of California, County of San Bernardino
Case No. SCVSS 140622
Wage & Hour
Report, Mediation

110. Derain Clark, Maxine Gaines, et al., v. American Residential Services, L.L.C.
Superior Court of California, County of Los Angeles
Case No. BC 332632
Wage & Hour
Report, Mediation

111. Janice Millius, et al., v. Los Angeles Unified School District
Superior Court of California, County of Los Angeles
Case No. BC 325763
Wage & Hour
Mediation

Exhibit A/Page 000022



112. Ortho-McNeil Pharmaceutical Inc., et al., v. Barr Laboratories, Inc.
U.S. District Court, District of New Jersey
No. 2:03-CV-04678-SRC-CCC
Patent Infringement
Deposition, Report

113. Micrel, Inc., v. Deloitte & Touch, L.L.P.
Superior Court of California, County of Santa Clara
Case No. 1-03-CV-816477
Professional Negligence
Deposition, Report

114. In re Farmers Insurance Exchange Claims Representatives' Overtime Pay Litigation
U.S. District Court, District of Oregon
MDL Docket No. 1439
Wage & Hour
Report

115. Paula Chase, et al., v. Farmers Insurance Exchange, et al.
District Court of Colorado, City and County of Denver
Case No. 01CV4773
Wage & Hour
Report

116. Mark Severn, et al., v. Farmers Insurance Exchange, et al.
Circuit Court of Michigan, County of Oakland
Case No. 2001-035558-CZ
Wage & Hour
Report

117. Gary J. Milner, et al., v. Farmers Insurance Exchange, et al.
District Court of Minnesota, County of Hennepin
Case No. 01-15004
Wage & Hour
Report

118. Robert Salcido, et al., v. Farmers Insurance Exchange, et al.
District Court of New Mexico, County of Albuquerque
Case No. 202-CV-200106330
Wage & Hour
Report

119. Robert C. Westcott, et al., v. Farmers Insurance Exchange
U.S. District Court, District of Oregon
No. 3:01-1105
Wage & Hour
Report

120. Robert B. Dietz, et al., v. Farmers Insurance Exchange Co., Inc.
Superior Court of Washington, County of Snohomish
Case No. 01-2-07091-4
Wage & Hour
Report



121. Jennifer Petre v. Farmers Insurance Exchange, et al.
     Superior Court of Washington, County of King
     Case No. 01-2-21799-2
     Wage & Hour
     Report

122. Rose M. Bell, et al., v. Farmers Insurance Exchange
     Superior Court of California, County of Alameda
     Case No. 774013-0
     Wage & Hour
     Report, Mediation

123. Guadalupe L. Garcia, Jr., et al., v. Ann Veneman
     U.S. District Court, District of Columbia
     No. 1:00CV02945
     Lending Discrimination
     Report

124. Raymond Verdin, et al., v. R&B Falcon Drilling USA, Inc., et al.
     U.S. District Court, Southern District of Texas
     No. G-00-488
     Antitrust
     Report

125. Inter-Tel, Inc., v. Bank of America
     Superior Court of Arizona, County of Maricopa
     Case No. CV 96-00867
     Breach of Contract, Wrongful Conduct
     Arbitration

## PUBLICATIONS & PRESENTATIONS

- "Damages & Penalties in Exemption and Misclassification Cases," (with Robert Drexler, Capstone Law, and Bradley Hamburger, Gibson Dunn), MCLE Presentation, Bridgeport Continuing Education, Independent Contractor, Joint Employment Misclassification Litigation 2019, Los Angeles, California, July 12, 2019.

- "Practical/Discovery Data Management Issues Facing In-House HR" (with Andrew J. Cook, Ph.D.), 14th Annual Labor and Employment Law Advanced Practices Symposium, Las Vegas, Nevada, April 11, 2018.

- "An In-Depth Examination of Class Certification Featuring a Close Look at Daubert Considerations," (with David Scheidemantle, Scheidemantle Law Group, and Andre Mura, Gibbs Law Group), MCLE Presentation, Bridgeport Continuing Education, 2018 Consumer Class Action Litigation Conference, Costa Mesa, California, January 19, 2018.

- "A Careful Look at Spokeo and Its Meaning in Wage & Hour Litigation," (with Christina Humphrey, Humphrey & Rist, and Timothy Long, Orrick), MCLE Presentation, Bridgeport Continuing Education, 2017 Wage & Hour Litigation and Management, Los Angeles, California, December 8, 2017.

- "When and How to Use Experts" & "Live Deposition and Trial Demonstration: Economists," (with MiRi Song, Paul Hastings, and Phil Horowitz, Law Office of Phil Horowitz), MCLE Presentation, The State Bar of California Program on Using Expert Witnesses to Win Employment Cases, San Francisco, California, August 10, 2017.



- "Practical/Discovery Data Management Issues Facing In-House HR," (with Andrew Cook, The Claro Group, and Kathy Perkins, Kathy Perkins LLC), 13th Annual Labor and Employment Law Advanced Practices Symposium, Las Vegas, Nevada, March 29, 2017.

- "Tips on Damages Analysis for Mediation and Settlement," (with Christina Humphrey, Humphrey & Rist), MCLE Presentation, Bridgeport Continuing Education, 2016 Wage & Hour Litigation and Management, Los Angeles, California, December 9, 2016.

- "Changing Standards for Class Certification: Experts and Statistical Sampling in Light of Spokeo and Tyson," (with Rachel R. Brass, Gibson Dunn; E. Michelle Drake, Berger & Montague, P.C.; and Vandy M. Howell, Ph.D., Cornerstone Research), MCLE Presentation, Bridgeport Continuing Education, 2016 Class Action Litigation Conference, San Francisco, California, September 16, 2016.

- "How to Leverage Your Company's Data to Prevent and Win Employment Lawsuits," (with Andrew Cook, The Claro Group), 12th Annual Labor and Employment Law Advanced Practices Symposium, Las Vegas, Nevada, March 16, 2016.

- "Consumer Class Action Claims: Give Peace a Chance," (with Dan Cunningham, Tressler, LLP; David Nelson, Barnes & Thornburg, LLP; and Brad Seiling, Manatt), MCLE Presentation, Emerging and Complex Insurance Claims Forum 2016, Los Angeles, California, February 25, 2016.

- "Bell to Duran: The Evolution of the Use of Sampling & Statistics in Wage & Hour Litigation & A Brief Primer on the California Fair Pay Act," (with Andrew Cook), MCLE Presentation, Carothers DiSante & Freudenberger, Irvine, California, October 16, 2015.

- "Bell to Duran: The Evolution of the Use of Sampling & Statistics in Wage & Hour Litigation," (with Andrew Cook and Christopher Paskach), MCLE Presentation, Morrison & Foerster, Los Angeles, California, May 27, 2015.

- "Data Analytics in Discovery – Structured and Unstructured ESI," (with Christopher Paskach), CPE Presentation, OC-ACFE, Irvine, California, March 19, 2015.

- "The Use of Experts in the Certification Phase of Class Litigation," (with Mark Campbell, Loeb & Loeb, and Graham LippSmith, Girardi|Keese), MCLE Presentation, Bridgeport Continuing Education, 2013 Class Action Litigation & Management Conference, Los Angeles, California, April 11, 2013.

- "New Rules for the Use of Statistical Evidence in Wage & Hour Cases," MCLE Presentation, Bridgeport Continuing Education Conference on Wage & Hour Litigation, San Diego, California, June 15, 2012.

- "Damage Modeling in Wage and Hour Class Actions Including Lost Income & PAGA Penalties," (with Fraser A. McAlpine, Hunton & Williams), MCLE Presentation, Bridgeport Continuing Education Conference on Wage & Hour Litigation, San Francisco, California, October 14, 2011.

- "Damage Modeling in Wage and Hour Class Actions," (with Daniel Chammas, Venable, and Steven Pearl, The Pearl Law Firm), MCLE Presentation, Bridgeport Continuing Education Conference on Wage & Hour Litigation, Los Angeles, California, December 16, 2010.

- "Calculating Damages at Class Certification: Effect of New Class Certification Standards on Calculation of Damages," (with Miranda Kolbe, Schubert Jonckheer & Kolbe), MCLE Presentation, Bridgeport Continuing Education Conference on Class Action Litigation, San Francisco, California, August 13, 2010.



- "Approaches to Calculating, Proving and Arguing Monetary Relief," (with T. Blood, Blood Hurst & O'Reardon, and G. Knopp, Akin Gump), MCLE Presentation, Bridgeport Continuing Education Conference on Class Action Litigation, Los Angeles, California, April 23, 2010.
- "Approaches to Calculating, Proving and Arguing Damages," (with D. Barclay Edmundson, Orrick), MCLE Presentation, Bridgeport Continuing Education Conference on Class Action Litigation, Los Angeles, California, April 30, 2009.
- "Effective Use of Experts in Employment Litigation," MCLE Presentation, Bridgeport Continuing Education Conference on Trial Preparation for Employment Litigation, San Diego, California, January 28, 2009.
- "Approaches to Calculating and Proving Damages," MCLE Presentation, Bridgeport Continuing Education Conference on Wage & Hour Litigation, Los Angeles, California, December 3, 2008.
- "Approaches to Calculating and Proving Damages," MCLE Presentation, Bridgeport Continuing Education Conference on Wage & Hour Litigation, San Diego, California, June 13, 2008.
- "Working With Experts: The SET Approach," (with Gary Holmen), ACC Docket, May 2008.
- "Efficient Management of Data in Class Action Litigation," (with Jean Nicole Taylor Moore), California Litigation, Volume 21, Number 1, 2008.
- "Efficient Management of Data in Wage & Hour Class Actions," MCLE Presentation, Bridgeport Continuing Education Conference on Wage & Hour Litigation, Sacramento, California, March 6, 2008.
- "Managing Experts," MCLE Presentation, TroyGould, Los Angeles, California, February 28, 2008.
- "Sampling Class Action," (with Stevan Porter), The Los Angeles Daily Journal, January 7, 2008.
- "Statistics: Sampling, Descriptive Statistics and Regression," (with Stevan Porter), MCLE Presentation, Davis Wright Tremaine, Los Angeles, California, September 19, 2007.
- "Efficient Discovery and Management of Data in Wage and Hour Litigation," (with Karen Santos), MCLE Presentation, The Quisenberry Law Firm, Los Angeles, California, July 10, 2007.

## AFFILIATIONS

- American Economics Association, Member
- National Association of Business Economists, Member
- American Bar Association, Associate Member
- Los Angeles County Bar Association, Associate Member
   Litigation Section, Labor and Employment Section
- Loyola High School – Alumni Association
- St. Lawrence Martyr Parish Finance Council, Chairman