OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; QUEST DIAGNOSTICS HOLDINGS, INC. and QUEST DIAGNOSTICS INCORPORATED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JULIAN VARGAS, ANNE WEST and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,

Defendants.

Case No. 2:19-cv-08108 DMG (MRWx)

**APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

[*Filed concurrently with Defendants' Opposition to Plaintiff's Motion for Class Certification; Request for Judicial Notice*]

Date: October 29, 2021
Time: 10:o0 a.m.
Place: Courtroom 8C

Complaint Filed: September 18, 2019
Trial Date: January 11, 2022
District Judge: Hon. Dolly M. Gee Courtroom 8C, First St.
Magistrate Judge: Hon. Michael R. Wilner Courtroom 550, Roybal

Defendant Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., Quest Diagnostics Incorporated hereby submit their Appendix of Evidence in support of their Opposition to Plaintiff's Motion For Class Certification, consisting of the following:

| **TAB** | **DESCRIPTION** | **BATES-NO.** |
|---|---|---|
| Exhibit 1 | Taylor Carr Declaration in support of Defendants' Motion for Summary Judgment, or, in the Alternative, for Partial Summary Judgment | QA 6-9 |
| Exhibit 2 | Christopher Grant Declaration in support of Defendants' Motion for Summary Judgment, or, in the Alternative, for Partial Summary Judgment | QA 10-13 |
| Exhibit 3 | Jody Reilly Declaration in support of Defendants' Motion for Summary Judgment, or, in the Alternative, for Partial Summary Judgment | QA 14-23 |
| Exhibit 4 | Marc Yarrison Declaration in support of Defendants' Motion for Summary Judgment, or, in the Alternative, for Partial Summary Judgment | QA 24-28 |
| Exhibit 5 | Intentionally Left Blank | |
| Exhibit 6 | Joseph Krock A. Declaration, Ph.D., in support of Defendants' Reply Motion for Summary Judgment, or, in the Alternative, for Partial Summary Judgment, with Exhibit A to the Declaration | QA 29-55 |
| Exhibit 7 | Intentionally Left Blank | |
| Exhibit 8 | Relevant, representative Quest training materials, standards, standard operating procedures and policies, and all the other policies, mentioned in the Declaration | QA 56-694 |

| TAB | DESCRIPTION | BATES-NO. |
| --- | --- | --- |
| | of Jody Reilly. [FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION] | |
| Exhibit 9 | True and correct copy of the table maintained by Patient Advocacy of the feedback it received about the Kiosks from any patient who identified himself or herself as having a visual impairment, mentioned in the Declaration of Jody Reilly. [FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION] | QA 695-703 |
| Exhibit 10 | Managing Every Patient's Needs training, updated and rolled out in March 2021, mentioned in the Declaration of Jody Reilly. [FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION] | QA 704-842 |
| Exhibit 11 | Managing Every Patient's Needs training, earlier version, mentioned in the Declaration of Jody Reilly. [FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION] | QA 843-877 |
| Exhibit 12 | Patient Care Gold Standards, mentioned in the Declaration of Jody Reilly. [FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION] | QA 878-968 |
| Exhibit 13 | Everyday Excellence Standards, mentioned in the Declaration of Jody Reilly. [FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION] | QA 969-970 |
| Exhibit 14 | Day 1 New Hire Training and the Leader Guide for the | QA 971-1148 |

| TAB | DESCRIPTION | BATES-NO. |
|---|---|---|
| | Day 1 New Hire Training, mentioned in the Declaration of Jody Reilly. [FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION] | |
| Exhibit 15 | Greet Patient Etiquette standard operating procedure, mentioned in the Declaration of Jody Reilly. [FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION] | QA 1149-1156 |
| Exhibit 16 | "Statistical Snapshots from the American Federation for the Blind: Key Definitions of Statistical Terms," available at https://www.afb.org/research-and-initiatives/statistics/key-definitions-statistical-terms (last visited September 30, 2021) | QA 1157-1160 |
| Exhibit 17 | Plaintiff American Council of the Blind's Response to First Set of Interrogatories From Defendant Quest Diagnostics Clinical Laboratories, Inc. mentioned in the Declaration of David Raizman. | QA 1161-1179 |
| Exhibit 18 | True and correct copy of the cover page and the excerpted portions of the deposition transcript of Taylor Carr, mentioned in the Declaration of David Raizman. | QA 1180-1187 |
| Exhibit 19 | Documents produced by Quest on Vargas on April 6, 2021 and Bates-labeled QUEST-VARGAS000039568-39608, mentioned in the Declaration of David Raizman. [FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION] | QA 1188-1228 |
| Exhibit 20 | Cover pages and excerpts of the testimony of Julian Vargas, Claire Stanley, Ardis Bazyn, Ralph Black, | QA 1229-1294 |

| TAB | DESCRIPTION | BATES-NO. |
|---|---|---|
| | Regina Brink, Donna Grahmann, Mary Haroyan, Nona Haroyan, Kathleen Lyons and Robin Rehder relating to the length of time they waited before being seen at the PSCs, and the fact that none were denied diagnostic testing service, mentioned in the Declaration of David Raizman. | |
| Exhibit 21 | Cover pages and excerpts of the testimony of Julian Vargas, Ardis Bazyn, Ralph Black, Mary Haroyan, Nona Haroyan, Robin Rehder and Claire Stanley in which they share stories of being helped nearly immediately upon arriving at a Quest PSC, mentioned in the Declaration of David Raizman. | QA 1295-1321 |
| Exhibit 22 | Intentionally Left Blank | |
| Exhibit 23 | True and correct copy of the cover page and the excerpted portions of the deposition transcript of Claire Stanley, and exhibit, mentioned in the Declaration of David Raizman. | QA 1322-1352 |
| Exhibit 24 | True and correct copy of the cover page and the excerpted Portions of the deposition transcript of Clark Rachfal, and exhibit, mentioned in the Declaration of David Raizman. | QA 1353-1364 |
| Exhibit 25 | True and correct copy of the cover page and the excerpted Portions of the deposition transcript of Marc Yarrison, mentioned in the Declaration of David Raizman. | QA 1365-1370 |
| Exhibit 26 | Intentionally Left Blank | |

| TAB | DESCRIPTION | BATES-NO. |
|---|---|---|
| Exhibit 27 | Intentionally Left Blank | |
| Exhibit 28 | Day 2 New Hire Training and the Leader Guide for the Day 2 New Hire Training, mentioned in the Declaration of Jody Reilly. [FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION] | QA 1371-1551 |
| Exhibit 29 | David Raizman Declaration in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification. | QA 1552-1555 |
| Exhibit 30 | Marc Yarrison Declaration in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification. [FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION] | QA 1556-1558 |
| Exhibit 31 | Jody Reilly Declaration in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification. [FILED UNDER SEAL, SUBJECT TO COURT'S RULING ON APPLICATION] | QA 1559-1561 |

Respectfully submitted,

DATED: October 1, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ David Raizman
David Raizman
Amber L. Roller
J. Nicholas Marfori

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; QUEST DIAGNOSTICS HOLDINGS, INC. and QUEST DIAGNOSTICS INCORPORATED