# EXHIBIT 1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; QUEST DIAGNOSTICS HOLDINGS, INC. and QUEST DIAGNOSTICS INCORPORATED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08108 DMG (MRWx)<br><br>**DECLARATION OF TAYLOR CARR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: October 8, 2021<br>Time: 2:00 p.m.<br>Place: Courtroom 8C<br><br>Complaint Filed: September 18, 2019<br>Trial Date: January 11, 2022<br>District Judge: Hon. Dolly M. Gee<br>Courtroom 8C, First St.<br>Magistrate Judge: Hon. Michael R. Wilner<br>Courtroom 550, Roybal |

48447661_1.docx

Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF TAYLOR CARR IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 1 QA 6

# DECLARATION OF TAYLOR CARR

I, Taylor Carr, declare and state as follows:

1. I make this declaration in support of the Motion For Summary Judgment, Or, In The Alternative, For Partial Summary Judgment of defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated ("Quest"). I have personal knowledge of all the facts set forth below. If called upon to testify to these facts, I could do so competently.

2. Since 2018, I have been the Director, Experience and Innovation at Quest. Before that, I was a Director, Business Process Redesign and was working directly under one of the co-sponsors of the Kiosk project that involved the deployment of electronic tablets in each of Quest's patient service centers ("PSCs") that provided an alternative method of checking in to the PSCs to receive services. PSCs are staffed by Quest Patient Service Representatives, often referred to as Quest phlebotomists (who are trained to collect blood and other specimens from patients) and other staff.

3. In late 2019 and early 2020, I helped oversee an extensive, months-long exploration at Quest of methods it could use to make its check-in processes at PSCs independently accessible to the blind, even in the absence of assistance by Quest phlebotomists who staff the PSCs. These methods were intended to supplement the then-existing policies, standards, procedures, and training under which Quest phlebotomists and staff at the PSCs provide assistance and accommodations to PSC patients with disabilities to meet their needs, including assistance with using the Kiosks to check in to the PSCs.

4. Among other things, Quest solicited feedback from three different groups (including a focus group) of blind individuals or individuals who worked with accommodating the blind to understand what these blind consumers wanted when interacting with electronic technology. Attached as Exhibit 6 to the Appendix

accompanying this Declaration are true and correct copies of notes taken at, or reflecting our interaction with these, three different groups of blind consumers or their advocates. Quest used this feedback in developing the Three Finger Swipe enhancement.

5. For example, the Three Finger Swipe enhancement utilized finger swiping "gestures" that we had learned from these meetings were familiar to the blind from their use of iPhones and other smartphones and similar touchscreen technology.

6. Based on feedback from these different groups of blind consumers and their advocates, the Three Finger Swipe enhancement was designed to be independently accessible to blind patients at PSCs, with or without the assistance of Quest phlebotomists. In summary, the Three Finger Swipe enhancement consisted of three components: (1) enabling the Kiosks to automatically check in patients who swiped three fingers on the screen of the Kiosk in any direction and, upon administration of the three-finger swipe, providing an audio message to the patient that they had been checked in, assigning them a generic patient ID number, and advising that this number would be called when it was their turn to be seen—and further providing an electronic notification to Quest phlebotomists at the PSC that an individual with visual impairments had checked in at the PSC: (2) an audio message playing on loop on the Quest TVs in the PSC waiting rooms that instructed patients who are blind or have visual impairments on how to apply the Three Finger Swipe to the Kiosks to check in and informing them that if they need assistance with locating, using, or checking in at the Kiosk, Quest team members are available and happy to assist; and (3) enhanced training of PSC phlebotomists to train them on the Three Finger Swipe methodology and procedure and to reinforce longstanding training on assisting patients with disabilities who need assistance at PSCs, including assisting patients who are blind or visually impaired with the check-in process

7. The Three Finger Swipe capability was installed on all PSC Kiosks as

2   Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF TAYLOR CARR IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

48447661_1.docx

EXHIBIT 1 QA 8

of August 2020. The audio message on the Quest TVs at PSCs was activated in January 2021, and the enhanced training for PSC employees was rolled out and assigned in March 2021.

I declare under penalty of perjury under the laws of the State of Oregon and the United States that the facts stated above are true and correct.

Executed on September 3, 2021, at Hood River, Oregon.

Taylor Carr

48447661.1

3   Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF TAYLOR CARR IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

48447661_1.docx

EXHIBIT 1 QA 9