# EXHIBIT 2

```
 1  OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
 2  DAVID RAIZMAN, CA Bar No. 129407
    david.raizman@ogletree.com
 3  AMBER L. ROLLER, CA Bar No. 273354
    amber.roller@ogletree.com
 4  J. NICHOLAS MARFORI, CA Bar No. 311765
    nicholas.marfori@ogletree.com
 5  400 South Hope Street, Suite 1200
    Los Angeles, California 90071
 6  Telephone: 213-239-9800
    Facsimile: 213-239-9045
 7
    Attorneys for Defendants
 8  QUEST DIAGNOSTICS CLINICAL
    LABORATORIES, INC.; QUEST
 9  DIAGNOSTICS HOLDINGS, INC. and
    QUEST DIAGNOSTICS INCORPORATED
10
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08108 DMG (MRWx)<br><br>**DECLARATION OF CHRISTOPHER GRANT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: October 8, 2021<br>Time: 2:00 p.m.<br>Place: Courtroom 8C<br><br>Complaint Filed: September 18, 2019<br>Trial Date: January 11, 2022<br>District Judge: Hon. Dolly M. Gee<br>Courtroom 8C, First St.<br>Magistrate Judge: Hon. Michael R. Wilner<br>Courtroom 550, Roybal |

Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF CHRISTOPHER GRANT IN SUPPORT OF DEFS.' MOTION FOR SUMMARY
JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

Fully Executed
CXG

EXHIBIT 2 QA 10

# DECLARATION OF CHRIS GRANT

I, Christopher Grant, declare and state as follows:

1. I make this declaration in support of the Motion for Summary Judgment, Or, In The Alternative, For Partial Summary Judgment of defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated (collectively, "Quest"). I am the Executive Director for Strategy and Transformation at Quest HealthConnect. Before that, I was the Executive Director, National Patient Services at Quest from November 2015 to Spring 2020. As such, I have personal knowledge of all the facts set forth below. If called upon to testify to these facts, I could do so competently.

2. As the Executive Director of National Patient Services, I co-sponsored the project that placed electronic tablets (known as "Kiosks") in Quest's patient service centers (PSCs) between 2016 and 2018 that replaced the paper sign-in sheet method for checking in at the PSCs. PSCs are staffed by Quest Patient Service Representatives, often referred to as Quest phlebotomists (who are trained to collect blood and other specimens from patients), and other staff. In 2020, I also made the decision to approve the implementation of a new additional, alternative method for patients with visual impairments to check in on the Kiosks at the PSCs through what came to be called the "Three Finger Swipe" enhancement.

3. Starting in December 2018, representatives of the American Council of the Blind ("ACB") and Quest engaged in discussions regarding the check-in experience of PSC patients with visual impairments. Attached as Exhibit 7 to the Appendix is the full set of written correspondence engaged in between Quest and ACB (and its legal representatives) regarding these matters. I personally participated in two conversations with ACB representatives in the first half of 2019. While ACB occasionally referred to making the Kiosks at PSCs "independently accessible" to its blind members, at no point during these discussions did ACB demand a specific method or technology to replace or supplement the existing Kiosks.

4. In late 2019 and early 2020, in response to the ongoing discussions with ACB and in preparation for making a proposal at the impending mediation between the parties to this action, Quest undertook an extensive, months-long exploration of methods it could use to make its check-in process independently accessible to the blind, even in the absence of assistance by Quest phlebotomists at PSCs. These methods were intended to supplement the existing policies, standards, procedures, and training under which Quest phlebotomists provide assistance and accommodations to PSC patients with disabilities to meet their needs, including assistance with using the Kiosks to check in to the PSCs.

5. Although ACB never identified a specific technology or methodology that it was requesting, Quest did give consideration to and honor ACB's request for an "independently accessible" technology for blind patients to check in at PSCs when Quest developed the Three Finger Swipe enhancement. Quest did not stop with ACB's input; it also sought out the advice from additional groups of blind individuals and their advocates. All these efforts and feedback led to the Three Finger Swipe enhancement that Quest conceived of in advance of the March 2020 mediation in this matter.

6. After the mediation concluded, Quest chose to implement the Three Finger Swipe enhancement, which was designed to be independently accessible to the blind without the assistance of Quest phlebotomists, just as ACB had suggested in its correspondence to Quest. In summary, the Three Finger Swipe enhancement consisted of three components: (1) enabling the Kiosks to automatically check in patients who swiped three fingers on the screen of the Kiosk in any direction and, upon administration of the three-finger swipe, providing an audio message to the patient that they had been checked in, assigning them a generic patient ID number and advising that this number would be called when it was their turn to be seen—and further providing an electronic notification to Quest phlebotomists at the PSC that an individual with visual impairments had checked in at the PSC: (2) an audio message

playing on loop on the Quest TVs in the PSC waiting rooms that instructed patients who are blind or have visual impairments on how to apply the Three Finger Swipe to the Kiosks to check in and informing them that they if they need assistance with locating, using, or checking in at the Kiosk, team members are available and happy to assist; and (3) enhanced training of PSC phlebotomists to train them on the Three Finger Swipe methodology and procedure and to reinforce longstanding training on assisting patients with disabilities who need assistance at PSCs, including assisting patients who are blind or visually impaired with the check-in process.

I declare under penalty of perjury under the laws of United States that the facts stated above are true and correct.

Executed on September 3, 2021, at Santa Ana, California.

*Christopher Grant* (signed)

48447714.1