# EXHIBIT 3

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.; QUEST
DIAGNOSTICS HOLDINGS, INC. and
QUEST DIAGNOSTICS INCORPORATED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08108 DMG (MRWx)<br><br>**DECLARATION OF JODY REILLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: October 8, 2021<br>Time: 2:00 p.m.<br>Place: Courtroom 8C<br><br>Complaint Filed: September 18, 2019<br>Trial Date: January 11, 2022<br>District Judge: Hon. Dolly M. Gee<br>    Courtroom 8C, First St.<br>Magistrate Judge: Hon. Michael R. Wilner<br>    Courtroom 550, Roybal |

Jody Reilly Declaratoin.docx

Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF JODY REILLY IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 3 QA 14

# DECLARATION OF JODY REILLY

I, Jody Reilly, declare and state as follows:

1. I make this declaration in support of the Motion For Summary Judgment, Or, In The Alternative, For Partial Summary Judgment of defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated ("Quest"). Since October 2020, I have been the Director, National Patient Services, Technical Excellence for Quest. Prior to that, I served for four years as the Director, Patient Services for Quest's Midwest Region. Overall, I have worked for Quest (or its predecessors in interest) in a variety of management and other positions since 1990. As such, I have personal knowledge of all the facts set forth below. If called upon to testify to these facts, I could do so competently.

2. In my current role, I offer support to Quest's business regions, which oversee the patient service centers ("PSCs") at which patient specimens are collected for testing. PSCs are staffed by Quest Patient Service Representatives, often referred to as Quest phlebotomists (who are trained to collect blood and other specimens from patients), and other staff. My current role includes developing and establishing patient services policies, procedures, trainings, and standards that are rolled out to PSCs across Quest's network. This support function includes overseeing many aspects of Quest's training for PSC employees and staff, including identifying areas of need for training, developing training materials, policies, and standard operating procedures, and rolling them out to Quest's business regions for use at PSCs and by PSC employees and staff. When I was Director, Patient Services for the Midwest Region, I had responsibility for overseeing and implementing the training, standard operating procedures, standards, and policies for the PSC staff within my region.

3. A cornerstone of Quest's training, policies, guidelines, standards, and procedures for PSCs has been to teach, train, and require PSC employees and staff to provide assistance to patients, including assistance and accommodations to persons

1                    Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF JODY REILLY IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 3 QA 15

Jody Reilly Declaratoin.docx

with disabilities to ensure they can access Quest's services.  This includes training and requiring PSC employees and staff to scan the waiting room each time they enter to find any individuals (whether patients with disabilities or otherwise) who may need assistance, including assistance with the check-in process. Attached as Exhibit 8 to the accompanying Appendix are true and correct copies of relevant, representative Quest training materials, standards, standard operating procedures and policies

4.     Prior to the deployment of the Kiosks as a method to check in at the PSCs, Quest used a paper sign-in sheet for patient check in at PSCs.  Phlebotomists at the PSCs were trained and required to assist patients in the waiting room with the check-in process, including assisting patients with disabilities.

5.     The initial version of the Kiosk rolled out in 2016 was merely an electronic version of the paper sign-in sheet, coupled with existing policies, procedures, standards and training requiring phlebotomists to assist patients with the check-in process that had worked successfully for Quest for many years before the deployment of the Kiosks.

6.     Quest phlebotomists generally receive five days of training upon being hired as employees.  Quest phlebotomists then receive additional training, including refresher training, during the course of the employment.  These trainings are provided via several mechanisms, including video and online trainings.   Many of these trainings include a quiz at the conclusion of the training that require Quest phlebotomists to correctly respond to a series of questions about the training in order to complete the training.

7.     Beginning in approximately 2010, Quest launched "Managing Every Patient's Needs" training modules and/or videos, which were specifically designed to train phlebotomists on their obligation to provide assistance and accommodations to PSC patients with disabilities, a true and correct copy of which is attached as Exhibit 10 to the accompanying Appendix.  The current, attached version was updated and

Jody Reilly Declaratoin.docx

2   Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF JODY REILLY IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 3 QA 16

rolled out for training to PSC employees in March 2021. The training instructs phlebotomists among other things that the "The ADA entitles patients with special needs certain rights when using public spaces such as our PSCs, including access to facilities, the right to have service animals accompany them, the right to reasonable modifications of policies, practices, and procedures, and the right to auxiliary aids and services, such as the use of specialized equipment that ensures their safety and facilitates their ability to move about." The training also instructs Quest phlebotomists "When going to the waiting room to call back a patient, pay attention to other patients and their needs and behaviors, so you can identify any patients with visual impairments who may need assistance" and "Make yourself available to assist such patients as necessary, including assisting with navigating the waiting room and locating and using the kiosk to check in." The training also provides instruction to Quest phlebotomists about an enhancement to the Kiosks at PSCs that enables blind patients to automatically check in on the kiosks using a three-finger swipe gesture, without any assistance from a Quest phlebotomist. Quest did not replace or reduce PSC employees and staff in connection with enabling the Three Finger Swipe functionality and continues to preserve the longstanding policy and practice of requiring its Quest phlebotomists and staff at PSCs to assist patients with the check-in process. PSC employees are required to complete this training as part of new-hire training; they are also required to complete this training on an annual basis as a refresher training.

8. Earlier versions of the Managing Every Patients Needs training instructed Quest phlebotomists that the "Americans with Disabilities Act gives disabled patients the right to equal service" and that "When you know and understand what is expected of you, you can confidently provide the assistance that ADA, Quest Diagnostics, and the patient expects of you." With respect to visually impaired patients, the training instructed among other things: "Because of their vision impairment, blind and visually impaired people rely on their other senses,

Jody Reilly Declaratoin.docx

3  Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF JODY REILLY IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 3 QA 17

such as hearing, touch and smell.  The more you describe things and explain procedures, the better.  Be prepared to read or provide other assistance in completing forms.  If you are asked to read aloud to a patient, be sensitive about privacy, do so only in a private room or area."  Attached as Exhibit 11 is a sample of an earlier version of the Managing Every Patients Needs training.

9. Between 2006 and 2014, Quest had in place Patient Care Gold Standards for its Quest phlebotomists at the PSCs, which standards were designed to ensure that Quest phlebotomists consistently provided a positive patient experience.  These standards required that employees "immediately acknowledge approaching patients", "provide assurances that someone will provide assistance momentarily", "explain the "registration / sign-in process and set an expectation for wait."  Attached as Exhibit 12 is a copy of those Patient Care Gold Standards.

10. Beginning in 2015, Quest replaced the Patient Care Gold Standards for its Quest phlebotomists at PSCs with Everyday Excellence standards which, among other things, emphasized the importance of "respectfully assist[ing] patients when they need help with the sign-in and patient registration process and keep[ing] them informed of what will happen next."  Attached as Exhibit 13 is a copy of those Everyday Excellence Standards.

11. In June 2015, Quest launched a video training entitled "I am Helpful" for its Quest phlebotomists at PSCs—which was based on the Everyday Excellence principles.  Among other things, the training instructed Quest phlebotomists to "respectfully assist patients when they need help with the sign-in and patient registration process and keep them informed of what will happen next.  This means that if you're near the waiting area and you see a patient standing at the sign-in sheet ask yourself, 'What can I do to help?'  Then stop and actually ask the patient: 'May I help you?'  Just asking if you can help is helpful.  It tells our patients that they're on your radar, they're not faceless – that you want them to have a superior experience.  There's no reason for a patient to struggle when you can help so easily."

12. In June 2015, Quest launched another video training entitled "I Connect with Patients" for its Quest phlebotomists at PSCs. Among other things, the training instructed Quest phlebotomists at PSCs "When you come to the waiting area, make eye contact, smile, and greet waiting patients. Ask patients if they've had a chance to sign in. And tell them you'll be with them shortly. Make sure patients know you see them and that you respect their decision to come to Quest."

13. As early as at least 2018, Day 1 of the new-hire training for Quest phlebotomists instructed phlebotomists that—with respect to the eCheck-in process—they should "help confused patients", "scan the waiting room", "be present when you call a new patient back for service", and "identify patients who were not able to check in." The training further provides that when a Quest phlebotomist invites a patient for service, they should "make eye contact with other waiting patients" and "ask waiting patients if everyone has had a chance to sign in." The training also highlights patients with communication needs (including those with visual or hearing impairments) and instructs Quest phlebotomists that such patients "may need extra help or interpretive services." The training also reminds Quest phlebotomists that the implementation of "new technologies will you allow you to spend more time focusing on the patient interaction." The Leader Guide for the training also provided "When you call a new patient back for service, ask the waiting room if everyone has had a chance to sign in. Talking to waiting patients is a HUGE part of their experience and they clearly tell us when they feel they have been ignored. The patient experience doesn't begin when you take the patient to the draw room." Attached as Exhibit 14 is a copy of the Day 1 New Hire Training and the Leader Guide for the Day 1 New Hire Training.

14. As early as 2018, the Leader Guide for Day 2 of the new-hire training requires that Quest phlebotomists be instructed of their responsibility to "make reasonable modifications to afford services or accommodations to individuals with disabilities including those who use service animals." The Leader Guide for the

5   Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF JODY REILLY IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

Jody Reilly Declaratoin.docx

EXHIBIT 3 QA 19

training further instructs that the "ADA entitles special needs patients to certain rights when using public spaces, in areas such as access to facilities, the right to have service animals accompany them, and the right to use specialized equipment that ensures their safety and facilitates their ability to move about." Attached to the accompanying Appendix as Exhibit 28 is a true and correct copy of the Leader Guide referred to above.

15. In April 2018, Quest launched another video training entitled "Patient-Focused Change" for its Quest phlebotomists at PSCs. Among other things, the training instructed Quest phlebotomists at PSCs "And don't forget, when you call a patient back for service, look around the waiting room—make sure everyone has checked in—and let our patients now that you see them." The training further provided "We know that technology can be a challenge for some patients so, if you see a patient who is struggling, offer assistance."

16. In April 2018, supervisors at Quest PSCs were provided with a "Frontline Communication" entitled "Be Mindful and Be Helpful" that was to be provided to Quest phlebotomists at PSCs. The communication instructed Quest phlebotomists: "Our patients come from all age groups and from every walk of life. Some are skilled using technology while others may not be comfortable with anything to do with a computer. Each time you call a patient back for service, meet them in the waiting room and do not call them from the back of the hallway. Instead, step into the waiting to call your patient and check in with other waiting patients to make sure everyone has signed in. If someone is struggling with eCheck-in, be helpful and provide as much assistance as they need to get checked in."

17. In July 2018, Quest launched another video training entitled "Invite the Patient for Service" for its Quest phlebotomists at PSCs. Among other things, the training instructed Quest phlebotomists at PSCs "We also know that when patients observe you assisting other patients with eCheck-In, they pick up on your helpfulness—which to them says a lot about how you will treat them. Keeping our

6   Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF JODY REILLY IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

Jody Reilly Declaratoin.docx

EXHIBIT 3 QA 20

patient at the center of everything we do as we evolve begins with remembering that."

18. Quest also currently has in place a standard operating procedure for Quest phlebotomists at PSCs entitled "Greet Patient Etiquette", which requires Quest phlebotomists among other things to "greet patients promptly and make them feel welcome" and to "greet the entire waiting room and verify everyone has checked into the kiosk prior to calling the next patient." Attached as Exhibit 15 is a copy of current Greet Patient Etiquette standard operating procedure.

19. The above trainings, policies, standards, and procedures are only representative examples of trainings, standards, policies, and procedures that require Quest phlebotomists at PSCs to provide assistance to patients, including providing assistance and accommodations to persons with disabilities with the check-in process at PSCs.

20. Quest gathers information about patients' experiences at the PSCs through a variety of methods, including the fielding of feedback and complaints through its Patient Advocacy team.

21. The Patient Advocacy team received feedback on the rollout and use of the Kiosks from many patients. Between 2016 and 2020, Patient Advocacy received feedback from forty-five (45) patients with visual impairments (or their advocates) about their experience with the check-in process at PSCs. Attached as Exhibit 9 is a true and correct copy of the data maintained by Patient Advocacy of this feedback it received about the Kiosks from any patient who identified himself or

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

Jody Reilly Declaratoin.docx

7   Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF JODY REILLY IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 3 QA 21

herself as having a visual impairment, with identifying information redacted in order to protect the privacy of the patients.

I declare under penalty of perjury under the laws of the United States that the facts stated above are true and correct.

Executed on September 3, 2021, at _____, Kansas.

_____
Jody Reilly

48458721.1

Jody Reilly Declaratoin.docx

8   Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF JODY REILLY IN SUPPORT OF DEFS.' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 3 QA 22

herself as having a visual impairment, with identifying information redacted in order to protect the privacy of the patients.

I declare under penalty of perjury under the laws of the United States that the facts stated above are true and correct.

Executed on September 3, 2021, at _Overland Park_, Kansas.

*Jody Reilly*