# EXHIBIT 16

9/30/21, 2:28 PM  Case 2:19-cv-08108-DMG-MRW   Document 133-17   Filed 10/01/21   Page 2 of 5   Page ID
Key Definitions | American Foundation for the Blind
#:9016



### AFB American Foundation® for the Blind

Expanding possibilities for people with vision loss

A   A    Search    Search

Donate

Home   /   Research and Initiatives   /   Statistical Snapshots from the American Foundation for the Blind

# Key Definitions of Statistical Terms

Prepared August 2017, updated October 2020

## Vision Terms

- **Functional limitation** refers to the interaction of visual functioning and ability to perform activities of daily living/instrumental activities of daily living. Daily activities potentially affected by vision loss are reading, safe pedestrian travel, self-care, cooking, and recreational activities.

- **Legal blindness** is a level of vision loss that has been legally defined to determine eligibility for benefits. In the United States, this refers to a medically diagnosed central visual acuity of 20/200 or less in the better eye with the best possible correction, and/or a visual field of 20 degrees or less. See the Blue Book Disability Evaluation Under Social Security. Often, people who are diagnosed with legal blindness still have some usable vision.

- **Low vision** describes "a person who has measurable vision but has difficulty accomplishing or cannot accomplish visual tasks even with prescribed corrective lenses but who can enhance his or her ability to accomplish these tasks with the use of compensatory visual strategies, low vision devices, and environmental modifications" (Corn & Lusk, 2010, p. 4-5).

- **Self-reported vision loss** is determined on an individual basis based on that person's perceived visual ability and its effect on daily functioning.

- **Total blindness** refers to an inability to see anything with either eye.

- **Vision loss** refers to individuals who have trouble seeing, even when wearing glasses or contact lenses, as well as to individuals who are blind or unable to see at all.

- **Visual acuity** is the "measure of an eye's ability to distinguish object details and shape, [it is] typically assessed by the smallest identifiable object that can be seen at a specified distance (usually 20 feet or 16 inches)" (Cassin, , p. 24). Typical vision is 20/20. If an individual sees 20/200, the smallest letter that this individual can see at 20 feet could be seen by someone with typical vision at 200 feet.

- **Visual impairment/visual disability** is "a term that encompasses both those who are blind and those with low vision" (Corn & Lusk, 2010, p. 13). Additional factors influencing visual impairment might be contrast sensitivity, light sensitivity, glare sensitivity, and light/dark adaptation.

## Statistical Terms

- **Frequency** is the number of people who were similar for a given characteristic within a given time period. For example, in 2015, 23.7 million adult Americans reported vision loss.

- **Prevalence** is a measurement of the proportion of individuals in a population affected by a condition within a particular period of time. Prevalence indicates how widespread a condition is. Prevalence is typically expressed as a percentage. For example, according to the 2014 National Health Interview Survey, 14.5% of adults (ages 18 and up) with vision difficulty also experienced difficulty hearing.

- **Incidence** is a measurement of the number of new individuals who develop a condition during a particular period of time. Incidence conveys information about the risk of developing the condition. For example, the incidence of retinopathy of prematurity "varies with birth weight but is reported to be approximately 50-70% in infants whose weight is less than 1250 g at birth" (Subramanian, 2015).

# Employment Terms

When discussing employment, there are four commonly used figures: unemployment rate, labor force participation rate, percentage not in the labor force, and employment-population ratio. Since it would be impossible to count and identify everyone who is employed and unemployed in the United States at a single point in time, these figures are reported as estimates, usually based on a survey of a randomly sampled portion of the population.

- The **unemployment rate**, as calculated by the Bureau of Labor Statistics (BLS), is the percentage of the total labor force that is unemployed but actively seeking employment and willing to work. Since the unemployment rate is calculated as a fraction of the labor force, it does not count individuals who are considered "not in the labor force" - those who are not looking for work, whether they never sought employment, they left the workforce for retirement, or they dropped out of the workforce because of disability or long-term unemployment (Bureau of Labor Statistics, 2017).

- The **labor force participation rate**, as defined by the BLS, is "the percentage of the population that is either employed or unemployed (that is, either working or actively seeking work)" (Bureau of Labor Statistics, 2014).

- The **percentage not in the labor force** accounts for the proportion of the total population (ages 16 and up) that has either dropped out of the labor force or never entered it. This number is typically higher than the unemployment rate and, when added to the unemployment rate, provides a more accurate picture of the proportion of people who are not employed (Bureau of Labor Statistics, 2017).

- The **employment-population ratio** (commonly confused with the employment rate) is the percentage of the total population that is employed, where the total population includes people working, people actively seeking work, and people who have dropped out of the labor force or never entered it (Bureau of Labor Statistics, 2016).

As a reminder, the Census Bureau and BLS determine these estimates for the civilian, non-institutionalized population.

# References

Bureau of Labor Statistics. (2016). BLS information: Glossary.

Bureau of Labor Statistics. (2020). Labor force statistics from the Current Population Survey: Labor force characteristics.

Cassin, B. (2006). *Dictionary of eye terminology* (5th ed.). Gainesville, Florida: Triad Publishing Company.

Corn, A. L, & Lusk, K. E., (2010). Perspectives on low vision. In A.L. Corn & J.N. Erin (Eds.), *Foundations of low vision: Clinical and functional perspectives* (2nd ed.) (pp. 3-34). New York, New York: AFB Press.

Subramanian, KN. S. (2015). Retinopathy of prematurity.

Next » Facts and Figures on Adults with Vision Loss

**Share**



# Statistical Snapshots from the American Foundation for the Blind

### Key Definitions of Statistical Terms

### Facts and Figures on Adults with Vision Loss

### Statistics About Children and Youth with Vision Loss

| [Employment Statistics](#) |
|---|
| [Statistics About Older People with Vision Loss](#) |
| [State-Specific Statistical Information](#) |
| [A Resource Guide to Disability Statistics](#) |
| [Archive of Blindness Statistics and Reports](#) |

# Take Action Today

## Partner with us

Your organization can change the way the world sees blindness

## Donate

Most of our funding comes from individuals, not corporate sponsors. Your support is vital!

## Need our help?

Connect with our accessibility consulting team.

AFB Home

About AFB

Research & Initiatives

News & Publications

Blindness & Low Vision

Take Action!

*AccessWorld* Magazine

*JVIB*

Helen Keller Archive

AFB Consulting

EXHIBIT 16 QA 1159

Careers

Contact Us

## Sign up for the AFB Newsletter

Email

email@email.com

✓ Remember me so that I can use *Fast*Action next time. 🔒

**Sign Up**

Follow Us

## Partner Sites

FamilyConnect®

CareerConnect®

VisionAware™

Braille Bug®

© Copyright 2020 American Foundation for the Blind    **Privacy Policy**    **Accessibility Policy**    **Site Map**