1     UNITED STATES DISTRICT COURT

2        FOR THE CENTRAL DISTRICT OF CALIFORNIA

3     JULIAN VARGAS, ANNE WEST, and            )

4     AMERICAN COUNCIL OF THE BLIND,           ) Case No.

5     individually on behalf of                ) 2:19-cv-8108

6     themselves and all others similarly      )

7     situated,                                )

8                        Plaintiffs,           )

9     vs.                                      )

10    QUEST DIAGNOSTICS, CLINICAL              )

11    LABORATORIES, INC., QUEST                )

12    DIAGNOSTICS HOLDINGS, INC., QUEST        )

13    DIAGNOSTICS INCORPORATED; and DOES       )

14    1-10, inclusive,                         )

15                        Defendants.          )

16

17

18          30 (B)(1) DEPOSITION OF TAYLOR CARR

19                   April 12, 2021

20

21

22    REPORTED REMOTELY BY:

23    AMBER S. WILLIAMS, C.S.R. No. 1080

24    Notary public

25

                                              Page 1

EXHIBIT 18 QA 1180

| | | |
|---|---|---|
| 1 | Q.   And again, specifically within your role | 12:36PM |
| 2 | of business process redesign director, what type of | 12:36PM |
| 3 | day-to-day tasks were you doing in the 2015 | 12:36PM |
| 4 | timeframe?  What type of projects were you working | 12:36PM |
| 5 | on? | 12:37PM |
| 6 | MR. RAIZMAN:  Object to form. | 12:37PM |
| 7 | THE WITNESS:  There was many, many projects. | 12:37PM |
| 8 | Primary ones were Patient Services, but others as | 12:37PM |
| 9 | well. | 12:37PM |
| 10 | Q.   (BY MR. MILLER):  Were the primary | 12:37PM |
| 11 | projects you were working on with Patient Services | 12:37PM |
| 12 | when you came on board in 2015? | 12:37PM |
| 13 | A.   It was understanding our patient | 12:37PM |
| 14 | experience and using experience design to make that | 12:37PM |
| 15 | better. | 12:37PM |
| 16 | Q.   Other than just the general overview of | 12:37PM |
| 17 | looking at patient experience, was there any specific | 12:37PM |
| 18 | projects you were being asked to work on in the 2015 | 12:37PM |
| 19 | timeframe with Patient Services? | 12:37PM |
| 20 | A.   There was specific products and services | 12:37PM |
| 21 | that sat underneath the umbrella of patient | 12:37PM |
| 22 | experience.  Do you have a specific product or | 12:37PM |
| 23 | service that you're looking to understand further? | 12:37PM |
| 24 | Q.   Yeah.  I'm trying to understand what | 12:37PM |
| 25 | products or services you were working on in 2015 | 12:37PM |

Page 29

EXHIBIT 18 QA 1181

| | | |
|---|---|---|
| 1 | under that broader umbrella? | 12:38PM |
| 2 | A.   There was -- under "Patient Experience," | 12:38PM |
| 3 | there's three that were connected, and it was | 12:38PM |
| 4 | preregistration, appointment scheduling, and | 12:38PM |
| 5 | electronic check-in. | 12:38PM |
| 6 | Q.   Also known as e-Check? | 12:38PM |
| 7 | A.   Yeah.  Also known as e-Check-in. | 12:38PM |
| 8 | Q.   e-Check-in.  Excuse me.  e-Check-in. | 12:38PM |
| 9 | Did any part of your compensation when | 12:38PM |
| 10 | you took on the position of director involve stock | 12:38PM |
| 11 | options that the company provided to you? | 12:38PM |
| 12 | A.   No. | 12:38PM |
| 13 | Q.   Specifically with respect to Quest | 12:38PM |
| 14 | e-Check-in project, what did you understand the | 12:39PM |
| 15 | project to be when you started in 2015? | 12:39PM |
| 16 | A.   Can you ask more specific?  There's a | 12:39PM |
| 17 | lot to unpack, I guess, so... | 12:39PM |
| 18 | Q.   That's why we are here today, so we can | 12:39PM |
| 19 | take it broad and then move into the specific.  But I | 12:39PM |
| 20 | just -- when you started with Quest in 2015 in this | 12:39PM |
| 21 | position, I assume somebody described for you what | 12:39PM |
| 22 | the project was going to be with respect to | 12:39PM |
| 23 | e-Check-in.  Is that correct or incorrect? | 12:39PM |
| 24 | A.   I wouldn't say it was correct or | 12:39PM |
| 25 | incorrect.  There's a lot within what we were trying | 12:39PM |

Page  30

EXHIBIT 18 QA 1182

| | | |
|---|---|---|
| 1 | to improve from an experience perspective. | 12:39PM |
| 2 | Q.   Let's take it one at a time.  I'll come | 12:39PM |
| 3 | back to the other items.  I just want to start with | 12:39PM |
| 4 | the e-Check-in project.  What was attempting to be | 12:39PM |
| 5 | accomplished there with the e-Check-in project in | 12:40PM |
| 6 | 2015? | 12:40PM |
| 7 | A.   The experience goal was to make it | 12:40PM |
| 8 | easier for our customers to be served by our | 12:40PM |
| 9 | phlebotomists. | 12:40PM |
| 10 | Q.   Any other goals that were being | 12:40PM |
| 11 | undertaken with respect to the e-Check-in project? | 12:40PM |
| 12 | A.   No. | 12:40PM |
| 13 | Q.   Was it considered one of the benefits of | 12:40PM |
| 14 | the project that you reduce -- you, being Quest, | 12:40PM |
| 15 | would reduce the amount of full-time equivalent that | 12:40PM |
| 16 | would be needed to deal with growth within the | 12:40PM |
| 17 | company? | 12:40PM |
| 18 | A.   What was the word you used?  Pull -- I | 12:40PM |
| 19 | don't know what that word -- pull time, is that what | 12:40PM |
| 20 | you said? | 12:40PM |
| 21 | Q.   I don't think -- I think I broke up, so | 12:40PM |
| 22 | we'll try it again.  Was one of the benefits within | 12:40PM |
| 23 | the e-Check-in project that there would be a -- let | 12:40PM |
| 24 | me strike that and say it again. | |
| 25 | Was one of the benefits of the | 12:41PM |

Page 31

EXHIBIT 18 QA 1183

| | | |
|---|---|---|
| 1 | hats that were being worn across the organization to | 12:47PM |
| 2 | support driving a great experience with our customers | 12:47PM |
| 3 | with the layer of COVID. | 12:47PM |
| 4 | Q.   So it was in response to COVID that you | 12:47PM |
| 5 | became re-involved in the e-Check-in project?  Is | 12:47PM |
| 6 | that -- am I understanding your testimony correctly? | 12:47PM |
| 7 | A.   It rose to prominence, correct. | 12:47PM |
| 8 | Q.   And are you still involved in the | 12:47PM |
| 9 | e-Check-in project as we sit here today?  Do you | 12:47PM |
| 10 | still work on that project in any capacity? | 12:47PM |
| 11 | A.   The only thing I would say is, like, the | 12:47PM |
| 12 | term e-Check-in is -- tends to be internal, so do I | 12:47PM |
| 13 | work on our means of getting customers checked in | 12:47PM |
| 14 | with ease from an experience perspective?  Yes. | 12:47PM |
| 15 | Q.   An e-Check-in project dealt with the | 12:47PM |
| 16 | check-in process at Patient Service Centers that | 12:47PM |
| 17 | Quest operates throughout the United States; is that | 12:48PM |
| 18 | true? | 12:48PM |
| 19 | A.   Say that again.  I'm sorry. | 12:48PM |
| 20 | Q.   Yes.  The e-Check-in project dealt with | 12:48PM |
| 21 | the manner and means which -- with which patients | 12:48PM |
| 22 | check in at Quest Patient Service Centers throughout | 12:48PM |
| 23 | the United States; is that accurate? | 12:48PM |
| 24 | A.   It dealt with one method by which | 12:48PM |
| 25 | customers could check in. | 12:48PM |

Page  37

EXHIBIT 18 QA 1184

```
 1            Q.   And how many -- and how many methods      12:48PM

 2   were there to check in at Patient Services centers      12:48PM

 3   prior to the E project Check-in -- or the e-Check-in     12:48PM

 4   project?  How many methods could patients utilize        12:48PM

 5   prior to the implementation of -- strike it.  Let me     12:48PM

 6   ask it again clearly.                                    12:48PM

 7                 How many methods were there for            12:48PM

 8   patients to check in prior to implementation of the      12:48PM

 9   e-Check-in project at Quest?                             12:48PM

10            A.   I don't know.  I can think of one:         12:48PM

11   Paper.  But I'm sure there's many others.                12:48PM

12            Q.   Was the one that you're aware of prior     12:48PM

13   to 20 -- or strike that.                                 12:49PM

14                 Prior to the implementation of the         12:49PM

15   e-Check-in project, was it a paper sign-in that          12:49PM

16   patients used when they got --                           12:49PM

17            A.   That was the primary method.               12:49PM

18            Q.   And how -- I'm sorry.  I apologize.        12:49PM

19   There's a delay here.  So go ahead, please finish        12:49PM

20   your answer.                                             12:49PM

21            A.   That was the primary, paper and pen.       12:49PM

22            Q.   And so am I correct that before the        12:49PM

23   e-Check-in project was implemented, the patient          12:49PM

24   walked into a Patient Service Center, the primary        12:49PM

25   method of checking in was to go to a piece of paper      12:49PM
```

Page  38

EXHIBIT 18 QA 1185

| | | |
|---|---|---|
| 1 | and sign in your name? | 12:49PM |
| 2 | A.    There -- that's one method.  But -- | 12:49PM |
| 3 | Q.    Were there -- were there any other | 12:49PM |
| 4 | methods that you were aware of prior to the | 12:49PM |
| 5 | e-Check-in project being implemented by Quest other | 12:49PM |
| 6 | than paper signing? | 12:50PM |
| 7 | A.    Well, yeah.  The way you formulated that | 12:50PM |
| 8 | question, it assumes somebody is walking in.  We have | 12:50PM |
| 9 | customers that come in in very many different forms | 12:50PM |
| 10 | and fashions that we serve every single day. | 12:50PM |
| 11 | Q.    Well, I'm just asking whether you're | 12:50PM |
| 12 | aware of any other method of checking in at Quest | 12:50PM |
| 13 | Patient Service Centers prior to the implementation | 12:50PM |
| 14 | of the e-Check-in project, other than the paper sign | 12:50PM |
| 15 | in that you just mentioned? | |
| 16 | A.    Via humans.  Phlebotomists are a key | |
| 17 | element to customers being able to be checked in. | |
| 18 | THE REPORTER:  Can we hold on a second?  You | |
| 19 | guys are freezing up on me? | |
| 20 | MR. MILLER:  No problem. | |
| 21 | THE REPORTER:  Can we go off the record for a | |
| 22 | moment because my internet connection is unstable. | |
| 23 | MR. MILLER:  Absolutely. | 12:50PM |
| 24 | THE VIDEOGRAPHER:  Going off the record at | 12:50PM |
| 25 | 12:50. | 12:50PM |

Page  39

EXHIBIT 18 QA 1186

```
 1                    REPORTER'S CERTIFICATE

 2             I, Amber S. Williams, CSR NO. 1080,

 3     Certified Shorthand Reporter, certify:

 4             That the foregoing proceedings were taken

 5     before me at the time and place therein set forth, at

 6     which time the witness was put under oath by me.

 7             That the testimony and all objections made

 8     were recorded stenographically by me and transcribed

 9     by me or under my direction.

10             That the foregoing is a true and correct

11     record of all testimony given, to the best of my

12     ability.

13             I further certify that I am not a relative

14     or employee of any attorney or party, nor am I

15     financially interested in the action.

16             IN WITNESS WHEREOF, I set my hand and seal

17     this 21st day of April, 2021.

18

19

20

21             AMBER S. WILLIAMS, CSR NO. 1080

22             Notary Public

23             Post Office Box 2636

24             Boise, Idaho  83701-2636

25     My commission expires June 1, 2021
```

Page 327

EXHIBIT 18 QA 1187