# EXHIBIT 20

```
                                            Page 1

 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   JULIAN VARGAS, ANNE WEST and  ) Case No.
     AMERICAN COUNCIL OF THE BLIND ) 2:19-cv-08108 DMG(MRW)x
 5   individually on behalf of     )
     themselves and all others     )
 6   similarly situated,           )
                                   )
 7                  Plaintiffs,    )
                                   )
 8        v.                       )
                                   )
 9   QUEST DIAGNOSTICS CLINICAL    )
     LABORATORIES, INC., QUEST     )
10   DIAGNOSTICS HOLDINGS, INC.,   )
     QUEST DIAGNOSTICS,            )
11   INCORPORATED; and DOES 1-10,  )
     inclusive,                    )
12                                 )
                     Defendants.   )
13   _____)
14
15       REMOTE VIDEOTAPED DEPOSITION OF JULIAN VARGAS
16                 Van Nuys, California
17                Thursday, April 22, 2021
18
19
20
21   Reported by:
     ANELA SHERADIN, CSR NO. 9128
22
23   JOB NO. 4523491
24
25   PAGES 1 - 254
```

EXHIBIT 20 QA 1229

Page 105

1   questions about my -- you know, my address and things

2   like that and verifying that my insurance was, you know,

3   my insurance and things like that, and then the

4   phlebotomist proceeded to draw the blood.

5        Q   Did you have to sign in at all for that visit?   13:30:12

6        A   I don't recall.   13:30:16

7        Q   And then after the phlebotomist took your   13:30:19

8   blood, what happened next?

9        A   I pretty much was -- I pretty much left and   13:30:25

10  then went back to the doctor's office to proceed with

11  the first part of the physical examination.

12       Q   Okay.  How long between the time you set foot   13:30:36

13  in the Quest patient service center and the time you

14  left?

15       A   It's hard to say, but maybe -- maybe 5 to 10   13:30:47

16  minutes.

17       Q   Okay.  And aside from the person that was at   13:30:53

18  the window, did you -- and the phlebotomist who drew

19  your blood, did you interact with anybody else at the

20  Quest patient service center during that visit?

21       A   I don't recall.   13:31:10

22       Q   Okay.  Do you recall whether your doctor   13:31:11

23  received your results from that visit?

24       A   Yes.   13:31:20

25       Q   And did your doctor receive your results, to   13:31:26

EXHIBIT 20 QA 1230

Page 108

1    person there and gave them the information, as I did

2    with the other time, and then I was directed to wait.

3    BY MS. ROLLER:                                          13:34:38

4       Q   Okay.  Did you -- were you a walk-in on that --   13:34:39

5    on this visit?

6       A   I believe so.                                    13:34:45

7       Q   How long do you believe you waited from the      13:34:47

8    time you got in to the patient service center in Tarzana

9    until the time you were able to speak with the

10   receptionist to get checked in?

11      A   Probably about 5 to 10 minutes.  There were     13:35:03

12   people there.

13      Q   Okay.  Were you able to sense about how many     13:35:10

14   people were there?

15      A   No, I couldn't.                                  13:35:15

16      Q   Did you overhear any conversations between the   13:35:16

17   folks in front of you and the Quest employee who was

18   checking people in?

19      A   Yes.                                             13:35:27

20      Q   Okay.  What do you recall from those             13:35:28

21   conversations?

22      A   I didn't pay attention to what they were.        13:35:32

23      Q   Was it your impression that -- oh, sorry, go     13:35:34

24   ahead.

25      A   No, I didn't recall what they were other than    13:35:37

Veritext Legal Solutions

EXHIBIT 20 QA 1231

Page 121

1   hear anybody.  I said hello a couple of times and nobody

2   was there, so I basically just stood there.

3       Q   Okay.  Did somebody eventually come to the          13:53:28

4   window?

5       A   Well, somebody eventually came out and that was     13:53:31

6   only to admit, I guess, another patient that was in the

7   waiting room who had already checked in earlier --

8       Q   How long --                                         13:53:43

9       A   -- and that's it.                                   13:53:44

10      Q   Go ahead.                                           13:53:45

11      A   So that was the only way I was able to get          13:53:45

12   anybody's attention there, was when that person came out

13   to call in that other patient.

14      Q   How long between the time you stepped in the        13:53:52

15   Quest patient center and the time that that person came

16   out to get the other patient?

17      A   I would say I waited there a good 10 to 15          13:54:01

18   minutes at that window.  It was a long wait.

19      Q   Okay.  And when the -- do you know if the           13:54:12

20   person that came out was a phlebotomist?

21      A   I believe so, but I didn't know it at the time      13:54:21

22   but only because that's the same person that ultimately

23   took my blood.

24      Q   Okay.  When that phlebotomist came out, did         13:54:27

25   you -- did you get the attention of the phlebotomist?

EXHIBIT 20 QA 1232

Page 125

```
1      A    I think my hand was put on it so I was able to     13:58:53
2   kind of feel it.
3      Q    Okay.  And in response to you saying that you      13:58:59
4   needed assistance checking in, what did the phlebotomist
5   do or say?
6      A    She told me okay, just wait a second while she     13:59:08
7   took that patient in.
8      Q    Okay.  And did she come back for you?             13:59:15
9      A    Yes.                                              13:59:19
10     Q    And how long between the time she said wait a     13:59:21
11   second and the time she returned?
12     A    Probably about five minutes or so.                13:59:27
13     Q    Was it -- was it your impression that she was     13:59:29
14   completing a service on the patient or that she was just
15   putting the patient in the room so she could come help
16   you?
17          MR. MILLER:  It calls for speculation.             13:59:43
18          Go ahead.                                          13:59:45
19          THE WITNESS:  Yeah, I'm not sure.  I mean after    13:59:45
20   all was said and done, I believe that was the case
21   because I don't believe that anybody else was working
22   there other than her.
23   BY MS. ROLLER:                                            13:59:54
24     Q    Okay.  Did you hear -- when she came back out,     13:59:55
25   did you hear the other patient leaving or --
```

Veritext Legal Solutions

800-567-8658

EXHIBIT 20 QA 1233

Page 158

1    of it is accessible.  So, yes, if Quest is the closest

2    lab to me, I would go back and attempt to make use of

3    the system.

4    BY MS. ROLLER:                                14:42:22

5        Q    Okay.  So knowing the specific procedures that    14:42:23

6    Quest has as of today, you would go back in May -- for

7    your May draw, you would go back to Quest?

8            MR. MILLER:  It misstates his testimony.    14:42:39

9            Go ahead.                                14:42:41

10           It lacks foundation, incomplete hypothetical.    14:42:42

11           Go ahead.                                14:42:44

12           THE WITNESS:  Yeah, again, it -- it depends on    14:42:44

13   if that's the closest one to where I'm going to be going

14   from; and, yes, you know, I would make use of it, to try

15   it out and see how it works.

16           But as I also stated, if I hear voices coming    14:42:56

17   from the window, I'm probably going to go straight to

18   the window, skip the extra step because it ultimately

19   doesn't really give me all what I'm looking for.

20   BY MS. ROLLER:                                14:43:07

21       Q    Okay.  If your position is that Quest's    14:43:08

22   eCheck-in kiosk is not accessible based on what they are

23   providing right now, why would you go back to Quest

24   instead of going to a different lab?

25           MR. MILLER:  Objection; argumentative.    14:43:23

EXHIBIT 20 QA 1234

Page 159

```
 1        Go ahead.                                    14:43:25

 2        THE WITNESS:  Well, again, if it happens to be    14:43:26

 3   the closest one, then it makes sense to go and to try it

 4   out.

 5        But, no, it is not a fully accessible kiosk.    14:43:32

 6   It is a part of it, one part of it is accessible by

 7   means of that gesture.  And, yeah, now that I know it, I

 8   will try it out and make use of it if it is the most

 9   effective way to go.

10        Like if nobody is at the window like on my last    14:43:47

11   visit on the 25th of June 2019, I -- I would do that in

12   hopes that I wouldn't have to wait another 10 to 15

13   minutes for somebody to come out and acknowledge me.

14   BY MS. ROLLER:                                    14:44:02

15        Q   You testified that the Labcorp lab is like less    14:44:02

16   than a mile away from the Quest one.  Why wouldn't you

17   go to the Labcorp location if you believed that the

18   Quest location is not accessible to you?

19        A   Because I don't believe that they have an    14:44:22

20   accessible kiosk either.

21        Q   Okay.  Is what's more important to you, going    14:44:27

22   to a place that you believe has an accessible check-in

23   or going to a place that's close?

24        A   Close matters; but then, yes, an accessible    14:44:40

25   check-in is absolutely a plus, and I would consider
```

Veritext Legal Solutions

EXHIBIT 20 QA 1235

Page 254

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken

4     before me at the time and place herein set forth; that

5     any witnesses in the foregoing proceedings, prior to

6     testifying, were duly sworn; that a record of the

7     proceedings was made by me using machine shorthand

8     which was thereafter transcribed under my direction;

9     that the foregoing transcript is a true record of the

10    testimony given.

11         Further, that if the foregoing pertains to

12    the original transcript of a deposition in a Federal

13    Case, before completion of the proceedings, review of

14    the transcript [  ] was [ X ] was not requested.

15         I further certify I am neither financially

16    interested in the action nor a relative or employee

17    of any attorney or party to this action.

18         IN WITNESS WHEREOF, I have this date

19    subscribed my name.

20

21    Dated: May 7, 2021

22

23

      ANELA SHERADIN

24    CSR NO. 9128

25

EXHIBIT 20 QA 1236

Page 1

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4      JULIAN VARGAS, ANNE    )

       WEST and AMERICAN      )

5      COUNCIL OF THE BLIND,  )

       individually on behalf )   Case No. 2:19-cv-08108 DMG (MRWx)

6      of themselves and all  )

       others similarly       )

7      situated,              )

                              )

8              Plaintiffs,    )

                              )

9      vs.                    )

                              )

10     QUEST DIAGNOSTICS       )

       CLINICAL LABORATORIES, )

11     INC., QUEST            )

       DIAGNOSTICS HOLDINGS,  )

12     INC., QUEST DIAGNOSTICS)

       INCORPORATED; and DOES )

13     1-10, inclusive,       )

                              )

14             Defendants.    )

       _____)

15

16

17          REMOTE VIDEOTAPED DEPOSITION OF ARDIS BAZYN

18                       April 27, 2021

19

20

21

22

23

24

       Job No. CS4522969

25     Reported by: Maryann Matthews, CSR #737

EXHIBIT 20 QA 1237

Page 29

1          (Unintelligible crosstalk.)

2      Q.   (BY MS. ROLLER) So when you first walked in

3  the door to the Quest patient service center on Alameda,

4  were you encountered by a greeter or somebody that said,

5  "Welcome to Quest.  What can we help you with?"

6      A.   No.

7      Q.   Okay.  What did you do once you first walked

8  in?

9      A.   We went to the counter and my husband signed

10  us in.

11      Q.   Okay.  And how did he sign you in?

12      A.   I'm not sure because he did it.

13      Q.   Was your husband there to get blood work done

14  that day, too?

15      A.   Yes.

16      Q.   And when he went to the counter, did you just

17  sit down in one of the chairs in the waiting room?

18      A.   I waited for him to sign us in, and then he,

19  you know, told us where there were places we could sit.

20      Q.   Okay.  How long did it take for him to sign

21  you guys in?

22      A.   No more than a couple minutes.

23      Q.   And did he go up to the, like, reception desk

24  and speak to somebody, based on your understanding?

25      A.   No.

Veritext Legal Solutions

EXHIBIT 20 QA 1238

Page 30

```
 1          Q.    Okay.  Who did he speak with?
 2          A.    He just signed it in whatever -- where they
 3     have you sign in because there wasn't anybody at the
 4     desk.
 5          Q.    Okay.  So, like, on a piece of paper?
 6          A.    I don't know.  I'd have to ask him.  I can
 7     ask him if you want me to.  He's in the other room.
 8          Q.    So within a couple of -- you said a couple of
 9     minutes he had signed in.  And then --
10          A.    Right.
11          Q.    -- did you guys both go and sit down?
12          A.    Yes.
13          Q.    And then at some point were you called back
14     for your blood draw?
15          A.    Yes.
16          Q.    How long after that?
17          A.    About ten minutes, 15.
18          Q.    And did you just wait in the waiting room at
19     that point?
20          A.    Yes.
21          Q.    Did you or your husband, to your knowledge,
22     have any interaction with anybody from Quest between the
23     time he signed you in and the time you were taken back
24     for your blood draw?
25          A.    No.
```

EXHIBIT 20 QA 1239

Page 42

1      A.   Waited until -- at the counter until someone
2   came out.
3      Q.   And in 2019 during that visit, how long did
4   it take for somebody to come out to the counter to check
5   you in?
6      A.   Oh, I think, you know, five or ten minutes.
7      Q.   Okay.  And then did you go to Quest in 2018?
8      A.   Yes.
9      Q.   And do you recall if you went alone or with
10  your husband on that visit?
11     A.   No, I was alone.  I -- they had an attendant
12  then, so --
13     Q.   Okay.  And how long did it take for you to
14  check in in 2018, at your 2018 visit?
15     A.   I just went right up to the counter and they
16  took my name.
17     Q.   Do you recall what location this was that you
18  went to in 2018?
19     A.   Oh, I think it was the 201 South Buena Vista,
20  but I'm not positive.  But I --
21     Q.   Do you know --
22     A.   That one is easier for me to get to, so I
23  generally try to do that one when I'm by myself.
24     Q.   And when you checked in at the 2018 visit,
25  what information did they ask of you in order to check

EXHIBIT 20 QA 1240

```
                                                    Page 57

 1                        REPORTER'S CERTIFICATE

 2

      STATE OF IDAHO   )
 3                     )  ss.
      COUNTY OF ADA    )

 4

 5          I, MARYANN MATTHEWS, Certified Shorthand Reporter

 6     and Notary Public in and for the State of Idaho, do hereby

 7     certify:

 8          That prior to being examined, the witness named in

 9     the foregoing deposition was duly sworn remotely by me to

10     testify to the truth, the whole truth and nothing but the

11     truth;

12          That said deposition was taken down by me in

13     shorthand at the time and place therein named and

14     thereafter reduced to typewriting under my direction,

15     and that the foregoing transcript contains a full,

16     true and verbatim record of said deposition.

17          I further certify that I have no interest in the

18     event of the action.

19          WITNESS my hand and seal this 12th day of May,

20     2021.

21

22                                MARYANN MATTHEWS
                                  CSR and Notary
23                                Public in and for the
                                  State of Idaho.

24

25     My Commission Expires:  09-12-2025
```

EXHIBIT 20 QA 1241

Page 1

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4        JULIAN VARGAS, ANNE     )
         WEST and AMERICAN       )
5        COUNCIL OF THE BLIND,   )
         individually on behalf  )  Case No. 2:19-cv-08108 DMG (MRWx)
6        of themselves and all   )
         others similarly        )
7        situated,               )
                                 )
8                   Plaintiffs,  )
                                 )
9        vs.                     )
                                 )
10       QUEST DIAGNOSTICS        )
         CLINICAL LABORATORIES,  )
11       INC., QUEST             )
         DIAGNOSTICS HOLDINGS,   )
12       INC., QUEST DIAGNOSTICS)
         INCORPORATED; and DOES )
13       1-10, inclusive,        )
                                 )
14                   Defendants.  )
         _____)

15

16

17          REMOTE VIDEOTAPED DEPOSITION OF RALPH DANIEL BLACK

18                          April 27, 2021

19

20

21

22

23

24

         Job No. CS4522969
25       Reported by: Maryann Matthews, CSR #737

EXHIBIT 20 QA 1242

Page 28

1    in the middle of all of that with doing it with the two

2    of us, so we left and went back to talk to the

3    receptionist.

4         Q.   How long did you wait in line at the kiosk

5    before you actually got up to the front of the kiosk?

6         A.   I don't remember.  It wasn't too long.  Maybe

7    five minutes or something.

8         Q.   Were there a certain number of people that

9    you can recall that were in front of you checking in?

10        A.   No, I don't.

11        Q.   Okay.  Once you realized you couldn't use the

12   kiosk to check in, you went over to the receptionist

13   desk, right?

14        A.   Yes.

15        Q.   And was somebody there?

16        A.   Yes.

17        Q.   And what did you say to them at that point?

18        A.   Well, I explained to her that we couldn't use

19   the kiosk, and she said, "Well, you know, that's the way

20   we do things.  You have to use the kiosk."

21             And so I had to -- you know, went back

22   through it with her again and explained, you know, my

23   wife's limitations and my visual impairment, and between

24   the two of us we couldn't do it.

25             And so then she said, "Oh, well, let me see

Veritext Legal Solutions

EXHIBIT 20 QA 1243

Page 49

1                     REPORTER'S CERTIFICATE

2

    STATE OF IDAHO   )

3                    )  ss.

    COUNTY OF ADA    )

4

5        I, MARYANN MATTHEWS, Certified Shorthand Reporter

6    and Notary Public in and for the State of Idaho, do hereby

7    certify:

8        That prior to being examined, the witness named in

9    the foregoing deposition was duly sworn remotely by me to

10   testify to the truth, the whole truth and nothing but the

11   truth;

12       That said deposition was taken down by me in

13   shorthand at the time and place therein named and

14   thereafter reduced to typewriting under my direction,

15   and that the foregoing transcript contains a full,

16   true and verbatim record of said deposition.

17       I further certify that I have no interest in the

18   event of the action.

19       WITNESS my hand and seal this 12th day of May,

20   2021.

21

22                         MARYANN MATTHEWS

                          CSR and Notary

23                        Public in and for the

                          State of Idaho.

24

25   My Commission Expires:  09-12-2025

EXHIBIT 20 QA 1244

Page 1

1                    UNITED STATES DISTRICT COURT
2                    CENTRAL DISTRICT OF CALIFORNIA
3
       JULIAN VARGAS, ANNE WEST AND        )
4      AMERICAN COUNCIL OF THE BLIND,      )
       INDIVIDUALLY ON BEHALF OF           )
5      THEMSELVES AND ALL OTHERS SIMILARLY)  CASE NO.
       SITUATION,                          )
6                                          )  2:19-CV-08108
                        PLAINTIFFS,        ) DMG
7                                          )
            VS.                            )
8                                          )
       QUEST DIAGNOSTICS CLINICAL          )
9      LABORATORIES, INC., QUEST           )
       DIAGNOSTICS HOLDINGS, INC., QUEST   )
10     DIAGNOSTICS INCORPORATED; AND DOES  )
       1-10, INCLUSIVE,                    )
11                                         )
                        DEFENDANTS.        )
12                                         )
       _____)
13
14
15
16
17
18
                    VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF
19
                         REGINA MARIE BRINK
20
                         THURSDAY, MAY 6, 2021
21
22
23
24
       JOB NO. 4522978-B
25
       REPORTED BY:  MELIA BASAVAND, CSR NO. 14089

Veritext Legal Solutions

EXHIBIT 20 QA 1245

Page 47

1     the counter when you arrived?

2         A     I don't recall.

3         Q     Okay.  How long was it after your daughter

4     informed you that there was a kiosk that you spoke

5     with a receptionist or whoever it was that you spoke

6     with?

7         A     It -- it was a little bit.  It wasn't a

8     quick process.

9         Q     Okay.  So you learned about the kiosk and

10    then did you stand there?  Did you wait for somebody

11    to come out?

12            How did you engage somebody from Quest?

13        A     I think I asked my daughter was there a desk

14    and we went to the desk.  And I think there might

15    have been a line, and I had to wait my turn.  And I

16    don't know if there was someone at that desk that

17    whole time.

18        Q     When is that --

19            Sorry, go ahead.

20        A     So I was -- there was just some time.  I

21    just remember some waiting time before I was

22    actually able to talk to someone at that desk she

23    took me too.

24        Q     And when you spoke with the Quest staff

25    member at the the desk, what did you say?

EXHIBIT 20 QA 1246

Page 48

1      A     I said I'm totally blind so I can't operate

2    the kiosk to sign in.

3      Q     And did you ask at that point if it was --

4    if it had speaking capabilities?

5      A     I think I just said I can't operate it.

6      Q     Did you try to operate it?

7      A     No.

8      Q     Okay.  And then what did the Quest staff

9    member say in response?

10     A     She said well, could your daughter help you?

11     Q     And then what did you say?

12     A     I said no.  I'm not comfortable with that.

13     Q     And then what happened after that?

14     A     She said okay.  Well, you have to wait, but

15   I can assist you.

16     Q     Okay.  And then how long after that

17   conversation with a Quest staff member did she

18   assist you?

19     A     It was probably about 10, 15 minutes.

20     Q     How did she assist you?

21     A     I don't know.  She -- she asked for my card

22   and then she started to ask me more involved

23   questions.  But it was in the waiting room, and so I

24   asked her could we go into a private office.  So she

25   had me wait again and then she took me into an

EXHIBIT 20 QA 1247

Page 49

1    office and finished the process.

2         Q    What card did she take from you?

3         A    It's a plastic card that Dignity Health

4    hands out -- an insurance card.

5         Q    Okay.  And do you know what information is

6    contained on that information card?

7         A    I know there's a group number and a phone

8    number to call if you have issues, but aside from

9    that I don't know what other numbers appear on it.

10        Q    Do you know if your name is on it?

11        A    Well, yeah, my name is on it.

12        Q    Do you know if your date of birth is on it?

13        A    I don't think so.

14        Q    Do you know if your address is on it?

15        A    I don't think so.

16        Q    Go ahead.  Take a sip.

17        A    You saw the coffee there.

18        Q    Actually, you know what?  Now is a good of a

19   time as any because we've been going for about an

20   hour.  So if you want to take a break, we can take a

21   short five or ten-minute break and then we'll come

22   back.

23             Okay?

24        A    That would be good.  Thank you.

25             MR. HANDLEY:  Yeah.  Why don't we do that.

EXHIBIT 20 QA 1248

Page 50

1    That sounds good.

2              We can go off the record then.

3              THE VIDEOGRAPHER:  Going off the record at

4    3:03 p.m.

5              (Whereupon, a recess was held from

6              3:03 p.m. until 3:15 p.m.)

7              THE VIDEOGRAPHER:  We're back on the record

8    at 3:15 p.m.

9    BY MS. ROLLER:

10     Q    Okay.  Ms. Brink, you understand you're

11   still under oath?

12     A    Yes.

13     Q    Okay.  So we were talking about the first

14   time you visited the Quest location when you

15   encountered the E check-in kiosk before the break.

16     A    Yes.

17     Q    And you mentioned that you were assisted by

18   a -- somebody from Quest, and they took you into the

19   back room after you requested assistance checking

20   in; right?

21     A    Yes.

22     Q    How long --

23     A    Not the back.  It was another room off to

24   the side.

25     Q    Okay.  A private room?

EXHIBIT 20 QA 1249

Page 51

1      A    Yes.

2      Q    How long did it take from the time that you

3  first spoke with the receptionist or, whoever it

4  was, to request assistance to the time that they

5  took you to that private room to get your

6  information?

7      A    I don't remember the exact time, but it was

8  an extended time because my daughter was complaining

9  about it.

10     Q    Was it less than ten minutes or more than

11  ten minutes?

12     A    More than ten minutes.

13     Q    Was it more or less than 15 minutes?

14     A    More than that.  I would say between half an

15  hour and 45 if I had to guesstimate.

16     Q    And while you were waiting to be taken to

17  the side room, where were you?

18     A    In the main waiting room.

19     Q    And in that time period did you see other

20  patients or hear other patients coming in?

21     A    Definitely very busy and crowded.

22     Q    Approximately how many did you notice came

23  in after you?

24     A    I couldn't remember.  It's too long ago.

25     Q    Okay.  And in that time that you were

EXHIBIT 20 QA 1250

Page 56

1        Q    Okay.  When you would go in during those
2    visits from 2012 to 2018, do you recall how many
3    times there was somebody at the front desk who was
4    able to assist you?
5        A    Almost every time I went up there.  I do
6    remember a couple of times I had to ask somebody,
7    and I would need to go to the -- I'd have to ask a
8    patient, and they would say oh, she'll -- she'll be
9    back -- blah, blah, blah.  And so I'd have to stand
10   there and wait until she got back to the desk.
11       Q    But most of the time would you say that
12   there was somebody waiting at the desk?
13       A    Yes.
14       Q    And how many times do you recall that there
15   was not somebody waiting at the desk where you
16   needed to wait for them?
17       A    Like I said, one or two.
18       Q    Okay.  How -- how long did you need to wait
19   on those one or two occasions for somebody to return
20   to the desk?
21       A    About five minutes maybe.
22       Q    Okay.  And then would the time vary between
23   the time you said you needed assistance and then the
24   time that you were checked in?
25       A    Yes.

EXHIBIT 20 QA 1251

Page 67

1    up immediately to the front desk; is that right?

2        A    Yes.  Where I heard someone speaking.

3        Q    And so there was somebody there when you

4    arrived?

5        A    Yes.

6        Q    Do you know if that was a receptionist or a

7    phlebotomist?

8        A    I think it's the receptionist.  I don't know

9    to tell you the truth.

10       Q    Was it the same person or a different person

11   than drew -- that drew your blood that day?

12       A    A different person that drew the blood.

13       Q    And so how long was it between the time that

14   you talked to that receptionist for the -- whoever

15   it was for the first time and the time that she

16   called you back up?

17       A    Oh, my gosh.  That is around two to three

18   minutes tops.

19       Q    Okay.  And then -- and then when she called

20   you back up, what information did she request of

21   you?

22       A    If I have the printed paper, I could just

23   hand -- excuse me -- I can just hand it to her, and

24   she can take all the information she needs off that.

25            If I've lost my paper, then I usually have

800-567-8658

EXHIBIT 20 QA 1252

1     assistance.  You sit down, and then they call you to

2     check you in.  And then you sit down.  And you go

3     back to be -- actually have the blood draw.

4          The difference is the time is

5     quicker because --

6     Q    Okay.

7     A    -- it's less busy.

8     Q    Okay.  So at the Land Park location --

9          So then I did misunderstand.  So at the Land

10    Park location you come in.  You go up to the

11    receptionist.  They tell you hold on one second.

12    I'll call you back.  They have you sit down.  And

13    then they call you back up.

14          Right?

15    A    Yes.  And that's when you get checked in.

16    Q    Okay.  How long on average is it from the

17    time that you first encountered the receptionist,

18    when you tell them you need assistance, to the time

19    that they check you in at that Land Park location?

20    A    Two to three minutes.

21    Q    Okay.  Since you've been going to the Land

22    Park location, have you ever overheard somebody else

23    needing assistance with check-in?

24    A    Yes.

25    Q    On how many occasions?

EXHIBIT 20 QA 1253

Page 78

1    to call you back for your draw; right?

2        A    Correct.

3        Q    On average how many names did they call

4    between the time you checked in and the time that

5    you go back for your blood draw?

6        A    I would usually say it's two or three or

7    sometimes just one.  It's not very busy.

8        Q    At any time at the Land Park location have

9    you heard a TV playing at Quest in the waiting room?

10       A    No.

11       Q    So you went -- your last visit there was in

12   January or February of 2021; right?

13       A    Yes.

14       Q    And do you remember that visit?

15       A    Yes.

16       Q    Was that visit the same process that you

17   described for me with regard to checking in?

18       A    It was a little different because we had to

19   make an appointment because of Covid so I called --

20   I tried to make the appointment online, and I wasn't

21   successful.  It's not very accessible.  So I

22   called -- but there was a phone number.  So I called

23   on the phone, and there's an electronic voice that

24   you can press numbers and set your appointment by

25   the phone.  So that's what I did.

EXHIBIT 20 QA 1254

Page 79

1          So when I came in, I had my appointment.

2          And she asked me if I had an appointment.

3          I said I did.

4          She looked me up.

5          And so I immediately gave her the paper and

6     sat down, and there wasn't that same thing.  We --

7     we actually went back.  Right after that, I went

8     back and got the blood draw and left.

9          Q    Okay.  So on that occasion, as soon as you

10    went up to the receptionist, they immediately

11    checked you in without a wait; right?

12         A    Yes.

13         Q    And there was somebody waiting there for

14    you -- waiting there when you arrived?

15         A    Yes, she was at the the desk.

16         Q    So would you estimate that that check-in

17    process is less than a minute?

18         A    Yes.  That was much quicker.

19         Q    Okay.  And is that the only -- the only time

20    that you made an appointment for Quest or did you

21    make one at the October, November 2020 visit as

22    well?

23         A    I know ever since March it's been by

24    appointment only.

25         Q    Ever since March when?

Page 128

1    STATE OF CALIFORNIA    )

2    COUNTY OF LOS ANGELES )    SS.

3

4         I, Melia Basavand, CSR 14089, in and for the

5    State of California, do hereby certify:

6         That prior to being examined, the witness named

7    in the foregoing deposition was by me duly sworn to

8    testify to the truth, the whole truth, and nothing but

9    the truth;

10        That said deposition was taken down by me in

11   shorthand at the time and place therein named and

12   thereafter reduced to typewriting under my direction, and

13   the same is a true, correct, and complete transcript of

14   said proceedings;

15        That if the foregoing pertains to the original

16   transcript of a deposition in a federal case, before

17   completion of the proceedings, review of the transcript

18   { } Was { } was not required.

19        I further certify that I am not interested in the

20   event of the action.

21        Witness my hand this 25th day of May, 2021.

22

23                          *Melia Basavand*

                            Certified Shorthand Reporter

24                          for the State of California

25

Veritext Legal Solutions

800-567-8658

EXHIBIT 20 QA 1256

Page 1

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4       JULIAN VARGAS, ANNE     )
        WEST and AMERICAN       )
5       COUNCIL OF THE BLIND,   )
        individually on behalf )  Case No. 2:19-cv-08108 DMG (MRWx)
6       of themselves and all   )
        others similarly        )
7       situated,               )
                                )
8                 Plaintiffs,   )
                                )
9       vs.                     )
                                )
10      QUEST DIAGNOSTICS        )
        CLINICAL LABORATORIES,  )
11      INC., QUEST             )
        DIAGNOSTICS HOLDINGS,   )
12      INC., QUEST DIAGNOSTICS)
        INCORPORATED; and DOES )
13      1-10, inclusive,        )
                                )
14                Defendants.   )
        _____)

15

16

17          REMOTE VIDEOTAPED DEPOSITION OF DONNA GRAHMANN

18                         May 3, 2021

19

20

21

22

23

24

        Job No. CS4522975
25      Reported by: Maryann Matthews, CSR #737

EXHIBIT 20 QA 1257

Page 48

1    then she'll fill in the info for me.

2        Q.   So in that situation -- do you remember a

3    specific instance where a Quest employee helped you

4    check in on the kiosk?

5        A.   Like I said, it was within one of those last

6    five times where they did it.

7        Q.   Do you remember how long it was between the

8    time you stepped foot in the patient service center and

9    the time that the Quest employee assisted you with

10   check-in?

11       A.   It was probably 15 minutes or so.

12       Q.   And what did you do during that 15 minutes

13   that you were waiting?

14       A.   I usually have my iPhone with me, so I will

15   either check e-mail or text or that type of thing.

16       Q.   In that time while you were waiting for a

17   Quest employee to check you in, did anybody else come in

18   between the time you got there and the time you checked

19   in?

20       A.   I'm sure there were, but I couldn't tell you

21   a number of people.  I can hear when the door opens and

22   closes, but whether it's people coming in or others

23   leaving I couldn't tell you.

24       Q.   Okay.  So you don't know one way or the other

25   if people checked in between the time you got there and

EXHIBIT 20 QA 1258

Page 78

1                    REPORTER'S CERTIFICATE

2

STATE OF IDAHO  )
3                    )  ss.
COUNTY OF ADA   )

4

5         I, MARYANN MATTHEWS, Certified Shorthand Reporter

6   and Notary Public in and for the State of Idaho, do hereby

7   certify:

8         That prior to being examined, the witness named in

9   the foregoing deposition was duly sworn remotely by me to

10  testify to the truth, the whole truth and nothing but the

11  truth;

12        That said deposition was taken down by me in

13  shorthand at the time and place therein named and

14  thereafter reduced to typewriting under my direction,

15  and that the foregoing transcript contains a full,

16  true and verbatim record of said deposition.

17        I further certify that I have no interest in the

18  event of the action.

19        WITNESS my hand and seal this 21st day of May,

20  2021.

21        ┌─────────────────────────┐
          │   MARYANN MATTHEWS       │          _____
22        │ Notary Public - State of Idaho │     MARYANN MATTHEWS
          │  Commission Number 4446R │          CSR and Notary
23        │ My Commission Expires Sep 12, 2025 │  Public in and for the
          └─────────────────────────┘          State of Idaho.

24

25  My Commission Expires:  09-12-2025

EXHIBIT 20 QA 1259

```
 1                 UNITED STATES DISTRICT COURT
 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4     JULIAN VARGAS, ANNE     )
       WEST, and AMERICAN      )
 5     COUNCIL OF THE BLIND,   ) Case No. 2:19-cv-8108
       individually on behalf  )
 6     of themselves and all   ) Volume II
       others similarly        )
 7     situated,               )
                               )
 8               Plaintiffs,   )
                               )
 9       vs.                   )
                               )
10     QUEST DIAGNOSTICS       )
       CLINICAL LABORATORIES,  )
11     INC., QUEST DIAGNOSTICS )
       HOLDINGS, INC.,         )
12     QUEST DIAGNOSTICS       )
       INCORPORATED, and       )
13     DOES 1-10, inclusive,   )
                               )
14               Defendants.   )
       _____)
15
16
17           REMOTE DEPOSITION OF DONNA GRAHMANN
18              (Via Zoom Videoconference)
19               Thursday, August 5, 2021
20
21
22
23     REPORTED BY:  Michelle Milan Fulmer
                     CSR No. 6942, RPR, CRR, CRC
24
25
```

Page 81

EXHIBIT 20 QA 1260

```
 1              Do you remember that?

 2        A    I do.

 3        Q    And at your deposition you actually said

 4   that you were scheduled to go to Quest the very next

 5   day.                                          01:36:17

 6        A    I was.

 7        Q    Okay.  Did you go to Quest on that day?

 8        A    I did.

 9        Q    Was that May 4th, 2021?

10        A    It was.                             01:36:26

11        Q    Okay.  So I would like to talk to you about

12   that experience at Quest on May 4th, 2021.

13              Did you make an appointment for that visit?

14        A    Yes.

15        Q    Did you go to that visit alone?      01:36:44

16        A    I was dropped off.

17        Q    Who were you dropped off by?

18        A    My husband.

19        Q    And did he go and run his errands while he

20   dropped you off?                              01:36:58

21        A    He did.

22        Q    When you first walked into the patient

23   service center on May 4th, 2021, what did you do

24   when you got there?

25        A    Walked up toward the counter and I don't  01:37:16
```

Page 88

EXHIBIT 20 QA 1261

```
 1    recall if someone was there or not on the May 4th

 2    one, but I knew about testing with the three-finger

 3    swipe.  So I tried the three-finger swipe when I got

 4    up to the counter and nothing, no voiceover, no

 5    nothing.  I felt around the edge of the kiosk.  Did    01:37:45

 6    not feel a jack for a headphone.  And when I had no

 7    voiceover response, I just had to wait at the

 8    counter until someone arrived.

 9         Q    And what specifically did you do when you

10    went up to the kiosk?                                 01:38:08

11         A    I did a three-finger swipe up.

12         Q    And nothing happened when you did that?

13         A    Correct.  Well, I don't know.  If something

14    might have happened that didn't involve voiceover,

15    something could have happened, but if it did, I have  01:38:24

16    no way of knowing that.

17         Q    Okay.  You didn't hear any audible, any

18    audible sound coming from the kiosk?

19         A    No.

20         Q    And how many times did you do the          01:38:35

21    three-finger swipe on the kiosk?

22         A    I know at least two.  I don't know if it

23    was more than that, but I know I tried it two times,

24    at least.

25         Q    And how are you able to be sure that you    01:38:56
```

Page 89

EXHIBIT 20 QA 1262

```
 1     actually were using the kiosk when you did the

 2     three-finger swipe?

 3        A     Because I could feel the item.  It's on a

 4     stand on the counter.

 5        Q     Okay.  And was this the same location, the      01:39:15

 6     Tomball location that you always go to?

 7        A     It is.

 8        Q     And after you attempted to use the kiosk,

 9     you said you waited for a receptionist?

10        A     I did.                                           01:39:32

11        Q     How long did you wait until you were

12     assisted by a receptionist?

13        A     At that time I don't recall.  Probably five

14     minutes, at least.

15        Q     And were you assisted by a receptionist or      01:39:54

16     a phlebotomist or do you not know?

17        A     I don't know if they have an actual

18     receptionist.  So it was probably a phlebotomist.

19        Q     And when you were encountered --

20              When you encountered the phlebotomist, what      01:40:14

21     happened next?

22        A     They came out and checked me in.

23        Q     What information did you provide in order

24     to get checked in?

25        A     My full name and -- well, first name, last      01:40:26
```

Page 90

EXHIBIT 20 QA 1263

```
 1    straight to the counter.  The kiosk was on the right
 2    side of the counter.  My dog took me to the center
 3    of the counter.
 4          So I kinda felt over toward the right
 5    because I didn't hear anybody there.  So when I        01:51:09
 6    touched the kiosk, that person spoke up.  It was a
 7    man and he was using the kiosk or about to, if he
 8    hadn't started yet.  And so I just stepped back with
 9    my dog, had my dog sit or lie down, he did both, and
10    waited.  And by that time when the man was finished,  01:51:33
11    the phlebotomist or someone was at the counter and I
12    told them I needed help checking in.  So she came
13    out and, as soon as he was gone, she checked me in.
14      Q    Did you tell her you wanted to attempt to
15    use the three-finger swipe?                           01:51:54
16      A    I didn't because she already was at the
17    kiosk and doing whatever she was going to do on the
18    kiosk.
19      Q    And this was a she --
20      A    It was.                                        01:52:04
21      Q    -- this visit?
22          Okay.  How long was it between the time
23    that you stepped foot into the patient service
24    center and the time that the phlebotomist assisted
25    you in checking in?                                   01:52:28
```

Page 98

EXHIBIT 20 QA 1264

```
 1        A     This time it wasn't long.  Probably five

 2   minutes or so.  Maybe a little bit more, but not

 3   long.

 4        Q     And what took place in the five minutes?

 5   Because it seems to me that if you walked up and        01:52:45

 6   immediately attempted to use the kiosk, but then

 7   somebody told you that they were there, and by the

 8   time that that person would have checked in, it

 9   probably would have been less than five minutes;

10   right?                                                   01:53:04

11        A     I believe you said by the time she helped

12   me, I thought you said.

13        Q     Okay.  So she didn't --

14              Didn't you say that she helped you before

15   or immediately after that first -- that other          01:53:15

16   patient was done checking into the kiosk?

17        A     I told her I needed help before he was

18   finished is correct.

19        Q     Okay.  So she was --

20              Was she waiting at the counter or in the     01:53:27

21   area as you walked up?

22        A     I think she was about to let someone out of

23   the door.

24        Q     So how long do you think it was between the

25   time you walked up to the counter and the time that     01:53:47
```

Page 99

EXHIBIT 20 QA 1265

```
 1                CERTIFICATION OF COURT REPORTER

 2                        FEDERAL JURAT

 3

 4           I, the undersigned, a Certified Shorthand

 5      Reporter of the State of California do hereby

 6      certify:

 7              That the foregoing proceedings were taken

 8      before me at the time and place herein set forth;

 9      that any witnesses in the foregoing proceedings,

10      prior to testifying, were placed under oath; that a

11      verbatim record of the proceedings was made by me

12      using machine shorthand which was thereafter

13      transcribed under my direction; further, that the

14      foregoing is an accurate transcription thereof; that

15      before completion of the deposition, a review of the

16      transcript [ ] was [X] was not requested.

17              I further certify that I am neither

18      financially interested in the action nor a relative

19      or employee of any attorney of any of the parties.

20              IN WITNESS WHEREOF, I have this date

21      subscribed my name:  Date:  August 17, 2021.

22

23

24              Michelle Milan Fulmer

25              CSR 6942, RPR, CRR, CRC
```

Page 118

EXHIBIT 20 QA 1266

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4       JULIAN VARGAS, ANNE     )
         WEST and AMERICAN       )
 5       COUNCIL OF THE BLIND,   )
         individually on behalf )  Case No. 2:19-cv-08108 DMG (MRWx)
 6       of themselves and all   )
         others similarly        )
 7       situated,               )
                                 )
 8                 Plaintiffs,   )
                                 )
 9       vs.                     )
                                 )
10       QUEST DIAGNOSTICS       )
         CLINICAL LABORATORIES, )
11       INC., QUEST             )
         DIAGNOSTICS HOLDINGS,   )
12       INC., QUEST DIAGNOSTICS)
         INCORPORATED; and DOES )
13       1-10, inclusive,        )
                                 )
14                 Defendants.   )
         _____)

15

16

17            REMOTE VIDEOTAPED DEPOSITION OF MARY HAROYAN

18                         April 29, 2021

19

20

21

22

23

24

         Job No. CS4522974
25       Reported by: Maryann Matthews, CSR #737
```

Veritext Legal Solutions

EXHIBIT 20 QA 1267

Page 34

1     the kiosk, then what happened?

2          A.   We asked for help.  And, honestly, I can't

3     remember if it was maybe somebody else who was there

4     checking in who assisted or we asked the -- you know,

5     the phlebotomist there to help with that.

6          Q.   How long between the time that you realized

7     that you guys couldn't use the kiosk until the time

8     that you got help from somebody?

9          A.   Not long.

10         Q.   Like --

11         A.   I mean, it was pretty quick --

12         Q.   -- a minute?

13         A.   -- I would say.

14              A minute or two probably, yeah.

15         Q.   Okay.  And you don't recall whether it was

16    a Quest employee or whether it was somebody else?

17         A.   Yeah.  I really don't remember.

18         Q.   And --

19         A.   Because I know it was -- I remember there

20    being other people in the waiting room, so there could

21    have been somebody who offered to help.  I really --

22    really don't remember.  I was not feeling that well at

23    the time, so I honestly don't remember.

24         Q.   Okay.  Do you recall the information you

25    provided to the person who assisted you?

EXHIBIT 20 QA 1268

Page 44

1    possible, yes --

2         Q.   Okay.

3         A.   -- to -- yeah.

4         Q.   So my records indicate that you checked in

5    at 7:30 in the morning, which is the time they opened,

6    right?

7         A.   Yes.

8         Q.   And that you were out and done and your

9    services completed by 7:41.

10        A.   Uh-huh.

11        Q.   Does that sound about accurate?

12        A.   Yes.

13        Q.   So you were in and out within 11 minutes?

14        A.   That's the reason why I would try to get

15   there early, before other people are ahead of me; and

16   also so that the phlebotomist would be able to assist

17   me with the check-in.

18        Q.   Okay.  Do you recall if you were assisted

19   with the check-in on that visit?

20        A.   Yes, she -- she did because I absolutely

21   would -- knowing I was there at 7:30, I went there on

22   my own and I, you know, relied on the phlebotomist to

23   check me in.

24        Q.   Do you recall if you -- if they open at

25   7:30 and I have a check-in record at 7:30, is that --

EXHIBIT 20 QA 1269

Page 45

1    does that indicate to you that you were checked in

2    essentially immediately when you got there by the

3    phlebotomist?

4         A.   Yes.

5         Q.   Do you recall checking in with the

6    phlebotomist independently of that?

7              MR. HANDLEY:  Objection.  Vague.

8              THE WITNESS:  Well, I -- I'll say, I mean,

9    I walked in on my own, and I don't remember if she was

10   right there or in the inner room or there might have

11   been somebody she was finishing up with, even.

12             I really don't know.  But she was made

13   aware very quickly that I was there, and I asked her

14   for help to check in.

15        Q.   (BY MS. ROLLER) And she assisted you?

16        A.   Yes.

17        Q.   She checked you in?

18        A.   Yes, she did.

19        Q.   Okay.  And then you were called back within

20   a couple minutes, and then you were out of there?

21        A.   Yes.

22        Q.   Okay.  And, again, my records show that it

23   was about 11 minutes from the time you checked in

24   until the time you left.

25             That comports with your recollection?

EXHIBIT 20 QA 1270

Page 54

1    dad came with me on that one, too.  I --

2         Q.   Okay.  So I have a record that you did have

3    an appointment, and your appointment was at 11:00 a.m.

4         A.   Okay.

5         Q.   Does that sound about right?

6         A.   Yeah.  Uh-huh.

7         Q.   Okay.  And does that lead you to believe

8    that your dad went to that --

9         A.   Yes.

10        Q.   -- appointment as well?

11        A.   Yes.

12        Q.   Okay.  Do you remember how long you were

13   there at that visit on that day?

14        A.   Probably not long because when you get

15   there for an appointment, you know, you were taken

16   pretty much right away.  And the lab work didn't take

17   long, so I suspect it was pretty quick.

18        Q.   Okay.  The check-in process, was that kind

19   of -- was that the same as you described from your

20   November 2018 visit, where your dad went to the kiosk

21   and checked you in using the code that you had on your

22   phone?

23        A.   I assume that would have been the case,

24   yes, because we would have had the same code and he

25   may have, you know, remembered from the previous

EXHIBIT 20 QA 1271

Page 59

1          Q.   Okay.  I don't have you as an appointment

2     for this one, so I have you as a walk-in on this one.

3          A.   Oh.

4          Q.   Does that sound right?

5          A.   Well, if that's what you're seeing, then it

6     could be.  Maybe it's just -- yeah.  It's possible I

7     went in as -- do you have a time?

8          Q.   Yeah.  Well, were you working at that time?

9          A.   In 2019, no, I was not.  I had --

10         Q.   Okay.

11         A.   -- retired, so --

12         Q.   So I think you said Quest opens at 7:30,

13    and I have you checking in at 7:35.

14         A.   Oh, okay.  I -- I guess for some reason

15    that day I went early, so I don't know if that

16    means -- well, my dad probably still was -- he might

17    have assisted me.

18              I really -- I really don't remember.  I

19    don't know why I would have gone so early that -- that

20    morning.  I'm just not sure why.

21         Q.   That means if they open the doors at 7:30

22    and you checked in for -- at 7:35, that would lead me

23    to believe that you didn't wait any longer than five

24    minutes to check in, right?

25         A.   I assume it wouldn't have been very long,

EXHIBIT 20 QA 1272

Page 60

1    but people do start coming in quite early.  Because

2    I'm not the only person who likes -- you know, who's

3    going for those early morning -- you know, the first

4    thing in the morning.  So I'm sure there was already

5    other people there at 7:35.

6              Q.   Do you recall trying to check in on that

7    day?

8              A.   No.  I mean, it would have just been the

9    same as all the others, you know.

10             Q.   Okay.  And you don't remember one way or

11   the other if your dad was there to assist you with the

12   check-in or if you needed to get assistance from the

13   phlebotomist?

14             A.   Yeah.  I don't remember, no.

15             Q.   Okay.

16             A.   I just know I needed assistance.

17             Q.   Understood.  Do you remember anything else

18   from that November 2019 appointment?

19             A.   No.

20             Q.   Okay.  And then you said you went in

21   January 2020, correct?

22             A.   I did say that, yes.  Yeah.  And I --

23             Q.   Okay.

24             A.   Yeah.  Yeah.

25             MS. ROLLER:  And, actually, before I get

EXHIBIT 20 QA 1273

Page 101

1                         REPORTER'S CERTIFICATE

2

STATE OF IDAHO  )
3                 )  ss.
COUNTY OF ADA   )

4

5       I, MARYANN MATTHEWS, Certified Shorthand Reporter

6  and Notary Public in and for the State of Idaho, do hereby

7  certify:

8       That prior to being examined, the witness named in

9  the foregoing deposition was duly sworn remotely by me to

10  testify to the truth, the whole truth and nothing but the

11  truth;

12       That said deposition was taken down by me in

13  shorthand at the time and place therein named and

14  thereafter reduced to typewriting under my direction,

15  and that the foregoing transcript contains a full,

16  true and verbatim record of said deposition.

17       I further certify that I have no interest in the

18  event of the action.

19       WITNESS my hand and seal this 13th day of May,

20  2021.

21       MARYANN MATTHEWS
         Notary Public - State of Idaho       _____
22       Commission Number 44468
         My Commission Expires Sep 12, 2025   MARYANN MATTHEWS
23                                            CSR and Notary
                                              Public in and for the
24                                            State of Idaho.

25  My Commission Expires:   09-12-2025

EXHIBIT 20 QA 1274

```
                                                        Page 1

 1                   UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3
 4      JULIAN VARGAS, ANNE    )
        WEST and AMERICAN      )
 5      COUNCIL OF THE BLIND,  )
        individually on behalf )  Case No. 2:19-cv-08108 DMG (MRWx)
 6      of themselves and all  )
        others similarly       )
 7      situated,              )
                               )
 8              Plaintiffs,    )
                               )
 9      vs.                    )
                               )
10      QUEST DIAGNOSTICS      )
        CLINICAL LABORATORIES, )
11      INC., QUEST            )
        DIAGNOSTICS HOLDINGS,  )
12      INC., QUEST DIAGNOSTICS)
        INCORPORATED; and DOES )
13      1-10, inclusive,       )
                               )
14              Defendants.    )
        _____)
15
16
17           REMOTE VIDEOTAPED DEPOSITION OF NONA HAROYAN
18                      April 29, 2021
19
20
21
22
23
24
        Job No. CS4522974
25      Reported by: Maryann Matthews, CSR #737
```

EXHIBIT 20 QA 1275

Page 40

1          Q.    So you went up to the tablet, you waited in

2     line for the patient to complete their check-in; and

3     then it was your turn to be with this tablet?

4          A.    Correct.

5          Q.    Did you recognize the tablet as an iPad?

6          A.    I did not.  I mean, it was a tablet.  I

7     didn't know it was an Apple device.

8          Q.    Okay.

9          A.    Is it?

10         Q.    And then what happened after you saw this

11    tablet?

12         A.    I -- I think I -- I touched the tablet.

13    Something came on the screen.  And then I realized

14    there's no audible component, and so I just -- I

15    couldn't do anything.

16         Q.    And then what happened next?

17         A.    I sat down and I waited for one of the staff,

18    one of the phlebotomists, to come out so that I could

19    indicate that I was there and that I couldn't use this

20    device to check in.

21         Q.    Okay.  How long between the time you sat down

22    and between the time a phlebotomist came out?

23         A.    They were with a patient.  It might have been

24    five -- five minutes at the most.

25         Q.    And then did you go up to the phlebotomist

EXHIBIT 20 QA 1276

Page 44

1    into the lab, the room; and she assisted me.

2         Q.   Okay.

3         A.   Again, it's a very small office, so --

4         Q.   Okay.  And then after you got checked in on

5    the kiosk, then what happened next?

6         A.   Oh, I -- I sat down and waited until she

7    called me.

8         Q.   Okay.  About how long was it between the time

9    that you sat down and that you were called back to the

10   draw room?

11        A.   I don't recall.

12        Q.   Was it pretty quick?

13        A.   I -- I just don't recall.  It could have been

14   five minutes, could have been seven minutes.  I have no

15   idea.  I don't recall.

16        Q.   Okay.  And then when you got back to the draw

17   room, did you have any conversation with the

18   phlebotomist at that point?

19        A.   Just -- just the routine, you know, why --

20   what doctor required the -- the blood work, just basic

21   stuff like that.

22        Q.   Did she verify your name?

23        A.   She did.

24        Q.   And date of birth and your personal

25   information?

EXHIBIT 20 QA 1277

Page 99

1                    REPORTER'S CERTIFICATE

2
STATE OF IDAHO  )
3                )  ss.
COUNTY OF ADA   )

4

5      I, MARYANN MATTHEWS, Certified Shorthand Reporter

6 and Notary Public in and for the State of Idaho, do hereby

7 certify:

8      That prior to being examined, the witness named in

9 the foregoing deposition was duly sworn remotely by me to

10 testify to the truth, the whole truth and nothing but the

11 truth;

12      That said deposition was taken down by me in

13 shorthand at the time and place therein named and

14 thereafter reduced to typewriting under my direction,

15 and that the foregoing transcript contains a full,

16 true and verbatim record of said deposition.

17      I further certify that I have no interest in the

18 event of the action.

19      WITNESS my hand and seal this 13th day of May,

20 2021.

21                              _____

22   MARYANN MATTHEWS            MARYANN MATTHEWS
     Notary Public - State of Idaho    CSR and Notary
23   Commission Number 4446R     Public in and for the
     My Commission Expires Sep 12, 2025    State of Idaho.

24

25 My Commission Expires:  09-12-2025

EXHIBIT 20 QA 1278

Page 1

1                    UNITED STATES DISTRICT COURT
2                    CENTRAL DISTRICT OF CALIFORNIA
3
     JULIAN VARGAS, ANNE WEST AND        )
4    AMERICAN COUNCIL OF THE BLIND,      )
     INDIVIDUALLY ON BEHALF OF           )
5    THEMSELVES AND ALL OTHERS SIMILARLY)  CASE NO.
     SITUATION,                          )
6                                        )  2:19-CV-08108
                      PLAINTIFFS,        ) DMG
7                                        )
          VS.                            )
8                                        )
     QUEST DIAGNOSTICS CLINICAL          )
9    LABORATORIES, INC., QUEST           )
     DIAGNOSTICS HOLDINGS, INC., QUEST   )
10   DIAGNOSTICS INCORPORATED; AND DOES  )
     1-10, INCLUSIVE,                    )
11                                       )
                      DEFENDANTS.        )
12                                       )
     _____)
13
14
15
16
17
18
                 VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF
19
                         KATHLEEN LYONS
20
                    THURSDAY, MAY 6, 2021
21
22
23
24
     JOB NO. 4522978-A
25
     REPORTED BY:  MELIA BASAVAND, CSR NO. 14089

Veritext Legal Solutions

EXHIBIT 20 QA 1279

Page 49

1    there?

2         A      Nobody at the desk.   Nobody at that check-in

3    area.

4         Q      So the only Quest employees that you had

5    seen were the ones who were drawing blood, and they

6    would come out and call a patient?

7         A      Yes.

8         Q      On average of your visits in those

9    approximate ten times, since the E check-in was --

10   you noticed the E check-in was there, how long are

11   your waits for blood draw?

12        A      A lot depends on how many people are there

13   and how many people have appointments on the

14   walk-in.  So it could be anywhere from 45 minutes to

15   an hour and a half.

16        Q      In that 45 minutes to an hour and a half

17   approximately -- approximately how many times do you

18   see a Quest phlebotomist come out to call patients

19   for their blood draw?

20             MR. SWEET:  Objection.  Vague.

21             THE WITNESS:  It varies.  A lot depends on

22   how many people are there and how many have

23   appointments.  But I've had them call several before

24   me sometimes it's a lot.  Sometimes it's maybe six

25   or seven, and other days it's a little bit less.  As

EXHIBIT 20 QA 1280

1    STATE OF CALIFORNIA    )

2    COUNTY OF LOS ANGELES )    SS.

3

4         I, Melia Basavand, CSR 14089, in and for the

5    State of California, do hereby certify:

6         That prior to being examined, the witness named

7    in the foregoing deposition was by me duly sworn to

8    testify to the truth, the whole truth, and nothing but

9    the truth;

10        That said deposition was taken down by me in

11   shorthand at the time and place therein named and

12   thereafter reduced to typewriting under my direction, and

13   the same is a true, correct, and complete transcript of

14   said proceedings;

15        That if the foregoing pertains to the original

16   transcript of a deposition in a federal case, before

17   completion of the proceedings, review of the transcript

18   { } Was { } was not required.

19        I further certify that I am not interested in the

20   event of the action.

21        Witness my hand this 25th day of May, 2021.

22

23                              *Melia Basavand*

                              Certified Shorthand Reporter

24                              for the State of California

25

EXHIBIT 20 QA 1281

Page 1

1                UNITED STATES DISTRICT COURT
2                CENTRAL DISTRICT OF CALIFORNIA
3
      JULIAN VARGAS, ANNE WEST AND         )
4     AMERICAN COUNCIL OF THE BLIND,       )
      INDIVIDUALLY ON BEHALF OF            )
5     THEMSELVES AND ALL OTHERS SIMILARLY)  CASE NO.
      SITUATION,                           )
6                                          )  2:19-CV-08108
                     PLAINTIFFS,           ) DMG
7                                          )
            VS.                            )
8                                          )
      QUEST DIAGNOSTICS CLINICAL           )
9     LABORATORIES, INC., QUEST            )
      DIAGNOSTICS HOLDINGS, INC., QUEST    )
10    DIAGNOSTICS INCORPORATED; AND DOES   )
      1-10, INCLUSIVE,                     )
11                                         )
                     DEFENDANTS.           )
12                                         )
      _____   )
13
14
15
16
17
18
                VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF
19
                     ROBIN CHARLOTTE REHDER
20
                      FRIDAY, MAY 21, 2021
21
22
23
24
      JOB NO. 4589711
25
      REPORTED BY:  MELIA BASAVAND, CSR NO. 14089

EXHIBIT 20 QA 1282

Page 47

1     August 2008.  So when you -- did you go to this

2     visit alone?

3         A     Yes.

4         Q     And when you walked into the Quest location

5     to -- multiple times what -- how did you discover

6     that this E kiosk existed?

7         A     Well, at that particular time someone came

8     up to me and said you have to sign in on the kiosk.

9             And I said I'm not -- I'm not able to do it.

10    There's no voiceover.  And that's when she signed me

11    in.  There was no one at the desk at that time.

12            I called the local office of Quest and

13    explained the situation.

14        Q     When you walked into the patient service

15    center on that visit, did you walk up to the

16    receptionist desk?

17        A     Yes, I usually do.  And I could sense there

18    was no one there.  No one said may I help you.

19        Q     And how long did you wait between the time

20    that you stepped in there and you were waiting at

21    the desk until the time the patient came up to you

22    to help you check-in?

23        A     Not very long.  She realized the predicament

24    I was in.

25        Q     Would you say it was less than a minute?

EXHIBIT 20 QA 1283

Page 48

1     A     I'd say a couple minutes.

2     Q     At any point, while you were waiting at the

3     receptionist desk, did any phlebotomist come out and

4     call out any patients --

5     A     Yes.

6     Q     -- to take them back for their blood draw?

7     A     Yes.

8     Q     How many?

9     A     I'm not sure.

10    Q     So how do you know they came out?

11    A     I heard them call names.

12    Q     And did you ask them to help you?

13    A     I mentioned it to -- when I went back to get

14    my blood work done, I mentioned what happened, and

15    they extended their apology.

16    Q     Okay.  And so you were waiting there and a

17    patient came up to you to assist you with the

18    check-in.  How do you know this person was a

19    patient?

20    A     Well, I can tell when she walked up that she

21    sitting down in the waiting room in the lounge area

22    wherever you wait for the technicians because --

23    Q     And did you --

24    A     -- when I --

25          Sorry.  Go ahead.

EXHIBIT 20 QA 1284

Page 97

1    STATE OF CALIFORNIA    )

2    COUNTY OF LOS ANGELES )    SS.

3

4         I, Melia Basavand, CSR 14089, in and for the

5    State of California, do hereby certify:

6         That prior to being examined, the witness named

7    in the foregoing deposition was by me duly sworn to

8    testify to the truth, the whole truth, and nothing but

9    the truth;

10        That said deposition was taken down by me in

11   shorthand at the time and place therein named and

12   thereafter reduced to typewriting under my direction, and

13   the same is a true, correct, and complete transcript of

14   said proceedings;

15        That if the foregoing pertains to the original

16   transcript of a deposition in a federal case, before

17   completion of the proceedings, review of the transcript

18   { } Was { } was not required.

19        I further certify that I am not interested in the

20   event of the action.

21        Witness my hand this 9th day of June, 2021.

22

23                              *Melia Basavand*

                                Certified Shorthand Reporter

24                              for the State of California

25

EXHIBIT 20 QA 1285

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4   JULIAN VARGAS, ANNE    )
     WEST, and AMERICAN     )
 5   COUNCIL OF THE BLIND,  ) Case No. 2:19-cv-8108
     individually on behalf )
 6   of themselves and all  )
     others similarly       )
 7   situated,              )
                            )
 8              Plaintiffs, )
                            )
 9        vs.               )
                            )
10   QUEST DIAGNOSTICS      )
     CLINICAL LABORATORIES, )
11   INC., QUEST DIAGNOSTICS)
     HOLDINGS, INC.,        )
12   QUEST DIAGNOSTICS      )
     INCORPORATED, and      )
13   DOES 1-10, inclusive,  )
                            )
14              Defendants. )
     _____)
15
16
17        REMOTE DEPOSITION OF CLAIRE STANLEY
18           (Via Zoom Videoconference)
19            Thursday, August 19, 2021
20
21   REPORTED BY:  Michelle Milan Fulmer
                   CSR No. 6942, RPR, CRR, CRC
22
23   JOB NO. 4769235
     PAGE 85 THROUGH PAGE 88 IS MARKED "CONFIDENTIAL"
24   UNDER THE PROTECTIVE ORDER AND SEPARATELY BOUND
25   PAGES 1 - 225
```

                                              Page 1

EXHIBIT 20 QA 1286

```
 1          Q     So anything more than 10 seconds, you can't

 2     tell me how long it was that you were waiting for

 3     the phlebotomist?

 4          A     I just don't remember.

 5          Q     Okay.  So it may have been a minute; is      13:54:42

 6     that right?

 7          A     Possibly.

 8          Q     Okay.  And when the phlebotomist did greet

 9     you, what did he or she do or say next?

10          A     I think he asked me to come back into the    13:55:02

11     back with him.

12          Q     Okay.  And did you do that?

13          A     Yes.

14          Q     And as far as you could tell, were there

15     any other human beings in the back with that           13:55:19

16     individual?

17          A     I recall there being two different

18     employees.

19          Q     And by two, do you mean two additional

20     employees or just one additional employee?             13:55:31

21          A     One additional.

22          Q     Okay.  And I think you mentioned that the

23     door was left ajar to the back and you detected

24     that.

25               Did you detect that pretty instantaneously,   13:55:47
```

Page 77

EXHIBIT 20 QA 1287

```
 1        A    I believe he had me work with one of his

 2   colleagues.

 3        Q    I see.

 4             And did that colleague assist you?

 5        A    Yes.                                     13:57:13

 6        Q    And did they ask you questions in the back?

 7        A    Yes.

 8        Q    Did they ask for your order?

 9        A    Yes.

10        Q    Did you have that printed out already or   13:57:26

11   did you, otherwise, show it to them maybe on a phone

12   or other device?

13        A    If I remember correctly, my doctor had

14   faxed it over.

15        Q    Okay.  So they already had it once you    13:57:37

16   identified yourself?

17        A    Yes.

18        Q    Okay.  And did they do or say anything to

19   indicate that they were checking you in?

20        A    I don't remember anything specific, no.   13:57:54

21        Q    And after you --

22             After they asked you the questions, did

23   they then proceed to take your blood?

24        A    To my best recollection, yes.

25        Q    Okay.  So how much time transpired there in   13:58:11
```

Page 79

EXHIBIT 20 QA 1288

1    the process of asking you questions before blood was

2    taken?

3        A    If I remember correctly, it took a while

4    because the man who was helping me seemed to really

5    be struggling with the computer and the fax machine   13:58:26

6    and things like that.

7        Q    Okay.  And that being the case, can you

8    tell me how long it took?

9        A    I don't want to guess because it's been a

10   while.                                                13:58:41

11       Q    Okay.  Do you want to estimate for me, give

12   me your best estimate?

13       A    I really don't remember.

14       Q    Was it more than a minute?

15       A    Yes.  More than a minute.                    13:58:52

16       Q    More than five minutes?

17       A    Yes.  More than five minutes.

18       Q    Was it more than ten minutes?

19       A    At that point I'm getting blurry.  I don't

20   remember.                                             13:59:06

21       Q    Okay.  Fair enough.

22            And I'm almost done with this, so -- and

23   I'm going to ask the same question.

24            How long did it take for you to have the

25   blood drawn?                                          13:59:14

Page 80

EXHIBIT 20 QA 1289

```
 1        A     Again, it's been a while.  But if I
 2   remember correctly, once the paperwork portion was
 3   done and the insurance, which took the longest,
 4   getting the actual lab work done was quicker.
 5        Q     Okay.  Can you give me an estimate of how      13:59:28
 6   long it took?
 7        A     No, I cannot.
 8        Q     Okay.  And after the lab work was done, did
 9   you immediately proceed to the exit?
10        A     Yes.                                           13:59:39
11        Q     Did you call a Lyft or Uber to pick you up
12   while you --
13        A     Yes.
14        Q     -- were still in the Quest room or did you
15   exit Quest and then make the call or use the app to      13:59:48
16   ask for a ride?
17        A     I cannot remember.
18        Q     Did you make any requests of anyone at
19   Quest for reasonable modifications or for auxiliary
20   aids or services while you were there?                   14:00:10
21        A     Do you mean while I was physically in the
22   location?
23        Q     Yes.
24        A     I said I needed help signing in.
25        Q     Okay.  Was that before or after the           14:00:27
```

                                                    Page 81

EXHIBIT 20 QA 1290

```
 1    individual said, "Are you here for phlebotomy

 2    services"?

 3           That's the first thing that the Quest

 4    representative said to you; correct?

 5    A    I don't think I remember the exact wording,   14:00:44

 6    but that's what he conveyed.

 7    Q    Okay.  And your response to that was, "I

 8    need help checking in" or was your response that

 9    "Yes"?

10    A    Again, I don't remember the exact wording.   14:00:59

11    I just know I conveyed, "I'm here.  I need to check

12    in.  I'm here for blood work."

13    Q    Okay.  And the immediate response to that

14    from the phlebotomist was to lead you into the back;

15    correct?                                           14:01:12

16    A    Yes.

17    Q    Any other requests for reasonable

18    modifications of policies, practices, and procedures

19    or for auxiliary aids or services while you were at

20    Quest on that occasion?                            14:01:25

21    A    No.

22    Q    Did you ever correspond with Quest in any

23    way, writing or orally, after that?

24    A    After, no.

25    Q    Did you ever correspond with Quest, orally   14:01:44
```

Page 82

EXHIBIT 20 QA 1291

```
1        A     No.

2        Q     You indicated that you had to wait for some

3   period of time.  You couldn't tell Mr. Raizman

4   specifically how long, but do you have a range or

5   an estimate of how long you waited when you walked    17:44:05

6   in?

7        A     It was probably at least three minutes.

8   Maybe more.

9        Q     Okay.  Can you give us the best range that

10  you have or the best estimate of time that you have    17:44:13

11  today?

12       A     Perhaps three to five minutes.

13       Q     Before somebody first interfaced with you?

14       A     Correct.

15       Q     Okay.  And then you indicated --             17:44:21

16             At any point in time were you able to use a

17  kiosk, assuming there was one, at the location you

18  visited in Rockville?

19       A     No, I was not.

20       Q     Were you able to access any of the services    17:44:32

21  within a kiosk, assuming there was one at that

22  Rockville location?

23       A     No, I was not.

24       Q     For example, were you -- were you ever

25  offered the opportunity to wait outside the facility    17:44:44
```

Page 204

EXHIBIT 20 QA 1292

```
 1              MR. RAIZMAN:  I object as to the form of

 2     the question.

 3     BY MR. MILLER:

 4         Q    What's your best range as to the amount of

 5     time it took for the phlebotomist to check you in      17:45:46

 6     once you were in the back?

 7         A    Perhaps 10 to 15 minutes.

 8         Q    And you indicated that you do intend to

 9     return to Quest; is that right?

10         A    That's correct.                                17:46:00

11         Q    And that will be in response to a doctor's

12     request to go get blood work?

13         A    Yeah.  In fact, I have an appointment

14     coming up soon and I have a feeling she's going to

15     request blood work.                                    17:46:10

16         Q    When is that appointment coming up?

17         A    It's in September.

18         Q    And if the doctor requests blood work in

19     conjunction with that appointment, do you intend to

20     return to the Quest in your neighborhood?              17:46:20

21         A    Yes, I do.

22         Q    You indicated in response to Mr. Raizman's

23     questions that you were preserving documents at the

24     time you did the survey and I think you said it was

25     in June of 2019.                                       17:46:34
```

Page 206

EXHIBIT 20 QA 1293

```
 1                         CERTIFICATION

 2                             OF

 3              CERTIFIED SHORTHAND REPORTER

 4

 5              I, the undersigned, a Certified Shorthand

 6    Reporter of the State of California do hereby

 7    certify:

 8              That the foregoing proceedings were taken

 9    before me at the time and place herein set forth;

10    that any witnesses in the foregoing proceedings,

11    prior to testifying, were placed under oath; that a

12    verbatim record of the proceedings was made by me

13    using machine shorthand which was thereafter

14    transcribed under my direction; further, that the

15    foregoing is an accurate transcription thereof.

16              I further certify that I am neither

17    financially interested in the action nor a relative

18    or employee of any attorney of any of the parties.

19              IN WITNESS WHEREOF, I have this date

20    subscribed my name.

21    Dated:  September 2, 2021, 2021.

22

23

24

                   Michelle Milan Fulmer

25                 CSR No. 6942, RPR, CRR, CRC

                                          Page  222
```

EXHIBIT 20 QA 1294