# EXHIBIT 21

Page 1

1              UNITED STATES DISTRICT COURT
2              CENTRAL DISTRICT OF CALIFORNIA
3
4    JULIAN VARGAS, ANNE WEST and  ) Case No.
     AMERICAN COUNCIL OF THE BLIND ) 2:19-cv-08108 DMG(MRW)x
5    individually on behalf of     )
     themselves and all others     )
6    similarly situated,           )
                                   )
7                   Plaintiffs,    )
                                   )
8        v.                        )
                                   )
9    QUEST DIAGNOSTICS CLINICAL    )
     LABORATORIES, INC., QUEST     )
10   DIAGNOSTICS HOLDINGS, INC.,   )
     QUEST DIAGNOSTICS,            )
11   INCORPORATED; and DOES 1-10,  )
     inclusive,                    )
12                                 )
                    Defendants.    )
13   _____)
14
15       REMOTE VIDEOTAPED DEPOSITION OF JULIAN VARGAS
16                 Van Nuys, California
17                Thursday, April 22, 2021
18
19
20
21   Reported by:
     ANELA SHERADIN, CSR NO. 9128
22
23   JOB NO. 4523491
24
25   PAGES 1 - 254

EXHIBIT 21 QA 1295

Page 105

1    questions about my -- you know, my address and things

2    like that and verifying that my insurance was, you know,

3    my insurance and things like that, and then the

4    phlebotomist proceeded to draw the blood.

5        Q    Did you have to sign in at all for that visit?    13:30:12

6        A    I don't recall.                                   13:30:16

7        Q    And then after the phlebotomist took your        13:30:19

8    blood, what happened next?

9        A    I pretty much was -- I pretty much left and       13:30:25

10   then went back to the doctor's office to proceed with

11   the first part of the physical examination.

12       Q    Okay.  How long between the time you set foot     13:30:36

13   in the Quest patient service center and the time you

14   left?

15       A    It's hard to say, but maybe -- maybe 5 to 10      13:30:47

16   minutes.

17       Q    Okay.  And aside from the person that was at      13:30:53

18   the window, did you -- and the phlebotomist who drew

19   your blood, did you interact with anybody else at the

20   Quest patient service center during that visit?

21       A    I don't recall.                                   13:31:10

22       Q    Okay.  Do you recall whether your doctor          13:31:11

23   received your results from that visit?

24       A    Yes.                                              13:31:20

25       Q    And did your doctor receive your results, to      13:31:26

EXHIBIT 21 QA 1296

```
                                                    Page 108
 1    person there and gave them the information, as I did

 2    with the other time, and then I was directed to wait.

 3    BY MS. ROLLER:                                    13:34:38

 4        Q    Okay.  Did you -- were you a walk-in on that --  13:34:39

 5    on this visit?

 6        A    I believe so.                            13:34:45

 7        Q    How long do you believe you waited from the   13:34:47

 8    time you got in to the patient service center in Tarzana

 9    until the time you were able to speak with the

10    receptionist to get checked in?

11        A    Probably about 5 to 10 minutes.  There were   13:35:03

12    people there.

13        Q    Okay.  Were you able to sense about how many   13:35:10

14    people were there?

15        A    No, I couldn't.                          13:35:15

16        Q    Did you overhear any conversations between the   13:35:16

17    folks in front of you and the Quest employee who was

18    checking people in?

19        A    Yes.                                      13:35:27

20        Q    Okay.  What do you recall from those       13:35:28

21    conversations?

22        A    I didn't pay attention to what they were.   13:35:32

23        Q    Was it your impression that -- oh, sorry, go   13:35:34

24    ahead.

25        A    No, I didn't recall what they were other than   13:35:37
```

Veritext Legal Solutions

EXHIBIT 21 QA 1297

Page 254

1        I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby certify:

3        That the foregoing proceedings were taken

4   before me at the time and place herein set forth; that

5   any witnesses in the foregoing proceedings, prior to

6   testifying, were duly sworn; that a record of the

7   proceedings was made by me using machine shorthand

8   which was thereafter transcribed under my direction;

9   that the foregoing transcript is a true record of the

10   testimony given.

11        Further, that if the foregoing pertains to

12   the original transcript of a deposition in a Federal

13   Case, before completion of the proceedings, review of

14   the transcript [  ] was [ X ] was not requested.

15        I further certify I am neither financially

16   interested in the action nor a relative or employee

17   of any attorney or party to this action.

18        IN WITNESS WHEREOF, I have this date

19   subscribed my name.

20

21   Dated: May 7, 2021

22

23

          ANELA SHERADIN

24         CSR NO. 9128

25

EXHIBIT 21 QA 1298

Page 1

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4       JULIAN VARGAS, ANNE    )
        WEST and AMERICAN      )
5       COUNCIL OF THE BLIND,  )
        individually on behalf )  Case No. 2:19-cv-08108 DMG (MRWx)
6       of themselves and all  )
        others similarly       )
7       situated,              )
                               )
8               Plaintiffs,    )
                               )
9       vs.                    )
                               )
10      QUEST DIAGNOSTICS      )
        CLINICAL LABORATORIES, )
11      INC., QUEST            )
        DIAGNOSTICS HOLDINGS,  )
12      INC., QUEST DIAGNOSTICS)
        INCORPORATED; and DOES )
13      1-10, inclusive,       )
                               )
14              Defendants.    )
        _____)

15

16

17          REMOTE VIDEOTAPED DEPOSITION OF ARDIS BAZYN

18                      April 27, 2021

19

20

21

22

23

24

        Job No. CS4522969
25      Reported by: Maryann Matthews, CSR #737

EXHIBIT 21 QA 1299

Page 29

1            (Unintelligible crosstalk.)

2        Q.   (BY MS. ROLLER) So when you first walked in

3    the door to the Quest patient service center on Alameda,

4    were you encountered by a greeter or somebody that said,

5    "Welcome to Quest.  What can we help you with?"

6        A.   No.

7        Q.   Okay.  What did you do once you first walked

8    in?

9        A.   We went to the counter and my husband signed

10   us in.

11       Q.   Okay.  And how did he sign you in?

12       A.   I'm not sure because he did it.

13       Q.   Was your husband there to get blood work done

14   that day, too?

15       A.   Yes.

16       Q.   And when he went to the counter, did you just

17   sit down in one of the chairs in the waiting room?

18       A.   I waited for him to sign us in, and then he,

19   you know, told us where there were places we could sit.

20       Q.   Okay.  How long did it take for him to sign

21   you guys in?

22       A.   No more than a couple minutes.

23       Q.   And did he go up to the, like, reception desk

24   and speak to somebody, based on your understanding?

25       A.   No.

EXHIBIT 21 QA 1300

Page 42

1    A.   Waited until -- at the counter until someone

2    came out.

3    Q.   And in 2019 during that visit, how long did

4    it take for somebody to come out to the counter to check

5    you in?

6    A.   Oh, I think, you know, five or ten minutes.

7    Q.   Okay.  And then did you go to Quest in 2018?

8    A.   Yes.

9    Q.   And do you recall if you went alone or with

10   your husband on that visit?

11   A.   No, I was alone.  I -- they had an attendant

12   then, so --

13   Q.   Okay.  And how long did it take for you to

14   check in in 2018, at your 2018 visit?

15   A.   I just went right up to the counter and they

16   took my name.

17   Q.   Do you recall what location this was that you

18   went to in 2018?

19   A.   Oh, I think it was the 201 South Buena Vista,

20   but I'm not positive.  But I --

21   Q.   Do you know --

22   A.   That one is easier for me to get to, so I

23   generally try to do that one when I'm by myself.

24   Q.   And when you checked in at the 2018 visit,

25   what information did they ask of you in order to check

EXHIBIT 21 QA 1301

Page 57

1                    REPORTER'S CERTIFICATE

2

    STATE OF IDAHO   )

3                    )  ss.

    COUNTY OF ADA    )

4

5          I, MARYANN MATTHEWS, Certified Shorthand Reporter

6    and Notary Public in and for the State of Idaho, do hereby

7    certify:

8          That prior to being examined, the witness named in

9    the foregoing deposition was duly sworn remotely by me to

10   testify to the truth, the whole truth and nothing but the

11   truth;

12         That said deposition was taken down by me in

13   shorthand at the time and place therein named and

14   thereafter reduced to typewriting under my direction,

15   and that the foregoing transcript contains a full,

16   true and verbatim record of said deposition.

17         I further certify that I have no interest in the

18   event of the action.

19         WITNESS my hand and seal this 12th day of May,

20   2021.

21

22                             MARYANN MATTHEWS

                               CSR and Notary

23                             Public in and for the

                               State of Idaho.

24

25   My Commission Expires:  09-12-2025

EXHIBIT 21 QA 1302

Page 1

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4       JULIAN VARGAS, ANNE     )
        WEST and AMERICAN       )
5       COUNCIL OF THE BLIND,   )
        individually on behalf  )  Case No. 2:19-cv-08108 DMG (MRWx)
6       of themselves and all   )
        others similarly        )
7       situated,               )
                                )
8                 Plaintiffs,   )
                                )
9       vs.                     )
                                )
10      QUEST DIAGNOSTICS        )
        CLINICAL LABORATORIES,  )
11      INC., QUEST             )
        DIAGNOSTICS HOLDINGS,   )
12      INC., QUEST DIAGNOSTICS )
        INCORPORATED; and DOES  )
13      1-10, inclusive,        )
                                )
14                Defendants.   )
        _____)

15

16

17         REMOTE VIDEOTAPED DEPOSITION OF RALPH DANIEL BLACK

18                         April 27, 2021

19

20

21

22

23

24

        Job No. CS4522969
25      Reported by: Maryann Matthews, CSR #737

Veritext Legal Solutions

800-567-8658

EXHIBIT 21 QA 1303

Page 28

1    in the middle of all of that with doing it with the two

2    of us, so we left and went back to talk to the

3    receptionist.

4         Q.   How long did you wait in line at the kiosk

5    before you actually got up to the front of the kiosk?

6         A.   I don't remember.  It wasn't too long.  Maybe

7    five minutes or something.

8         Q.   Were there a certain number of people that

9    you can recall that were in front of you checking in?

10        A.   No, I don't.

11        Q.   Okay.  Once you realized you couldn't use the

12   kiosk to check in, you went over to the receptionist

13   desk, right?

14        A.   Yes.

15        Q.   And was somebody there?

16        A.   Yes.

17        Q.   And what did you say to them at that point?

18        A.   Well, I explained to her that we couldn't use

19   the kiosk, and she said, "Well, you know, that's the way

20   we do things.  You have to use the kiosk."

21             And so I had to -- you know, went back

22   through it with her again and explained, you know, my

23   wife's limitations and my visual impairment, and between

24   the two of us we couldn't do it.

25             And so then she said, "Oh, well, let me see

EXHIBIT 21 QA 1304

Page 49

1                  REPORTER'S CERTIFICATE

2

   STATE OF IDAHO   )

3                   )  ss.

   COUNTY OF ADA    )

4

5        I, MARYANN MATTHEWS, Certified Shorthand Reporter

6    and Notary Public in and for the State of Idaho, do hereby

7    certify:

8        That prior to being examined, the witness named in

9    the foregoing deposition was duly sworn remotely by me to

10   testify to the truth, the whole truth and nothing but the

11   truth;

12       That said deposition was taken down by me in

13   shorthand at the time and place therein named and

14   thereafter reduced to typewriting under my direction,

15   and that the foregoing transcript contains a full,

16   true and verbatim record of said deposition.

17       I further certify that I have no interest in the

18   event of the action.

19       WITNESS my hand and seal this 12th day of May,

20   2021.

21

22                           MARYANN MATTHEWS

                             CSR and Notary

23                           Public in and for the

                             State of Idaho.

24

25   My Commission Expires:  09-12-2025

EXHIBIT 21 QA 1305

Page 1

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4       JULIAN VARGAS, ANNE     )
         WEST and AMERICAN       )
 5       COUNCIL OF THE BLIND,   )
         individually on behalf )  Case No. 2:19-cv-08108 DMG (MRWx)
 6       of themselves and all   )
         others similarly        )
 7       situated,               )
                                 )
 8                 Plaintiffs,   )
                                 )
 9       vs.                     )
                                 )
10       QUEST DIAGNOSTICS       )
         CLINICAL LABORATORIES, )
11       INC., QUEST             )
         DIAGNOSTICS HOLDINGS,   )
12       INC., QUEST DIAGNOSTICS)
         INCORPORATED; and DOES )
13       1-10, inclusive,        )
                                 )
14                 Defendants.   )
         _____)

15

16

17           REMOTE VIDEOTAPED DEPOSITION OF MARY HAROYAN

18                       April 29, 2021

19

20

21

22

23

24

         Job No. CS4522974
25       Reported by: Maryann Matthews, CSR #737
```

Veritext Legal Solutions

EXHIBIT 21 QA 1306

1    the kiosk, then what happened?

2         A.   We asked for help.  And, honestly, I can't

3    remember if it was maybe somebody else who was there

4    checking in who assisted or we asked the -- you know,

5    the phlebotomist there to help with that.

6         Q.   How long between the time that you realized

7    that you guys couldn't use the kiosk until the time

8    that you got help from somebody?

9         A.   Not long.

10        Q.   Like --

11        A.   I mean, it was pretty quick --

12        Q.   -- a minute?

13        A.   -- I would say.

14             A minute or two probably, yeah.

15        Q.   Okay.  And you don't recall whether it was

16   a Quest employee or whether it was somebody else?

17        A.   Yeah.  I really don't remember.

18        Q.   And --

19        A.   Because I know it was -- I remember there

20   being other people in the waiting room, so there could

21   have been somebody who offered to help.  I really --

22   really don't remember.  I was not feeling that well at

23   the time, so I honestly don't remember.

24        Q.   Okay.  Do you recall the information you

25   provided to the person who assisted you?

EXHIBIT 21 QA 1307

Page 44

1    possible, yes --

2         Q.   Okay.

3         A.   -- to -- yeah.

4         Q.   So my records indicate that you checked in

5    at 7:30 in the morning, which is the time they opened,

6    right?

7         A.   Yes.

8         Q.   And that you were out and done and your

9    services completed by 7:41.

10        A.   Uh-huh.

11        Q.   Does that sound about accurate?

12        A.   Yes.

13        Q.   So you were in and out within 11 minutes?

14        A.   That's the reason why I would try to get

15   there early, before other people are ahead of me; and

16   also so that the phlebotomist would be able to assist

17   me with the check-in.

18        Q.   Okay.  Do you recall if you were assisted

19   with the check-in on that visit?

20        A.   Yes, she -- she did because I absolutely

21   would -- knowing I was there at 7:30, I went there on

22   my own and I, you know, relied on the phlebotomist to

23   check me in.

24        Q.   Do you recall if you -- if they open at

25   7:30 and I have a check-in record at 7:30, is that --

EXHIBIT 21 QA 1308

Page 45

1    does that indicate to you that you were checked in

2    essentially immediately when you got there by the

3    phlebotomist?

4         A.   Yes.

5         Q.   Do you recall checking in with the

6    phlebotomist independently of that?

7            MR. HANDLEY:  Objection.  Vague.

8            THE WITNESS:  Well, I -- I'll say, I mean,

9    I walked in on my own, and I don't remember if she was

10   right there or in the inner room or there might have

11   been somebody she was finishing up with, even.

12         I really don't know.  But she was made

13   aware very quickly that I was there, and I asked her

14   for help to check in.

15         Q.   (BY MS. ROLLER) And she assisted you?

16         A.   Yes.

17         Q.   She checked you in?

18         A.   Yes, she did.

19         Q.   Okay.  And then you were called back within

20   a couple minutes, and then you were out of there?

21         A.   Yes.

22         Q.   Okay.  And, again, my records show that it

23   was about 11 minutes from the time you checked in

24   until the time you left.

25         That comports with your recollection?

EXHIBIT 21 QA 1309

Page 54

1    dad came with me on that one, too.  I --

2         Q.   Okay.  So I have a record that you did have

3    an appointment, and your appointment was at 11:00 a.m.

4         A.   Okay.

5         Q.   Does that sound about right?

6         A.   Yeah.  Uh-huh.

7         Q.   Okay.  And does that lead you to believe

8    that your dad went to that --

9         A.   Yes.

10        Q.   -- appointment as well?

11        A.   Yes.

12        Q.   Okay.  Do you remember how long you were

13   there at that visit on that day?

14        A.   Probably not long because when you get

15   there for an appointment, you know, you were taken

16   pretty much right away.  And the lab work didn't take

17   long, so I suspect it was pretty quick.

18        Q.   Okay.  The check-in process, was that kind

19   of -- was that the same as you described from your

20   November 2018 visit, where your dad went to the kiosk

21   and checked you in using the code that you had on your

22   phone?

23        A.   I assume that would have been the case,

24   yes, because we would have had the same code and he

25   may have, you know, remembered from the previous

EXHIBIT 21 QA 1310

Page 101

1                         REPORTER'S CERTIFICATE

2

STATE OF IDAHO   )
3                )  ss.
COUNTY OF ADA    )

4

5          I, MARYANN MATTHEWS, Certified Shorthand Reporter

6    and Notary Public in and for the State of Idaho, do hereby

7    certify:

8          That prior to being examined, the witness named in

9    the foregoing deposition was duly sworn remotely by me to

10   testify to the truth, the whole truth and nothing but the

11   truth;

12         That said deposition was taken down by me in

13   shorthand at the time and place therein named and

14   thereafter reduced to typewriting under my direction,

15   and that the foregoing transcript contains a full,

16   true and verbatim record of said deposition.

17         I further certify that I have no interest in the

18   event of the action.

19         WITNESS my hand and seal this 13th day of May,

20   2021.

21         MARYANN MATTHEWS             _____
           Notary Public - State of Idaho
22         Commission Number 44468      MARYANN MATTHEWS
           My Commission Expires Sep 12, 2025   CSR and Notary
23                                       Public in and for the
                                         State of Idaho.
24

25   My Commission Expires:   09-12-2025

EXHIBIT 21 QA 1311

Page 1

1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3

4     JULIAN VARGAS, ANNE    )
      WEST and AMERICAN      )
5     COUNCIL OF THE BLIND,  )
      individually on behalf )  Case No. 2:19-cv-08108 DMG (MRWx)
6     of themselves and all  )
      others similarly       )
7     situated,              )
                             )
8              Plaintiffs,   )
                             )
9     vs.                    )
                             )
10    QUEST DIAGNOSTICS       )
      CLINICAL LABORATORIES, )
11    INC., QUEST            )
      DIAGNOSTICS HOLDINGS,  )
12    INC., QUEST DIAGNOSTICS)
      INCORPORATED; and DOES )
13    1-10, inclusive,       )
                             )
14             Defendants.   )
      _____)

15

16

17          REMOTE VIDEOTAPED DEPOSITION OF NONA HAROYAN

18                        April 29, 2021

19

20

21

22

23

24

      Job No. CS4522974
25    Reported by: Maryann Matthews, CSR #737

Veritext Legal Solutions

800-567-8658

EXHIBIT 21 QA 1312

Page 40

1          Q.   So you went up to the tablet, you waited in

2     line for the patient to complete their check-in; and

3     then it was your turn to be with this tablet?

4          A.   Correct.

5          Q.   Did you recognize the tablet as an iPad?

6          A.   I did not.  I mean, it was a tablet.  I

7     didn't know it was an Apple device.

8          Q.   Okay.

9          A.   Is it?

10         Q.   And then what happened after you saw this

11    tablet?

12         A.   I -- I think I -- I touched the tablet.

13    Something came on the screen.  And then I realized

14    there's no audible component, and so I just -- I

15    couldn't do anything.

16         Q.   And then what happened next?

17         A.   I sat down and I waited for one of the staff,

18    one of the phlebotomists, to come out so that I could

19    indicate that I was there and that I couldn't use this

20    device to check in.

21         Q.   Okay.  How long between the time you sat down

22    and between the time a phlebotomist came out?

23         A.   They were with a patient.  It might have been

24    five -- five minutes at the most.

25         Q.   And then did you go up to the phlebotomist

Veritext Legal Solutions

EXHIBIT 21 QA 1313

Page 99

1                    REPORTER'S CERTIFICATE

2

STATE OF IDAHO  )
3                 )  ss.
COUNTY OF ADA   )

4

5         I, MARYANN MATTHEWS, Certified Shorthand Reporter

6   and Notary Public in and for the State of Idaho, do hereby

7   certify:

8         That prior to being examined, the witness named in

9   the foregoing deposition was duly sworn remotely by me to

10  testify to the truth, the whole truth and nothing but the

11  truth;

12        That said deposition was taken down by me in

13  shorthand at the time and place therein named and

14  thereafter reduced to typewriting under my direction,

15  and that the foregoing transcript contains a full,

16  true and verbatim record of said deposition.

17        I further certify that I have no interest in the

18  event of the action.

19        WITNESS my hand and seal this 13th day of May,

20  2021.

21                          _____

22        MARYANN MATTHEWS
          Notary Public - State of Idaho        MARYANN MATTHEWS
          Commission Number 4446R               CSR and Notary
23        My Commission Expires Sep 12, 2025     Public in and for the
                                                 State of Idaho.

24

25  My Commission Expires:   09-12-2025

EXHIBIT 21 QA 1314

Page 1

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

     JULIAN VARGAS, ANNE WEST AND        )
4    AMERICAN COUNCIL OF THE BLIND,      )
     INDIVIDUALLY ON BEHALF OF           )
5    THEMSELVES AND ALL OTHERS SIMILARLY)  CASE NO.
     SITUATION,                          )
6                                        )  2:19-CV-08108
                     PLAINTIFFS,         )  DMG
7                                        )
           VS.                           )
8                                        )
     QUEST DIAGNOSTICS CLINICAL          )
9    LABORATORIES, INC., QUEST           )
     DIAGNOSTICS HOLDINGS, INC., QUEST   )
10   DIAGNOSTICS INCORPORATED; AND DOES  )
     1-10, INCLUSIVE,                    )
11                                       )
                     DEFENDANTS.         )
12                                       )
     _____)

13

14

15

16

17

18

                 VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF
19

                       ROBIN CHARLOTTE REHDER
20

                        FRIDAY, MAY 21, 2021
21

22

23

24

         JOB NO. 4589711
25

         REPORTED BY:  MELIA BASAVAND, CSR NO. 14089

Veritext Legal Solutions
800-567-8658

EXHIBIT 21 QA 1315

Page 47

1    August 2008.  So when you -- did you go to this

2    visit alone?

3       A    Yes.

4       Q    And when you walked into the Quest location

5    to -- multiple times what -- how did you discover

6    that this E kiosk existed?

7       A    Well, at that particular time someone came

8    up to me and said you have to sign in on the kiosk.

9            And I said I'm not -- I'm not able to do it.

10   There's no voiceover.  And that's when she signed me

11   in.  There was no one at the desk at that time.

12           I called the local office of Quest and

13   explained the situation.

14      Q    When you walked into the patient service

15   center on that visit, did you walk up to the

16   receptionist desk?

17      A    Yes, I usually do.  And I could sense there

18   was no one there.  No one said may I help you.

19      Q    And how long did you wait between the time

20   that you stepped in there and you were waiting at

21   the desk until the time the patient came up to you

22   to help you check-in?

23      A    Not very long.  She realized the predicament

24   I was in.

25      Q    Would you say it was less than a minute?

EXHIBIT 21 QA 1316

1      A    I'd say a couple minutes.

2      Q    At any point, while you were waiting at the

3    receptionist desk, did any phlebotomist come out and

4    call out any patients --

5      A    Yes.

6      Q    -- to take them back for their blood draw?

7      A    Yes.

8      Q    How many?

9      A    I'm not sure.

10     Q    So how do you know they came out?

11     A    I heard them call names.

12     Q    And did you ask them to help you?

13     A    I mentioned it to -- when I went back to get

14   my blood work done, I mentioned what happened, and

15   they extended their apology.

16     Q    Okay.  And so you were waiting there and a

17   patient came up to you to assist you with the

18   check-in.  How do you know this person was a

19   patient?

20     A    Well, I can tell when she walked up that she

21   sitting down in the waiting room in the lounge area

22   wherever you wait for the technicians because --

23     Q    And did you --

24     A    -- when I --

25          Sorry.  Go ahead.

EXHIBIT 21 QA 1317

Page 97

1    STATE OF CALIFORNIA    )

2    COUNTY OF LOS ANGELES )    SS.

3

4         I, Melia Basavand, CSR 14089, in and for the

5    State of California, do hereby certify:

6         That prior to being examined, the witness named

7    in the foregoing deposition was by me duly sworn to

8    testify to the truth, the whole truth, and nothing but

9    the truth;

10        That said deposition was taken down by me in

11   shorthand at the time and place therein named and

12   thereafter reduced to typewriting under my direction, and

13   the same is a true, correct, and complete transcript of

14   said proceedings;

15        That if the foregoing pertains to the original

16   transcript of a deposition in a federal case, before

17   completion of the proceedings, review of the transcript

18   { } Was { } was not required.

19        I further certify that I am not interested in the

20   event of the action.

21        Witness my hand this 9th day of June, 2021.

22

23                              *Melia Basavand*

                                Certified Shorthand Reporter

24                              for the State of California

25

EXHIBIT 21 QA 1318

```
 1              UNITED STATES DISTRICT COURT
 2        FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4    JULIAN VARGAS, ANNE    )
      WEST, and AMERICAN     )
 5    COUNCIL OF THE BLIND,  ) Case No. 2:19-cv-8108
      individually on behalf )
 6    of themselves and all  )
      others similarly       )
 7    situated,              )
                             )
 8              Plaintiffs,  )
                             )
 9        vs.                )
                             )
10    QUEST DIAGNOSTICS      )
      CLINICAL LABORATORIES, )
11    INC., QUEST DIAGNOSTICS)
      HOLDINGS, INC.,        )
12    QUEST DIAGNOSTICS      )
      INCORPORATED, and      )
13    DOES 1-10, inclusive,  )
                             )
14              Defendants.  )
      _____)
15
16
17         REMOTE DEPOSITION OF CLAIRE STANLEY
18             (Via Zoom Videoconference)
19              Thursday, August 19, 2021
20
21    REPORTED BY:  Michelle Milan Fulmer
                    CSR No. 6942, RPR, CRR, CRC
22
23    JOB NO. 4769235
      PAGE 85 THROUGH PAGE 88 IS MARKED "CONFIDENTIAL"
24    UNDER THE PROTECTIVE ORDER AND SEPARATELY BOUND
25    PAGES 1 - 225

                                          Page 1
```

EXHIBIT 21 QA 1319

```
 1        Q    So anything more than 10 seconds, you can't

 2   tell me how long it was that you were waiting for

 3   the phlebotomist?

 4        A    I just don't remember.

 5        Q    Okay.  So it may have been a minute; is        13:54:42

 6   that right?

 7        A    Possibly.

 8        Q    Okay.  And when the phlebotomist did greet

 9   you, what did he or she do or say next?

10        A    I think he asked me to come back into the    13:55:02

11   back with him.

12        Q    Okay.  And did you do that?

13        A    Yes.

14        Q    And as far as you could tell, were there

15   any other human beings in the back with that         13:55:19

16   individual?

17        A    I recall there being two different

18   employees.

19        Q    And by two, do you mean two additional

20   employees or just one additional employee?          13:55:31

21        A    One additional.

22        Q    Okay.  And I think you mentioned that the

23   door was left ajar to the back and you detected

24   that.

25             Did you detect that pretty instantaneously, 13:55:47
```

Page 77

EXHIBIT 21 QA 1320

```
 1                          CERTIFICATION

 2                               OF

 3                  CERTIFIED SHORTHAND REPORTER

 4

 5              I, the undersigned, a Certified Shorthand

 6     Reporter of the State of California do hereby

 7     certify:

 8                  That the foregoing proceedings were taken

 9     before me at the time and place herein set forth;

10     that any witnesses in the foregoing proceedings,

11     prior to testifying, were placed under oath; that a

12     verbatim record of the proceedings was made by me

13     using machine shorthand which was thereafter

14     transcribed under my direction; further, that the

15     foregoing is an accurate transcription thereof.

16                  I further certify that I am neither

17     financially interested in the action nor a relative

18     or employee of any attorney of any of the parties.

19                  IN WITNESS WHEREOF, I have this date

20     subscribed my name.

21     Dated:   September 2, 2021, 2021.

22

23

24

                    Michelle Milan Fulmer

                    CSR No. 6942, RPR, CRR, CRC

25

                                            Page  222
```

EXHIBIT 21 QA 1321