# EXHIBIT 23

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4    JULIAN VARGAS, ANNE      )
      WEST, and AMERICAN       )
 5    COUNCIL OF THE BLIND,    ) Case No. 2:19-cv-8108
      individually on behalf   )
 6    of themselves and all    )
      others similarly         )
 7    situated,                )
                               )
 8              Plaintiffs,    )
                               )
 9         vs.                 )
                               )
10    QUEST DIAGNOSTICS        )
      CLINICAL LABORATORIES,   )
11    INC., QUEST DIAGNOSTICS  )
      HOLDINGS, INC.,          )
12    QUEST DIAGNOSTICS        )
      INCORPORATED, and        )
13    DOES 1-10, inclusive,    )
                               )
14              Defendants.    )
      _____  )
15
16
17         REMOTE DEPOSITION OF CLAIRE STANLEY
18            (Via Zoom Videoconference)
19             Thursday, August 19, 2021
20
21    REPORTED BY:  Michelle Milan Fulmer
                    CSR No. 6942, RPR, CRR, CRC
22
23    JOB NO. 4769235
      PAGE 85 THROUGH PAGE 88 IS MARKED "CONFIDENTIAL"
24    UNDER THE PROTECTIVE ORDER AND SEPARATELY BOUND
25    PAGES 1 - 225

                                        Page 1
```

EXHIBIT 23 QA 1322

1    litigation?

2         A    We used dialogue to the extent that was

3    possible and it wouldn't go any further.

4         Q    Okay.  So, in your view, the dialogue had

5    reached its conclusion at the time that ACB decided    13:23:57

6    to sue Quest?

7         A    The dialogue just ceased.  So there was

8    no -- no communication.

9         Q    Okay.  And you were involved in all of that

10   dialogue, as far as you know; correct?                  13:24:14

11        A    To the best of my recollection.

12        Q    Okay.  You're not aware of any

13   conversations or meetings that occurred at which you

14   were not present; is that right?

15        A    I believe there was mediation that I was    13:24:28

16   not involved in.

17        Q    Okay.  Fair enough.

18             But before the litigation, you were

19   involved in all of the meetings, conversations, and

20   correspondence with Quest; correct?                    13:24:44

21        A    To the best of my memory.

22        Q    Okay.  And you testified in the Labcorp

23   matter that both that matter and this matter, this

24   lawsuit against Quest, started with a single call

25   from an ACB member; is that correct?                   13:25:12

                                              Page 54

EXHIBIT 23 QA 1323

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Okay.  And was that call from Robin Rehder? |
| 3 | A | Yes. |
| 4 | Q | And was that call in October of 2018? |
| 5 | A | I believe so.                              13:25:26 |
| 6 | Q | Was that call solicited in any way by -- |
| 7 | A | No. |
| 8 | Q | -- ACB? |
| 9 | | Okay. |
| 10 | A | No, it was not.                           13:25:39 |
| 11 | Q | So Ms. Rehder contacted ACB to register a |

concern she had about Quest; correct?

| | | |
|---|---|---|
| 13 | A | Yes. |
| 14 | Q | About how many calls during your tenure did |

ACB receive from its members or other members of the   13:25:55

blind community regarding concerns they had about

access?

| | | |
|---|---|---|
| 18 | A | Constantly.  Multiple a week. |
| 19 | Q | Can you give me an estimate? |
| 20 | A | I'm rusty because I haven't worked there   13:26:12 |

for almost a year, but perhaps three a week.

| | | |
|---|---|---|
| 22 | Q | Three a week. |
| 23 | | And that maintained its frequency over the |

years that you worked at ACB?

| | | |
|---|---|---|
| 25 | A | Yes.                                      13:26:33 |

Page 55

EXHIBIT 23 QA 1324

```
 1        A    I made every effort to retain every single

 2    response.

 3        Q    Okay.  And that was also generally true of

 4    all of the correspondence you ever received from

 5    members or other members of the blind community who     13:31:02

 6    had difficulty with Quest; correct?

 7        A    Correct.

 8        Q    You were always trying to retain every -- a

 9    record of every piece of information you received

10    about difficulties with Quest; correct?                 13:31:15

11        A    Yes.

12        Q    Other than difficulties with the kiosks

13    that was used for check-in, did you ever receive any

14    complaints from Quest -- did you ever receive any

15    complaints from members of the blind community or        13:31:30

16    members of ACB relating to any other difficulties

17    they were having at Quest?

18        A    Do you mean based on the survey that we

19    sent out or just in general?

20        Q    Just ever, anything at all, any other           13:31:46

21    problems with Quest.

22        A    Before this survey, no.  Via the survey, I

23    would have to reread the responses, but I think

24    there might have been a couple other related

25    incidents -- not incidents, but related frustration.     13:32:03
```

Page 59

EXHIBIT 23 QA 1325

1       But before the survey, no.

2           Q    Okay.  And so did you ever receive any --

3                Outside of your role at ACB, did you ever

4       hear of any complaints that anyone had regarding

5       anything at Quest, other than the check-in kiosk?    13:32:26

6           A    Not that I can recall.

7           Q    And outside of the information you received

8       performing your job duties for ACB, did you hear at

9       all from any individuals who were blind that they

10      had difficulty with the eCheck-In kiosk at Quest?    13:32:51

11          A    No.

12          Q    Okay.  So everything you know is something

13      that you learned while you were working at ACB and

14      then made every effort to record in a document;

15      correct?                                             13:33:08

16          A    Correct.

17          Q    You're not aware, are you, of any complaint

18      that anyone ever had about the accessibility of

19      Quest's paper check-in process before it developed

20      the check-in kiosk, are you?                         13:33:28

21          A    I have no specific concrete examples, no.

22          Q    And are you, yourself, or have you ever

23      been a patient or customer of Quest?

24          A    Yes.

25          Q    How many times?                             13:33:54

Page 60

EXHIBIT 23 QA 1326

```
1              MR. MILLER:  And, Counsel, when we go on a

2      break, just ask the witness for her phone number

3      and she'll provide it subject to the protective

4      order.

5              MR. RAIZMAN:  Okay.  I'll try to remember      14:20:08

6      that.

7      Q    In response to interrogatories in this

8      case, ACB responded that it had 8,285 members in

9      2020.

10             Does that sound about correct to you?         14:20:28

11     A    Yes.  That sounds about right.  Yeah.

12     Q    Okay.  And when you were giving reference

13     to that list serve earlier that went out to all

14     members, is that the population that received emails

15     through that list serve?                              14:20:46

16     A    It's probably a portion of it, but not

17     every member of ACB has an email address or is on

18     the list serve.

19     Q    I see.

20             And were there non-ACB members who also       14:20:58

21     received all communications that went to the member

22     list serve?

23     A    That is a question for our communications

24     team.  I am -- I am not sure.

25     Q    You're not sure.                                 14:21:16
```

Page 90

EXHIBIT 23 QA 1327

```
 1        Q    Okay.  And no member of ACB or no member of

 2    the blind community in any of your travels in this

 3    lifetime have ever expressed to you that they would

 4    prefer to use personal assistance in interacting

 5    with a business than to use technology to interact      14:30:01

 6    with a business?

 7        A    Every member I know wants equal access to

 8    whatever the services are.  So however they look or,

 9    you know, however they process.

10        Q    So whether that's true or not, I'm actually     14:30:20

11    asking you about whether anyone has expressed to

12    you, like said the words or words to the effect that

13    they would prefer personal assistance to using

14    digital technology.

15        A    I cannot definitively say on X date            14:30:41

16    John Smith told me that's what their preference is.

17    No.  I can't give you a specific instance.

18        Q    Well, I'm not asking for a specific

19    instance.

20             I'm first asking whether you recall anyone     14:30:52

21    ever expressing that sentiment to you.

22        A    I don't think so, no.

23        Q    Okay.  Have you ever looked into what

24    percentage of ACB membership uses smartphones?

25        A    No.  I don't have a number.                    14:31:17
```

Page 98

EXHIBIT 23 QA 1328

```
 1        Q    Do you have information at all that some

 2   members of the blind community don't have

 3   smartphones?

 4        A    Yes.  There is definitely some who don't.

 5        Q    And why is that?                        14:31:28

 6        A    One large reason -- well, there's a couple

 7   reasons, but one large reason is for financial

 8   reasons.

 9        Q    Okay.  Any other reasons?

10        A    That the elderly population isn't used to  14:31:39

11   them.

12        Q    And when you refer to the elderly

13   population, who are you referring to?

14        A    I don't have an age that it starts at.

15   But, you know, some of us grew up with smart       14:31:52

16   devices, whereas others it came into vogue later in

17   life.  So they might not be as, you know, used to

18   using them.

19        Q    So anyone who was -- who did not grow up

20   with smart devices would fit into the elderly      14:32:10

21   population in your prior testimony?

22        A    Or just were at an older age where things

23   aren't as -- don't come as easily, I guess.

24        Q    Okay.  And is that a trend that you've

25   noticed in the general community, that is, the     14:32:29
```

Page 99

EXHIBIT 23 QA 1329

```
 1    non-blind community, that some segment of the

 2    elderly people who did not grow up with technology

 3    prefer personal assistance to technology?

 4        A    I wouldn't say it's a blanket statement.  I

 5    have plenty of people in my life I know who, you        14:32:49

 6    know, could be my grandparents who love their

 7    smartphones.  So, it's not a blanket statement.

 8        Q    All right.  But you've come across elderly

 9    non-blind who would prefer personal assistance to

10    using digital technology to interact with the          14:33:03

11    business world?

12        A    Again, I couldn't make a blanket statement

13    for any particular population of people.

14        Q    But you've heard the sentiment expressed

15    among the non-blind elderly; correct?                  14:33:18

16        A    Not even that they necessarily want someone

17    to do it for them.  They just want it to be easier.

18    And so easier could mean a whole spectrum of

19    different things.

20        Q    Okay.  You, yourself, use a smartphone; is    14:33:32

21    that right?

22        A    Yes, I do.

23        Q    Do you use any single or series of gestures

24    to communicate func- -- to activate functions on

25    that smartphone?                                       14:33:47
```

                                                    Page 100

EXHIBIT 23 QA 1330

```
 1        A    Yes.  I use an iPhone.  And so voiceover on

 2    Apple products have their own series of finger

 3    swipes.

 4        Q    Okay.  So the voiceover technology used by

 5    Apple also can be activated by finger swiping?    14:33:59

 6        A    I'm pausing because on the new Apple

 7    devices, I believe there's a finger swipe to turn it

 8    on.  I don't have the newest version.  But to do a

 9    few different functions, not turn it on, but to do a

10    few other things there are finger swipes.  But I    14:34:20

11    don't have the latest version of the Apple phone, so

12    I don't know the other swipe motions.

13        Q    On your --

14             And you said people of the blind community

15    generally like smartphone technology; correct?    14:34:32

16        A    Yes.

17        Q    And generally like and accept Apple

18    technology?

19        A    Apple is very popular, but other devices

20    have also become popular --                        14:34:44

21        Q    Which other devices?

22        A    -- but yes.

23             I apologize.  I'm not a digital expert.

24    But Android devices.

25        Q    Okay.  Do Android devices also use gestures  14:34:54
```

Page 101

EXHIBIT 23 QA 1331

```
 1    and swiping motions to activate functionality?

 2        A    I've never used one.  So I don't know.

 3        Q    Okay.

 4        A    But I believe so.

 5        Q    Okay.  So let's stick with your use.    14:35:06

 6        A    Uh-huh.

 7        Q    How many different gestures do you

 8    personally use on your smartphone to activate

 9    different functionalities on the phone?

10        A    Maybe three or four routine ones.        14:35:19

11        Q    Okay.  Which ones?

12        A    Do you want me to literally walk you

13    through what I do?

14        Q    Tell me what gesture you use and what you

15    use it for in however it's easiest to do that.    14:35:33

16        A    If you take two fingers and you swipe down

17    vertically, it will read everything on the page.  If

18    you take one finger and you swipe left to right

19    horizontally, you can go line -- line to line.  If

20    you do two fingers and you kind of move them in a    14:35:53

21    circular position, you can go through different

22    options.

23            Yeah.  I'd say those are the three big ones

24    I use.  I'm sure there are others, but I am not a

25    tech savvy person.                                  14:36:08
```

                                                    Page 102

EXHIBIT 23 QA 1332

```
 1        A    No.  To my knowledge, the -- the results of

 2   that are quite new to ACB and I haven't been

 3   employed at ACB since December of 2020.

 4        Q    I see.

 5             So the survey had not been sent out as of     16:30:01

 6   the time you left?

 7        A    I believe the initial send-out might have

 8   happened at that point, but there was, by no means,

 9   results adequate to have any information when I

10   left.                                                   16:30:19

11        Q    You also testified at the deposition about

12   people having different levels of impairment, which

13   was the subject of the survey, I guess.

14             Is that true of ACB's members, they have

15   different levels of impairment?                         16:30:33

16        A    People who are blind are always blind at

17   different levels, yes.

18        Q    Okay.  And you also testified that people

19   have different comfort levels with technology.

20             Do you believe that to be true?              16:30:50

21        A    I think it's true that all people, blind or

22   not, have different comfort levels.  But, in

23   general, technology is a pretty big tool for the

24   blind community.  So, yes, everybody has a slightly

25   different level of expertise, but, in general, it's    16:31:05
```

                                            Page 164

EXHIBIT 23 QA 1333

1    a pretty popular and commonly-used tool.

2        Q    Right.

3            Would you also agree that if there were a

4    blind person who was not comfortable with

5    technology, that a business like Quest or any other    16:31:20

6    business subject to the ADA would still have to

7    provide some other form of communication, effective

8    communication with that individual if they were not

9    comfortable with technology?

10           MR. MILLER:  Calls for a legal conclusion.    16:31:39

11    Lacks foundation.

12    BY MR. RAIZMAN:

13       Q    Your understanding.

14       A    Can you rephrase your question?

15       Q    Sure.                                         16:31:49

16           Assuming that a business provided the ACB

17    preferred and designed technology solution to

18    effective communication, would you agree that the

19    business would have an obligation to accommodate and

20    find other means of effective communication with     16:32:11

21    individuals who are not comfortable with that

22    technology?

23           MR. MILLER:  Same objections.

24           THE WITNESS:  I want to push back on the

25    wording of ACB requested accommodations.  Yes, ACB    16:32:23

                                              Page 165

EXHIBIT 23 QA 1334

```
1    members like to use accommodations, but the entire
2    blind community is preferential to these kinds of
3    accommodations.  It's not just a small population of
4    people who like these kinds of accommodations.  It's
5    a pretty commonly-used preference throughout the        16:32:40
6    entire community.  It's just commonplace now in
7    2021.
8    BY MR. RAIZMAN:
9        Q    Okay.  But I'm just asking you to imagine
10   that ACB suggests on behalf of the blind community     16:32:52
11   at large because you're now -- you're now speaking
12   on what you believe to be the interest of the blind
13   community.
14           Am I reading you right, that last response?
15       A    Yes.                                           16:33:04
16       Q    You have your --
17       A    Yes.
18       Q    -- finger on the pulse of the blind
19   community; is that right?
20       A    Yes.                                           16:33:09
21       Q    Okay.  So let's say you designed a
22   technological solution for a business to engage in
23   effective communication with its blind customers.
24           Would you agree that that business still
25   had the obligation to accommodate other blind people   16:33:26
```

Page 166

EXHIBIT 23 QA 1335

1    who did not like your suggested technological

2    solution?

3            MR. MILLER:  Lacks foundation.  Incomplete

4    hypothetical.

5    BY MR. RAIZMAN:                                      16:33:44

6        Q    You can answer.

7        A    Can you restate the question?

8        Q    Can't do it much better.

9             Which part didn't you understand?

10       A    I just lost track of the question.          16:33:54

11       Q    Okay.  So if you designed a means of

12   effective communication between a business and its

13   blind customers, would you agree that that business

14   would still have an obligation to provide other

15   means of effective communication to blind customers  16:34:17

16   who had different preferences?

17            MR. MILLER:  Same objections.

18            THE WITNESS:  It's imperative that the

19   actions that are given to blind customers, blind and

20   visually impaired customers are equal to that that   16:34:33

21   are given to any other customer.  So if any other

22   customer can come in and do it multiple ways, the

23   blind or visually impaired customer needs to be able

24   to do it in any myriad of ways that every other

25   customer or patient can do it.                       16:34:47

                                          Page 167

EXHIBIT 23 QA 1336

```
1    BY MR. RAIZMAN:

2        Q    It sounds like you don't want to answer my

3    question, though, which is if another blind customer

4    didn't like the solution that you had designed, were

5    they just out of luck or did the business have some       16:35:02

6    obligation to engage in effective communication with

7    them?

8              MR. MILLER:  Legal conclusion.  Incomplete

9    hypothetical.  Lacks foundation.

10             THE WITNESS:  What if a sighted individual        16:35:15

11   doesn't like the kiosk?  It's all about

12   comparable -- comparable services.

13   BY MR. RAIZMAN:

14       Q    Okay.  And I'm asking you about a blind

15   person who has rights under the ADA and other              16:35:27

16   statutes.

17             Is it your understanding that that

18   individual, that all blind individuals would have

19   to accept the solution proposed by you or by ACB?

20             MR. MILLER:  Same objections.                     16:35:47

21             THE WITNESS:  Again, it goes back to equal

22   access.

23   BY MR. RAIZMAN:

24       Q    All right.  So you don't want to answer my

25   question.                                                   16:35:57
```

Page 168

EXHIBIT 23 QA 1337

```
 1              You agree that different people who are

 2     blind want different forms of accommodation and

 3     different means of effective communication, don't

 4     you?

 5         A    I acknowledge that all human beings want    16:36:08

 6     different options.  It's not blind.  It's blind or

 7     sighted or whatever.  Everybody has different

 8     options or different preferences.

 9         Q    Okay.  All right.  Do you now have what's

10     previously been marked as Exhibit 63, a chart that's   16:36:35

11     also tagged PL 392?

12         A    Yeah.  I need to check.  I couldn't listen

13     to my computer with you talking.  So I need a few

14     seconds.

15         Q    Of course.                                  16:36:53

16         A    63, is that what you said?

17         Q    I hope so.  Yes.  I meant to.

18         A    Okay.  It's just a list of names and

19     locations?

20         Q    It appears to be.                           16:38:17

21              I mean, my question for you, is this a

22     document that you prepared?

23         A    It looks like it.  I must admit I don't

24     remember with 100 percent certainty.  But, yes, it

25     looks like it probably was.                          16:38:38
```

Page 169

EXHIBIT 23 QA 1338

```
 1    forgotten to do earlier.

 2            THE VIDEOGRAPHER:  We are going off the

 3    record.  The time is 5:00 p.m. Eastern Daylight Time

 4    and this is the end of Media Unit Number 7.

 5            (Off the record at 5:00 p.m.  Back on the     17:00:55

 6    record at 5:02 p.m.)

 7            THE VIDEOGRAPHER:  We're going back on the

 8    record.  The time is 5:02 p.m. and this is the start

 9    of Media Unit Number 8.

10    BY MR. RAIZMAN:                                       17:02:17

11       Q    All right.  So do you recall an effort to

12    collect all the survey responses you received to the

13    June 2020 survey?

14       A    Yes, I do.

15       Q    And you gave a declaration about this.  I     17:02:25

16    want to make sure that that's -- now that we've

17    talked about the survey and seen it, the declaration

18    was about your recordkeeping in dealing with the

19    responses to the surveys; correct?

20       A    Yes.                                          17:02:43

21       Q    You recall deleting some of the email

22    responses you received after copying and pasting

23    those responses into different documents; correct?

24       A    Yes.  I moved them to a different location.

25       Q    Okay.  And my question for you is whether     17:02:57
```

Page 180

EXHIBIT 23 QA 1339

```
 1     the document that's being sent to you and is going

 2     to be marked as Exhibit 111 and should be available

 3     in Exhibit Share shortly is your collection of all

 4     the responses or whether it's something else.

 5         A    Yes.  It looks like it.                    17:04:16

 6         Q    Okay.  And you're not aware of these

 7     documents being maintained anywhere else; correct?

 8         A    Can you explain what you mean by "being

 9     maintained"?

10         Q    Yes.  It was a poor question.  I apologize.  17:04:32

11              You're not aware of any responses to the

12     June 2020 survey being recorded anywhere else other

13     than in this Exhibit 111?

14         A    Correct.

15         Q    Okay.  And so if we look at the first page,  17:04:51

16     let's just start -- try to use that as a jumping-off

17     point.  And don't read it yet.  Maybe if you have

18     the question in mind, that will help you get to the

19     answer more quickly.

20              The first page contains the responses of    17:05:12

21     Ralph Black, Elizabeth Doane, and of Chuck and

22     Debbie Hietala.  I may be mispronouncing names.

23     That third couple spills onto the next page.

24              Maybe just read those three, and then I'll

25     ask you some questions.                              17:05:33
```

Page 181

EXHIBIT 23 QA 1340

1                          CERTIFICATION

2                               OF

3                 CERTIFIED SHORTHAND REPORTER

4

5              I, the undersigned, a Certified Shorthand

6     Reporter of the State of California do hereby

7     certify:

8                  That the foregoing proceedings were taken

9     before me at the time and place herein set forth;

10    that any witnesses in the foregoing proceedings,

11    prior to testifying, were placed under oath; that a

12    verbatim record of the proceedings was made by me

13    using machine shorthand which was thereafter

14    transcribed under my direction; further, that the

15    foregoing is an accurate transcription thereof.

16             I further certify that I am neither

17    financially interested in the action nor a relative

18    or employee of any attorney of any of the parties.

19             IN WITNESS WHEREOF, I have this date

20    subscribed my name.

21    Dated:  September 2, 2021, 2021.

22

23

24                      _Michelle Milan Fulmer_
                       Michelle Milan Fulmer

25                     CSR No. 6942, RPR, CRR, CRC

                                              Page  222

EXHIBIT 23 QA 1341

Survey Responses

Ralph Black

ralphdblack@att.net

1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years? Yes, I went to a quest Lab to get a COVID-19 antibody test and was told I needed to check-in using their kiosk.
2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years? Just once.
3. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently? Once.
4. Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in? No. I had a paper order which, after some discussion, they agreed to accept and not require me to use the kiosk.
5. Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years? Long Beach California.

Elizabeth Doane

203-929-7759
k1eic@att.net

1 Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years?  Yes.
2 How many times have you attempted to access Quest's e-kiosk check-in system in the past three years?   About 2
3 How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently? About 2 times; I gave up and went to another lab
4 Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in?   every time; 2
Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years?  515 Bridgeport Ave., Shelton, CT

Chuck & Debbie Hietala

dhietala@tampabay.rr.com

1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years?YES
2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years?3TIMES



**Exhibit 00111**

Claire Stanley

CONFIDENTIAL

PL00683
EXHIBIT 23 QA 1342

3. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently? EVERY TIME
4. Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in?YES
5. Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three yearssSt. Petersburg FL?

Sharis Coleman-Derr
shariscd@tampabay.rr.com

1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years? I have to have someone else check in for me.
2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years? About twice a year.
3. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently? Every time.
4. Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in?Yes.
5. Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years?Just down the road from my house.

Harvey Heagy
harvey.heagy@cox.net

1.      Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years?

Yes.

2.      How many times have you attempted to access Quest's e-kiosk check-in system in the past three years?

I would say about 12 times or so.

3.      How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently?

Every time.

4.      Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in?

Only what was on my state ID card.

CONFIDENTIAL

PL00684

EXHIBIT 23 QA 1343

5.      Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years?

3908 Veterans Memorial BLVD Metairie, La. 70002-5641.


jbillray2

<jbillray2@aol.com

1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years? Yes
2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years? 1
3. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently?1, added since last visit
4. Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in?  Yes
5. Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years?

Jacksonville, Fl


Adele
adelem@mysero.net
Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in  past three three years?
Yes
How many times have you attempted to access Quest's e-kiosk check-in system in the past three  years?
About 3 times in 2017
How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently?
Every time I visited.
Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in?
Yes
Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years?
770 Mason Street, Vacaville, CA

Donna Grahmann
dgrahmann@sbcglobal.net

CONFIDENTIAL

1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years? Yes.
2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years? Every three months.
3. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently? every three months!
4. Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in? yes, usually to an employee, but have had to tell other patients in order for the line to continue moving forward.

Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years? Tomball, Texas. Medical complex Drive.


Linda Utzig

firstlady.la87@gmail.com

Yes I have tried to use quest e kiosk in the last year to be more presise and have had to get help to check in sometimes it has been staff sometimes it is another client but it is impossible for the blind to access on their own the two locations I have used is 100 gore st in Orlando and w colonial dr in Ocoee Florida if you need my name it is Linda Utzig



Nicholas McNeill

nicholasmcneill@me.com

I ran into this issue for the first time last year; after inquiring, I was told that I should just sit down when I arrive, and that a agent would eventually be with me... this is after having to explain myself, and seeing multiple come in and get processed.

1. Have you attempted to access Quest?s facilities through the use of the e-kiosk check-in system in past three three years?
Yes

2. How many times have you attempted to access Quest?s e-kiosk check-in system in the past three years?
minimum of 3 times.

3. How many times have you attempted to access Quest?s e-kiosk check-in system in the past three years and were unable to do so independently?
Every single time I visited a location.

4. Have you attempted to access Quest?s e-kiosk check-in system and were forced to disclose private information to another person to get help signing in?
Yes.

5. Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years?
2 locations:
372 W Granada Blvd, Ormond Beach, FL 32174
150 Altama Connector, Brunswick, GA 31525

CONFIDENTIAL
EXHIBIT 23 QA 1345

Debbie Downey
debdowney@tampabay.rr.com
(727) 525-4790
1. s
2. Approximately 3-4 times
3. Every time I visited
4. Yes. I had to yell for someone to come and assist me which they didn't mind and it was an employee so I let them do it. I wouldn't let another patient help with this. Today, June 3rd 2020, I visited and no one was using the kiosk, my friend said it wasn't even there and someone outside was checking people in.
5. 1173 62nd Ave N, Saint Petersburg, FL 33702


Ardis Bazyn

abazyn@bazyncommunications.com

I've gone to Quest at least once a year for years. There has always been an attendant to take my info. I have had to have someone sign my name on the list when an attendant was in back but they just needed my name and time I came. My husband has used the kiosk and was able to use it but he said it's not the easiest system for a low vision person. The two addresses we visit are 2601 W. Alameda in Burbank, CA and 201 S. Buena Vista, Burbank, CA.

I hope this is helpful. We have not been to the labs since the pandemic.


vstanard@twc.com
816 868-4206

I have used Quest e-kiosks at least five times in the last three years.  I have never been able to use them independently.  I have ALWAYS had to give verbal information to someone assisting me, even with other folks in line behind me who could overhear my information.  The address for the Barry Point location I use is:
9151 N.E. N.E. 81st Terr., Suite 120
  Kansas City

Dianne M
deemichels@yahoo.com
1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years?
Yes

1. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years?
2 or 3

CONFIDENTIAL

1. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently?

Very difficult to use, nobody was there to help. If you didn't check in through the kiosk you didn't get in. It's not acceptable.

1. Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in?

No

1. Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years?

Allentown Pennsylvania


Clarice Henry

chenry2131@aol.com

# 1. Yes I have #2 at least 4 times.#3.Everiiiy time accept once. #4 Yes. #5. 10608 Jones Road Suite 200 zip 77070


Alice Crespo

crespoalice1@gmail.com

1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years? **Yes.**
2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years? **Twice.**
3. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently? **Twice.**
4. Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in? **Yes.**
5. Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years? **East 34th in NYC**

**Robert Wendt M.S.**

robert.wendt@csulb.edu

562-985-4643

1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years? Yes
2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years? 5

3. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently? 5
4. Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in? Yes
5. Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years? Two locations in Long Beach, CA

PLipovsky

plipovsky@cfl.rr.com

1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years?   Yes
2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years?  5 times
3.  How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently?  5 times
4. 4.  Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in?   Yes
5. Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years?  1500 Beville Rd. Daytona Beach FL   32114

Jack (JC) Jorgensen

moondoghmb@gmail.com
I've been to Quest about 6 times in the last 3 years.  I've not been able to use the kiosk independently.  I had my wife sign me in.
Unfortunately, the last time a couple of months ago, my wife was given gloves to sign me in.  We both wore masks.

Fowler Street location in Fort Myers, FL


Bill White

billwhite92701@dslextreme.com

1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years?

No.

2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years?

None

3. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently?

One.

4. Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in?

Yes.

5. Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years?

Santa Ana, California.

I also wish to comment on the fact that the online service for making appointments with Quest is rather inaccessible.


Claire Stanley

cstanley@acb.org

949 547-9164

1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years?

Yes

2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years?

one

3. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently?

One.

5.  Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in?
No, when I entered the lab, I did not know what to do. I could not use the tablet available to sign in; there was no receptionist. I stood there for a few moments. Thankfully, someone from the back must have heard the door and came into the waiting room to investigate. Even if I would have been willing to share my personal information with a stranger, there were no other patients around at that time to ask.

CONFIDENTIAL

5. Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years?

Rockville, Marylane


Margie Donovan

margie.donovan1@outlook.com

> 1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three years?
> Yes I have and it is not accessible. I was hoping it would be as prior to that I still had to give an employee my personal
>
> Information so that they could write it on the clip board.
>
> How many times have you attempted to access Quest's e-kiosk check-in system in the past three years?
>
> 2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently?

At least quarterly with a few exceptions. The exceptions would have been twice in a quarter. I believe this has been about six times in the past three years.

> 3. Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in?

Yes, all of my years of using Quest this have been the case.

> 4. Where the Quest locations are have you attempted to access an e-kiosk check-in system in past three years?

1300  East Bidwell, 1600 Creek Side and 1730 Prairie City Road all in Folsom CA.


Mary Alice Gary

915-269-2119

Ma-gary@att.net

> 1. Yes
> 2. 10 to 12 times
> 3. 10 to 12 times
> 4. Yes
> 5.  11212 State Hwy 151, Plaza 1, Suite 260, San Antonio, TX

There were a couple of times while I was waiting for someone from Quest to assist me, other patients signed in ahead of me.

CONFIDENTIAL

PL00691

EXHIBIT 23 QA 1350

debbi dymek

debbi.dymek@gmail.com

1. Yes
2. 6 times in the three years.
3. No I cannot do this independently.
4. Yes.


Anne West

k1stm@frontier.com

1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years? Yes.
2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years? 3.
3. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently? 3.
4. Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in? Yes.

Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years? One is in Southington, CT and the other is in Plainville, CT. The Plainville lab could be listed as New Britain. The medical building divides 2 town.


Karlene Fiorello

kjf221@gmail.com

I went once to Quest within the past three years and was surprised to find that there was a kiosk. I had to have another person put in my information and this took place in western NY.  I was most concerned about having to give information out loud. She was a friend, but there were other people in the room. The screen showing where you are in line is unavailable to me.


Paula Muysenberg

pjhmuy@gmail.com

I'm very glad ACB is getting involved with this issue. However, I'm not quite sure how to answer some of the survey questions. At the Quest locations I've used, they have an iPad, but I haven't attempted to sign in with it. So I'm not sure whether that counts as trying to access the kiosk.

I think I have gone four times in the past two years. Twice another client offered to assist me, which required me to disclose my phone number. The other times, I ended up asking a sighted person to come with me. The locations I've used have been in Carrollton, TX, and Frisco, TX.

The first time I ran into the sign-in problem, I contacted Quest afterwards. I never received a response.


Regina Marie

reginamariemusic@gmail.com

1. Have you attempted to access Quest's facilities through the use of the e-kiosk check-in system in past three three years? Yes
2. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years? 10-12 times
3. How many times have you attempted to access Quest's e-kiosk check-in system in the past three years and were unable to do so independently? 10-12 times
4. Have you attempted to access Quest's e-kiosk check-in system and were forced to disclose private information to another person to get help signing in? Yes

Where are the Quest locations have you attempted to access an e-kiosk check-in system in past three years? 3000 Q St. in Sacramento and 7248 S LandPark Dr., #120 in Sacramento

CONFIDENTIAL