# EXHIBIT 25

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4   JULIAN VARGAS, ANNE    )
     WEST, and AMERICAN     )
 5   COUNCIL OF THE BLIND,  ) Case No. 2:19-cv-8108
     individually on behalf )
 6   of themselves and all  )
     others similarly       )
 7   situated,              )
                            )
 8              Plaintiffs, )
                            )
 9       vs.                )
                            )
10   QUEST DIAGNOSTICS      )
     CLINICAL LABORATORIES, )
11   INC., QUEST DIAGNOSTICS)
     HOLDINGS, INC.,        )
12   QUEST DIAGNOSTICS      )
     INCORPORATED; and      )
13   DOES 1-10, inclusive,  )
                            )
14              Defendants. )
     _____)
15
16
17           REMOTE DEPOSITION OF MARC YARRISON
18                  as a 30(b)(6) Witness
19               (Via Zoom Videoconference)
20                 Thursday, April 8, 2021
21
22
23   REPORTED BY:  Michelle Milan Fulmer
                   CSR No. 6942, RPR, CRR, CRC
24
25

                                              Page 1
```

```
 1      A    My personal answer?  I would say I was
 2   concerned for all features of the kiosk as it was
 3   being researched and designed.
 4      Q    Did you take any actions at all in regard
 5   to the concern about the accessibility of the kiosk    16:36:26
 6   for blind patients that is expressed in this email?
 7           MR. RAIZMAN:  Object to foundation.
 8           THE WITNESS:  It's just -- it's a question
 9   at this point.
10   BY MR. SWEET:                                          16:36:42
11      Q    Did you do anything at all, take any
12   limited steps to ensure that the kiosk was designed
13   with accessible features for totally blind people?
14      A    The design included four basic prongs.
15   There was the actual kiosk itself in the               16:37:04
16   installation, which we've gone over, which we made
17   sure was done in an ADA compliant way as far as
18   height and tilt and distance from the wall and
19   things like that; there was training created; there
20   was user testing done; and there is feedback, which    16:37:31
21   we've seen some of.
22      Q    Did you take any action, sir, in response
23   to this discussion to ensure that the kiosks were
24   designed and rolled out with features that would
25   make them independently usable by blind individuals?   16:37:49
```

Page 146

```
 1              Next question.
 2         Q    Did you or your team do anything to ensure
 3   that all controls, devices, and areas of the touch
 4   screen that a user needs to interact with are
 5   located within easy reach of someone standing or        17:55:53
 6   sitting in a wheelchair?
 7         A    Yes.  It's mounted and installed in an
 8   ADA-compliant way.
 9         Q    Okay.  Did your team do anything to ensure
10   that the screen designs of the kiosk and the text on    17:56:12
11   the device have enough contrast to make them easily
12   readable?
13         A    We did.  We made some changes in 2017 and
14   2018 to improve increased text size, button size,
15   and contrast.                                           17:56:33
16         Q    And can I ask whether those changes allowed
17   content to be used by folks that are completely
18   blind?
19         A    I can't say whether a completely blind
20   person would be able to use it or not, but our staff    17:56:50
21   was trained to watch for people that needed help
22   and, if they couldn't check in, to provide that help
23   to them.
24         Q    Outside of the staff being trained, did you
25   do anything else?                                       17:57:05
```

EXHIBIT 25 QA 1367

```
 1      Q    Who are any of the people at Quest who have
 2   knowledge about Quanum?
 3      A    There's -- there's many.  It's a large
 4   product with a large development team.
 5      Q    When someone checks into a kiosk, that          20:16:28
 6   information is recorded; correct?
 7      A    It's recorded in Quanum.
 8      Q    And it's stored?
 9      A    Yes.
10      Q    Stored in Quanum?                               20:16:42
11      A    Yes.
12      Q    And you're not prepared to talk about how
13   that process works?
14           MR. RAIZMAN:  I think he's prepared to talk
15   about what data is stored in Quanum from the kiosk.    20:16:55
16   BY MR. SWEET:
17      Q    What data is stored in Quanum from the
18   kiosk?
19      A    The key customer information is first name,
20   last name, date of birth, phone number.  We do ask a   20:17:19
21   couple additional questions about whether you want
22   to register while you wait.  We talked about that
23   earlier.  We also ask a question about whether you
24   want to wait outside.  That was added during COVID
25   this past year.  And then it stores some information   20:17:47
```

Page 260

```
 1   about timing, what time they actually checked in,
 2   how long the check-in took to occur.
 3        Q    Is there any data stored about whether the
 4   patient has any special needs?
 5        A    No.                                              20:18:12
 6        Q    No --
 7        A    Well, hold on.  Let me -- let me -- let me
 8   say that a little differently.
 9             If you do a three-finger swipe, it records
10   the check-in as visually impaired.  We don't              20:18:29
11   actually know that the person that did the
12   three-finger swipe is visually impaired, but it
13   records it that way.  Anybody can -- anybody can do
14   a three-finger swipe.
15        Q    So Quest has information as to the              20:18:44
16   population of patients who uses three-finger swipe?
17        A    Yes.  Who uses three-finger swipe, yes.
18        Q    And that's been the case since August of
19   2020?
20        A    Yes.                                            20:18:59
21        Q    Beyond information on three-finger swipe,
22   though, it's your testimony that they do not --
23   Quest does not keep any information regarding, for
24   example, someone's disability?
25        A    That's correct.                                 20:19:17
```

Page 261

```
 1              CERTIFICATION OF COURT REPORTER
 2                      FEDERAL JURAT
 3
 4          I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California do hereby
 6   certify:
 7          That the foregoing proceedings were taken
 8   before me at the time and place herein set forth;
 9   that any witnesses in the foregoing proceedings,
10   prior to testifying, were placed under oath; that a
11   verbatim record of the proceedings was made by me
12   using machine shorthand which was thereafter
13   transcribed under my direction; further, that the
14   foregoing is an accurate transcription thereof; that
15   before completion of the deposition, a review of the
16   transcript was requested.
17          I further certify that I am neither
18   financially interested in the action nor a relative
19   or employee of any attorney of any of the parties.
20          IN WITNESS WHEREOF, I have this date
21   subscribed my name: April 22, 2021.
22
23
                              [signature]
24                      Michelle Milan Fulmer
                        CSR 6942, RPR, CRR, CRC
25
```

Page 271