UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-8108-DMG (MRWx) | Date | October 8, 2021 |

Title *Julian Vargas, et al. v. Quest Diagnostics Clinical Laboratories, Inc., et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Jonathan D. Miller | David H. Raizman |

**Proceedings: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT [95]**

The cause is called and counsel state their appearance. The Court invites counsel to respond to the tentative ruling. Following oral argument, the Court advises counsel that the motion shall be taken under submission and a written order will issue.

:26