Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

Benjamin J. Sweet
(*Admitted Pro Hac Vice*)
ben@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350

Attorneys for Plaintiffs Julian Vargas,
American Council of the Blind, and the Proposed Class

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST, and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08108-DMG<br><br>**DECLARATION OF BENJAMIN J. SWEET IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>*{Filed Concurrently With Reply to Opposition to Motion for Class Certification, Objections to Defendants' Evidence and Rebuttal Appendix of Exhibits}*<br><br>Complaint Filed: September 18, 2019<br>Discovery Cutoff: August 27, 2021<br>Pretrial Conf: December 7, 2021<br>Trial Date: January 11, 2022<br>District Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Michael M. Wilner |

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

## DECLARATION OF BENJAMIN J. SWEET

I, BENJAMIN J. SWEET, declare as follows:

1. I am an attorney at law duly qualified to practice before the Courts of the State of Pennsylvania and before this Court via *pro hac vice* admission, and am a partner with the firm Nye, Stirling, Hale & Miller, LLP, attorneys for Plaintiffs Julian Vargas, American Council of the Blind ("ACB"), and the Proposed Class in the above captioned matter. The facts stated herein are stated of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto. This declaration is made in support of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Class Certification.

2. Plaintiff's Motion for Class Certification relies on the testimony from several witnesses on behalf of Defendants and Plaintiffs. I have outlined the dates of those depositions below, with reference to the exhibit containing the relevant portion of the deposition testimony.

3. On April 8, 2021, I took the deposition of Marc Yarrison, an employee of Quest and a designated corporate witness pursuant to FRCP, Rule 30(b)(6). I have produced true and correct copies of relevant portions of the deposition transcript as **Exhibit 37** to the Rebuttal Appendix of Exhibits.

4. On April 12, 2021, my partner Jonathan Miller took the deposition of Taylor Carr, an employee of Quest and a designated corporate witness pursuant to FRCP, Rule 30(b)(6). The deposition took two sessions, and the second session was on July 30, 2021. I have produced true and correct copies of relevant portions of the deposition transcript as **Exhibit 38** to the Rebuttal Appendix of Exhibits.

5. On April 16, 2021, my partner Jonathan Miller took the deposition of Jody Reilly, an employee of Quest and a designated corporate witness pursuant to FRCP, Rule 30(b)(6). I have produced true and correct copies of relevant portions of the deposition transcript as **Exhibit 39** to the Rebuttal Appendix of Exhibits.

DECLARATION OF BENJAMIN J. SWEET IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR CLASS CERTIFICATION

6. On April 20, 2021, I took the deposition of Christopher Grant, an employee of Quest and a designated corporate witness pursuant to FRCP, Rule 30(b)(6). I have produced true and correct copies of relevant portions of the deposition transcript as **Exhibit 40** to the Rebuttal Appendix of Exhibits.

7. On August 3, 2021, my partner Jonathan Miller took the deposition of Prudencia Magana, an employee of Quest. I have produced true and correct copies of relevant portions of the deposition transcript as **Exhibit 41** to the Rebuttal Appendix of Exhibits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 15th day of October, 2021, in Pittsburgh, Pennsylvania.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet, Declarant

DECLARATION OF BENJAMIN J. SWEET IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR CLASS CERTIFICATION