UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-8108-DMG (MRWx) | Date | December 7, 2021 |
| Title | *Julian Vargas, et al. v. Quest Diagnostics Clinical Laboratories, Inc., et al.* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Jonathan D. Miller | David H. Raizman |
| Alison M. Bernal | |

**Proceedings:** FINAL PRETRIAL CONFERENCE

**DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE REPORTS, EXHIBITS AND TESTIMONY OF RICHARD SIMMONS, JED GREENE AND RACHAEL BRADLEY MONTGOMERY [164]**

**DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE MARK DERRY'S REPORT AND TESTIMONY [166]**

**DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE REGARDING DEFENDANTS' FINANCIAL MOTIVATIONS FOR DEVELOPING THE KIOSK SYSTEM [167]**

**DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE REGARDING ANY POTENTIAL FUTURE FEATURES OF THE KIOSKS OR ANY FEATURES CURRENTLY BEING PILOTED OR TESTED [168]**

**DEFENDANTS' CONDITIONAL MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE REGARDING CLASS PLAINTIFFS' EXPERIENCES OTHER THAN CONCERNING THE ACCESSIBILITY OF THE KIOSKS THEMSELVES [169]**

**PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE OR STRIKE PORTIONS OF THE OPINIONS OF QUEST'S REBUTTAL EXPERTS JOSEPH A. KROCK, STEVE SAWCZYN, AND ROBERT CRANDALL [176]**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-8108-DMG (MRWx) | Date | December 7, 2021 |
| Title | *Julian Vargas, et al. v. Quest Diagnostics Clinical Laboratories, Inc., et al.* | Page | 2 of 2 |

The cause is called and counsel state their appearance. The Court invites counsel to respond to its tentative ruling on the motions *in limine* ("MIL"). The Court hears argument. A written order on the MILs will issue.

The Final Pretrial Conference is held. The Court and counsel confer regarding the logistics of trial. The parties waived their rights to a jury trial on the record. Within two weeks, the parties shall submit a stipulation for a new Court Trial date for the Court to consider.[1] Once a new trial date has been set, the Court will issue a new Scheduling and Case Management Order for Court Trial. The Court has allocated four (4) days for the trial. Each side shall be allotted 30 minutes to present their opening statements, and six (6) hours for their respective case-in-chief (including direct and cross-examination). Counsel are instructed to familiarize themselves with the Court's audio-visual equipment prior to the first day of trial, as well as the Case Management Order with regard to general decorum and courtroom procedures.

If the parties wish to consent to a Magistrate Judge to preside over the trial, they may review the Court's webpage for participating Judges: http://www.cacd.uscourts.gov/judges-requirements/court-programs/voluntary-consent-magistrate-judges. The Magistrate Judge shall not be bound by this Court's time limits or court trial procedures.

:50

---

[1] Currently, the first available trial dates appear to be November 1 and November 29, 2022.