Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

Benjamin J. Sweet
(*Admitted Pro Hac Vice*)
ben@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350

Matther K. Handley
(*Admitted Pro Hac Vice*)
mhandley@hfajustice.com
HANDLEY FARAH &
ANDERSON PLLC
777 6th Street NW
Washington, DC 20001
Telephone: (202) 559-2411

Attorneys for Plaintiffs Julian Vargas,
American Council of the Blind, and the Class

*Attorneys for Defendants listed on signature page*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST, and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08108-DMG<br><br>**STIPULATION FOR NEW COURT TRIAL DATE**<br><br>Current Trial Date: January 11, 2022<br>Proposed Trial Date: November 1, 2022<br><br>Complaint Filed: September 18, 2019<br><br>District Judge: Hon. Dolly M. Gee<br><br>Magistrate: Hon. Michael M. Wilner |

Plaintiffs Julian Vargas, American Council of the Blind, and the Class ("Plaintiffs"), on the one hand, and Defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated ("Defendants"), on the other hand, stipulate and agree as follows. Plaintiffs and Defendants are referred to collectively in this Stipulation as the "Parties."

Good cause exists for the Parties' stipulation based on the following facts:

1. On January 21, 2021, this Court issued an amended scheduling order, which set trial for January 11, 2022 (Dkt. 62).

2. In accordance with the deadlines set in the Scheduling Order, the Parties completed non-expert and expert discovery. The Parties also filed all pre-trial documents on November 15, 2021, including motions *in limine*, in accordance with the Scheduling Order.

3. On December 7, 2021, the Parties appeared for the Final Pretrial Conference. At the Conference, the Court informed the Parties that due to the criminal trial calendar, the parties' January 11, 2022, trial date would not go forward. The Court asked the parties to meet and confer about (1) whether the Parties would agree to a magistrate judge for trial, and (2) a proposed new trial date.

4. On December 9, 2021, the Court issued its Minutes following the Final Pretrial Conference, which asked the Parties to meet and confer on the trial date and whether the Parties would agree to a magistrate judge. (Dkt. 193.)  The Parties met and conferred and reached agreement on a trial date, but were unable to reach agreement on trying this matter before a magistrate judge. The Parties' respective positions are reported below:

5. **Plaintiffs' Position**:  In response to the Court's instruction to consider proceeding with a Magistrate Judge for trial purposes in light of this Court's busy criminal trial calendar in early 2022, Plaintiffs agreed to proceed to trial with any of

the eligible Magistrate Judges. In response, however, Defendants refused to proceed to trial with any of the Magistrate Judges.

6. **Defendants' Position**: Defendants agreed to try this matter before Judge Gee on the first available date offered by the Minutes, November 1, 2021. Defendants gave due consideration to using one of the eligible Magistrate Judges, but chose instead to adjudicate this matter before this Court (the Honorable Dolly M. Gee, District Judge, Presiding) owing to this Court's deep familiarity with many of the critical issues underlying this action.

7. As a result, the Parties agreed on a proposed new trial date before the Honorable Dolly M. Gee on November 1, 2022, at 8:30 a.m., with the Court.

THEREFORE, the Parties stipulate, agree, and respectfully request the Court enter an order that:

- The new Court trial date in this matter shall be November 1, 2022, at 8:30 a.m.

**IT IS SO STIPULATED**.

Dated: December 21, 2021        Respectfully submitted,

By: _____ */s/ Jonathan D. Miller* _____
　　Jonathan D. Miller (SBN 220848)
　　jonathan@nshmlaw.com
　　Alison M. Bernal (SBN 264629)
　　alison@nshmlaw.com
　　NYE, STIRLING, HALE
　　& MILLER, LLP
　　33 West Mission Street, Suite 201
　　Santa Barbara, CA 93101
　　Telephone: (805) 963-2345

*Signatures continued below.*

|   |   |
|---|---|
|   | Benjamin J. Sweet |
|   | (Admitted *Pro Hac Vice*) |
|   | ben@nshmlaw.com |
|   | NYE, STIRLING, HALE |
|   | & MILLER, LLP |
|   | 1145 Bower Hill Road, Suite 104 |
|   | Pittsburgh, PA 15243 |
|   | Telephone: (412) 857-5350 |
|   |   |
|   | Matthew K. Handley |
|   | (Admitted *Pro Hac Vice*) |
|   | mhandley@hfajustice.com |
|   | HANDLEY FARAH & |
|   | ANDERSON PLLC |
|   | 777 6th Street NW |
|   | Washington, DC 20001 |
|   | Telephone: (202) 559-2411 |
|   |   |
|   | *Attorneys for Plaintiffs Julian Vargas,* |
|   | *American Council of the Blind, and the Class* |
|   |   |
| Dated: December 21, 2021 | Respectfully submitted, |
|   |   |
|   | By: _____*/s/ David Raizman*_____ |
|   | David Raizman |
|   | david.raizman@ogletree.com |
|   | Amber L. Roller |
|   | amber.roller@ogletree.com |
|   | J. Nicholas Marfori |
|   | nicholas.marfori@ogletree.com |
|   | OGLETREE, DEAKINS, NASH, SMOAK & |
|   | TEWART, P.C. |
|   | 400 South Hope Street, Suite 1200 |
|   | Los Angeles, California 90071 |
|   | Telephone: 213-239-9800 |
|   |   |
|   | *Attorneys for Defendants* |
|   | *Quest Diagnostics Clinical Laboratories,* |
|   | *Inc., Quest Diagnostics Holdings, Inc. and* |
|   | *Quest Diagnostics Incorporated* |

Local Rule 5-4.3.4 Certification: I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content, and have authorized this filing.

*/S/*

Jonathan D. Miller