Judge Dolly M. Gee
**AMENDED SCHEDULE OF PRETRIAL & TRIAL DATES (COURT TRIAL)**

Case No.: CV 19-8108-DMG (MRWx)     Title: Julian Vargas, et al. v. Quest Diagnostics Clinical Laboratories, et al.

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ x ] Court   [ ] Jury<br>Duration Estimate: 4 Days | 11-1-22<br>(Tuesday) | 9:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 10-4-22<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | N/A |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | N/A |
| Motion Cut-Off (filing deadline)<br>Last hearing date for dispositive motions | 5-6-22<br>6-17-22 |
| Initial Expert Disclosure & Report Deadline | N/A |
| Rebuttal Expert Disclosure & Report Deadline | N/A |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | N/A |
| Settlement Conference Completion Date | N/A |
| Joint Status Report re Settlement | N/A |
| Motions in Limine Filing Deadline | N/A |
| Opposition to Motion in Limine Filing Deadline | N/A |
| Proposed Pretrial Conference Order | 9-23-22 |
| Pretrial Exhibit Stipulation | 9-23-22 |
| Joint Exhibit List | 9-23-22 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 9-23-22 |
| Witness Declarations or Marked Depositions | 10-11-22 |
| Objections to Witness Declarations/Marked Depositions | 10-18-22 |
| Proposed Findings of Fact and Conclusions of Law | 10-11-22 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 10-18-22 |