| | |
|---|---|
| Jonathan D. Miller (SBN 220848)<br>jonathan@nshmlaw.com<br>Alison M. Bernal (SBN 264629)<br>alison@nshmlaw.com<br>NYE, STIRLING, HALE<br>& MILLER, LLP<br>33 West Mission Street, Suite 201<br>Santa Barbara, CA 93101<br>Telephone: (805) 963-2345 | Benjamin J. Sweet<br>(*Admitted Pro Hac Vice*)<br>ben@nshmlaw.com<br>NYE, STIRLING, HALE<br>& MILLER, LLP<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, PA 15243<br>Telephone: (412) 857-5350 |

*Attorneys for Plaintiffs Julian Vargas,*
*American Council of the Blind, and the Certified Class*

***Additional counsel for Plaintiff listed on signature page***

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br><br><br>Defendants. | Case No.: 2:19-cv-08108-DMG-MRW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed Concurrently with Memorandum of Points and Authorities in Support of Motion, Separate Statement Of Undisputed Material Facts, Appendix Of Exhibits, And [Proposed] Order*]<br><br>**Date:  June 17, 2022**<br>**Time:  2:00 p.m.**<br>**Crtrm: 8C**<br><br>Complaint Filed: September 18, 2019<br>Discovery Cutoff: August 27, 2021<br>Pretrial Conf: October 4, 2022<br>Trial Date: November 1, 2022<br>District Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Michael R. Wilner |

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 17, 2022, at 2:00 p.m. in Courtroom 8C before the Honorable Dolly Gee, United States District Court for the Central District of California, First Street Courthouse, 350 W. First Street, Los Angeles, California 90012, Plaintiff Julian Vargas, individually and on behalf of the certified class, and American Council of the Blind ("Plaintiffs") will, and hereby do, move for an Order summarily adjudicating the following issues:

1. There is no dispute of material fact that Quest failed to provide effective communication to Plaintiffs in violation of the Americans with Disabilities Act ("ADA").

2. There is no dispute of material fact that Quest failed to provide effective communication to Plaintiff Vargas in violation of California's Unruh Act.

3. There is no dispute of material fact that Quest's efforts to implement Three-Finger-Swipe for eCheck-in after the initiation of this lawsuit does not moot Plaintiffs' ADA claims.

4. There is no dispute of material fact that Quest cannot support an undue administrative burden affirmative defense.

The adjudication of the issues outlined above will resolve the entirety of the action as to Plaintiffs' ADA claims and Mr. Vargas' individual Unruh Act claim, leaving only the issues of equitable remedies, attorneys' fees, and costs to be determined by the Court. Plaintiffs thus request the Court enter summary judgment in their favor and against Defendants.

Plaintiffs make this motion following the meet and confer efforts of counsel pursuant to Local Rule 7-3 which took place on April 25, 2022. Due to the pandemic, the meet and confer occurred telephonically.

///

///

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities submitted herein, the Separate Statement of Undisputed Material Facts, the Evidentiary Appendix, the documents on file with the Court, and such further evidence and argument as the Court may permit.

Dated: May 6, 2022                    Respectfully submitted,

By:   */s/ Jonathan D. Miller*
Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101

Benjamin J. Sweet
(Admitted *Pro Hac Vice*)
ben@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5352

Matthew K. Handley
(Admitted *Pro Hac Vice*)
mhandley@hfajustice.com
HANDLEY FARAH &
ANDERSON PLLC
777 6th Street NW
Washington, DC 20001
Telephone: (202) 559-2411

*Attorneys for Plaintiffs Julian Vargas, American Council of the Blind, and the Certified Class*