| | |
|---|---|
| 1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | DAVID RAIZMAN, CA Bar No. 129407<br>david.raizman@ogletree.com |
| 3 | AMBER L. ROLLER, CA Bar No. 273354<br>amber.roller@ogletree.com |
| 4 | J. NICHOLAS MARFORI, CA Bar No. 311765<br>nicholas.marfori@ogletree.com |
| 5 | 400 South Hope Street, Suite 1200<br>Los Angeles, California  90071 |
| 6 | Telephone:   213-239-9800<br>Facsimile:    213-239-9045 |
| 7 | |
| 8 | Attorneys for Defendants<br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST |
| 9 | DIAGNOSTICS HOLDINGS, INC. and QUEST DIAGNOSTICS INCORPORATED |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>       v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 2:19-cv-08108 DMG (MRWx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; Declaration of David Raizman; Request for Judicial Notice; and [Proposed] Order]<br><br>Date:          June 17, 2022<br>Time:         9:30 a.m.<br>Place:         Courtroom 8C<br><br>Complaint Filed: September 18, 2019<br>Trial Date:            November 1, 2022<br>District Judge:      Hon. Dolly M. Gee<br>                               Courtroom 8C, First St.<br>Magistrate Judge: Hon. Michael R. Wilner<br>                               Courtroom 550, Roybal |

1	PLEASE TAKE NOTICE that, on June 17, 2022, at 9:30 a.m., or as soon after
2	that as the Court may hear the matter, defendants Quest Diagnostics Clinical
3	Laboratories, Inc., Quest Diagnostics Holdings, Inc. and Quest Diagnostics
4	Incorporated (collectively, "Quest") will and hereby do move the Court for an order
5	pursuant to Rule 56 of the Federal Rules of Civil Procedure granting partial summary
6	judgment in their favor and against plaintiff Julian Vargas and on the ground that
7	claims of the certified class (ECF 190) for relief under the Americans with
8	Disabilities Act ("ADA") fails as a matter of law because Quest is *not* required under
9	the ADA to provide an "independently accessible" kiosk.
10	This motion for partial summary judgment is based on this Notice of Motion
11	and Motion, the accompanying Memorandum of Points and Authorities, the
12	accompanying Declaration of David Raizman, the accompanying Request for
13	Judicial Notice, the accompanying Statement of Uncontroverted Facts and
14	Conclusions of Law, the arguments of counsel at the hearing on this matter, and any
15	other matters submitted to and considered by the Court before, during or after the
16	hearing on this motion.
17	/ / /
18	/ / /
19	/ / /
20	/ / /
21	/ / /
22	/ / /
23	/ / /
24	/ / /
25	/ / /
26	/ / /
27	/ / /
28	/ / /

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 25, 2022.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: May 6, 2022 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|  | By: /s/ David Raizman<br>David Raizman<br>Amber L. Roller<br>J. Nicholas Marfori |
|  | Attorneys for Defendants<br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC. and QUEST DIAGNOSTICS INCORPORATED |