OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.; QUEST
DIAGNOSTICS HOLDINGS, INC. and
QUEST DIAGNOSTICS INCORPORATED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08108 DMG (MRWx)<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; Declaration of David Raizman; and [Proposed] Order]<br><br>Date:           June 17, 2022<br>Time:           9:30 a.m.<br>Place:          Courtroom 8C<br><br><br>Complaint Filed: September 18, 2019<br>Trial Date:        November 1, 2022<br>District Judge:   Hon. Dolly M. Gee<br>                         Courtroom 8C, First St.<br>Magistrate Judge:Hon. Michael R. Wilner<br>                         Courtroom 550, Roybal |

Pursuant to Rule 201 of the Federal Rules of Evidence, defendants Quest Diagnostics Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated (collectively, "Quest") respectfully request that the Court take judicial notice of Plaintiffs' Notice of Motion for Class Certification [ECF No. 66] in *Davis v. Laboratory Corporation of America Holdings*, Case No. 2:20-cv-00893 FMO (KSx) (C.D. Cal.), which is attached as **Exhibit A** to this Request for Judicial Notice and which is a document prepared by Class Counsel in this action on behalf of, among others, Julian Vargas.

The Court may take notice of facts that are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2). It is well-established that courts may take judicial notice of their own records, as well as the records of other courts, which are all matters of public record. *Harris v. Cty. of Orange*, 682 F.3d 1126, 1131-32 (9th Cir. 2012) ("We may take judicial notice of undisputed matters of public record, including documents on file in federal or state courts.") (internal citation omitted); *Bernier v. Travelers Prop. Casualty Co., Inc.,* 2019 WL 4865017, at *2 (C.D. Cal. Sept. 5, 2019) ("Matters which are proper subjects of judicial notice include the opinions of other courts, and the pleadings, briefs, and other documents filed in other actions,") (internal citations omitted); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

Respectfully submitted,

DATED: May 6, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ David Raizman
David Raizman
Amber L. Roller
J. Nicholas Marfori

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; QUEST DIAGNOSTICS HOLDINGS, INC. and QUEST DIAGNOSTICS INCORPORATED

1

Case No. 2:19-cv-08108 DMG (MRWx)

# EXHIBIT A

Jonathan D. Miller (Bar No. 220848)
jonathan@nshmlaw.com
Alison M. Bernal (Bar No. 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE & MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, California 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

*Additional counsel listed below.*

Attorneys for Plaintiffs, LUKE DAVIS, JULIAN VARGAS, AMERICAN COUNCIL OF THE BLIND, and the Proposed Class

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE DAVIS, JULIAN VARGAS, and AMERICAN COUNCIL OF THE BLIND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00893-FMO-KS<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>[*Concurrently filed with Joint Brief on Class Certification and supporting documents*]<br><br>Hon. Fernando Olguin<br>Date: May 27, 2021<br>Ctrm: 6D<br>Time: 10:00 a.m.<br><br>TRIAL DATE: None set |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 27, 2021, at 10:00 a.m. in Courtroom 6D before the Honorable Fernando Olguin, United States District Court for the Central District of California, First Street Courthouse, 350 W. First Street, Los Angeles, California 90012, Plaintiffs Julian Vargas and Luke Davis will, and hereby do, move for an Order (1) certifying this case as a class action pursuant to Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure; (2) certifying Plaintiffs

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1

Davis and Vargas as class representatives of the Plaintiff class; and (3) certifying Plaintiffs' counsel as class counsel.

First, Plaintiffs move for an order certifying the following nationwide class and California subclass. Plaintiffs define the proposed nationwide class as follows:

> All legally blind individuals in the United States who visited a LabCorp patient service center in the United States and were denied full and equal enjoyment of the goods, services, facilities, privileges, advantages, or accommodations due to LabCorp's failure to make its e-check-in kiosks accessible to legally blind individuals.

Plaintiff Vargas defines the proposed California class as follows:

> All legally blind individuals in California who visited a LabCorp patient service center in California and were denied full and equal enjoyment of the goods, services, facilities, privileges, advantages, or accommodations due to LabCorp's failure to make its e-check-in kiosks accessible to legally blind individuals.

Second, Plaintiffs move for an order appointing Plaintiffs Luke Davis and Julian Vargas as the class representatives for the nationwide class and Plaintiff Vargas as the class representative for the California subclass defined above.

Third, Plaintiffs move for an appointing the law firms of Nye, Stirling, Hale & Miller, LLP and Handley, Farah & Anderson, PLLC as class counsel; and setting such further proceedings regarding notice to the class and subclass as necessary.

Plaintiffs make this motion following the meet and confer efforts of counsel pursuant to Local Rule 7-3 and the Court's Order re: Motions for Class Certification (Dkt. 30), which took place on March 10, 2021, March 26, 2021, and March 31, 2021. Due to the pandemic, the meet and confer occurred telephonically.

This motion is based on this Notice of Motion, the Joint Brief submitted herein, the Joint Evidentiary Appendix, the Request for Judicial Notice, the documents on file with the Court, and such further evidence and argument as the Court may permit.

*Signatures below.*

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

2

PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION

Dated: April 26, 2021

Respectfully submitted,

By: _____ /s/ Jonathan D. Miller _____

Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

Benjamin J. Sweet
(*admitted pro hac vice*)
ben@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350

Matthew K. Handley
(*admitted pro hac vice*)
mhandley@hfajustice.com
HANDLEY FARAH &
ANDERSON PLLC
777 6th St NW
Washington, DC 20001
Telephone: (202) 559-2411
Facsimile: (844) 300-1952

*Attorneys for Plaintiffs Julian Vargas, Luke Davis, American Council of the Blind, and the Proposed Class*

Exhibit A Page 0006

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101