OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.; QUEST
DIAGNOSTICS HOLDINGS, INC. and
QUEST DIAGNOSTICS INCORPORATED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08108 DMG (MRWx)<br><br>**DECLARATION OF DAVID RAIZMAN IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION TO STAY BRIEFING ON CROSSING MOTIONS FOR SUMMARY JUDGMENT PENDING COURT'S RULING ON DECERTIFICATION OR REDEFINITION OF THE CLASS**<br><br>[Submitted with *Ex Parte* Application; Memorandum of Points and Authorities; and [Proposed] Order]<br><br>Complaint Filed: September 18, 2019<br>Trial Date: November 1, 2022<br>District Judge: Hon. Dolly M. Gee<br>          Courtroom 8C, First St.<br>Magistrate Judge: Hon. Michael R. Wilner<br>          Courtroom 550, Roybal |

1

Case No. 2:19-cv-08108 DMG (MRWx)

DECLARATION OF DAVID RAIZMAN IN SUPPORT OF DEFENDANTS'
EX PARTE APPLICATION

# DECLARATION OF DAVID RAIZMAN

I, David Raizman, declare and state as follows:

1. I am an attorney duly licensed to practice in all of the courts of the State of California and in this Court and am a shareholder with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys of record for defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated (collectively, "Quest"). I make this declaration in support of the accompanying *ex parte* Application. I have personal knowledge of all the facts set forth below. If called upon to testify to these facts, I could and would do so competently.

2. On May 17, 2022, I sent Plaintiffs' counsel an email urging them to join (or state their position regarding) our *ex parte* application to stay briefing on the crossing motions for summary judgment pending the Court's determination of the decertification or redefinition of the existing class. A true and correct copy of my May 17, 2022 email to Plaintiffs' counsel is attached as **Exhibit A** to this declaration.

3. On May 18, 2022, counsel for Plaintiffs responded, indicating that they oppose the relief sought in this *ex parte* application. Among other things, counsel for Plaintiffs explained that the Court has already ordered the parties to address the class definition issue in their remaining briefs on Quest's Motion for Partial Summary Judgment.

4. The two crossing motions for summary judgment are currently scheduled to be heard on June 17, 2022. While this would ordinarily make the opposition papers due May 27, 2022, to accommodate schedules, the parties agreed to file (and electronically serve) their opposition papers on May 24, 2022. The reply papers remain due on June 3, 2022.

/ / /

/ / /

I declare under penalty of perjury under the laws of the State of California and the United States that the facts stated above are true and correct. Executed on May 19, 2022, at Detroit, Michigan.

/s/ David Raizman
David Raizman