# EXHIBIT A

| | |
|---|---|
| **From:** | Raizman, David <david.raizman@ogletreedeakins.com> |
| **Sent:** | Tuesday, May 17, 2022 1:29 PM |
| **To:** | Jonathan Miller; Benjamin Sweet; mhandley@hfajustice.com |
| **Subject:** | Vargas v. Quest -- Ex Parte Application [ODNSS-OGL.018770.000085] |

Dear Counsel:

We have given thought to the Court's recent ruling ordering briefing on the question of decertification (or recertification) of the (b)(2) class and its impact on the two pending motions for summary judgment.

It seems clear that the decision of either motion for summary judgment is hinged on the question of whether a class remains and how it is defined. As a result, the continued briefing of those motions likewise hinges on the outcome of the Court's pending determination of the class certification issue, and it thus makes little sense to continue work on those motions until the Court determines whether a class will be certified, and, if so, how it will be certified.

Quest currently intends to seek the Court's *ex parte* relief to stay briefing and consideration of the summary judgment motions pending the Court's determination on the class certification questions. As required by the Local Rules, we seek your input on plaintiffs' position on such a motion, but we also invite you to join a Stipulation seeking that relief as the most sensible way to approach the order of determination of these subjects.

I would welcome a call to discuss this matter further, but, in the meantime, Quest will move forward to seek this relief as soon as possible, by either tomorrow or Thursday.

Thank you for your consideration of this matter.

Very truly yours,

David Raizman

**David Raizman | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
400 South Hope Street, Suite 1200 | Los Angeles, CA 90071 | Telephone: 213-438-1285
david.raizman@ogletree.com | www.ogletree.com | Bio