OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendants
QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.; QUEST
DIAGNOSTICS HOLDINGS, INC. and
QUEST DIAGNOSTICS INCORPORATED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08108 DMG (MRWx)<br><br>**DECLARATION OF DAVID RAIZMAN IN SUPPORT OF QUEST DEFENDANTS' RESPONSE TO MAY 11, 2022 AND MAY 23, 2022 ORDERS REGARDING DECERTIFICATION (ECF 211, 217)**<br><br>Complaint Filed: September 18, 2019<br>Trial Date: January 11, 2022<br>District Judge: Hon. Dolly M. Gee<br>    Courtroom 8C, First St.<br>Magistrate Judge: Hon. Michael R. Wilner<br>    Courtroom 550, Roybal |

QUEST.vargas.Raizman Declaration

Case No. 2:19-cv-08108 DMG (MRWx)
DECLARATION OF DAVID RAIZMAN IN SUPPORT OF QUEST DEFENDANTS' RESPONSE TO ORDERS REGARDING DECERTIFICATION (ECF 211, 217)

# DECLARATION OF DAVID RAIZMAN

I, David Raizman, declare and state as follows:

1. I am an attorney duly licensed to practice in all of the courts of the State of California and in this Court and am a shareholder with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys of record for defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated (collectively, "Quest"). I make this declaration in support of Quest's accompanying brief responding to this Court's May 11, 2022 and May 23, 2022 Orders regarding decertification (ECF 211, 217) (the "Brief"). I have personal knowledge of all the facts set forth below. If called upon to testify to these facts, I could and would do so competently.

2. Quest duly noticed and took the depositions of Julian Vargas, Claire Stanley and several other members of ACB and the Certified Class in this action. Attached as Exhibit 1 to this declaration are the cover pages and excerpts of the testimony of Julian Vargas and ACB members Ardis Bazyn, Ralph Black, Donna Grahmann, Mary Haroyan, and Nona Haroyan and Claire Stanley, each of whom testified in the action that they were assisted at check-in by a Quest employee.

3. On April 20, 2021, Plaintifff' counsel took the deposition of one of Quest's 30(b)(6) designees, Christopher Grant, in this case. A certified court stenographer attended the deposition, administered a solemn oath to Christopher Grant, and stenographically recorded his testimony. Attached as Exhibit 2 to this declaration is a true and correct copy of the cover page and the excerpted portions of the deposition transcript of Christopher Grant cited by Quest in the accompanying Brief.

4. Attached as Exhibit 3 to this declaration are the cover pages and excerpts of the testimony of ACB members Ardis Bazyn and Donna Grahmann who testified in the action that they pre-scheduled appointments on-line or by phone.

DECLARATION OF DAVID RAIZMAN IN SUPPORT OF QUEST DEFENDANTS' RESPONSE TO ORDERS REGARDING DECERTIFICATION (ECF 211, 217)

5. Attached as Exhibit 4 to this Declaration is a true and correct copy of Plaintiff-Petitioner's Petition for Leave to Appeal Pursuant to FRCP, Rule 23(f), filed in the United States Court of Appeals for the Ninth Circuit on December 16, 2021.

6. Attached as Exhibit 5 to this Declaration is a true and correct copy of the transcript of the October 29, 2021 hearing on Mr. Vargas' class certification motion in this action.

I declare under penalty of perjury under the laws of the State of California and the United States that the facts stated above are true and correct.

Executed on June 3, 2022, at Los Angeles, California.

/s/ David Raizman
David Raizman