# EXHIBIT 1

Page 1

1                UNITED STATES DISTRICT COURT

2                CENTRAL DISTRICT OF CALIFORNIA

3

4    JULIAN VARGAS, ANNE WEST and   ) Case No.
     AMERICAN COUNCIL OF THE BLIND  ) 2:19-cv-08108 DMG(MRW)x
5    individually on behalf of      )
     themselves and all others      )
6    similarly situated,            )
                                    )
7                    Plaintiffs,    )
                                    )
8        v.                         )
                                    )
9    QUEST DIAGNOSTICS CLINICAL     )
     LABORATORIES, INC., QUEST      )
10   DIAGNOSTICS HOLDINGS, INC.,    )
     QUEST DIAGNOSTICS,             )
11   INCORPORATED; and DOES 1-10,   )
     inclusive,                     )
12                                  )
                     Defendants.    )
13   _____)

14

15       REMOTE VIDEOTAPED DEPOSITION OF JULIAN VARGAS

16                 Van Nuys, California

17               Thursday, April 22, 2021

18

19

20

21   Reported by:
     ANELA SHERADIN, CSR NO. 9128

22

23   JOB NO. 4523491

24

25   PAGES 1 - 254

Page 103

1     second visit to a Quest patient service center?

2          A    No.                                            13:26:54

3          Q    Okay.  Do you have a clear recollection of your   13:26:55

4     June 25th, 2019 visit to a Quest patient service center?

5          A    Yes, I have a better recollection of that.      13:27:10

6          Q    Okay.  So, then, let's talk about -- it seems   13:27:12

7     like it might be easier for you to talk about your

8     visits based on the location as opposed to whether it

9     was your first or second visit; is that accurate?

10         A    Yes.                                            13:27:23

11         Q    Okay.  So let's talk about your visit to West   13:27:24

12    Hills.  So do you recall how you got to the West Hills

13    location?

14         A    It was -- I was already there because I went to   13:27:35

15    the first part of the physical exam which involved

16    getting the blood work; and then as soon as I was done

17    with the blood work, I would go back to the doctor's

18    office to proceed with the first part of the exam.

19         Q    Okay.  And you said that when you walked in the   13:27:56

20    front door at the West Hills location, the window was

21    immediately to the right; is that correct?

22         A    To the best of my recollection.                13:28:08

23         Q    Okay.  What window are you talking about?       13:28:10

24         A    The window where you talk to somebody who's     13:28:13

25    working there.

```
                                                    Page 104
 1        Q    Okay.  And when you went to that window, was    13:28:18

 2   somebody there?

 3        A    Yes.                                             13:28:26

 4        Q    Was there a line?                               13:28:27

 5        A    I don't recall a line.                          13:28:32

 6        Q    And when you spoke with the person that was     13:28:34

 7   there, what did you tell that person when you first

 8   arrived?

 9        A    I handed them the paper that the doctor had     13:28:45

10   given with their blood work request as well as my

11   insurance cards.

12        Q    Okay.  And did they have a response?            13:28:56

13        A    Well, yeah, probably good morning and all that  13:29:02

14   kind of thing.

15        Q    Okay.  Did they check you in at that point?     13:29:06

16        A    Yes.                                            13:29:10

17        Q    Did they ask you any further questions?         13:29:11

18        A    Not at that moment, no.                         13:29:16

19        Q    Okay.  Did they direct you to sit down?         13:29:18

20        A    I'm trying to remember.                         13:29:24

21             No, I think I was taken right in.  I don't      13:29:30

22   think there were many people there.

23        Q    And then what happened after you were taken in? 13:29:37

24        A    Oh, I was taken to a chair where you sit down   13:29:44

25   and, at that point, I think I was asked a few more
```

                                                          Page 121

1    hear anybody.  I said hello a couple of times and nobody

2    was there, so I basically just stood there.

3        Q   Okay.  Did somebody eventually come to the        13:53:28

4    window?

5        A   Well, somebody eventually came out and that was   13:53:31

6    only to admit, I guess, another patient that was in the

7    waiting room who had already checked in earlier --

8        Q   How long --                                       13:53:43

9        A   -- and that's it.                                 13:53:44

10       Q   Go ahead.                                          13:53:45

11       A   So that was the only way I was able to get        13:53:45

12   anybody's attention there, was when that person came out

13   to call in that other patient.

14       Q   How long between the time you stepped in the      13:53:52

15   Quest patient center and the time that that person came

16   out to get the other patient?

17       A   I would say I waited there a good 10 to 15        13:54:01

18   minutes at that window.  It was a long wait.

19       Q   Okay.  And when the -- do you know if the         13:54:12

20   person that came out was a phlebotomist?

21       A   I believe so, but I didn't know it at the time    13:54:21

22   but only because that's the same person that ultimately

23   took my blood.

24       Q   Okay.  When that phlebotomist came out, did       13:54:27

25   you -- did you get the attention of the phlebotomist?

```
                                                        Page 122

 1      A    Yes.                                       13:54:34

 2      Q    Do you remember his or her name?           13:54:35

 3      A    I do not.                                  13:54:39

 4      Q    Okay.  Was it -- can you describe that person   13:54:39

 5   to me in whatever description that you're able to

 6   provide?  Was it male, female?  Sound young, old?

 7      A    It was a female.  I would say not young or old,   13:54:51

 8   so probably like in her 30s or something.  I think she

 9   was a little short in stature, but that's about all I

10   can recall as far as details.

11      Q    Okay.  And are you able to tell that she was   13:55:06

12   short in stature because you are able to see the

13   figures?

14      A    No, that one's because I could hear where her   13:55:14

15   voice was coming from.  The lighting in there was a

16   little dark so I couldn't see things like that.

17      Q    So you're able to tell somebody's height based   13:55:22

18   on if their voice is coming from a high place or a low

19   place?

20      A    Yeah.                                      13:55:32

21      Q    Is there any other characteristics that      13:55:39

22   you're -- that you can recall from that phlebotomist?

23      A    No.                                        13:55:46

24      Q    Did she have a high voice?  A low voice?    13:55:48

25   Normal?
```

Page 123

```
 1        A   I think normal.  There's nothing in particular    13:55:54

 2    outstanding about her voice.  It was normal.

 3        Q   Okay.  And so when she came out to get another     13:55:59

 4    patient, did you get her attention or did she make

 5    con- -- make contact with you?                             13:56:09

 6        A   She noticed me and I told her, you know, that I    13:56:12

 7    was here to get some blood work.

 8        Q   Okay.  How do you know that she noticed you?       13:56:20

 9        A   Because she addressed me.                          13:56:23

10        Q   And what did she say?                              13:56:25

11        A   She said something to the effect of hi, sir,       13:56:27

12    can I help you.

13        Q   And what was your response?                        13:56:33

14        A   I told her yes, I was here to get some blood       13:56:34

15    work that was prescribed by my doctor.

16        Q   And then what was her response?                    13:56:41

17        A   She directed me to the kiosk and said this is      13:56:43

18    where you check in.

19        Q   Okay.  And how did she direct you to the kiosk?    13:56:50

20        A   I'm trying to remember.  I think I was -- I was    13:57:00

21    kind of saying, you know, where is it or, you know, she

22    told me to, you know, turn in a certain direction, but I

23    think ultimately she -- she did just kind of guide me to

24    it.

25        Q   Okay.  Did she guide you, like physically guide    13:57:14
```

Page 124

1    through your elbow?

2        A   Yeah, I mean, I don't recall exactly the        13:57:20

3    contact that was made when she guided me.

4        Q   Okay.  And so she had called a patient and was  13:57:24

5    having that patient wait while she assisted you; is that

6    correct?

7        A   Yes, she was telling that patient to come in    13:57:34

8    and then she got me over to the kiosk.

9        Q   And then what happened once you reached the     13:57:42

10   kiosk?

11       A   I had looked around for the signs that I look   13:57:45

12   for that a kiosk is accessible such as tactile markings

13   or a headphone jack or a tactile keypad.  I didn't find

14   any such things.

15       Q   And was the phlebotomist waiting there with you 13:58:03

16   while you were searching for the various -- various

17   features of the kiosk?

18       A   Yeah, I think so, because it didn't take long   13:58:22

19   for me to feel for those things.  And then I told her

20   that this machine is not accessible to blind people so

21   that I was going to need her help in signing in because

22   of the lack of accessibility of the kiosk.

23       Q   Okay.  And first of all, when you got to the    13:58:40

24   kiosk, were you able to see the shape of the kiosk and

25   see that it was there?

Page 125

1   A   I think my hand was put on it so I was able to          13:58:53

2   kind of feel it.

3   Q   Okay.  And in response to you saying that you          13:58:59

4   needed assistance checking in, what did the phlebotomist

5   do or say?

6   A   She told me okay, just wait a second while she          13:59:08

7   took that patient in.

8   Q   Okay.  And did she come back for you?                  13:59:15

9   A   Yes.                                                    13:59:19

10  Q   And how long between the time she said wait a          13:59:21

11  second and the time she returned?

12  A   Probably about five minutes or so.                     13:59:27

13  Q   Was it -- was it your impression that she was          13:59:29

14  completing a service on the patient or that she was just

15  putting the patient in the room so she could come help

16  you?

17          MR. MILLER:  It calls for speculation.             13:59:43

18          Go ahead.                                          13:59:45

19          THE WITNESS:  Yeah, I'm not sure.  I mean after    13:59:45

20  all was said and done, I believe that was the case

21  because I don't believe that anybody else was working

22  there other than her.

23  BY MS. ROLLER:                                              13:59:54

24  Q   Okay.  Did you hear -- when she came back out,         13:59:55

25  did you hear the other patient leaving or --

Page 254

1          I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken

4    before me at the time and place herein set forth; that

5    any witnesses in the foregoing proceedings, prior to

6    testifying, were duly sworn; that a record of the

7    proceedings was made by me using machine shorthand

8    which was thereafter transcribed under my direction;

9    that the foregoing transcript is a true record of the

10   testimony given.

11         Further, that if the foregoing pertains to

12   the original transcript of a deposition in a Federal

13   Case, before completion of the proceedings, review of

14   the transcript [   ] was [ X ] was not requested.

15         I further certify I am neither financially

16   interested in the action nor a relative or employee

17   of any attorney or party to this action.

18         IN WITNESS WHEREOF, I have this date

19   subscribed my name.

20

21   Dated: May 7, 2021

22

23   _____

     ANELA SHERADIN

24   CSR NO. 9128

25

Page 1

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4       JULIAN VARGAS, ANNE      )
        WEST and AMERICAN        )
5       COUNCIL OF THE BLIND,    )
        individually on behalf   )  Case No. 2:19-cv-08108 DMG (MRWx)
6       of themselves and all    )
        others similarly         )
7       situated,                )
                                 )
8               Plaintiffs,      )
                                 )
9       vs.                      )
                                 )
10      QUEST DIAGNOSTICS        )
        CLINICAL LABORATORIES,   )
11      INC., QUEST              )
        DIAGNOSTICS HOLDINGS,    )
12      INC., QUEST DIAGNOSTICS  )
        INCORPORATED; and DOES   )
13      1-10, inclusive,         )
                                 )
14              Defendants.      )
        _____ )

15

16

17           REMOTE VIDEOTAPED DEPOSITION OF ARDIS BAZYN

18                       April 27, 2021

19

20

21

22

23

24

        Job No. CS4522969
25      Reported by: Maryann Matthews, CSR #737

Exhibit 1 - Page 12

```
                                              Page 42
   1        A.   Waited until -- at the counter until someone
   2   came out.
   3        Q.   And in 2019 during that visit, how long did
   4   it take for somebody to come out to the counter to check
   5   you in?
   6        A.   Oh, I think, you know, five or ten minutes.
   7        Q.   Okay.  And then did you go to Quest in 2018?
   8        A.   Yes.
   9        Q.   And do you recall if you went alone or with
  10   your husband on that visit?
  11        A.   No, I was alone.  I -- they had an attendant
  12   then, so --
  13        Q.   Okay.  And how long did it take for you to
  14   check in in 2018, at your 2018 visit?
  15        A.   I just went right up to the counter and they
  16   took my name.
  17        Q.   Do you recall what location this was that you
  18   went to in 2018?
  19        A.   Oh, I think it was the 201 South Buena Vista,
  20   but I'm not positive.  But I --
  21        Q.   Do you know --
  22        A.   That one is easier for me to get to, so I
  23   generally try to do that one when I'm by myself.
  24        Q.   And when you checked in at the 2018 visit,
  25   what information did they ask of you in order to check
```

Veritext Legal Solutions

Page 57

1                      REPORTER'S CERTIFICATE

2

     STATE OF IDAHO   )

3                     )  ss.

     COUNTY OF ADA    )

4

5          I, MARYANN MATTHEWS, Certified Shorthand Reporter

6    and Notary Public in and for the State of Idaho, do hereby

7    certify:

8          That prior to being examined, the witness named in

9    the foregoing deposition was duly sworn remotely by me to

10   testify to the truth, the whole truth and nothing but the

11   truth;

12         That said deposition was taken down by me in

13   shorthand at the time and place therein named and

14   thereafter reduced to typewriting under my direction,

15   and that the foregoing transcript contains a full,

16   true and verbatim record of said deposition.

17         I further certify that I have no interest in the

18   event of the action.

19         WITNESS my hand and seal this 12th day of May,

20   2021.

21

22                             MARYANN MATTHEWS

                               CSR and Notary

23                             Public in and for the

                               State of Idaho.

24

25   My Commission Expires:  09-12-2025

```
                                                        Page 1

  1                    UNITED STATES DISTRICT COURT
  2                    CENTRAL DISTRICT OF CALIFORNIA
  3
  4      JULIAN VARGAS, ANNE    )
         WEST and AMERICAN      )
  5      COUNCIL OF THE BLIND,  )
         individually on behalf )  Case No. 2:19-cv-08108 DMG (MRWx)
  6      of themselves and all  )
         others similarly       )
  7      situated,              )
                                )
  8               Plaintiffs,   )
                                )
  9      vs.                    )
                                )
 10      QUEST DIAGNOSTICS      )
         CLINICAL LABORATORIES, )
 11      INC., QUEST            )
         DIAGNOSTICS HOLDINGS,  )
 12      INC., QUEST DIAGNOSTICS)
         INCORPORATED; and DOES )
 13      1-10, inclusive,       )
                                )
 14               Defendants.   )
         _____)
 15
 16
 17         REMOTE VIDEOTAPED DEPOSITION OF RALPH DANIEL BLACK
 18                         April 27, 2021
 19
 20
 21
 22
 23
 24
         Job No. CS4522969
 25      Reported by: Maryann Matthews, CSR #737
```

Page 28

1    in the middle of all of that with doing it with the two

2    of us, so we left and went back to talk to the

3    receptionist.

4         Q.   How long did you wait in line at the kiosk

5    before you actually got up to the front of the kiosk?

6         A.   I don't remember.  It wasn't too long.  Maybe

7    five minutes or something.

8         Q.   Were there a certain number of people that

9    you can recall that were in front of you checking in?

10        A.   No, I don't.

11        Q.   Okay.  Once you realized you couldn't use the

12   kiosk to check in, you went over to the receptionist

13   desk, right?

14        A.   Yes.

15        Q.   And was somebody there?

16        A.   Yes.

17        Q.   And what did you say to them at that point?

18        A.   Well, I explained to her that we couldn't use

19   the kiosk, and she said, "Well, you know, that's the way

20   we do things.  You have to use the kiosk."

21             And so I had to -- you know, went back

22   through it with her again and explained, you know, my

23   wife's limitations and my visual impairment, and between

24   the two of us we couldn't do it.

25             And so then she said, "Oh, well, let me see

Page 49

1                        REPORTER'S CERTIFICATE

2

    STATE OF IDAHO   )

3                    )  ss.

    COUNTY OF ADA    )

4

5        I, MARYANN MATTHEWS, Certified Shorthand Reporter

6    and Notary Public in and for the State of Idaho, do hereby

7    certify:

8        That prior to being examined, the witness named in

9    the foregoing deposition was duly sworn remotely by me to

10   testify to the truth, the whole truth and nothing but the

11   truth;

12       That said deposition was taken down by me in

13   shorthand at the time and place therein named and

14   thereafter reduced to typewriting under my direction,

15   and that the foregoing transcript contains a full,

16   true and verbatim record of said deposition.

17       I further certify that I have no interest in the

18   event of the action.

19       WITNESS my hand and seal this 12th day of May,

20   2021.

21

22                            MARYANN MATTHEWS
                              CSR and Notary
23                            Public in and for the
                              State of Idaho.

24

25   My Commission Expires:  09-12-2025

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4   JULIAN VARGAS, ANNE      )
     WEST, and AMERICAN       )
 5   COUNCIL OF THE BLIND,    ) Case No. 2:19-cv-8108
     individually on behalf   )
 6   of themselves and all    ) Volume II
     others similarly         )
 7   situated,                )
                              )
 8             Plaintiffs,    )
                              )
 9       vs.                  )
                              )
10   QUEST DIAGNOSTICS        )
     CLINICAL LABORATORIES,   )
11   INC., QUEST DIAGNOSTICS  )
     HOLDINGS, INC.,          )
12   QUEST DIAGNOSTICS        )
     INCORPORATED, and        )
13   DOES 1-10, inclusive,    )
                              )
14             Defendants.    )
     _____)
15
16
17           REMOTE DEPOSITION OF DONNA GRAHMANN
18               (Via Zoom Videoconference)
19                Thursday, August 5, 2021
20
21
22
23   REPORTED BY:  Michelle Milan Fulmer
                   CSR No. 6942, RPR, CRR, CRC
24
25
```

Page 81

```
 1    from your blood draw on May 4th, 2021?

 2        A    Yes.

 3        Q    How do you know that?

 4        A    Because I get my results through an app

 5    through her office.                          01:49:54

 6        Q    All right.  So then let's talk about your

 7    visit on August 2nd, which was just three days ago;

 8    right?

 9        A    Correct.

10        Q    It was Monday.                       01:50:11

11        A    Uh-huh.

12        Q    Okay.  And you said that you made an

13    appointment for 9:00 a.m.; correct?

14        A    Correct.

15        Q    Did your husband drop you off on that  01:50:21

16    appointment as well?

17        A    No.  I had Uber take me that time.

18        Q    Okay.  And did you attempt to use the

19    three-finger swipe on that visit?

20        A    I did not.  I didn't have the opportunity  01:50:38

21    to.

22        Q    And why not?

23        A    Because there was someone at the kiosk and

24    when I walked in, I couldn't hear that person at

25    first until I got up to the counter.  My dog took me  01:50:53
```

Page 97

```
 1    straight to the counter.  The kiosk was on the right

 2    side of the counter.  My dog took me to the center

 3    of the counter.

 4         So I kinda felt over toward the right

 5    because I didn't hear anybody there.  So when I       01:51:09

 6    touched the kiosk, that person spoke up.  It was a

 7    man and he was using the kiosk or about to, if he

 8    hadn't started yet.  And so I just stepped back with

 9    my dog, had my dog sit or lie down, he did both, and

10    waited.  And by that time when the man was finished,  01:51:33

11    the phlebotomist or someone was at the counter and I

12    told them I needed help checking in.  So she came

13    out and, as soon as he was gone, she checked me in.

14         Q    Did you tell her you wanted to attempt to

15    use the three-finger swipe?                           01:51:54

16         A    I didn't because she already was at the

17    kiosk and doing whatever she was going to do on the

18    kiosk.

19         Q    And this was a she --

20         A    It was.                                     01:52:04

21         Q    -- this visit?

22         Okay.  How long was it between the time

23    that you stepped foot into the patient service

24    center and the time that the phlebotomist assisted

25    you in checking in?                                   01:52:28
```

Page 98

```
 1              CERTIFICATION OF COURT REPORTER

 2                      FEDERAL JURAT

 3

 4         I, the undersigned, a Certified Shorthand

 5    Reporter of the State of California do hereby

 6    certify:

 7              That the foregoing proceedings were taken

 8    before me at the time and place herein set forth;

 9    that any witnesses in the foregoing proceedings,

10    prior to testifying, were placed under oath; that a

11    verbatim record of the proceedings was made by me

12    using machine shorthand which was thereafter

13    transcribed under my direction; further, that the

14    foregoing is an accurate transcription thereof; that

15    before completion of the deposition, a review of the

16    transcript [ ] was [X] was not requested.

17              I further certify that I am neither

18    financially interested in the action nor a relative

19    or employee of any attorney of any of the parties.

20              IN WITNESS WHEREOF, I have this date

21    subscribed my name:  Date:  August 17, 2021.

22

23

24                   Michelle Milan Fulmer

25                   CSR 6942, RPR, CRR, CRC

                                           Page 118
```

Exhibit 1 - Page 21

Page 1

1                      UNITED STATES DISTRICT COURT

2                     CENTRAL DISTRICT OF CALIFORNIA

3

4        JULIAN VARGAS, ANNE    )
         WEST and AMERICAN      )
5        COUNCIL OF THE BLIND,  )
         individually on behalf )  Case No. 2:19-cv-08108 DMG (MRWx)
6        of themselves and all  )
         others similarly       )
7        situated,              )
                                )
8                 Plaintiffs,   )
                                )
9        vs.                    )
                                )
10       QUEST DIAGNOSTICS      )
         CLINICAL LABORATORIES, )
11       INC., QUEST            )
         DIAGNOSTICS HOLDINGS,  )
12       INC., QUEST DIAGNOSTICS)
         INCORPORATED; and DOES )
13       1-10, inclusive,       )
                                )
14                Defendants.   )
         _____)

15

16

17           REMOTE VIDEOTAPED DEPOSITION OF MARY HAROYAN

18                         April 29, 2021

19

20

21

22

23

24

         Job No. CS4522974
25       Reported by: Maryann Matthews, CSR #737

Page 44

1    possible, yes --

2         Q.   Okay.

3         A.   -- to -- yeah.

4         Q.   So my records indicate that you checked in

5    at 7:30 in the morning, which is the time they opened,

6    right?

7         A.   Yes.

8         Q.   And that you were out and done and your

9    services completed by 7:41.

10        A.   Uh-huh.

11        Q.   Does that sound about accurate?

12        A.   Yes.

13        Q.   So you were in and out within 11 minutes?

14        A.   That's the reason why I would try to get

15   there early, before other people are ahead of me; and

16   also so that the phlebotomist would be able to assist

17   me with the check-in.

18        Q.   Okay.  Do you recall if you were assisted

19   with the check-in on that visit?

20        A.   Yes, she -- she did because I absolutely

21   would -- knowing I was there at 7:30, I went there on

22   my own and I, you know, relied on the phlebotomist to

23   check me in.

24        Q.   Do you recall if you -- if they open at

25   7:30 and I have a check-in record at 7:30, is that --

Page 45

1    does that indicate to you that you were checked in

2    essentially immediately when you got there by the

3    phlebotomist?

4           A.   Yes.

5           Q.   Do you recall checking in with the

6    phlebotomist independently of that?

7                MR. HANDLEY:  Objection.  Vague.

8                THE WITNESS:  Well, I -- I'll say, I mean,

9    I walked in on my own, and I don't remember if she was

10   right there or in the inner room or there might have

11   been somebody she was finishing up with, even.

12               I really don't know.  But she was made

13   aware very quickly that I was there, and I asked her

14   for help to check in.

15               Q.   (BY MS. ROLLER) And she assisted you?

16          A.   Yes.

17          Q.   She checked you in?

18          A.   Yes, she did.

19          Q.   Okay.  And then you were called back within

20   a couple minutes, and then you were out of there?

21          A.   Yes.

22          Q.   Okay.  And, again, my records show that it

23   was about 11 minutes from the time you checked in

24   until the time you left.

25               That comports with your recollection?

```
                                                    Page 101
 1                    REPORTER'S CERTIFICATE

 2
    STATE OF IDAHO  )
 3                  )  ss.
    COUNTY OF ADA   )
 4

 5        I, MARYANN MATTHEWS, Certified Shorthand Reporter

 6  and Notary Public in and for the State of Idaho, do hereby

 7  certify:

 8        That prior to being examined, the witness named in

 9  the foregoing deposition was duly sworn remotely by me to

10  testify to the truth, the whole truth and nothing but the

11  truth;

12        That said deposition was taken down by me in

13  shorthand at the time and place therein named and

14  thereafter reduced to typewriting under my direction,

15  and that the foregoing transcript contains a full,

16  true and verbatim record of said deposition.

17        I further certify that I have no interest in the

18  event of the action.

19        WITNESS my hand and seal this 13th day of May,

20  2021.

21        MARYANN MATTHEWS              _____
          Notary Public - State of Idaho
22        Commission Number 44468      MARYANN MATTHEWS
          My Commission Expires Sep 12, 2025   CSR and Notary
23                                      Public in and for the
                                        State of Idaho.
24

25  My Commission Expires:   09-12-2025
```

Exhibit 1 - Page 25

Page 1

1                       UNITED STATES DISTRICT COURT

2                       CENTRAL DISTRICT OF CALIFORNIA

3

4       JULIAN VARGAS, ANNE     )
        WEST and AMERICAN       )
5       COUNCIL OF THE BLIND,   )
        individually on behalf  )  Case No. 2:19-cv-08108 DMG (MRWx)
6       of themselves and all   )
        others similarly        )
7       situated,               )
                                )
8                  Plaintiffs,  )
                                )
9       vs.                     )
                                )
10      QUEST DIAGNOSTICS        )
        CLINICAL LABORATORIES,  )
11      INC., QUEST             )
        DIAGNOSTICS HOLDINGS,   )
12      INC., QUEST DIAGNOSTICS)
        INCORPORATED; and DOES )
13      1-10, inclusive,        )
                                )
14                 Defendants.  )
        _____)

15

16

17              REMOTE VIDEOTAPED DEPOSITION OF NONA HAROYAN

18                         April 29, 2021

19

20

21

22

23

24

        Job No. CS4522974
25      Reported by: Maryann Matthews, CSR #737

Exhibit 1 - Page 26

Page 40

1        Q.   So you went up to the tablet, you waited in
2   line for the patient to complete their check-in; and
3   then it was your turn to be with this tablet?
4        A.   Correct.
5        Q.   Did you recognize the tablet as an iPad?
6        A.   I did not.  I mean, it was a tablet.  I
7   didn't know it was an Apple device.
8        Q.   Okay.
9        A.   Is it?
10       Q.   And then what happened after you saw this
11   tablet?
12       A.   I -- I think I -- I touched the tablet.
13   Something came on the screen.  And then I realized
14   there's no audible component, and so I just -- I
15   couldn't do anything.
16       Q.   And then what happened next?
17       A.   I sat down and I waited for one of the staff,
18   one of the phlebotomists, to come out so that I could
19   indicate that I was there and that I couldn't use this
20   device to check in.
21       Q.   Okay.  How long between the time you sat down
22   and between the time a phlebotomist came out?
23       A.   They were with a patient.  It might have been
24   five -- five minutes at the most.
25       Q.   And then did you go up to the phlebotomist

Page 41

1    and tell them you needed assistance?

2         A.   I said I needed assistance before she took in

3    the other patient.

4         Q.   And then what happened?

5         A.   She -- she said that she would assist me

6    momentarily.  I think she -- if I recall, I think the

7    person who -- the other patient, she went into the room;

8    and then she assisted me with the check-in system.

9         Q.   So did she take you back to the kiosk and

10   help you check in through the kiosk?

11        A.   Correct.

12        Q.   And what information did she ask to input

13   into the kiosk?

14        A.   I think it was name, I think it was -- I

15   think birth date was also there.  I don't remember what

16   other information it was.

17        Q.   Okay.  Was anybody else in the waiting room

18   when you -- when she was inputting this information?

19        A.   I don't recall.

20        Q.   Do you know if anybody else was in line for

21   the kiosk?

22        A.   Someone did come in while she was helping me.

23        Q.   Okay.  And did you ask her to take your

24   information in a private area?

25        A.   I didn't at the time.

Page 99

1                         REPORTER'S CERTIFICATE

2

STATE OF IDAHO  )
3                 )  ss.
COUNTY OF ADA   )

4

5        I, MARYANN MATTHEWS, Certified Shorthand Reporter

6   and Notary Public in and for the State of Idaho, do hereby

7   certify:

8        That prior to being examined, the witness named in

9   the foregoing deposition was duly sworn remotely by me to

10  testify to the truth, the whole truth and nothing but the

11  truth;

12       That said deposition was taken down by me in

13  shorthand at the time and place therein named and

14  thereafter reduced to typewriting under my direction,

15  and that the foregoing transcript contains a full,

16  true and verbatim record of said deposition.

17       I further certify that I have no interest in the

18  event of the action.

19       WITNESS my hand and seal this 13th day of May,

20  2021.

21

22   MARYANN MATTHEWS
     Notary Public - State of Idaho          MARYANN MATTHEWS
     Commission Number 4446R                 CSR and Notary
23   My Commission Expires Sep 12, 2025       Public in and for the
                                              State of Idaho.

24

25  My Commission Expires:   09-12-2025

Exhibit 1 - Page 29

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4   JULIAN VARGAS, ANNE    )
     WEST, and AMERICAN     )
 5   COUNCIL OF THE BLIND,  ) Case No. 2:19-cv-8108
     individually on behalf )
 6   of themselves and all  )
     others similarly       )
 7   situated,              )
                            )
 8            Plaintiffs, )
                            )
 9      vs.                 )
                            )
10   QUEST DIAGNOSTICS      )
     CLINICAL LABORATORIES, )
11   INC., QUEST DIAGNOSTICS)
     HOLDINGS, INC.,        )
12   QUEST DIAGNOSTICS      )
     INCORPORATED, and      )
13   DOES 1-10, inclusive,  )
                            )
14            Defendants. )
     _____)
15
16
17        REMOTE DEPOSITION OF CLAIRE STANLEY
18           (Via Zoom Videoconference)
19            Thursday, August 19, 2021
20
21   REPORTED BY:  Michelle Milan Fulmer
                   CSR No. 6942, RPR, CRR, CRC
22
23   JOB NO. 4769235
     PAGE 85 THROUGH PAGE 88 IS MARKED "CONFIDENTIAL"
24   UNDER THE PROTECTIVE ORDER AND SEPARATELY BOUND
25   PAGES 1 - 225
```

                                        Page 1

```
 1    phlebotomist; correct?

 2        A    Not that I can remember.

 3        Q    Okay.  And approximately how much time

 4    elapsed between the time you walked in the door,

 5    noticed the door --                              13:53:47

 6             Well, I've already started to ask a bad

 7    question.  So I'm going to stop myself and start

 8    again.

 9             How much time elapsed between the time you

10    walked in the door and the phlebotomist greeted you  13:53:56

11    with something to the effect of, "Are you here for

12    phlebotomy services"?

13        A    I can't recall.

14        Q    Can you give me any estimate at all about

15    how long it was?                                 13:54:11

16        A    It was not instantaneous.  I know I stood

17    there for a while awkwardly trying to decide what to

18    do.

19        Q    It was not instantaneous, meaning it was

20    not within 10 seconds?  I want to --            13:54:22

21        A    No.

22        Q    -- understand what you mean by that.

23        A    It was definitely more than 10 seconds.

24        Q    Okay.  Approximately how long?

25        A    I don't recall.                        13:54:31
```

Page 76

```
 1        Q     So anything more than 10 seconds, you can't

 2   tell me how long it was that you were waiting for

 3   the phlebotomist?

 4        A     I just don't remember.

 5        Q     Okay.  So it may have been a minute; is      13:54:42

 6   that right?

 7        A     Possibly.

 8        Q     Okay.  And when the phlebotomist did greet

 9   you, what did he or she do or say next?

10        A     I think he asked me to come back into the    13:55:02

11   back with him.

12        Q     Okay.  And did you do that?

13        A     Yes.

14        Q     And as far as you could tell, were there

15   any other human beings in the back with that          13:55:19

16   individual?

17        A     I recall there being two different

18   employees.

19        Q     And by two, do you mean two additional

20   employees or just one additional employee?            13:55:31

21        A     One additional.

22        Q     Okay.  And I think you mentioned that the

23   door was left ajar to the back and you detected

24   that.

25              Did you detect that pretty instantaneously,  13:55:47
```

Page 77

```
 1        A    Again, it's been a while.  But if I
 2   remember correctly, once the paperwork portion was
 3   done and the insurance, which took the longest,
 4   getting the actual lab work done was quicker.
 5        Q    Okay.  Can you give me an estimate of how     13:59:28
 6   long it took?
 7        A    No, I cannot.
 8        Q    Okay.  And after the lab work was done, did
 9   you immediately proceed to the exit?
10        A    Yes.                                          13:59:39
11        Q    Did you call a Lyft or Uber to pick you up
12   while you --
13        A    Yes.
14        Q    -- were still in the Quest room or did you
15   exit Quest and then make the call or use the app to     13:59:48
16   ask for a ride?
17        A    I cannot remember.
18        Q    Did you make any requests of anyone at
19   Quest for reasonable modifications or for auxiliary
20   aids or services while you were there?                  14:00:10
21        A    Do you mean while I was physically in the
22   location?
23        Q    Yes.
24        A    I said I needed help signing in.
25        Q    Okay.  Was that before or after the          14:00:27
```

Page 81

```
 1    individual said, "Are you here for phlebotomy

 2    services"?

 3           That's the first thing that the Quest

 4    representative said to you; correct?

 5      A    I don't think I remember the exact wording,   14:00:44

 6    but that's what he conveyed.

 7      Q    Okay.  And your response to that was, "I

 8    need help checking in" or was your response that

 9    "Yes"?

10      A    Again, I don't remember the exact wording.   14:00:59

11    I just know I conveyed, "I'm here.  I need to check

12    in.  I'm here for blood work."

13      Q    Okay.  And the immediate response to that

14    from the phlebotomist was to lead you into the back;

15    correct?                                             14:01:12

16      A    Yes.

17      Q    Any other requests for reasonable

18    modifications of policies, practices, and procedures

19    or for auxiliary aids or services while you were at

20    Quest on that occasion?                             14:01:25

21      A    No.

22      Q    Did you ever correspond with Quest in any

23    way, writing or orally, after that?

24      A    After, no.

25      Q    Did you ever correspond with Quest, orally   14:01:44
```

Page 82

```
 1                     CERTIFICATION

 2                          OF

 3             CERTIFIED SHORTHAND REPORTER

 4

 5             I, the undersigned, a Certified Shorthand

 6   Reporter of the State of California do hereby

 7   certify:

 8             That the foregoing proceedings were taken

 9   before me at the time and place herein set forth;

10   that any witnesses in the foregoing proceedings,

11   prior to testifying, were placed under oath; that a

12   verbatim record of the proceedings was made by me

13   using machine shorthand which was thereafter

14   transcribed under my direction; further, that the

15   foregoing is an accurate transcription thereof.

16             I further certify that I am neither

17   financially interested in the action nor a relative

18   or employee of any attorney of any of the parties.

19             IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21   Dated:  September 2, 2021, 2021.

22

23

24             Michelle Milan Fulmer

                 Michelle Milan Fulmer

25               CSR No. 6942, RPR, CRR, CRC

                                          Page  222
```