# EXHIBIT 2

Case 2:19-cv-08108-DMG-MRW   Document 223-3   Filed 06/03/22   Page 1 of 7   Page ID #:14306

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4   JULIAN VARGAS, ANNE      )
     WEST, and AMERICAN       )
 5   COUNCIL OF THE BLIND,    ) Case No. 2:19-cv-8108
     individually on behalf   )
 6   of themselves and all    )
     others similarly         )
 7   situated,                )
                              )
 8              Plaintiffs,   )
                              )
 9       vs.                  )
                              )
10   QUEST DIAGNOSTICS        )
     CLINICAL LABORATORIES,   )
11   INC., QUEST DIAGNOSTICS  )
     HOLDINGS, INC.,          )
12   QUEST DIAGNOSTICS        )
     INCORPORATED; and        )
13   DOES 1-10, inclusive,    )
                              )
14              Defendants.   )
     _____)
15
16
17        REMOTE DEPOSITION OF CHRISTOPHER GRANT
18              As a 30(b)(6) Witness
19            (Via Zoom Videoconference)
20              Thursday, April 20, 2021
21
22
23   REPORTED BY:  Michelle Milan Fulmer
                   CSR No. 6942, RPR, CRR, CRC
24
25
                                                  Page 1
```

```
 1      Q    Other than personnel coming out to check
 2   the clipboard to see what patient's next on the
 3   form, were there any other aids and auxiliary
 4   services that were offered to, for example, the
 5   company's blind patients prior to the implementation      09:55:28
 6   of eCheck-In self-service?
 7           MR. RAIZMAN:  Object as to form.
 8           THE WITNESS:  Yeah.  I -- I don't remember.
 9   BY MR. SWEET:
10      Q    Do you recall whether the locations in that       09:55:42
11   pre-express check-in time frame had physical bells
12   that you could hit to alert staff to your presence?
13      A    I'm -- I'm -- ask that question again.
14      Q    Yeah.  Let me ask a better question.
15           There has been testimony in this case from        09:56:02
16   prior witnesses that there was a physical bell
17   present in the PSCs that would allow patients to
18   come in and alert staff who might not be in the
19   waiting area to their presence.  Is that accurate?
20      A    There's 2,200-plus PSCs out there.  Every         09:56:18
21   one of them is going to be a little bit different.
22      Q    So is it your testimony, sir, that there
23   was no policy or standard operating procedure with
24   regard to a physical bell at the 2,200 locations
25   prior to the implementation of eCheck-In               09:56:39
```

Page 48

```
 1   know whether there were physical bells present at
 2   the company's 2,200 PSCs prior to the rollout of
 3   eCheck-In; is that correct?
 4        A    What I said was, in response to your
 5   question about the bells, that there's 2,200 PSCs    10:18:22
 6   and they're all a little bit different.
 7        Q    Right.
 8             But did I also understand that -- your
 9   testimony to be that, as a matter of policy, there
10   were not bells in all of the PSC locations prior to  10:18:36
11   the rollout of eCheck-In self-service?
12        A    So I understand the question, but can you
13   break that down a little bit more?
14             You're using the word "policy" and I'm not
15   sure I understand what you're saying.                10:18:52
16        Q    Well --
17        A    I just want to be clear.
18        Q    -- I'm trying to understand, prior to the
19   rollout of eCheck-In self-service, whether bells
20   were located in each of the PSCs and that they were  10:19:01
21   directed to be located there.
22        A    Yeah.  I -- I -- I don't know that to be
23   true, if they were directed and if they were in all
24   2,200 PSCs.
25        Q    You don't have any knowledge of that?      10:19:20
```

Page 50

```
 1      A    I really don't.
 2      Q    Okay.  How about after the rollout of the
 3   self-service kiosks, were there any physical bells
 4   in any of the 2,200 locations at that point?
 5      A    There may have been.  Like I said, there's    10:19:37
 6   2,200 PSCs and they're all different across the
 7   country.  So I -- I don't know.  I -- you could
 8   assume that there could be, but I don't know.
 9      Q    There was never a directive issued that
10   there should be bells in the PSCs after the rollout  10:19:50
11   of eCheck-In self-service?
12      A    A physical bell, no.  Not that I recall.
13   Unless you've got something you can show me that can
14   refresh my memory, I don't recall.
15      Q    Is there a --                                 10:20:08
16           Was a directive issued or was a
17   functionality put into place that alerted
18   phlebotomists to a patient's presence after they
19   logged in at the eCheck-In self-service?
20      A    Well, that's a good question.  I -- I         10:20:23
21   believe there -- there was, but I can't remember the
22   specifics of that.
23      Q    Do you recall --
24      A    But, again, if you've got something you can
25   show me, you know, to help refresh my memory, that    10:20:39
```

Page 51

```
 1      A    Correct.
 2      Q    You are aware that Quest designated other
 3   locations as a two FTE location; correct?
 4      A    Correct.
 5      Q    And there was even a smaller universe of      10:32:03
 6   PSCs that were four plus; correct?
 7      A    Correct.
 8      Q    Now, do you have an understanding, sir,
 9   with regard to the company's network of how many
10   Quest locations were between one and three FTE?       10:32:18
11      A    I can't recall.
12      Q    How many PSCs did Quest have in the 2016 to
13   2020 time frame, generally?
14      A    I --
15           MR. RAIZMAN:  Object as to form.              10:32:46
16           THE WITNESS:  I would need to see a report
17   or a document to give you an accurate answer.
18   BY MR. SWEET:
19      Q    Right.
20           Can you give me an approximation?             10:32:50
21      A    Again, I'd need to see a document to give
22   you an accurate answer --
23      Q    You don't --
24      A    -- to that.
25      Q    -- know how many locations Quest had, PSCs   10:33:01
```

Page 61

```
 1              CERTIFICATION OF COURT REPORTER
 2                      FEDERAL JURAT
 3
 4            I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California do hereby
 6   certify:
 7            That the foregoing proceedings were taken
 8   before me at the time and place herein set forth;
 9   that any witnesses in the foregoing proceedings,
10   prior to testifying, were placed under oath; that a
11   verbatim record of the proceedings was made by me
12   using machine shorthand which was thereafter
13   transcribed under my direction; further, that the
14   foregoing is an accurate transcription thereof; that
15   before completion of the deposition, a review of the
16   transcript was not requested.
17            I further certify that I am neither
18   financially interested in the action nor a relative
19   or employee of any attorney of any of the parties.
20            IN WITNESS WHEREOF, I have this date
21   subscribed my name:  May 4, 2021.
22
23
24            [signature]
              Michelle Milan Fulmer
25            CSR 6942, RPR, CRR, CRC
```