# EXHIBIT 3

```
                                                            Page 1

 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3
 4        JULIAN VARGAS, ANNE   )
          WEST and AMERICAN     )
 5        COUNCIL OF THE BLIND, )
          individually on behalf)  Case No. 2:19-cv-08108 DMG (MRWx)
 6        of themselves and all )
          others similarly      )
 7        situated,             )
                                )
 8                  Plaintiffs, )
                                )
 9        vs.                   )
                                )
10        QUEST DIAGNOSTICS     )
          CLINICAL LABORATORIES,)
11        INC., QUEST           )
          DIAGNOSTICS HOLDINGS, )
12        INC., QUEST DIAGNOSTICS)
          INCORPORATED; and DOES)
13        1-10, inclusive,      )
                                )
14                  Defendants. )
          _____)
15
16
17            REMOTE VIDEOTAPED DEPOSITION OF ARDIS BAZYN
18                         April 27, 2021
19
20
21
22
23
24
          Job No. CS4522969
25        Reported by: Maryann Matthews, CSR #737
```

Page 26

```
 1          A.   It was the second week.  I think it was
 2     around the 10th of November.  It was --
 3          Q.   Was --
 4               (Unintelligible crosstalk.)
 5               THE WITNESS:  Sometime between the 10th and
 6     the 17th.  I'm not exactly sure.
 7          Q.   (BY MS. ROLLER) If I told you it was November
 8     19, 2020, would that sound about right?
 9          A.   That sounds about right.
10          Q.   Okay.  Do you recall if you made an
11     appointment for that visit or if you were a walk-in?
12          A.   Made an appointment.
13          Q.   Did you make an appointment yourself or did
14     somebody make an appointment for you?
15          A.   My husband did it.
16          Q.   Did he do that online?
17          A.   Yes.
18          Q.   Do you know if he did the pre-check-in online
19     where you fill out all of your information in advance of
20     your visit?
21          A.   Yes.
22          Q.   And did he do that?
23          A.   Yes.
24          Q.   Do you recall what time of day you went to
25     the patient service center, the Quest patient service
```

Page 57

REPORTER'S CERTIFICATE

STATE OF IDAHO   )
                 )  ss.
COUNTY OF ADA    )

       I, MARYANN MATTHEWS, Certified Shorthand Reporter and Notary Public in and for the State of Idaho, do hereby certify:

       That prior to being examined, the witness named in the foregoing deposition was duly sworn remotely by me to testify to the truth, the whole truth and nothing but the truth;

       That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

       I further certify that I have no interest in the event of the action.

       WITNESS my hand and seal this 12th day of May, 2021.

                                MARYANN MATTHEWS
                                CSR and Notary
                                Public in and for the
                                State of Idaho.

My Commission Expires:  09-12-2025

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                        ---oOo---
 4
 5    JULIAN VARGAS, ANNE WEST,
      and AMERICAN COUNCIL OF
 6    THE BLIND, individually
      on behalf of themselves and
 7    all others similarly situated,
 8                Plaintiffs,
 9    vs.                                    No. 2:19-cv-8108
10    QUEST DIAGNOSTICS CLINICAL
      LABORATORIES, INC., QUEST
11    DIAGNOSTICS HOLDINGS, INC.,
      QUEST DIAGNOSTICS INCORPORATED,
12    and DOES 1-10, inclusive,
13                Defendants.
      _____/
14
15
16        REMOTE VIDEOTAPED DEPOSITION OF ARDIS BAZYN
17                        VOLUME II
18                 FRIDAY, AUGUST 6, 2021
19
20
21
22    Stenographically Reported by:
23    ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
24    California CSR No. 9830
25    Job No. 4742276
```

| | | |
|---|---|---|
| 1 | some trouble with it, but he was ultimately able to do | 09:36 |
| 2 | it.  He always takes a magnifier with him, so... | 09:36 |
| 3 | Q    And when you go to Quest, do you always make | 09:36 |
| 4 | appointments? | 09:36 |
| 5 | A    We have in the last couple of years since | 09:36 |
| 6 | COVID.  Before that we, a lot of times, just would go | 09:36 |
| 7 | in when it was convenient.  But the last couple of | 09:36 |
| 8 | years we had been making appointments. | 09:36 |
| 9 | Q    Okay.  I think you had said at your last | 09:36 |
| 10 | deposition that your husband has low vision, but he is | 09:36 |
| 11 | able to see, and that's why he's able to use a | 09:36 |
| 12 | magnifying system; correct? | 09:36 |
| 13 | A    Right.  Correct. | 09:36 |
| 14 | Q    Okay.  And aside from your husband, you | 09:36 |
| 15 | haven't spoken with anybody else, aside from your | 09:36 |
| 16 | lawyers, about your experiences at Quest Diagnostics? | 09:36 |
| 17 | A    Yes. | 09:37 |
| 18 | Q    That's accurate? | 09:37 |
| 19 | A    Yes. | 09:37 |
| 20 | Q    Okay.  Thank you. | 09:37 |
| 21 | Has anybody aside from your husband talked to | 09:37 |
| 22 | you about their experiences at Quest Diagnostics? | 09:37 |
| 23 | A    No. | 09:37 |
| 24 | Q    Do you have any appointments or plans to go | 09:37 |
| 25 | to Quest in the future? | 09:37 |

```
 1              CERTIFICATE OF REPORTER
 2
 3         I, ANDREA M. IGNACIO, hereby certify that the
 4    witness in the foregoing remote deposition was by me
 5    remotely sworn to tell the truth, the whole truth, and
 6    nothing but the truth in the within-entitled cause;
 7         That said deposition was taken in shorthand
 8    by me, a disinterested person, at the time and place
 9    therein stated, and that the testimony of the said
10    witness was thereafter reduced to typewriting, by
11    computer, under my direction and supervision;
12         That before completion of the deposition,
13    review of the transcript [ ] was [x] was not
14    requested.  If requested, any changes made by the
15    deponent (and provided to the reporter) during the
16    period allowed are appended hereto.
17         I further certify that I am not of counsel or
18    attorney for either or any of the parties to the said
19    deposition, nor in any way interested in the event of
20    this cause, and that I am not related to any of the
21    parties thereto.
22    Dated:  August 12, 2021
23
24         _____
25         ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830
```

Page 28

```
                                                        Page 1

 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4      JULIAN VARGAS, ANNE    )
        WEST and AMERICAN      )
 5      COUNCIL OF THE BLIND,  )
        individually on behalf )  Case No. 2:19-cv-08108 DMG (MRWx)
 6      of themselves and all  )
        others similarly       )
 7      situated,              )
                               )
 8              Plaintiffs,    )
                               )
 9      vs.                    )
                               )
10      QUEST DIAGNOSTICS      )
        CLINICAL LABORATORIES, )
11      INC., QUEST            )
        DIAGNOSTICS HOLDINGS,  )
12      INC., QUEST DIAGNOSTICS)
        INCORPORATED; and DOES )
13      1-10, inclusive,       )
                               )
14              Defendants.    )
        _____)
15
16
17          REMOTE VIDEOTAPED DEPOSITION OF DONNA GRAHMANN
18                        May 3, 2021
19
20
21
22
23
24
        Job No. CS4522975
25      Reported by: Maryann Matthews, CSR #737
```

Page 36

1  because the doctor would send it to them electronically.
2       Q.   And then you believe that process changed
3  when they introduced the E-check-in kiosk?
4       A.   I know that the -- the doctor still sends the
5  info electronically, but the check-in is what has
6  changed.  Because there's not always someone at the
7  counter, and that's when they put that tablet there that
8  is inaccessible to me.
9       Q.   So let's talk about that first visit where
10 you encountered the E-check-in kiosk.  Do you know if
11 you made an appointment that day or if you were a
12 walk-in?
13      A.   Sometimes -- most of the time I'll make an
14 appointment, but not always.  And at that very first one
15 I don't recall if I had an appointment or not.
16      Q.   How do you make appointments?
17      A.   Over the phone.  They have an automated line
18 you can call.
19      Q.   And are you able to successfully make
20 appointments for your visits using that online system --
21 I mean, over-the-phone system?
22      A.   I can.
23      Q.   What information do they take from you during
24 that --
25      A.   They --

Page 78

REPORTER'S CERTIFICATE

STATE OF IDAHO    )
                  ) ss.
COUNTY OF ADA     )

1  I, MARYANN MATTHEWS, Certified Shorthand Reporter and Notary Public in and for the State of Idaho, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn remotely by me to testify to the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

I further certify that I have no interest in the event of the action.

WITNESS my hand and seal this 21st day of May, 2021.

MARYANN MATTHEWS
Notary Public - State of Idaho
Commission Number 44468
My Commission Expires Sep 12, 2025

_____
MARYANN MATTHEWS
CSR and Notary
Public in and for the
State of Idaho.

My Commission Expires:  09-12-2025

Exhibit 3 - Page 50