UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-8108-DMG (MRWx) | Date | June 17, 2022 |

| | |
|---|---|
| Title | *Julian Vargas, et al. v. Quest Diagnostics Clinical Laboratories, Inc., et al.* |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |

| Kane Tien | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Jonathan D. Miller - VTC | David H. Raizman - VTC |
| Matthew K. Handley - VTC | Mark S. Sidoti - VTC |

**Proceedings: CLASS DEFINITION HEARING**

The cause is called and counsel state their appearance. The hearing is held via videoconference. The Court invites counsel to respond to the tentative ruling. Following oral argument, the Court advises counsel that the matter shall be taken under submission and a written order will issue.

:21