OGLETREE DEAKINS NASH SMOAK
& STEWART, P.C.
David Raizman (SBN 129407)
david.raizman@ogletree.com
Amber R. Roller (SBN 273354)
amber.roller@ogletree.com
J. Nicholas Marfori (SBN 311765)
nicholas.marfori@ogletree.com
400 South H Street, Suite 120
Los Angeles, California 90071
Telephone: 213-239-9800
Facsimile:  213-239-9045

Gibbons P.C.
Mark S. Sidoti (admitted *pro hac vice*)
Msidoti@gibbonslaw.com
One Pennsylvania Plaza
37th Floor
New York, New York 10119
Telephone:  212-613-2007
Facsimile:  212-718-2

Attorneys for Defendants
Quest Diagnostics Clinical Laboratories,
Inc.; Quest Diagnostics Holdings, Inc. and
Quest Diagnostics Incorporated

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS, ANNE WEST, and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08108-DMG<br><br>**JOINT STATUS REPORT ON PROPOSED HEARING DATE ON PARTIES' RULE 56 MOTIONS**<br><br>Proposed<br>Hearing Date:    August 5, 2022<br><br>Complaint<br>Filed:           September 18, 2019<br>Trial Date:      November 1, 2022<br><br>District Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Michael M. Wilner |

1

JOINT STATUS REPORT ON PROPOSED HEARING DATE FOR RULE 56 MOTIONS

Plaintiffs Julian Vargas and American Council of the Blind (collectively, "Plaintiffs"), on the one hand, and defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated (collectively, "Quest"), on the other hand, hereby respond to the Court's order directing the parties to file a joint status report with a proposed hearing date for the pending motions for summary judgment. (ECF No. 228.)

Pursuant to that order, the parties propose a hearing date of **August 5, 2022** for the motions for summary judgment, and have agreed to the following briefing schedule, consistent with the Court's Local Rules, with respect to that hearing date:

a. Quest must file any motion for partial summary judgment on the issue of whether the ADA requires that the Kiosks be independently accessible, as modified to account for the new class definition established by this Court's June 21, 2022 order (ECF No. 228), by no later than **July 1, 2022**;

b. Plaintiffs will continue to press their existing, pending motion for summary judgment (ECF No. 207), filed on May 6, 2022;

c. The parties' respective opposition papers to the then-pending Rule 56 motions must be filed no later than **July 15, 2022**; and

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

d. The parties' respective reply papers in support of their motions must be filed no later than **July 22, 2022**.

| | |
|---|---|
| Dated: June 24, 2022 | Respectfully submitted, |

NYE, STIRLING, HALE & MILLER, LLP
Jonathan D. Miller
Allison M. Bernal
Benjamin J. Sweet

HANDLEY, FARAH & ANDERSON, PLLC
Matthew K. Handley


By: */s/ Jonathan D. Miller*
 Jonathan D. Miller

*Attorneys for Plaintiffs Julian Vargas, American Council of the Blind, and the Class*

| | |
|---|---|
| Dated: June 23, 2022 | Respectfully submitted, |

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
David Raizman
Amber R. Roller
J. Nicholas Marfori

GIBBONS P.C.
Mark S. Sidoti


By: */s/ David Raizman*
 David Raizman

*Attorneys for Defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc. and Quest Diagnostics Incorporated*

Local Rule 5-4.3.4 Certification: I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

                                          */S/*    *David Raizman*

Nye, Stirling, Hale & Miller
33 West Mission Street, Suite 201
Santa Barbara, California 93101