# EXHIBIT 1

**COVID-19 Safety Measures:** Patients visiting a Patient Service Center must wear a mask per current CDC healthcare facility guidelines.
If you have severe symptoms such as a fever of 102 °F or more for 48 hours or severe & constant shortness of breath, please see your doctor or health care provider before making an appointment.

# Quickly find an appointment that's convenient for you.

Make an appointment now and you'll have little to no wait time when you arrive. Appointments take priority over walk-ins.

Schedule Appointment

Already have an appointment?
View, change or cancel?

Featured Test

## Need to get a COVID-19 test?

If you're looking for a COVID-19 test, see if you are eligible for $0 out-of-pocket testing.

If you already have a doctor's order, schedule your appointment here.

At-home kits and in-person collection tests are available for purchase at QuestDirectTest.com.

Confidently and securely access your upcoming appointments,
lab results, and more with a free MyQuest™ account.
Create a MyQuest account

## Appointment details

1 Reason for visiting

2 Location, date, and time

3 Who's visiting

4 Insurance information

Continue

Previous

←

## Now, let's find a location and time that works for you.

Pittsburgh, PA 15202, USA

July
20 Wed
21 Thu
22 Fri
23 Sat
24 Sun
25 Mon
26 Tue
27 Wed
28 Thu
29 Fri
30 Sat

**Appointment details**

✓ Reason for visiting
**All Other Tests**

2 Location, date, and time

3 Who's visiting

4 Insurance information

3.31 miles • View Location Details

**Quest Diagnostics - North Hills**
4771 McKnight Rd
Pittsburgh, PA 15237-3414

(833)387-0254 (412)630-0195

Morning (AM)

6:30 6:40
6:50 7:00 7:10 7:20 7:30

Afternoon (PM)

12:00 12:10 12:20 12:30 12:40
12:50 1:00 1:10 1:20 1:30

Continue

Previous

**Show more times** (26 available)

---

4.88 miles • View Location Details

**Quest Diagnostics - Downtown**
526 Penn Ave
Pittsburgh, PA 15222-3203

(833)387-0254 (412)434-1306

Morning (AM)

6:30
6:45 7:00 7:15

Afternoon (PM)

No afternoon timeslots available for this date

Show more times (4 available)

---

5.33 miles • View Location Details

**Quest Diagnostics - McCandless Crossing**

8856 Covenant Ave
Pittsburgh, PA 15237-5963

(833)387-0254 (412)630-2642

Morning (AM)

7:30 7:40
7:50 8:00 8:10 8:20 8:30

Afternoon (PM)

12:00 12:10 12:20 12:30 12:40
12:50 1:00 1:10 1:20 1:30

Show more times (10 available)

---

5.39 miles • View Location Details

**Quest Diagnostics - Greentree**

969 Greentree Rd
Second Fl
Pittsburgh, PA 15220-3610

(833)387-0254 (412)922-0217

Morning (AM)

6:30 6:40
6:50 7:00 7:10 7:20 7:30

Afternoon (PM)

12:00 12:10 12:20 12:30 12:40
12:50 1:00 1:10 1:20 1:30

**Show more times** (40 available)

---

4.33 miles • View Location Details

**Vitalant Clinical Services - Cord Blood Program**

501 Martindale St
1St Floor
Pittsburgh, PA 15212-0000

4122097460 4122097408

Online scheduling unavailable for this location at this time

---

Show more locations

# Who's visiting?

## Information about the person being tested

First Name •

John

Last Name •

Doe

Date of Birth •

07/19/2(

Sex •

Male Female

## Contact Information

Email •

johndoetestingQuest@gn

Phone Number •

212-111-

Is this a mobile phone? •

Yes No

Appointment Contact Preferences •

Email Text

Text notifications are not available for non-mobile phone numbers.
To receive texts, please enter a valid mobile number and select 'yes' above.

**Would you like to provide insurance for the person being tested?** •

I'll save time and provide it now.

The person being tested will bring it to the appointment.

The person being tested doesn't have insurance.

## Appointment details

Reason for visiting
**All Other Tests**

Location, date, and time
**Quest Diagnostics - North Hills**
4771 McKnight Rd
Pittsburgh, PA 15237-3414

July 20, 2022

12:10 PM

3 Who's visiting

4 Insurance information

Continue

Previous

7/19/22, 4:29 PM Schedule Appointment - Review details

# Review appointment details

Reason for visiting ✎ Edit

**All Other Tests**

Location, date, and time ✎ Edit

**Quest Diagnostics - North Hills**
4771 McKnight Rd
Pittsburgh, PA 15237-3414

July 20, 2022

12:10 PM

Who's visiting ✎ Edit

**John Doe**
johndoetestingQuest@gmail.com

Insurance information ✎ Edit

**No insurance provided**

Nevermind | Schedule Appointment

McKnight Rd
Park Pl
Twin O
Houston Rd
Dan Kerr
Berwyn Rd
Baker Dr
Braunlich Dr
Oakglen Rd
Ilex Dr
Hunter Dr
Park Pl
Fox Dr
Holly Hill Dr
BYP
19
Nichols Rd
Hilands Pl
Ross Municipal Center Park
Becker Dr
Babcock Blvd
Park Pl
Rico Ln
Babcock Blvd
Google
Map data ©2022

https://appointment.questdiagnostics.com/schedule-appointment/as-review-details 1/1



Patient
**John**

Location
**Quest Diagnostics - North Hills**
4771 McKnight Rd
Pittsburgh PA 15237-3414

Reason for visiting
**All Other Tests**



**KZEASI**
Scan above code at the kiosk and take a seat. You'll be called when it's your turn.

Date and Time
**July 20, 2022**
**12:10 PM**

## What else do I need to know?

### Location Details

**Quest Diagnostics - North Hills**
4771 McKnight Rd
Pittsburgh, PA 15237-3414

**Still can't find it?**
Located in the same shopping plaza on McKnight Road as Kinko's next to El Campesino Restaurant

**Need Additional help?**
Call this location at (833) 3870254

### Fasting Details

It depends on the type of blood test you're having. The healthcare professional arranging your test will tell you if you need to do anything to prepare for it.

You can eat and drink as normal before some blood tests. But if you're having a "fasting blood test", you will be told not to eat or drink anything (other than water) beforehand. You may also be told not to smoke before your test.

### Additional Details

You can eat and drink as normal before some blood tests. But if you're having a "fasting blood test", you will be told not to eat or drink anything (other than water) beforehand. You may also be told not to smoke before your test.

© Quest, Quest Diagnostics, the associated logo, Nichols Institute, and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third-party marks—®' and ™'—are the property of their

# Appointment Scheduling

Click 1 of the categories below, or use *Search by keyword* (above), to find answers to frequently asked questions.

Please be aware that when you visit one of our Quest Patient Service Center:

- Scheduled appointments are strongly encouraged and will receive priority. If you walk in, you will have to wait for the next available opening.
- Patients visiting a Patient Service Center must wear a mask per current CDC healthcare facility guidelines. A 3-ply mask is recommended.

**Note:** If you have severe symptoms such as a high-grade fever of 102° F that has lasted for 48 hours or severe and constant shortness of breath, please see your doctor before making an appointment.

Protecting your health is more important than ever. Our Peace of Mind program makes it easier and safer to access the routine testing you need from Quest. For more information, click here.

## General Questions—Before Your Visit

What do I need to know before I arrive at a Quest Patient Service Center?

What do I need to know for my visit?

Do you have special holiday hours?

Do you accept walk-ins?

Do I need an appointment for specimen drop-off?

Can someone else drop off a specimen for me?

Should I be fasting?

How long should I plan to be at a Quest Patient Service Center?

Can my son/daughter come without me?

Can someone watch my child for me while my specimen is collected?

What should I do for employment drug screening? Where can I go for information?

What should I know about glucose tolerance testing?

My doctor told me they would send over an order. Do you have it?

Why did my doctor order these specific tests?

## Quest Accounts

Why do I need a Quest Account?

Can minors create a Quest Account?

Is the information in my Quest Account secure?

Once I create a Quest Account, are there any additional steps to complete the process?

I have not received an email to confirm my Quest Account. What should I do?

How can I cancel my Quest Account?

## Scheduling Appointments

Why do I need to schedule an appointment?

Can I make one appointment for multiple tests?

Can I have someone come to my house or place of business to collect a specimen?

Where can I find out more information about getting my specimen collected at home?

Do I need a copy of my lab order to schedule an appointment?

Can I create an appointment for a family member?

I scheduled an appointment for my child. Can my child go to the appointment without me?

Why do I need to indicate my reason for visiting? And how do I know which option to choose?

I purchased lab tests from Life Time®. How do I schedule an appointment?

I purchased lab tests from QuestDirect™. How do I schedule an appointment?

Why can't I find the Quest Patient Service Center I normally use?

I use the same Quest Patient Service Center each time I need a test. How can I make one preferred (or a favorite)?

Why do you need my personal information?

I've scheduled an appointment. How do I reschedule or cancel it?

Do you send out appointment reminders or notifications?

### Preregistration and Identity Verification

I received an email asking me to preregister for my appointment. Why do I have to verify my identity?

I received an email asking me to preregister for my appointment, but when I tried to verify my identity, it says I am locked out. What do I do now?

### Preregistration and Insurance

What is preregistration, and why do I want to do it?

Why do you need my insurance information?

What do I do if I don't know my insurance information or if I don't have my insurance card with me?

What is QuestSelect™ and how do I know if I have it?

What information do you need from my insurance card?

How do I know if I am the primary insurance holder?

I am not the primary insurance holder. How do I know what my relationship to the primary insurance holder is?

I'm not seeing my insurance plan as an option when I put in my insurance information. What should I do?

Why does it say that I have an estimated out-of-pocket cost? Doesn't my insurance cover lab testing?

### General Questions—What to Expect During your Visit

What should I bring to my appointment?

How do I check in when I arrive?

Sign in using the Check-in kiosk, or if not available, sign the clipboard at the front desk. Please be prepared to present a valid photo ID and insurance information. Be sure to mark the reason for your visit when signing in.

If you were unable to preregister ahead of time, and would like to do so, you may be able to complete the registration process if you arrive a few minutes early at a Quest Patient Service Center that has a Check-in kiosk. When you check in with your mobile number, you may be asked if you want to complete the registration process on your smartphone while you wait.

What if I have an outstanding bill?

### Lab Results—After your Visit

How soon after my visit will my doctor receive my lab test results?

How soon can I expect to receive my lab test results?

How do I access my lab test results?

What do I do if I am missing results in my MyQuest account?

### Billing—After your Visit

Will you accept a secondary insurance?

---

Cookies Notice | Privacy Shield | DO NOT SELL MY PERSONAL INFORMATION | Privacy | Terms | Language Assistance / Non-Discrimination Notice | Asistencia de Idiomas / Aviso de no Discriminación | 語言協助 / 不歧視通知

© 2022 Quest Diagnostics Incorporated. All rights reserved.

Follow Quest Diagnostics: