# EXHIBIT 4

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4   JULIAN VARGAS, ANNE        )
     WEST, and AMERICAN         )
 5   COUNCIL OF THE BLIND,      ) Case No. 2:19-cv-8108
     individually on behalf     )
 6   of themselves and all      )
     others similarly           )
 7   situated,                  )
                                )
 8              Plaintiffs,     )
                                )
 9       vs.                    )
                                )
10   QUEST DIAGNOSTICS          )
     CLINICAL LABORATORIES,     )
11   INC., QUEST DIAGNOSTICS    )
     HOLDINGS, INC.,            )
12   QUEST DIAGNOSTICS          )
     INCORPORATED; and          )
13   DOES 1-10, inclusive,      )
                                )
14              Defendants.     )
     _____    )
15
16
17          REMOTE DEPOSITION OF MARC YARRISON
18                 as a 30(b)(6) Witness
19              (Via Zoom Videoconference)
20                Thursday, April 8, 2021
21
22
23   REPORTED BY:   Michelle Milan Fulmer
                    CSR No. 6942, RPR, CRR, CRC
24
25
```

Page 1

```
 1   eCheck-In kiosk and is able to access it, a very
 2   lucky patient that can access the actual kiosk,
 3   there are a number of services that they can perform
 4   there; correct?
 5           MR. RAIZMAN:  Object to form.                    14:54:20
 6           THE WITNESS:  What do you mean by, a number
 7   of services?
 8   BY MR. SWEET:
 9       Q   Can you schedule and manage an appointment
10   at the kiosk?                                            14:54:34
11       A   What time frame?
12       Q   2016, 2017.
13       A   2016, 2017, you could check in.
14       Q   What about 2018?
15       A   You could check in.                              14:54:51
16       Q   What about 2019?
17       A   You could check in.
18       Q   Okay.  Can you manage an invoice at the
19   kiosk?
20       A   No.                                              14:55:10
21       Q   Can you pay an old bill at the kiosk?
22       A   No.
23       Q   At any point?
24       A   No.
25       Q   Can't pay a bill at any point during --          14:55:19
```

Veritext Legal Solutions
866 299-5127

```
 1   between 2016 and 2020?
 2        A    Not on the kiosk.
 3        Q    What about viewing your test results, can
 4   you do that at the kiosk?
 5        A    No.                                              14:55:30
 6        Q    Let me actually ask the question this way.
 7             What can you do at the kiosk?
 8        A    You can check in.
 9        Q    Is there anything else you can do?
10        A    What time frame?                                 14:55:42
11        Q    At any point.
12        A    At any point.  So, there are --
13        Q    From 2016.  Excuse me.  Any point from 2016
14   on.  Let me clarify.
15        A    Any point from 2016 on, anything you can do      14:55:57
16   besides check in?
17        Q    Correct.
18        A    So starting in -- I don't remember the
19   exact year, but you -- starting in 2018 or 2019
20   there was an option added to register while you            14:56:20
21   wait, which is providing some additional demographic
22   information.  It's not done on the kiosk, but the
23   question to initiate it is done on the kiosk.
24        Q    Where is it done?  On the mobile
25   application?                                               14:56:46
```

Page 102

```
 1      A    If you say yes to register while you wait,
 2   you get a -- you get a text or an email and then you
 3   do it on your own device while you're waiting.
 4      Q    Is that done, Mr. Yarrison, on the website
 5   or the app or could it be done on either?            14:57:07
 6      A    It's done on a web page.
 7      Q    Website?
 8      A    Website, yes.
 9      Q    Okay.  Do you know whether the Quest
10   website that it directed patients to was accessible  14:57:19
11   for blind individuals in 2016 and 2017 and 2018?
12           MR. RAIZMAN:  Object to form.  Beyond the
13   scope.
14           Answer if you know.
15           THE WITNESS:  I don't know.                  14:57:37
16   BY MR. SWEET:
17      Q    Did you personally take any actions to
18   ensure that the Quest website was made accessible
19   for blind individuals at any point from 2016
20   onward?                                              14:57:50
21      A    I did.  When we were developing a
22   responsive version of the scheduling website, I
23   asked that it be made compliant for, what is it,
24   WA -- I don't know why the acronym is escaping me.
25      Q    WCAG?                                        14:58:23
```

Page 103

```
 1          MR. RAIZMAN:  Is this coming to me, just
 2   incidentally, to send or are you going to just put
 3   it on the screen?
 4          MR. SWEET:  Why don't you go ahead and send
 5   that, Callum.                                          15:43:06
 6          MR. APPLEBY:  Okay.  Yeah.  Will do.  Just
 7   making up the email now.
 8          Okay.  It's sent.  You should have it.
 9          MR. SWEET:  Why don't we go off the record
10   for five minutes while the counsel and the plaintiff   15:43:37
11   read the document.
12          THE VIDEOGRAPHER:  Going off the record.
13   The time now is 3:43.
14          (Recess taken.)
15          (Off the record at 3:43 p.m.  Back on the       15:43:52
16   record at 3:51 p.m.)
17          THE VIDEOGRAPHER:  Recording.  We're back
18   on the record.  The time now is 3:51.
19   BY MR. SWEET:
20      Q   Mr. Yarrison, you have what has been marked     15:51:41
21   as Exhibit 6 in front of you.
22          Do you recognize this document?
23      A   I don't specifically recognize it, but it
24   looks to be a report from patient advocacy.
25      Q   And it, in fact, appears to be a series of     15:51:57
```

Page 129

```
 1   complaints that were made to Quest; correct?
 2       A    I don't know.  I didn't read them all.  I
 3   can't say that they're all complaints.  I also am
 4   not sure exactly what your definition is of a
 5   complaint.                                              15:52:20
 6            MR. RAIZMAN:  Just to be clear, we're not
 7   going to look at documents off the record,
 8   especially an extensive document like that.  That's
 9   part of the deposition process, which is time
10   limited; and if you want him to look at something in 15:52:27
11   detail, it's going to be on the record.
12            So he did not look, study the document
13   during the break.
14   BY MR. SWEET:
15       Q    Why don't we look at Page 24622 or, I'm     15:52:38
16   sorry, Number 24622, which is on the first page.
17   The document's difficult to read.  I will
18   acknowledge that, but this is how it was produced
19   to us.
20       A    Okay.  I see it.                             15:53:00
21       Q    That appears to be a complaint that was
22   made.  It was received on January the 5th of 2017;
23   is that correct?
24            MR. RAIZMAN:  Objection.  Foundation.
25   Beyond the scope.                                     15:53:14
```

Page 130

```
 1              THE WITNESS:  That's the date I see on this
 2   report.  I don't know if it occurred that date or
 3   not.
 4   BY MR. SWEET:
 5       Q    And in the description field it                    15:53:28
 6   states, "Took my elderly mother to Quest Diagnostics
 7   for her monthly blood draw.  Visually impaired folks
 8   can't use your new iPad check-in.  No paper
 9   option????  Your new iPad check-in is not viable for
10   visually impaired.  No staff to help.  No paper        15:53:48
11   option.  Looks like an ADA violation to me."
12            Do you see that?
13       A    I see that.
14       Q    And in the next box to the right it says,
15   "Sent to M. Yarrison," among others; correct?             15:54:02
16       A    Among others.
17       Q    And that's you; right?
18       A    That's me.
19       Q    Okay.  And just looking through the rest of
20   the entries on this, on this form, and take your        15:54:18
21   time, they all appear to be complaints related to
22   the use of the kiosk by blind or low vision
23   individuals; isn't that correct?
24            MR. RAIZMAN:  Objection to form.
25   ///                                                       15:54:35
```

Page 131

```
 1    BY MR. SWEET:
 2        Q    Take your time to review it.
 3             MR. RAIZMAN:  Same objection.
 4             THE WITNESS:  So are you asking me to
 5    review every -- this entire document in its              15:54:40
 6    entirety?
 7    BY MR. SWEET:
 8        Q    Yeah.  I'd like to know whether my
 9    statement is accurate, whether these are 41
10    complaints, in fact, from blind or low vision            15:54:53
11    individuals complaining of the accessibility of the
12    eCheck-In kiosk.
13             MR. RAIZMAN:  Object to form.
14             Go ahead and --
15             MR. SWEET:  I'll note for the record that       15:55:07
16    this document was belatedly produced only this
17    week.
18             THE WITNESS:  So I'm not clear.  Am I --
19    are you asking me to read through this whole thing?
20    BY MR. SWEET:                                            15:55:22
21        Q    I'm asking you to skim through the document
22    and tell me if I am correct that this comprises 41
23    complaints from blind or low vision individuals
24    concerning accessibility of the kiosk.
25             MR. RAIZMAN:  So, and I'm telling you to        15:55:36
```

Page 132

1  read it as much as you need to in order to answer
2  his question.
3          MR. SWEET:  Of course.
4          THE WITNESS:  Okay.  I'm going to need some
5  time to read through this.                              15:55:46
6          MR. SWEET:  No problem.
7          And may I ask our videographer how much
8  time we currently have on the record?
9          THE VIDEOGRAPHER:  One moment.  We've been
10 on the record for three hours and seven minutes.        15:56:17
11         MR. SWEET:  All right.  Thank you.
12    Q    Mr. Yarrison, have you had a chance to
13 review the document?
14    A    I'm still working my way through it.
15 There's a lot -- there's a lot on here.                 16:09:29
16    Q    And I'm being corrected by my colleagues
17 that there are not 41 complaints here regarding
18 blind or low vision individuals.  There are, we
19 believe, 27.
20         So when you get through the document, if       16:11:49
21 you could just respond to that assertion.
22    A    I'm not counting every -- every one.  So I
23 need to go back through and count every one, which
24 seems to be --
25         MR. RAIZMAN:  What you need to do is to be     16:12:06

Page 133

```
 1    able to answer his question.  I'll ask him, he can
 2    choose not to, to rephrase his question when you're
 3    done reviewing.  And if he does, then make sure you
 4    can answer it truthfully.  That's all.
 5             THE WITNESS:  Okay.                              16:12:17
 6    BY MR. SWEET:
 7       Q    So my question for you, Mr. Yarrison, to
 8    start with is, the listing 24622, which indicates
 9    that this complaint was sent to you, do you recall
10    receiving this complaint?                                 16:12:43
11       A    Do you want me to -- I'd like to finish
12    reading through these, if that's okay.
13       Q    Yeah.  If you -- yeah.  That's fine.  I
14    just -- I was trying to direct you to the complaint
15    that I wanted to talk about first.                        16:12:58
16             MR. RAIZMAN:  Well, which do you want him
17    to do?  He'll do -- it's your deposition.
18    BY MR. SWEET:
19       Q    Why don't we talk about 24622.
20             Do you recall receiving that complaint,          16:13:08
21    sir?
22       A    After seeing it, I have -- I have some
23    recollection of it, yes.
24       Q    And does this review of the complaints
25    listed in Exhibit 6, does it refresh your                 16:13:25
```

```
 1   recollection with regard to any other complaints you
 2   may have become aware of from blind or low vision
 3   individuals in the 2016 to 2020 time frame?
 4       A    I haven't read through them all yet, but so
 5   far the only one I remember is the one where my name       16:13:54
 6   is called out in.  I don't know if I've seen any of
 7   the others.  I don't have any recollection of seeing
 8   any of the others that I have read so far.  I'm not
 9   done reading them all, though.
10       Q    You have no recollection of --                    16:14:13
11            Well, let me let you finish up, and then
12   we'll continue our discussion.
13       A    Okay.  I've finished reading through the
14   document.
15       Q    And, Mr. Yarrison, if you look on the             16:19:39
16   right-hand column on every page of this document,
17   there is a box for the term, "PSC Reason."
18            Do you see that?  Upper right-hand corner
19   of the first page.
20       A    Yes, I see it.                                    16:20:04
21       Q    And does that indicate the nature of the
22   complaint that's been made?
23            MR. RAIZMAN:  Object.  Beyond the scope.
24            You can answer if you know.
25            THE WITNESS:  It's somebody's                     16:20:16
```

|   |   |   |
|---|---|---|
| 1 | interpretation of what the complaint is related to. | |
| 2 | BY MR. SWEET: | |
| 3 | Q    And am I correct that with regard to every | |
| 4 | entry on Exhibit 6, the reason listed is, "iPad | |
| 5 | check-in complaint"? | 16:20:29 |
| 6 | A    Can you say that again?  I didn't catch the | |
| 7 | whole question there. | |
| 8 | Q    Sure. | |
| 9 | Am I correct that the reason given for the | |
| 10 | complaint for each one of the entries in Exhibit 6 | 16:20:44 |
| 11 | is, "iPad check-in complaint"? | |
| 12 | A    I see -- I see one that says, "Not treated | |
| 13 | with care."  I see another that says, "Not treated | |
| 14 | with care." | |
| 15 | Q    Okay.  You are right.  There are two that | 16:21:03 |
| 16 | say, "Not treated with care." | |
| 17 | Outside of those two, the rest -- am I | |
| 18 | correct that the rest indicate, "iPad check-in | |
| 19 | complaint"? | |
| 20 | A    Somebody classified them as, "iPad Check-in | 16:21:25 |
| 21 | complaint," yes. | |
| 22 | Q    And does this document refresh your | |
| 23 | recollection at all with regard to any of the | |
| 24 | complaints that were received from blind or low | |
| 25 | vision individuals in the time frame from 2016 to | 16:21:39 |

```
 1              CERTIFICATION OF COURT REPORTER
 2                       FEDERAL JURAT
 3
 4         I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California do hereby
 6   certify:
 7         That the foregoing proceedings were taken
 8   before me at the time and place herein set forth;
 9   that any witnesses in the foregoing proceedings,
10   prior to testifying, were placed under oath; that a
11   verbatim record of the proceedings was made by me
12   using machine shorthand which was thereafter
13   transcribed under my direction; further, that the
14   foregoing is an accurate transcription thereof; that
15   before completion of the deposition, a review of the
16   transcript was requested.
17         I further certify that I am neither
18   financially interested in the action nor a relative
19   or employee of any attorney of any of the parties.
20         IN WITNESS WHEREOF, I have this date
21   subscribed my name: April 22, 2021.
22
23
24                      Michelle Milan Fulmer
                        CSR 6942, RPR, CRR, CRC
25
```

Page 271

```
 1
 2                              * * *
 3
 4
 5          I, MARC YARRISON, do solemnly declare under
 6   penalty of perjury that the foregoing is my
 7   deposition under oath; that these are the questions
 8   asked of me and my answers thereto; that I have read
 9   same and have made the necessary corrections,
10   additions, or changes to my answers that I deem
11   necessary in the attached Errata Sheet.
12          In witness thereof, I hereby subscribe my
13   name this day of  24 May                , 2021.
14
15
16
17
18
19
20                          _____
21                                  WITNESS SIGNATURE
22
23
24
25
```

Page 270

## ERRATA SHEET

| Page:Line | Testimony | Changed Testimony |
|---|---|---|
| 55:16 | | Add to end of response, before period: savings for patients who used both the Appointment Scheduler and the kiosks. |
| 58:23 | 2018, yes. | 2016, 2017, and 2018, yes. |
| 100:24 | None that I'm aware of. | None that I haven't testified to. |
| 147:10 | | Add to end of response, before period: beyond what I have already testified to |
| 173:3 | | Add to end of response, before period: at the time of the initial roll-out |
| 175:3 | | Add to the end of the response, before period: at the time of the initial roll-out |
| 178:8 | | Add to the end of the response, before period: , other than what I already testified to |
| 196:9-12 | | Add after "a fully blind person": at the time of the initial rollout |
| 205:16 | | Add to end of response, before period: because we accommodated this request |
| 205:20 | | Add to end of response, before period: because we accommodated this request |
| 209:21 | | Add to end of response, before period: except as I testified to earlier |
| 209:24 | . | Add to end of response, before period: except as I testified to earlier. |

Signature: _____
Marc Yarrison

47241790.1