UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **CV 19-8108-DMG (MRWx)**                              Date  August 5, 2022

Title  *Julian Vargas, et al. v. Quest Diagnostics Clinical Laboratories, Inc., et al.*

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Alison M. Bernal | David H. Raizman |
| Benjamin J. Sweet - VTC | Mark S. Sidoti - VTC |

**Proceedings:  PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [207]**

**DEFENDANTS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT [212][233]**

The cause is called and counsel state their appearance. The Court invites counsel to respond to the tentative ruling. Following oral argument, the Court advises counsel that the motions shall be taken under submission and a written order will issue.

0:41