UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 19-8108-DMG-(MRW)                                Date: August 26, 2022

Title  *Julian Vargas v. Quest Diagnostics Clinical Laboratories, Inc. et al.*

Present: The Honorable:  Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | Zoom VTC- Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
    Alison Bernal
    Benjamin Sweet
    Jordan Tyler Porter
    Matthew Handley

Attorneys Present for Defendants:
    David Raizman
    Mark Sidoti

**Proceedings:  MINUTES RE: SETTLEMENT CONFERENCE**

    The Court held a settlement conference on August 26, 2022, from 10:00 a.m. to 3:10 p.m. with Plaintiff's and Defendant's counsel, along with Plaintiff Julian Vargas, plaintiff representative Clark Rachfal, along with defendant's representatives Dina Mack and Jill C. Owen.

    The settlement conference was conducted off the record. All parties participated in good faith.  The matter did not result in a settlement.   The Court will remain available to the parties should they wish to have further settlement discussions at a mutually convenient time.

5 hr:27mins

**Initials of Preparer**    gr