Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

Benjamin J. Sweet
(*Admitted Pro Hac Vice*)
ben@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350

Attorneys for Plaintiffs Julian Vargas, American Council of the Blind, and the Certified Class

*Additional counsel for Plaintiff listed on signature page*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08108-DMG-MRW<br><br>**JOINT REPORT RE; SETTLEMENT CONFERENCE**<br><br>Complaint Filed: September 18, 2019<br>Pretrial Conf: October 4, 2022<br>Trial Date: November 1, 2022<br>District Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Michael R. Wilner |

The parties appeared before Magistrate Judge Stevenson for a settlement conference on August 26, 2022. All persons necessary for full settlement authority attended the settlement conference. The case did not settle.

Dated: September 2, 2022

Respectfully submitted,

NYE, STIRLING, HALE & MILLER, LLP

By:  */s/ Jonathan D. Miller*
Jonathan D. Miller, Esq.
Benjamin J. Sweet, Esq. (*Pro Hac Vice*)
Alison M. Bernal, Esq.

HANDLEY FARAH & ANDERSON, PLLC

By:  */s/ Matthew Handley*
Matthew K. Handley, Esq. (*Pro Hac Vice*)

Attorneys for Plaintiffs Julian Vargas, American Council of the Blind, and the Certified Class

Dated: September 2, 2022

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  */s/ David Raizman*
David Raizman, Esq.
Amber L. Roller, Esq.
J. Nicholas Marfori, Esq.

Attorneys for Defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated

Local Rule 5-4.3.4 Certification: I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Jonathan D. Miller*
Jonathan D. Miller