Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
**NYE, STIRLING, HALE,**
**MILLER & SWEET, LLP**
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

Benjamin J. Sweet
(Admitted *Pro Hac Vice*)
ben@nshmlaw.com
**NYE, STIRLING, HALE,**
**MILLER & SWEET, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350

*Attorneys for Plaintiffs*

*Attorneys for Defendants Listed on*
*Signature Page*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JULIAN VARGAS, ANNE WEST, and AMERICAN COUNCIL OF THE BLIND, individually on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS INCORPORATED; and DOES 1-10, inclusive,

Defendants.

CASE NO.: 2:19-cv-8108-DMG-MRW

**PROPOSED JOINT TRIAL WITNESS LIST AND TIME ESTIMATE FORM**

Date: October 4, 2022
Time: 2:00 p.m.
Crtrm: 8C

Complaint Filed: September 18, 2019
Discovery Cutoff: August 27, 2021
Pretrial Conf: October 4, 2022
Trial Date: November 1, 2022
District Judge: Hon. Dolly M. Gee
Magistrate: Hon. Michael M. Wilner

Plaintiffs Julian Vargas and American Council of the Blind ("Plaintiffs") and Defendants Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Holdings, Inc., and Quest Diagnostics Incorporated ("Defendants") respectfully submit the following joint trial witness list. The witness time estimate form is attached as "Attachment A" in the format requested by the Court in its Scheduling and Case Management Order Re Court Trial (Dkt 195.), and includes the parties' time estimated for direct and cross-examination (omitting time estimated for rebuttal).

PROPOSED JOINT TRIAL WITNESS LIST AND TIME ESTIMATE FORM

NYE, STIRLING, HALE, MILLER & SWEET, LLP
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

| No. | Witness |
|---|---|
| 1. | Zahir Amin |
| 2. | Elizabeth Arnold |
| 3. | Adam Aronson |
| 4. | Ardis Bazyn |
| 5. | Bobby Bednarick |
| 6. | De'Ericka Bertram |
| 7. | Ralph Black |
| 8. | Melissa Bohan |
| 9. | Regina Brink |
| 10. | Taylor Carr |
| 11. | Mark Derry |
| 12. | Margie Donovan |
| 13. | Christian Esposito |
| 14. | Kiran Gafa |
| 15. | Jaime Gehringer |
| 16. | Donna Grahmann |
| 17. | Christopher Grant |
| 18. | Chris Gray |
| 19. | Morgan Hale |
| 20. | Chester Hanvey |
| 21. | Mary Haroyan |
| 22. | Nona Haroyan |
| 23. | James David Hyer |
| 24. | Hooria Jamal |
| 25. | Zoë E. Johnston |
| 26. | Jovana Jovanovic |

2

PROPOSED JOINT TRIAL WITNESS LIST AND TIME ESTIMATE FORM

| 27. | Joseph Krock |
| --- | --- |
| 28. | Kathy Lyons |
| 29. | Prudencia Magana |
| 30. | Sydney Mazur |
| 31. | Nicholas McNeill |
| 32. | Bradley Mika |
| 33. | Rachael Montgomery |
| 34. | Max Ocampo |
| 35. | Clark Rachfal |
| 36. | Carmen Ramos |
| 37. | Jody Reilly |
| 38. | Steve Sawczyn |
| 39. | Claire Stanley |
| 40. | Howard Tokunaga |
| 41. | Aditi Tuli |
| 42. | Julian Vargas |
| 43. | Tom Walsh |
| 44. | Marc Yarrison |

Dated: September 23, 2022         Respectfully Submitted,

By:     */s/ Jonathan D. Miller*

Jonathan D. Miller
jonathan@nshmlaw.com
Alison M. Bernal
alison@nshmlaw.com
**NYE, STIRLING, HALE,
MILLER & SWEET, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

3

PROPOSED JOINT TRIAL WITNESS LIST AND TIME ESTIMATE FORM

NYE, STIRLING, HALE, MILLER & SWEET, LLP
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Benjamin J. Sweet (*Pro Hac Vice*)
ben@nshmlaw.com
**NYE, STIRLING, HALE,**
**MILLER & SWEET, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350

Matthew K. Handley (*Pro Hac Vice*)
mhandley@hfajustice.com
**HANDLEY FARAH &**
**ANDERSON PLLC**
777 6th Street NW
Washington, DC 20001
Telephone: (202) 559-2411

*Attorneys for Plaintiffs*

Dated: September 23, 2022     Respectfully submitted,

By:     */s/ David Raizman*

David Raizman
david.raizman@ogletree.com
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213-239-9800

Mark S. Sidoti
(Admitted *Pro Hac Vice*)
msidoti@gibbonslaw.com
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th floor
New York, New York 10119
Telephone:  212-613-2000
Facsimile:  212-554-9660

*Attorneys for Defendants*
*Quest Diagnostics Clinical Laboratories,*
*Inc., Quest Diagnostics Holdings, Inc. and*
*Quest Diagnostics Incorporated*

NYE, STIRLING, HALE, MILLER & SWEET, LLP
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

4

1      <u>Local Rule 5-4.3.4 Certification</u>

2          I hereby attest that all other signatories listed, on whose behalf this filing is

3      submitted, concur in the filing's content and have authorized this filing.

4

5                          */s/ Jonathan D. Miller*

                    Jonathan D. Miller

6

7

8

9

10

NYE, STIRLING, HALE, MILLER & SWEET, LLP
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED JOINT TRIAL WITNESS LIST AND TIME ESTIMATE FORM

## ATTACHMENT A

JOINT TRIAL WITNESS TIME ESTIMATE FORM

**Case No. and Title:** 2:19-cv-8108-DMG-MRW          **Trial Date:** November 1, 2022

*Vargas, et al., v. Quest Diagnostics, et al.*

|   | **Witness Name** | **Party Calling Witness & Estimate** | **Cross-Examiner's Estimate** | **Description of Testimony** | **Comments** |
|---|---|---|---|---|---|
| 1. | Amin, Zahir | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| 2. | Arnold, Elizabeth | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, 1.0 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| **3.** | Aronson, Adam | Plaintiffs: Submitted via declaration, if cooperative. Otherwise, submitted via deposition designation/ video transcript or read into evidence pursuant to section F(3) the Court's Scheduling and Case Management Order re: Court Trial (Dkt 195.); Estimate .50 | .50 | CEO of Lilitab, Inc. | Defendants' comments: No deposition testimony has been identified by Plaintiffs, and any designation would be untimely. L.R. 16-2.7.<br><br>Plaintiffs' Response: The Court's Scheduling and Case Management Order re: Court Trial permits any party to read the testimony of an otherwise unavailable witness into the record without designation. (Dkt 195.) Moreover, Mr. Aronson was previously identified in the L-R 16-2 meet and |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | confer as a witness Plaintiffs intended to call by way of deposition, if necessary.) |
| 4. | Bazyn, Ardis | Plaintiffs: Submitted via declaration | .50 | ACB Member | |
| 5. | Bednarick, Bobby | Defendants: submitted via declaration | .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| 6. | Bertram, De'ericka | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under |

| | | | | | F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
|---|---|---|---|---|---|
| **7.** | Black, Ralph | Plaintiffs: Submitted via declaration | .50 | ACB Member | |
| **8.** | Bohan, Melissa | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| **9.** | Brink, Regina | Plaintiffs: Submitted via declaration | .50 | ACB Member | |
| **10.** | Carr, Taylor | Defendants: Submitted via declaration | 1.0 (Cross/Direct) Requested to be called pursuant to FRE 611 (c).) | Quest employee | |

| | | | | | |
|---|---|---|---|---|---|
| **11.** | Derry, Mark | Plaintiffs: Submitted via declaration | 1.0 | Plaintiffs' investigator | |
| **12.** | Donovan, Margie | Plaintiffs: Submitted via declaration | .50 | ACB Member | |
| **13.** | Esposito, Christian | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| **14.** | Gafa, Kiran | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); |

| | | | | | F.R.E. 801, 802 (Hearsay). |
|---|---|---|---|---|---|
| **15.** | Gehringer, Jaime | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| **16.** | Grahmann, Donna | Plaintiffs: Submitted via declaration | .50 | ACB Member | |
| **17.** | Grant, Christopher | Plaintiffs: 1.0: Requested to be called pursuant to FRE 611 (c); Defendants: submitted via declaration | | Quest employee | |
| **18.** | Gray, Chris | Plaintiffs: Submitted via declaration | .50 | ACB Member | |
| **19.** | Hale, Morgan | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley | Plaintiffs object under FRCP Rules |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Research Group | 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| **20.** | Hanvey, Chester | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .75 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| **21.** | Haroyan, Mary | Plaintiffs: Submitted via declaration | .50 | ACB Member | |

| 22. | Haroyan, Nona | Plaintiffs: Submitted via declaration | .50 | ACB Member | |
|---|---|---|---|---|---|
| 23. | Hyer, James David | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| 24. | Jamal, Hooria | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |

| 25. | Johnston, Zoe E. | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| 26. | Jovanovic, Jovana | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| 27. | Krock, Joseph | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Defendants' expert (limited to statistical | Plaintiffs object under FRCP Rules |

| | | | | | |
|---|---|---|---|---|---|
| | | | | insignificance of Mark Derry investigation) | 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| 28. | Lyons, Kathy | Plaintiffs: Submitted via declaration | .50 | ACB Member | |
| 29. | Magaña, Prudencia | Plaintiffs: 0.5: Requested to be called pursuant to FRE 611 (c) Defendants: submitted via declaration | | Quest employee | |
| 30. | Mazur, Sydney | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); |

| | | | | F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
|---|---|---|---|---|
| **31.** | McNeill, Nicholas | Plaintiffs: Submitted via declaration | .5 | ACB Member | |
| **32.** | Mika, Bradley | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| **33.** | Montgomery, Rachael | Plaintiffs: Submitted via declaration | 1.0 | Plaintiffs' Expert | |
| **34.** | Ocampo, Max | Plaintiffs: .50; Requested to be called pursuant to FRE 611(c) | | Quest employee | Defendants' comment: Witness not available for trial<br><br>Plaintiffs' comment: To the extent Defendants |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | refuse to produce an employee in their custody and control, Plaintiffs propose to read Mr. Ocampo's testimony into the record pursuant to the Court's Scheduling and Case Management Order re: Court Trial (Dkt. 195.) |
| **35.** | Rachfal, Clark | Plaintiffs: Submitted via declaration | 1.0 | ACB Member | |
| **36.** | Ramos, Carmen | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |

| 37. | Reilly, Jody | Plaintiffs: .75: Requested to be called pursuant to FRE 611 (c); Defendants: submitted via declaration | | Quest employee | |
|---|---|---|---|---|---|
| 38. | Sawczyn, Steve | Defendants: Submitted via declaration | .50 | Defendants' expert | |
| 39. | Stanley, Claire | Plaintiffs: Submitted via declaration | .75 | ACB Member | |
| 40. | Tokunaga, Howard | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
| 41. | Tuli, Aditi | Defendants: submitted via declaration | If Plaintiffs' objections are overruled, .50 | Consultant with Berkeley Research Group | Plaintiffs object under FRCP Rules 26 and 37 as the witness was not timely disclosed. – |

| | | | | | See Plaintiffs' MIL 1. Plaintiffs also object under F.R.E. 402, 403 (Relevance); F.R.E. 602 (Foundation); F.R.E. 801, 802 (Hearsay). |
|---|---|---|---|---|---|
| **42.** | Vargas, Julian | Plaintiffs: Submitted via declaration | .75 | Plaintiff | |
| **43.** | Walsh, Tom | Plaintiffs: 1.0: Requested to be called pursuant to FRE 611(c); Defendants: Submitted via declaration | | Quest employee | |
| **44.** | Yarrison, Marc | Plaintiffs: 1.0: Requested to be called pursuant to FRE 611(c); Defendants: Submitted via declaration | | Quest employee | |

**Plaintiffs' Total Estimate: 6.0 hours pursuant to the Court's minute order (Dkt. 193.) (Plaintiffs' Total Estimate if their objections are overruled: 16.75 hours)**

**Defendants' Total Estimate: 10.0**