UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 19-8108-DMG (MRWx) | Date | October 12, 2022 |
|---|---|---|---|
| Title | *Julian Vargas, et al. v. Quest Diagnostics Clinical Laboratories, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Jonathan D. Miller | David H. Raizman |
| Benjamin J. Sweet - VTC | Mark S. Sidoti |

**Proceedings:** FINAL PRETRIAL CONFERENCE

DEFENDANTS QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS HOLDINGS, INC., AND QUEST DIAGNOSTICS INCORPORATED RENEWED MOTION IN LIMINE NO. 1 TO EXCLUDE REPORT, EXHBITS AND TESTIMONY OF RACHAEL BRADLEY MONTGOMERY [267]

QUEST'S RENEWED MOTION IN LIMINE NO. 2 TO EXCLUDE MARK DERRY'S REPORT AND TESTIMONY [265]

QUEST'S RENEWED MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE REGARDING DEFENDANTS' FINANCIAL MOTIVATIONS FOR DEVELOPING THE KIOSK SYSTEM [266]

PLAINTIFFS' MOTION IN LIMINE PURSUANT TO F.R.C.P. RULE 37, TO EXCLUDE EVIDENCE AND DISCLOSURES PRODUCED AFTER THE CLOSE OF DISCOVERY [274]

The cause is called and counsel state their appearance. The Court invites counsel to respond to its tentative ruling on the motions *in limine* ("MIL"). The Court hears argument. A written order on the MILs will issue.

The Final Pretrial Conference is held. The Court and counsel confer regarding the logistics of trial. The Court Trial shall commence on **Tuesday, November 1, 2022 at 9:30 a.m.** and will conclude within four (4) days. Each side shall be allotted 30 minutes to present its opening statements, and six (6) hours for their respective case-in-chief (including cross-examination and re-direct examination). Counsel are instructed to familiarize themselves with the Court's audio-visual equipment prior to the first day of trial, as well as the Case Management Order [Doc. # 27] with regard to general decorum and courtroom procedures.

0:50