# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV 19-8108-DMG (MRWx) | Date | November 1, 2022 |
| Title: | Julian Vargas, et al. v. Quest Diagnostics Clinical Laboratories, Inc., et al. | | |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kane Tien | Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| | David H. Raizman |
| | Mark S. Sidoti |
| Jonathan D. Miller | Betsy Johnson |
| Benjamin J. Sweet | Daniel S. Weinberger |
| Callum T. Appleby | Michael R. McDonald |
| Jordan T. Porter | Jan N. Marfori |

__1st__ Day Court Trial   ____ Day Jury Trial

____ One day trial:   _X_ Begun (1st day);   _X_ Held & Continued;   ____ Submitted to court.

____ The Jury is impaneled and sworn.
_X_ Opening statements made by   Plaintiffs / Defendants
_X_ Witnesses called, sworn and testified.   _X_ Exhibits Identified   _X_ Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for _____   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by _____
____ Motion to dismiss by _____ is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by _____ is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is   ____ granted.   ____ denied.   ____ submitted.
_X_ Case continued to   November 2, 2022 at 9:30 a.m.   ____ for further trial/further jury deliberation.
____ Other:

4 : 37

Initials of Deputy Clerk   KT

cc: