# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 19-8108-DMG (MRWx) | | Date | November 28, 2022 |
|---|---|---|---|---|
| Title: | Julian Vargas, et al. v. Quest Diagnostics Clinical Laboratories, Inc., et al. | | | |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kane Tien | Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jonathan D. Miller | David H. Raizman |
| Jordan T. Porter | Mark S. Sidoti |
| Alison M. Bernal | Daniel S. Weinberger |

___4th___ Day Court Trial        _____ Day Jury Trial

_____ One day trial:     _____ Begun (1ˢᵗ day);     _____ Held & Continued;   _X_ Submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_X_ Witnesses called, sworn and testified.    _____ Exhibits Identified    _____ Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

_X_ Closing arguments made by    _X_ plaintiff(s)    _X_ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for _____    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by _____

_____ Motion to dismiss by _____    is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____    is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____    is    _____ granted.    _____ denied.    _____ submitted.

_____ Case continued to _____    for further trial/further jury deliberation.

_X_ Other:    The updated proposed findings of face and conclusions of law are due by December 12, 2022.  Thereafter, the matter shall stand submitted.

_____2_____ : _____50_____

Initials of Deputy Clerk    KT

cc: