# EXHIBIT A

1  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
2  DAVID RAIZMAN, CA Bar No. 129407
   david.raizman@ogletree.com
3  AMBER L. ROLLER, CA Bar No. 273354
   amber.roller@ogletree.com
4  J. NICHOLAS MARFORI, CA Bar No. 311765
   nicholas.marfori@ogletree.com
5  400 South Hope Street, Suite 1200
   Los Angeles, California 90071
6  Telephone:  213-239-9800
   Facsimile:   213-239-9045
7
   Attorneys for Defendants
8  QUEST DIAGNOSTICS CLINICAL
   LABORATORIES, INC.; QUEST
9  DIAGNOSTICS HOLDINGS, INC. and
   QUEST DIAGNOSTICS INCORPORATED
10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  JULIAN VARGAS and ANNE WEST, individually on behalf of themselves and all others similarly situated, | Case No. 2:19-cv-08108 DMG (MRWx) |
| 14 | **DEFENDANT QUEST DIAGNOSTICS,** |
| 15              Plaintiffs, | **INCORPORATED'S OBJECTIONS AND SECOND FURTHER** |
| 16       v. | **SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF** |
| 17  QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST | **JULIAN VARGAS'S AMENDED RULE 30(b)(6) DEPOSITION NOTICE** |
| 18  DIAGNOSTICS HOLDINGS, INC., QUEST DIAGNOSTICS | |
| 19  INCORPORATED; and DOES 1-10, inclusive, | Date:        March 8, 2021 |
| 20 | Time:        8:00 a.m. PST/ 11:00 a.m. EST |
| 21              Defendants. | Place:       Veritext Remote Deposition; Tel: 866-299-5227 (Zoom link to be provided) |
| 22 | |
| 23 | Complaint Filed: September 18, 2019 Removal Filed:   Date |
| 24 | Trial Date:          None District Judge:    Hon. Dolly M. Gee |
| 25 | Courtroom 8C, First St. Magistrate Judge: Hon. Michael R. Wilner |
| 26 | Courtroom 550, Roybal |

27

28                                     1                Case No. 2:19-cv-08108 DMG (MRWx)

48145216_1.docx

1  Defendants Quest Diagnostics Incorporated ("Defendant") hereby objects and

2  further responds to Plaintiff Julian Vargas's Amended Rule 30(b)(6) Deposition

3  Notice to Person Most Knowledgeable at Quest Diagnostics, Incorporated (the

4  "Notice").  Julian Vargas is referred to as "Plaintiff" below, and all plaintiffs in this

5  action are referred to collectively below as "Plaintiffs."

6  **I.**



28

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

█████████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████.

9      █.

10    ████████████████████s

██████████████████████████████████

██████████████████████████████:

██  ██████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

████████████████.

██  ██████████████████████████████████

██████████████████████████.

██████████████████████████████████████

███████████████████████████████████████

██  ███████████████████████████████.

████████████████████████████████████████████████.

█████████████████████████████████████████████

████████████████████████████████████████████

28   ██████████████.

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6) DEPOSITION NOTICE

48145216_1.docx

1

20

21

28

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

1

28

6

Case No. 2:19-cv-08108 DMG (MRWx)

48145216_1.docx

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

28

48145216_1.docx

1  **TOPIC NO. 3:**

2       The amount of business operating costs YOU saved by switching YOUR

3  PATIENT SERVICE CENTERS to E-CHECK-IN KIOSKS from live-person check-

4  in procedures.

5  ██████████████████████

    ██████████████████████████████████

    ████████████████████████████████████████

    ███████████████████████████████████████

    ████████████████████████████████████████

    ████████████████████████████████

12       Subject to their objections, Defendants will produce Marc Yarrison as their

13  designee to testify on Defendants' projections of the additional costs that could be

14  incurred and saved by reason of the deployment of the Kiosks.

15  **SUPPLEMENTAL RESPONSE TO TOPIC NO. 3:**

    ██████████████████████████████████████

    █████████████████████████████████████

    ████████████████████████████████████████

    ███████████████████

    ████████████████████████████████████

    ███████████████████████████████

    █████████████████████████████████████████

    ██████████████████████████████████████

    ████████████████████████████████████

    █████████████████████████████████████████

28

8    Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

5   Defendants further respond that they did not undertake an analysis of costs, undue

6   burden or fundamental alteration in making the determination to implement the

7   eCheck-in Kiosks in 2016.

8   **FURTHER SUPPLEMENTAL RESPONSE TO TOPIC NO. 3:**

9       The final version of the CapEx document that was approved by Quest was

10   produced by Defendants as Bates No. QUEST-VARGAS000035245 on March 26,

11   2021.

12

28

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

S

S

11

Case No. 2:19-cv-08108 DMG (MRWx)

48145216_1.docx

28

12                          Case No. 2:19-cv-08108 DMG (MRWx)

48145216_1.docx

13   Case No. 2:19-cv-08108 DMG (MRWx)

48145216_1.docx

28

Case No. 2:19-cv-08108 DMG (MRWx)

48145216_1.docx

15

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

28

16

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

28

17

Case No. 2:19-cv-08108 DMG (MRWx)

48145216_1.docx

18

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

28

19                    Case No. 2:19-cv-08108 DMG (MRWx)

48145216_1.docx

28

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

27

28

21          Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

28

22          Case No. 2:19-cv-08108 DMG (MRWx)

48145216_1.docx

28

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

27

28

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx



Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

27   Case No. 2:19-cv-08108 DMG (MRWx)

48145216_1.docx

28

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

28

29   Case No. 2:19-cv-08108 DMG (MRWx)

48145216_1.docx

28

30

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

26

27

28

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

28

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

28

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

28

34

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

28

35          Case No. 2:19-cv-08108 DMG (MRWx)

48145216_1.docx

28

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

28

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

28

39

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

40

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

41

Case No. 2:19-cv-08108 DMG (MRWx)

42

Case No. 2:19-cv-08108 DMG (MRWx)

26

27

28

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

27

28

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

28

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

28

46

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

28

48

Case No. 2:19-cv-08108 DMG (MRWx)

1

49   Case No. 2:19-cv-08108 DMG (MRWx)

48145216_1.docx

Case No. 2:19-cv-08108 DMG (MRWx)
DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

28

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

28

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

この画像はほぼ全面が黒塗り（redaction）されている法的文書。ヘッダーとフッターのみ読める。

Case No. 2:19-cv-08108 DMG (MRWx)

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████

████  ██████
████  ██████
████  ██████
████  ██████

8    DATED:  August 16, 2021          OGLETREE, DEAKINS, NASH, SMOAK &
9                                      STEWART, P.C.

10

11                                     By: /s/ David Raizman
12                                         David Raizman
                                           Amber L. Roller
                                           J. Nicholas Marfori
13
14                                     Attorneys for Defendants
                                       QUEST DIAGNOSTICS CLINICAL
15                                     LABORATORIES, INC.; QUEST
                                       DIAGNOSTICS HOLDINGS, INC. and
16                                     QUEST DIAGNOSTICS INCORPORATED

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

48145216_1.docx

| | |
|---|---|
| 1 | **<u>VERIFICATION</u>** |
| 2 | |
| 3 | I have read the foregoing **DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND FURTHER SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)** |
| 4 | **DEPOSITION NOTICE** and know its contents. |
| 5 | ☐     I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge except as to those matters that are stated on information and belief, and to |
| 6 | those matters I believe them to be true. |
| 7 | ☒     I am  ☐ an officer  ☐ a partner  ☒ Director, National Patient Services, Technology, and Support for Quest Diagnostics Incorporated ("Quest"), a defendant to this action, and am |
| 8 | authorized to make this verification for and on its behalf, and I make this verification for that reason. |
| 9 | ☒     I am informed and believe and on that ground allege that the matters stated in the |
| 10 | foregoing document are true. |
| 11 | ☐     The matters stated in the foregoing document are true of my own knowledge except as to those matters that are stated on information and belief, and as to those matters I |
| 12 | believe them to be true. |
| 13 | ☐     I am one of the attorneys for _____ a party to this action.  Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this |
| 14 | verification for and on behalf of that party for that reason.  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. |
| 15 | Executed on June 29, 2021, at _Lenexa____, _Kansas_____. |
| 16 | |
| 17 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| 18 | |
| 19 | |
| 20 | Marc A. Yarrison                                             _____ |
| 21 | _____                    Signature |
| | Type or Print Name |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND FURTHER
SUPPLEMENTAL RESPONSES TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6)
DEPOSITION NOTICE

47604050_2.docx

1                      **CERTIFICATE OF SERVICE**

2  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3        I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action.  My business address is

4  400 South Hope Street, Suite 1200, Los Angeles, California 90071.

5        On August 16, 2021, I served the following document(s) described as:

6            DEFENDANT QUEST DIAGNOSTICS, INCORPORATED'S OBJECTIONS AND SECOND FURTHER SUPPLEMENTAL

7            RESPONSES AND OBJECTIONS TO PLAINTIFF JULIAN VARGAS'S AMENDED RULE 30(b)(6) DEPOSITION NOTICE

8
9  on the persons below as follows:

10 Jonathan D. Miller, Esq.              Attorneys for Plaintiffs
   Alison M. Bernal, Esq.              Julian Vargas, Anne West,
   Jordan T. Porter, Esq.              American Council of the Blind,

11 NYE, STIRLING, HALE & MILLER, LLP   and the Proposed Class
   33 West Mission Street, Suite 201

12 Santa Barbara, CA  93101
   Telephone:  (805) 963-2345

13 Facsimile:  (805) 284-9590
   Email:     jonathan@nshmlaw.com

14             alison@nshmlaw.com
               jordan@nshmlaw.com

15             lindsey@nshmlaw.com
               meg@nshmlaw.com

16
17 Matthew K. Handley, Esq.         Attorneys for Plaintiffs
   HANDLEY FARAH & ANDERSON PLLC   Julian Vargas, Anne West,
   200 Massachusetts Avenue, NW – 7th Fl.  American Council of the Blind,

18 Washington, DC  20001          and the Proposed Class
   Telephone:  (202) 559-2411

19 Facsimile:  (844) 300-1952
   Email:    mhandley@hfajustice.com

20
21 Benjamin J. Sweet, Esq.          Attorneys for Plaintiffs
   Nye Stirling Hale & Miller, LLP      Julian Vargas, Anne West,
   1145 Bower Hill Road, Suite 104     American Council of the Blind,

22 Pittsburgh, PA  15243           and the Proposed Class
   Telephone:  (412) 857-5350

23 Email:   ben@nshmlaw.com

24       I enclosed the documents in sealed envelopes or package addressed to the persons at the addresses as indicated above and placed the envelope or package for

25 collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence

26 for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States

27 Postal Service, in a sealed envelope or package with postage fully prepaid.

28

1  ☒  (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

2

3

Executed on August 16, 2021, at Los Angeles, California.

4

Marilyn Moretti
5  _____        _____
Type or Print Name                                                Signature

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

48145216.1

